```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF ALABAMA
                   MONTGOMERY DIVISION
```

UNITED STATES OF AMERICA
          Respondent,      Civ. No.: 2:10CV1106-MHT

                           Crim. No.: 2:03-cr-00259-MHT

     --vs--                *

                           *

LEON CARMICHAEL, SR.,
          Movant.          *

-----------------------------------------------------------

### MOTION FOR LEAVE TO FILE § 2255 MOTION MEMORANDUM IN EXCESS OF PAGE LIMITATION

COMES NOW, Leon Carmichael, Sr., the Movant in the above-styled §2255 case, and respectfully moves under LOCAL RULES, M.D. Ala., requesting leave to file a memorandum of law and facts supporting §2255 motion that is in excess of page limitations.

For GOOD CAUSE in this Honorable Court granting such relief, the Movant would aver as follows:

1. The Movant's criminal case is extraordinarily voluminous involving numerous hearings, legal issues and several days of trial proceedings;

2. The Movant is serving a 40 year prison term without parole and this §2255 motion proceeding is his last chance to have the Courts review the correctness of his criminal proceedings;

3. The Movant's §2255 motion necessarily requires Movant to allege sufficient facts and support such facts with legal propositions for appropriate consideration by the Court. Therefore, Movant must request additional pages be allowed with his memorandum of law and facts supporting §2255 motion;

4. That Movant assures the Court that his 56 page memorandum is well written and does not contain any superfluous legal rhetoric, but rather facts and basic case law citations;

5. That the Respondent would not be unduly prejudiced by this

1

    Court granting the Movant permission to file a 56 page legal memorandum supporting his post-conviction relief under §2255;

6. That Fundamental Fairness and Due Process of the Law would best be served by granting Movant leave to file a memorandum of law and facts in excess of the Local Rules page limitations.

## CONCLUSION/RELIEF

WHEREFORE, the Movant prays this Honorable Court will grant leave for Movant to file a §2255 motion legal memorandum in excess of page limitations and accept the Movant's 56 page memorandum of law and facts supporting §2255 motion which is simultaniously filed with this motion.

Respectfully prayed for this 28th day of December, 2010.

/s/ Leon Carmichael, Sr.
Leon Carmichael, Sr.
Movant, Pro Se