IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10cv1106-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

The Government is ORDERED to undertake all reasonable efforts to contact Stephen Glassroth and to obtain from Mr. Glassroth an affidavit addressing the claims of ineffective assistance of counsel presented against him in the petitioner's § 2255 motion. The Government shall advise the court, no later than January 25, 2011, whether Mr. Glassroth has been contacted and, if not, of the Government's efforts to contact Mr. Glassroth.

Done this 5th day of January, 2011.

                                         /s/Wallace Capel, Jr.
                                         WALLACE CAPEL, JR.
                                         UNITED STATES MAGISTRATE JUDGE