IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR. | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cv1106-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Andrew O. Schiff be allowed to withdraw from the above-styled case.

Respectfully submitted this the 5th day of January, 2011.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Andrew O. Schiff
ANDREW O. SCHIFF
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR. | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cv1106-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Leon Carmichael, Sr., Reg. No. 11330-002, Oklahoma City, Federal Transfer Center, Inmate Mail/Parcels, P.O. Box 898801, Oklahoma City, OK 73189

Respectfully submitted,

/s/Andrew O. Schiff
ANDEW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov