IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Case No.<br><br>2:10-cv-01106-MHT-WC |

## AFFIDAVIT OF MARY ELIZABETH ANTHONY, ESQ.

Comes now Mary Elizabeth Anthony, who being first duly sworn, deposes and says on oath as follows:

1. My name is Mary Elizabeth Anthony. I am the over the age of 19 and licensed to practice law in the State of Alabama.

2. I am making this affidavit pursuant to an Order of the Honorable Wallace Capel, Jr. United States Magistrate Judge, U.S. District Court, Middle District of Alabama. The order is dated January 4, 2011. I make this affidavit on personal knowledge.

3. I have reviewed the Judge's Order that was directed to eleven attorneys. I was one of the listed attorneys. The Order requires me to file an affidavit with the court "that addresses the claims of ineffective assistance of counsel presented against them in the §2255 Motion".

4. I have reviewed the §2255 Motion and there have been no ineffective assistance of counsel claims in which I am named.

*Leon Carmichael, Sr. V. United States of America*
*Civil Action No. 2:10-cv-01106-MHT-MC*
*Affidavit of Mary Elizabeth Anthony, Esq.*
*Page 2 of 2*

---

5. In the § 2255 Motion, there are general references to "counsel and counsels". In addition there are references to "appellate counsel".

6. In paragraphs 15(a), (b), (c), (d), and (e) of the § 2255 Motion, Mr. Carmichael is very specific by providing the names of each attorney who represented him for the judgement that is being challenged. My name does not appear in the list of attorneys.

7. There have been no allegations of ineffective assistance of counsel that involve me and I am unable to respond further to allegations of ineffective assistance of counsel claims that involve the specific attorneys named in the § 2255 Motion.

Further, affiant saith not,

_____
MARY ELIZABETH ANTHONY

Sworn to and subscribed before this __9__ day of February, 2011.

_____
Notary Public
My commission expires: Dec. 30, 2012