```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **PLAINTIFF,** | * |
| v. | * CASE NO. 2:10cv01106-MHT-WC |
| **LEON CARMICHAEL, SR.,** | * |
| **DEFENDANT.** | * |

### MOTION TO EXTEND THE TIME TO FILE AFFIDAVIT

Comes now Susan G. James, Attorney at Law, and files this motion for an extension of time to file an affidavit in this case, as ordered by the Court, and in support thereof states the following:

1. The Court ordered counsel to file a responsive affidavit regarding the Defendant's 2255.

2. This court granted an initial extension request. The affidavit is now due on today's date.

3. Due to trial and appellate deadlines and hearings in *United States v. McGregor, et. al*, Case No. 10cr000186, Middle District of Alabama, counsel has not been in a position to devote the necessary time to the Carmichael matter to adequately respond.

4. Wherefore, it is respectfully requested that an additional 30 days from the now due date be granted for submission of the affidavit.

Respectfully submitted,

       s/Susan G. James
       SUSAN G. JAMES
       Attorney at Law
       600 South McDonough Street
       Montgomery, Alabama 36104
       Phone: (334) 269-3330
       Fax: (334) 263-4888
       E-mail: sgjamesandassoc@aol.com
       Bar No: JAM012

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101