IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10cv1106-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Attorney Susan G. James has filed a motion for extension of time to file an affidavit addressing the allegations of ineffective assistance of counsel presented against her in the petitioner's § 2255 motion. (Doc. No. 39.) Upon consideration of this motion, it is

ORDERED that the motion for extension of time be and is hereby GRANTED.

It is further

ORDERED that Ms. James is GRANTED an extension of time from March 28, 2011, to and including April 27, 2011, to file an affidavit in compliance with this court's orders.

Done this 28th day of March, 2011.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE