IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR. ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO.: 2:10cv-1106-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## AFFIDAVIT OF RONALD W. WISE

STATE OF ALABAMA )

MONTGOMERY COUNTY )

Before me, the undersigned, a Notary Public in and for the State of Alabama at Large, personally appeared Ronald W. Wise, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

1. I was hired to represent Mr. Carmichael on November 19, 2003 while he was incarcerated.

2. On November 24, 2003 Bruce Maddox and Stephen Glassroth filed their Notice of Appearances as co-counsel for Mr. Carmichael.

3. As the case proceeded, and until the time that I withdrew, Mr. Carmichael and Mr. Glassroth began working together on his defense. I was involved in several meetings with Mr. Carmichael and Mr. Glassroth after his release from jail but as time went on they would have meetings when I was not present nor was aware of such.

1

4.  On September 29, 2004 I filed a Motion to Withdraw and the same was granted on September 30, 2004.

5.  I have read the Motion to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody filed by Mr. Carmichael pursuant to 28 U.S.C. § 2255 and the accompanying Affidavit and the Memorandum of Law and do not see where any of said documents specify any errors made by the below signed attorney or otherwise question any omission or decision made by the below signed attorney during his representation of Mr. Carmichael. At no time do I recall any plea offer being made to Mr. Carmichael through me while I represented him.

Further affiant sayeth not.

*Ronald W. Wise*
Ronald W. Wise

SWORN TO and SUBSCRIBED before me on this the 25th day of April, 2011.

*Melissa R. Linn*
NOTARY PUBLIC
My Commission Expires: 12/15/2014

(SEAL)

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Further, I hereby certify that on April 25, 2011 I placed a copy of same Motion in the United States Mail, postage pre-paid and properly

2

addressed to Leon Carmichael, Sr., REG No. 11330-02, Oklahoma City, Federal Transfer Center, Inmate Mail/Parcels, P.O. Box 898801, Oklahoma City, OK 73189.

RONALD W. WISE, WIS0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
Telephone: (334) 260-0003
Fax: (334) 260-8005
E-Mail: ronwwise@aol.com