IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10cv1106-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW Movant, Marion D. Chartoff, and moves this Court for entry of an Order extending the time for filing Movant's affidavit in the above-styled action for an additional two weeks. In support of her request, Movant respectfully shows this Court the following:

1. On January 4, 2011, this Court entered an Order, requiring all previous counsel for Petitioner Carmichael, including Movant, to file affidavits with the Court by January 25, 2011 in response to Petitioner's allegations in his motion to vacate sentence filed pursuant to 28 U.S.C. § 2255. On January 25, 2011, this Court entered an Order granting the Movant an extension of time until April 25, 2011 to file the affidavit.

2. Movant, who represented Petitioner Carmichael both before trial, at trial, and after trial, has had to review voluminous files in Petitioner's case. She also has to review portions of the trial record, in order to properly prepare her affidavit in this matter. This work has required significant time.

3. Movant has not been able to perform this work during her regular working hours as she is no longer employed as a criminal defense attorney, and her current employment does not permit her to spend significant work time on past criminal matters.

3. Movant has been extremely busy at her current employment investigating and preparing several class-action-type lawsuits, which has required her to work long hours. These extended hours unfortunately have made it difficult to find the necessary free time to complete her review of the Carmichael files and the preparation of the ordered affidavit. However, Movant has made significant progress in preparing the affidavit.

4. Movant affirms that she could complete the affidavit if granted two more weeks of time.

WHEREFORE, Movant respectfully prays that this Court grant an extension to and including May 9, 2011 for the filing of Movant's affidavit in compliance with this Court's January 4, 2011, and January 25, 2011 Orders, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted, this 25th day of April, 2011.

/s/ Marion D. Chartoff

Marion D. Chartoff
AL Bar Identification # CHA074
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 956-8200
Fax: (334) 956-8481
marion.chartoff@splcenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF filing system which will electronically send notification of such filing to all parties in this matter except Petitioner Carmichael. In addition, I hereby certify that on this date I have mailed a copy of the foregoing document to Petitioner Carmichael at the following address:

> Leon Carmichael, Sr., # 11330-002
> FCI TALLADEGA
> FEDERAL CORRECTIONAL INSTITUTION
> P.O. BOX 1000
> TALLADEGA, AL 35160

/s/ Marion D. Chartoff

Marion D. Chartoff
AL Bar Identification # CHA074
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 956-8200
Fax: (334) 956-8481
marion.chartoff@splcenter.org