IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv1106-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Attorney Marion D. Chartoff has filed a motion for extension of time (Doc. No. 44) to file an affidavit addressing the allegations of ineffective assistance of counsel presented against her in the petitioner's § 2255 motion. Upon consideration of this motion, it is

**ORDERED** that the motion for extension of time (Doc. No. 44) be and is hereby GRANTED.

It is further

**ORDERED** that Ms. Chartoff is GRANTED an extension of time from April 25, 2011, to and including May 9, 2011, to file an affidavit in compliance with this court's orders.

In addition, it is

**ORDERED** that the government is GRANTED an extension of time from May 5, 2011, to and including May 19, 2011, to file a response addressing the petitioner's claims in

compliance with this court's orders.

Done this 26th day of April, 2011.


/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE