```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA,   \*
                                     \*
    PLAINTIFF,                   \*
                                     \*
v.                                 \* CASE NO. 2:10cv01106-MHT-WC
                                     \*
LEON CARMICHAEL, SR.,      \*
    DEFENDANT.                 \*

### MOTION TO EXTEND THE TIME TO FILE AFFIDAVIT

Comes now Susan G. James, Attorney at Law, and files this motion for an extension of time to file an affidavit in this case, as ordered by the Court, and in support thereof states the following:

1. The Court ordered counsel to file a responsive affidavit regarding the Defendant's 2255.

2. This court granted an initial extension request. The affidavit is now due on April 27, 2011.

3. Due to deadlines and hearings in *United States v. McGregor, et. al*, Case No. 10cr000186, Middle District of Alabama, and preparation for a capital murder trial in *State of Alabama v. Kemond Fortson*, Case No. CC-09-108, Circuit Court of Macon County, counsel has not been in a position to devote the necessary time to complete the affidavit in response.

4. Further, since Friday, April 22, 2011, counsel has requested and obtained documents needed to complete her

affidavit that were not maintained at counsel's office.

5.   Wherefore, it is respectfully requested that an additional 14 days from the now due date be granted for submission of the affidavit.

Respectfully submitted,

>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 263-4888
>E-mail: sgjamesandassoc@aol.com
>Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Louis Franklin
>Assistant United States Attorney
>P.O. Box 197
>Montgomery, Alabama, 36101