IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv1106-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Attorney Susan G. James has filed a motion for extension of time to file an affidavit addressing the allegations of ineffective assistance of counsel presented against her in the petitioner's § 2255 motion. (Doc. No. 46.) Upon consideration of this motion, it is

ORDERED that the motion for extension of time be and is hereby GRANTED.

It is further

ORDERED that Ms. James is GRANTED an extension of time from April 27, 2011, to and including May 11, 2011, to file an affidavit in compliance with this court's orders.

Done this 27th day of April, 2011.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE