IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv1106-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR LEAVE TO FILE OUT OF TIME**

Comes now Marion Chartoff and moves the Court to file her attached Affidavit one day out of time. As grounds, the undersigned states:

1. On, January 4, 2011 (Doc. 5), the Court ordered the undersigned to file an affidavit addressing the allegations in Mr. Carmichael's Petition. On April 26, 2011, this Court granted extension granted undersigned counsel a requested two-week extension to file the affidavit on or before May 9, 2011. (Doc. 45).

2. Undersigned counsel is in the process of preparing a class action complaint for filing in federal court this week. It has taken much longer than anticipated to complete. As a result, undersigned counsel did not request sufficient time to complete the Affidavit.

3. Undersigned counsel finished the Affidavit last night, but did not have access to a Notary Public until today.

Case 2:10-cv-01106-MHT -WC Document 48 Filed 05/10/11 Page 2 of 3

Wherefore, undersigned counsel respectfully requests leave for filing the attached Affidavit one day out of time.

Respectfully submitted, this 10th day of May, 2011.

/s/ Marion D. Chartoff

Marion D. Chartoff
AL Bar Identification # CHA074
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 956-8200
Fax: (334) 956-8481
marion.chartoff@splcenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF filing system which will electronically send notification of such filing to all parties in this matter except Petitioner Carmichael. In addition, I hereby certify that on this date I have mailed a copy of the foregoing document to Petitioner Carmichael at the following address:

    Leon Carmichael, Sr., # 11330-002
    FCI TALLADEGA
    FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 1000
    TALLADEGA, AL  35160

    /s/ Marion D. Chartoff

    Marion D. Chartoff
    AL Bar Identification # CHA074
    Southern Poverty Law Center
    400 Washington Ave.
    Montgomery, AL 36104
    (334) 956-8200
    Fax: (334) 956-8481
    marion.chartoff@splcenter.org