IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv1106-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Upon review of the file in this case, which reflects that Attorney Lisa M. Wayne's affidavit addressing the allegations of ineffective assistance of counsel presented against her in the § 2255 motion is due to be filed on or before May 25, 2011, it is hereby

ORDERED that the government is GRANTED an extension of time from May 19, 2011, to and including June 7, 2011, to file its response addressing the petitioner's claims in compliance with this court's previous orders.

Done this 12th day of May, 2011.

                                               /s/Wallace Capel, Jr.
                                               WALLACE CAPEL, JR.
                                               UNITED STATES MAGISTRATE JUDGE