**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE MIDDLE DISTRICT OF ALABAMA**

**NORTHERN DIVISION**


**LEON CARMICHAEL, SR.,**

**Petitioner,**                              **Civil Action No. 2:10cv1106-MHT**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**

**SECOND REQUEST FOR EXTENSION OF TIME**


Attorney, Lisa M. Wayne, request this Court for entry of an Order extending the time for filing of a response to the Court's Order along with any affidavit necessitated as part of the Government's response in the above-styled action. In support of this request, Ms. Wayne states the following:

1. On January 4, 2011, this Court entered an Order, requiring all previous counsel for Petitioner Carmichael, including Ms. Wayne, to file affidavits with the Court by January 25, 2011 in response to Petitioner's allegations in his motion to vacate sentence filed pursuant to 28 U.S.C. § 2255.

2. Undersigned counsel represented Petitioner Carmiachel at his trial.

3. The United States Attorney is the respondent in this action, and is therefore the party opposing the petition. Undersigned counsel may be a witness in this action . See 28 U.S.C. § 2255.  The Government has been granted additional time up until June 7, 2011.  To date undersigned counsel has not been contacted by the government/respondent.

4.  Undersigned counsel represented  Mr. Carmichael in  2004. The criminal case involving the allegations against Mr. Carmichael involved voluminous discovery and a number of weeks in trial.  Undersigned counsel has been "characterized" as lead counsel  by the petitioner for the trial.  The bulk of the allegations by Mr. Carmichael relate to the trial proceedings. Undersigned counsel  over the last couple of months has been in trial preparation for a trial date set May 16, 2011 (*United States of America v. 1.Curtis L. Morris  10-cr-317-REB*).  This  is a complex case involving  tax litigation involving, ongoing discovery as a result of a superseding indictment filed in February 2011.  On May 11, 2011 the Honorable Judge Blackburn granted a second unopposed motion to exclude time and continue the  May 16, 2011 trial date.  (*See Defendant's Curtis Morris' Motion to Exclude Time and Continue the Trial date Doc. # 215, Court Order Granting Doc. # 231*).

5.  In addition undersigned counsel is in the process of moving her offices  to a different location this upcoming weekend of May 28, 2011.

6.  Despite undersigned counsel's best efforts to finalize a response to the Court's order, counsel continues to need additional time, and would request an extension up until Monday June 13, 2011.

WHEREFORE, undersigned counsel respectfully requests that this Court grant an extension to and including June 13 , 2011 for the filing of any response in compliance with this Court's January 4, 2011 Order, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

*s/ Lisa Monet Wayne*
Lisa Monet Wayne
Law Offices of Lisa M. Wayne
999 18th Street, Suite 2550
Denver, CO 80202
(303) 860-1661
lmonet20@aol.com

Change of Address Effective May 30, 2011:
Mellon Financial Building
1775 Sherman Street Suite 1650
Denver, CO 80203
(303) 860.1661

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2011 I electronically filed the foregoing  **SECOND REQUEST FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties, and mailed  the same to:

**Leon Carmichael, Sr.** REG No. 11330-002
OKLAHOMA CITY FEDERAL TRANSFER CENTER
Inmate Mail/Parcels
P.O. BOX 898801
OKLAHOMA CITY, OK 73189

*s/ Wendy S. Anderson*
*Wendy S. Anderson*
*Para-legal for Attorney Lisa M. Wayne*