IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10cv1106-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Attorney Lisa M. Wayne has filed a motion for extension of time (Doc. No. 53) to file an affidavit addressing the allegations of ineffective assistance of counsel presented against her in the petitioner's § 2255 motion. Upon consideration of this motion, it is

ORDERED as follows:

1. The motion for extension of time be and is hereby GRANTED.

2. Ms. Wayne is GRANTED an extension of time from May 25, 2011, to and including June 13, 2011, to file an affidavit in compliance with this court's orders.

3. The United States is GRANTED an extension of time from June 7, 2011, to and including June 23, 2011, to file its response addressing the petitioner's claims in compliance with this court's previous orders.

Done this 26th day of May, 2011.

          /s/Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE