# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

LEON CARMICHAEL, SR.,     )
                                    )

     Movant/Defendant,    )
                                      ) Civil Action No. 2:10cv1106-MHT-WC

     v.                 )   (CR No. 2:03cr259-MHT-DRB)
                                     )

UNITED STATES OF AMERICA,  )
                                      )

     Respondent.       )

## UNITED STATES'S EXHIBIT LIST TO
## RESPONSE TO § 2255 MOTION

### GEORGE L. BECK, JR.
### UNITED STATES ATTORNEY

### SANDRA J. STEWART
### FIRST ASSISTANT UNITED STATES ATTORNEY

### ATTORNEYS FOR RESPONDENT
### UNITED STATES OF AMERICA

**United States Attorney's Office**
**131 Clayton Street**
**Montgomery, AL 36104**
**(334) 223-7280**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LEON CARMICHAEL, SR.,** | ) |
| | ) |
| **Movant/Defendant,** | ) |
| | ) **Civil Action No. 2:10cv1106-MHT-WC** |
| **v.** | ) **(CR No. 2:03cr259-MHT-DRB)** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## UNITED STATES'S EXHIBIT LIST TO
## RESPONSE TO § 2255 MOTION

COMES NOW the United States of America ("the Government") by and through its attorneys, George L. Beck, Jr., United States Attorney, and Sandra J. Stewart, First Assistant United States Attorney, and files this exhibit list of the Government's exhibits to The United States's Response To § 2255 Motion.

## EXHIBITS

**VOLUME 1 OF 8:**

| | | |
|---|---|---|
| Initial Indictment (11/19/03) | 1A | (Doc. 8) |
| Notice of Appearance (Amardo Wesley Pitters) | 1B | (Doc. 14) |
| Notice of Appearance (Ronald W. Wise) | 1C | |
| Notice of Appearance (Bruce Maddox) | 1D | (Doc. 19) |
| Notice of Appearance (Stephen R. Glassroth) | 1E | (Doc. 20) |
| Order On Arraignment (12/4/03) | 1F | (Doc. 37) |

| | | |
|---|---|---|
| Government Discovery Compliance Letter (12/12/03) | 1G | |
| Government's Motion To Amend Standing Order On Discovery | 1H | (Doc. 45) |
| Order granting Government's Motion To Amend Standing Order On Discovery | 1I | (Doc. 47) |
| 1st Superseding Indictment (12/17/03) | 1J | (Doc. 48) |
| Government's Motion For Leave To Dismiss Indictment (Initial Indictment) and Order granting motion | 1K | (Doc. 49) |
| Counsel Bruce Maddox's Notice Of Potential Conflict and Request For Hearing | 1L | (Doc. 63) |
| Order setting hearing on Maddox's Notice Of Potential Conflict and Request For Hearing | 1M | (Doc. 68) |
| Defendant Carmichael's Motion To Suppress Evidence And Motion Pursuant To Fed. R. Crim. P. 41(g) | 1N | (Doc. 71) |
| Order On Arraignment (1/7/04) | 1O | (Doc. 75) |
| Order regarding Notice Of Potential Conflict and Request For Hearing | 1P | (Doc. 77) |
| Order setting hearing on Carmichael's Motion To Suppress Evidence and Motion Pursuant To Fed. R. Crim. P. 41(g) | 1Q | (Doc. 79) |
| 2nd Superseding Indictment (1/21/04) | 1R | (Doc. 86) |
| Government's Motion For Leave To Dismiss Indictment (1st Superseding Indictment) and Order granting motion | 1S | (Doc. 91) |
| Counsel Bruce Maddox's Motion To Withdraw and Motion To Cancel Hearing | 1T | (Doc. 92) |

Order granting Maddox's Motion To Withdraw and Motion
    To Cancel Hearing                                1U    (Doc. 93)

Order On Arraignment (2/4/04)    1V    (Doc. 110)

United States's Response In Opposition To "Defendant
    Carmichael's Motion To Suppress Evidence And Motion
    To Suppress Evidence And Motion Pursuant To Fed. R.
    Crim. P. 41(G)    1W    (Doc. 115)

United States' Bill Of Particulars For Forfeiture Of
    Property    1X    (Doc. 118)

Transcript of March 1, 2004 Suppression Hearing    1Y

Government's Post-Hearing Response To Defendant's
    Motion To Suppress    1Z    (Doc. 125)

**VOLUME 2 OF 8**

Defendant's Reply To The Government's Post-Hearing
    Response To Defendant's Motion To Suppress And
    Objection To The Government's Request For Leave
    To Reply    2A    (Doc. 132)

Government's Motion For Leave To Reply To Defendant's
    Post-Hearing Suppression Argument and stamped Order
    granting the motion    2B    (Doc. 135)

Notice Of Appearance (Elizabeth Anthony)    2C    (Doc. 133)

Defendant Carmichael's Motion To Compel Discovery    2D    (Doc. 139)

Withdrawal Of Government's Motion For Leave To Reply
    To Defendant's Post-Hearing Suppression Argument and
    stamped Order granting the motion    2E    (Doc. 140)

United States' Response In Opposition To Defendant
    Carmichael's Motion To Compel Discovery    2F    (Doc. 145)

Recommendation Of The Magistrate Judge on Carmichael's motion to suppress — 2G — (Doc. 151)

Defendant Carmichael's Unopposed Motion To Continue — 2H — (Doc. 160)

Order on Carmichael's Unopposed Motion To Continue — 2I — (Doc. 170)

Order to Government to show cause on why it should not have to disclose any MOU regarding HIDTA — 2J — (Doc. 171)

Carmichael's Objections To Recommendation Of The Magistrate Judge on the motion to suppress — 2K — (Doc. 177)

Government's Response To show cause order on any MOU regarding HIDTA — 2L — (Doc. 179)

Order denying Carmichael's motion to suppress — 2M — (Doc. 180)

Defendant Carmichael's Reply To Government's Response To Order To Show Cause on MOU regarding HIDTA — 2N — (Doc. 188)

Order denying Carmichael's motion to compel discovery — 2O — (Doc. 191)

Motion For Admission Pro Hac Vice Pursuant To Federal Local Rule 83.1(b) (Lisa Monet Wayne) — 2P — (Doc. 212)

Entry Of Appearance (Lisa Monet Wayne) — 2Q — (Doc. 213)

Order granting Counsel Wayne Pro Hac Vice Admission — 2R — (Doc. 215)

Order denying Government's Renewed Motion For A Protective Order regarding Carmichael internet website — 2S — (Doc. 219)

Supplemental Order denying Government's Renewed Motion For A Protective Order regarding publishing internet website as advertisement — 2T — (Doc. 220)

Government's Motion For Leave To Dismiss Indictment (2nd Superseding Indictment) — 2U — (Doc. 226)

3rd Superseding Indictment                                             2V    (Doc. 227)

Order granting motion to dismiss 2nd Superseding Indictment    2W    (Doc. 235)

Order On Arraignment (8/27/04)                                          2X    (Doc. 241)

Motion To Intervene And Motion To Remove Photograph
    From Website                                                             2Y    (Doc. 245)

Order to show cause why motion to intervene should not
    be granted                                                               2Z    (Doc. 246)

**VOLUME 3 OF 8**

Defendant Carmichael's Motion To Compel Additional
    Discovery Relating To Expert Opinion Testimony              3A    (Doc. 247)

Defendant Carmichael's Motion To Strike Surplusage
    From Superseding Indictment Pursuant To Fed. R.
    Crim. P. 7(d)                                                            3B    (Doc. 248)

Memorandum Of Law In Support Of Defendant Leon
    Carmichael's Motion To Strike Surplusage From
    Superseding Indictment                                             3C    (Doc. 249)

Carmichael's Motion For Hearing On Admissibility Of
    Expert Testimony                                                      3D    (Doc. 250)

Motion To Withdraw (Ronald W. Wise)                              3E    (Doc. 253)

Order granting Ronald W. Wise's motion to withdraw         3F    (Doc. 254)

Defendant Carmichael's Response To Order To Show
    Cause on Agent DeJohn's motion to intervene             3G    (Doc. 256)

Order denying Carmichael's motion for a hearing on
    admissibility of expert testimony                               3H    (Doc. 258)

Notice Of Appearance (Marion Chartoff)                          3I     (Doc. 263)

Government's Response To Defendant's Motion To
    Strike Notice Of Additional Factors As Surplusage    3J    (Doc. 265)

Motion To Withdraw (Mary Elizabeth Anthony)    3K    (Doc. 269)

Leon Carmichael's Motion In Limine Regarding Alleged
    Statements To Law Enforcement    3L    (Doc. 278)

Defendant Leon Carmichael's Motion In Limine Regarding
    General Character Evidence    3M    (Doc. 279)

Defendant Leon Carmichael's Motion In Limine
    Regarding Website And Alleged Intimidation    3N    (Doc. 280)

Defendant Leon Carmichael's Motion In Limine
    Regarding References To Alleged Drug-Trafficking
    Organizations    3O    (Doc. 281)

Leon Carmichael's Motion In Limine Regarding Remote
    Acts    3P    (Doc. 282)

Leon Carmichael's Motion In Limine Regarding Prior
    Conviction And Incarceration    3Q    (Doc. 283)

Defendant Leon Carmichael's Motion In Limine Regarding
    Tax Returns    3R    (Doc. 284)

Defendant Leon Carmichael's Motion In Limine Regarding
    Statements Of Co-Defendant    3S    (Doc. 285)

Defendant Leon Carmichael's Motion In Limine Regarding
    Course Of Investigation Testimony    3T    (Doc. 286)

Motion For Leave To Withdraw (Stephen R. Glassroth)    3U    (Doc. 289)

Leon Carmichael's Motion In Limine Regarding Alleged
    Co-Conspirator/Participant Statements    3V    (Doc. 287)

Order granting Mary Elizabeth Anthony's Motion To

Withdraw                                                      3W    (Doc. 292)

Notice Of Appearance (Susan G. James)                        3X    (Doc. 296)

Notice Of Appearance (Ronald R. Brunson)                     3X-1  (Doc. 299)

Order denying Agent DeJohn's motion to intervene
    and to have his photograph removed from website          3Y    (Doc. 301)

Government's Response To Defendant's Motion
    In Limine To Preclude Reference To The Term
    "Carmichael Drug Trafficking Organization"               3Z    (Doc. 310)

**VOLUME 4 OF 8**

Response To Defendant's Motion In Limine To
    Preclude Evidence That The Defendant Failed To
    File Tax Returns                                         4A    (Doc. 311)

Response To Defendant's Motion In Limine To
    Preclude Evidence That The Defendant Was
    Engaged In Drug Dealing Outside The Scope Of
    The Conspiracy                                           4B    (Doc. 312)

Response To Defendant's Motion In Limine To
    Preclude Evidence That The Defendant Was
    Convicted Of Murder                                      4C    (Doc. 313)

Response To Defendant's Motion In Limine To
    Preclude Evidence Regarding The Website And
    Intimidation Of Witnesses                                4D    (Doc. 314)

Response To Defendant's Motion In Limine To
    Preclude Co-Conspirators Statements                      4E    (Doc. 315)

Response To Defendant's Motion In Limine To
    Preclude Admission Of Evidence Regarding Any
    Course Of The Investigation Testimony                    4F    (Doc. 316)

Response To Defendant's Motion In Limine To

Preclude General Character Evidence                    4G      (Doc. 317)

United States' Response In Opposition To Defendant
Carmichael's Motion *In Limine* Regarding Alleged
Statements To Law Enforcement                         4H      (Doc. 318)

United States' Response In Opposition To Defendant
Carmichael's Motion *In Limine* Regarding Statements
Of Co-Defendant                                       4I      (Doc. 319)

Response To Defendant's Motion To Strike Surplusage
From The Indictment                                   4J      (Doc. 356)

Defendant Leon Carmichael's Supplemental Brief In
Support Of Motion To Strike Surplusage                4K      (Doc. 357)

Motion For Leave To Withdraw (Amardo Wesley Pitters)  4L      (Doc. 359)

Order granting Motion For Leave To Withdraw
(Amardo Wesley Pitters)                               4M      (Doc. 360)

Order granting Carmichael's motion to strike surplusage
from indictment                                       4N      (Doc. 361)

Defendant's Request For Disclosure Of Identity Of Alleged
Co-Conspirators                                       4O      (Doc. 363)

Order denying Carmichael's Request For Disclosure Of
Identity Of Alleged Co-Conspirators                   4P      (Doc. 368)

Defendants' Joint Motion For Continuance Or Change
Of Venue Due To Prejudicial Pretrial Publicity, And
Motion For Gag Order To Prevent Future Press Releases
By The Government                                      4Q      (Doc. 380)

United States' Response To Defendants' Joint Motion For
Continuance Or Change Of Venue                         4R      (Doc. 385)

Defendants' Brief In Support Of Defendants' Joint Motion
For Continuance Or Change Of Venue Due To Prejudicial

Pretrial Publicity, And Motion For Gag Order To Prevent
Future Press Releases By The Government            4S      (Doc. 390)

Transcript of June 3, 2005 Hearing on Motions In Limine    4T

Order on defendants' joint motion for continuance,
change of venue, or gag order                      4U      (Doc. 395)

Order on motions in limine                         4V      (Doc. 397)

Defendant Leon Carmichael's Submission Of
Supplemental Authority In Support Of Motion In
Limine Regarding Alleged Statements Of Defendant   4W      (Doc. 399)

**VOLUME 5A OF 8**

Volume I of Trial Transcript (June 6, 2005)        5A-I

Volume II of Trial Transcript (June 7, 2005)       5A-II

Volume III of Trial Transcript (June 8, 2005)      5A-III

**VOLUME 5B OF 8**

Volume IV of Trial Transcript (June 9, 2005)       5B-IV

Volume V of Trial Transcript (June 10, 2005)       5B-V

Volume VI of Trial Transcript (June 13, 2005)      5B-VI

**VOLUME 5C OF 8**

Volume VII of Trial Transcript (June 14, 2005)     5C-VII

Volume VIII of Trial Transcript (June 15, 2005)    5C-VIII

Volume VIII-B of Trial Transcript (June 15, 2005)  5C-VIII-B

**VOLUME 5D OF 8**

Volume IX of Trial Transcript (June 16, 2005)                   5D-IX

Volume X of Trial Transcript (June 17, 2005)                    5D-X

Volume XI of Trial Transcript (June 20, 2005)                   5D-XI

## VOLUME 6 OF 8

Leon Carmichael's Supplemental Brief Regarding The
   Admissibility Of Co-Conspirator Statements Under
   The Confrontation Clause                                 6A    (Doc. 404)

United States' Response In Opposition To Defendant
   Carmichael's Confrontation Clause Objection To
   Coconspirator's Statements                              6B    (Doc. 406)

Order overruling Carmichael's objection to the admissibility
   of Codefendant Freddie Williams's statements on the
   grounds of ineffective assistance of counsel             6C    (Doc. 407)

Government's Response To Court Regarding Whether
   Coconspirator Statement Made To Law Enforcement
   During And Furtherance Of Conspiracy Is Admissible       6D    (Doc. 408)

Government's Response Regarding Coconspirator
   Statements                                               6E    (Doc. 409)

Carmichael's Brief On The Admissibility Of Alleged
   Statements Of Sandra Jones To Law Enforcement            6F    (Doc. 411)

Order denying Carmichael's motion for a mistrial based on
   Government witness testifying that 2002-2003
   investigation of Carmichael was closed after confidential
   informant refused to cooperate because afraid Carmichael
   would kill him                                           6G    (Doc. 412)

Leon Carmichael's Brief On The Admissibility Of
   Co-Conspirator Statements                                6H    (Doc. 413)

Order directing substitution of previous order on

conspiracy findings    6I    (Doc. 442)

Order finding Government established a conspiracy by
preponderance of the evidence and therefore statements
by coconspirators in furtherance of conspiracy were
admissible    6J    (Doc. 443)

Order denying motions for mistrial and change of venue
based on filing of Agent DeJohn's civil lawsuit
concerning Carmichael website    6K    (Doc. 491)

Carmichael's Motion For Judgment Of Acquittal Or
In The Alternative Motion For New Trial    6L    (Doc. 504)

Government's Response To Defendant's Motion For A
Judgment Of Acquittal And Motion For New Trial    6M    (Doc. 520)

Carmichael's Answer To Government's Response  To His
Motion For Judgment Of Acquittal And Motion For
New Trial    6N    (Doc. 528)

Verdict    6O    (Doc. 601)

Motion For Pro Hac Vice Admission Of James K. Jenkins
As Counsel For Leon Carmichael    6P    (Doc. 643)

Order granting Jenkins's motion for admission pro hac vice    6Q    (Doc. 644)

Motion For Extension Of Time Within Which To File
Notice Of Request For  Sentence Below The Guidelines
Range    6R    (Doc. 668)

Order denying Carmichael's motion for judgment of
acquittal and alternative motion for new trial    6S    (Doc. 730)

Government's Sentencing Memorandum    6T    (Doc. 745)

Carmichael's Memorandum In Aid Of Sentencing,
Motion For Downward Departure    6U    (Doc. 747)

Motion For Leave To Appear Pro Hac Vice on
    Behalf Of Leon Carmichael, Sr. (Carmen D.
    Hernandez)                                              6V    (Doc. 752)

Carmichael's Motion For Downward Departure At
    Sentencing                                              6W    (Doc. 756)

Carmichael's Memorandum In Aid Of Sentencing,
    Incorporating Request For Downward Departure            6X    (Doc. 757)

Order granting admission pro hac vice (Carmen D.
    (Hernandez)                                             6Y    (Doc. 761)

Carmichael's Motion To Continue Sentencing                 6Z    (Doc. 763)

**VOLUME 7 OF 8**

Order granting Carmichael's motion to continue
    Sentencing                                              7A    (Doc. 767)

Government's Response To Court's Order Regarding
    The Treatment Of The Website At Sentencing              7B    (Doc. 768)

Motion To Withdraw As Counsel (Marion D. Chartoff)         7C    (Doc. 770)

Order granting motion to withdraw (Marion D. Chartoff)     7D    (Doc. 771)

Order setting hearing on Government's notice of conflict    7E    (Doc. 778)

Carmichael's Defendant's Response To Government's
    Notice Of Conflict Of Counsel                          7F    (Doc. 780)

Volume I of Transcript of Evidentiary Hearing on the
    Government's Notice Of Conflict (August 3, 2006)       7G-I

Volume II of Transcript of Evidentiary Hearing on the
    Government's Notice Of Conflict (August 4, 2006)       7G-II

Order denying disqualification of Susan James as counsel
    for Carmichael on the grounds of a conflict       7H    (Doc. 783)

Carmichael's Motion To Compel Government To Provide
    Discovery       7I    (Doc. 797)

Government's Response To The Court's Order To Show
    Cause why discovery should not be compelled       7J    (Doc. 799)

Government's Response To Court's Order to inform Court
    of intent not to use at sentencing threat by Carmichael
    to counsel       7K    (Doc. 815)

Carmichael's Supplemental Sentencing Memorandum In
    Opposition To Consideration Of The Defendant's
    Investigative Website As An Aggravating Factor For
    Purposes Of Sentencing       7L    (Doc. 818)

Carmichael's Amended Supplemental Sentencing
    Memorandum In Opposition To Consideration Of
    The Defendant's Investigative Website As An
    Aggravating Factor For Purposes Of Sentencing       7M    (Doc. 819)

Ex parte Opinion And Order denying Carmichael's request
    for Court's assistance in defense investigation in
    preparation for sentencing       7N    (Doc. 828)

Government's Response To Court's Order That The
    Government File A Statement Regarding The
    Subject Matter Of The Evidence That The Government
    Intends To Present At The Sentencing Hearing       7O    (Doc. 833)

Carmichael's Notice Of Intent To Use Evidence At
    Sentencing       7P    (Doc. 834)

Transcript of 1st day of Sentencing Proceedings
    (March 21, 2007)       7Q-I

Transcript of 2nd day of Sentencing Proceedings
    (March 22, 2007)       7Q-II

Order denying Carmichael's motion for downward
    departure                               7R   (Doc. 852)

Judgment                                  7S   (Doc. 853)

Final Order Of Forfeiture ("The Carmichael Center")   7T   (Doc. 907)

**VOLUME 8 OF 8**

Brief of Appellant Leon Carmichael, Sr.              8A

Appellant's Request To File A Pro-Se Supplemental
    Brief For Appeal Purposes               8B

Corrected Brief of Appellee (November 15, 2007)     8C

Reply Brief of Appellant Leon Carmichael, Sr.         8D

Eleventh Circuit's Opinion in Carmichael's appeal,
    *United States v. Carmichael*, 560 F.3d 1270
    (11th Cir. 2009)                    8E

Eleventh Circuit's Denial of Rehearing,
    *United States v. Carmichael*, 347 Fed.Appx. 556,
    (11th Cir. May 21, 2009) (TABLE)         8F

United States Supreme Court's denial of petition
    for a writ of certiorari, *Carmichael v. United States*,
    130 S. Ct. 1093 (2010)             8G

Affidavit of A. Clark Morris                8H

Affidavit of Stephen P. Feaga             8I

Criminal Docket Sheet for U.S. v. Eric M. Peagler
    2:02-cr-16-WHA-CSC            8J

Respectfully submitted this 28st day of November, 2011

GEOREGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/ Sandra J. Stewart
First Assistant Untied States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, AL  36104
(334) 223-7280

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LEON CARMICHAEL, SR.,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) **Civil No. 2:10cv1106-MHT-WC** |
| **v.** | ) **(CR No. 2:03cr259-MHT-DRB)** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify on November 28, 2011, I filed the foregoing Exhibit List

with the Clerk of the Court and mailed, postage prepaid, a copy of this response to

counsel for the Petitioner as follows:

Tracy Hightower-Henne
HIGHTOWER LAW, LLC
209 South 19th Street, Suite 525
Omaha, NE  68102

James Knox Argo
Knox Argo & Warren
6706 Taylor Circle
Montgomery, AL 36117

Respectfully submitted,

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY
/s/  Sandra J. Stewart
SANDRA J. STEWART
First Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
(334) 223-7280