IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., | ) |
| | ) |
| Movant/Defendant, | ) |
| | ) Civil Action No. 2:10cv1106-MHT-WC |
| v. | )     (CR No. 2:03cr259-MHT-DRB) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**EXHIBITS TO**
**UNITED STATES'S RESPONSE TO § 2255 MOTION**

**VOLUME 1 OF 8**
(Exhibits 1A through 1Z)

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

SANDRA J. STEWART
FIRST ASSISTANT UNITED STATES ATTORNEY

ATTORNEYS FOR RESPONDENT
UNITED STATES OF AMERICA

United States Attorney's Office
131 Clayton Street
Montgomery, AL  36104
(334) 223-7280

# INDEX TO VOLUME 1 OF RESPONDENT'S EXHIBITS

|  | *Exhibit #* | *(Crim. Doc. #)* |
|---|---|---|
| Initial Indictment (11/19/03) | 1A | (Doc. 8) |
| Notice of Appearance (Amardo Wesley Pitters) | 1B | (Doc. 14) |
| Notice of Appearance (Ronald W. Wise) | 1C | |
| Notice of Appearance (Bruce Maddox) | 1D | (Doc. 19) |
| Notice of Appearance (Stephen R. Glassroth) | 1E | (Doc. 20) |
| Order On Arraignment (12/4/03) | 1F | (Doc. 37) |
| Government Discovery Compliance Letter (12/12/03) | 1G | |
| Government's Motion To Amend Standing Order On Discovery | 1H | (Doc. 45) |
| Order granting Government's Motion To Amend Standing Order On Discovery | 1I | (Doc. 47) |
| 1st Superseding Indictment (12/17/03) | 1J | (Doc. 48) |
| Government's Motion For Leave To Dismiss Indictment (Initial Indictment) and Order granting motion | 1K | (Doc. 49) |
| Counsel Bruce Maddox's Notice Of Potential Conflict and Request For Hearing | 1L | (Doc. 63) |
| Order setting hearing on Maddox's Notice Of Potential Conflict and Request For Hearing | 1M | (Doc. 68) |
| Defendant Carmichael's Motion To Suppress Evidence And Motion Pursuant To Fed. R. Crim. P. 41(g) | 1N | (Doc. 71) |
| Order On Arraignment (1/7/04) | 1O | (Doc. 75) |

## INDEX TO VOLUME 1 OF RESPONDENT'S EXHIBITS – *con't*

|  | *Exhibit #* | *(Crim. Doc. #)* |
|---|---|---|
| Order regarding Notice Of Potential Conflict and Request For Hearing | 1P | (Doc. 77) |
| Order setting hearing on Carmichael's Motion To Suppress Evidence and Motion Pursuant To Fed. R. Crim. P. 41(g) | 1Q | (Doc. 79) |
| 2nd Superseding Indictment (1/21/04) | 1R | (Doc. 86) |
| Government's Motion For Leave To Dismiss Indictment (1st Superseding Indictment) and Order granting motion | 1S | (Doc. 91) |
| Counsel Bruce Maddox's Motion To Withdraw and Motion To Cancel Hearing | 1T | (Doc. 92) |
| Order granting Maddox's Motion To Withdraw and Motion To Cancel Hearing | 1U | (Doc. 93) |
| Order On Arraignment (2/4/04) | 1V | (Doc. 110) |
| United States's Response In Opposition To "Defendant Carmichael's Motion To Suppress Evidence And Motion To Suppress Evidence And Motion Pursuant To Fed. R. Crim. P. 41(G) | 1W | (Doc. 115) |
| United States' Bill Of Particulars For Forfeiture Of Property | 1X | (Doc. 118) |
| Transcript of March 1, 2004 Suppression Hearing | 1Y | |
| Government's Post-Hearing Response To Defendant's Motion To Suppress | 1Z | (Doc. 125) |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
NOV 19 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03-259-N |
| | ) | [21 USC § 846] |
| LEON CARMICHAEL, SR., | ) | |
| also known as, BEAVER LEON | ) | |
| CARMICHAEL, and | ) | |
| FREDDIE WILLIAMS | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from a date unknown to the Grand Jury, but continuing up to on or about the 17th day of November, 2003, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendants,

LEON CARMICHAEL, SR.,
also known as,
BEAVER LEON CARMICHAEL, and
FREDDIE WILLIAMS,

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to possess with intent to distribute 100 kilograms or more grams of marijuana, the exact amount being unknown to the Grand Jury, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

GOVERNMENT EXHIBIT 1A

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney