FILED
NOV 19 2003
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) CR-03-259-N |
| vs. | ) M-03-66-N |
| | ) |
| LEON CARMICHAEL, SR. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, Attorney Amardo Wesley Pitters, and hereby gives notice of his appearance as counsel for the defendant in the above-styled cause.

Respectfully submitted,

/s/ Amardo Wesley Pitters

Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Attorney Bar Code: PIT025

OF COUNSEL:

A. WESLEY PITTERS, P.C.
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411

GOVERNMENT EXHIBIT 1B

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___19___ day of November, 2003, a copy of the foregoing was duly served upon the following counsel of record:

*United States Attorney*
**One Court Square, Suite 201**
**Montgomery, Alabama 36104**

by HAND DELIVERY.

_____
Amardo Wesley Pitters