IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: M03-66-N |
| BEAVER LEON CARMICHAEL, | ) ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

COMES NOW Ronald W. Wise, attorney at law, and files herein his Notice of Appearance as counsel for Beaver Leon Carmichael.

Counsel, in making his appearance, request:

1. That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

RESPECTFULLY SUBMITTED this the 19th day of November, 2003.

/s/ Ronald W. Wise
RONALD W. WISE (WIS0904)
2000 Interstate Park Drive, Suite 105
Montgomery, Alabama 36109
Attorney for Beaver Leon Carmichael

GOVERNMENT EXHIBIT 1C

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above upon Clark Morris, Assistant United States Attorney, 1 Court Square, Suite 201, Montgomery, Alabama 36104, by placing a copy of same in the United States Mail, postage pre-paid and properly addressed on this the 19th day of November, 2003.

                                                                             OF COUNSEL