DISTRICT COURT OF THE UNITED STATES
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 03-CR-259N |
| | * | |
| BEAVER LEON CARMICHAEL, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Comes now the undersigned counsel and files this Notice of Appearance as co-counsel for the Defendant, Beaver Leon Carmichael. This appearance and co-counsel's agreement with Defendant do not include, without further fees, any appellate matters.

Respectfully submitted this the 24th day of November, 2003.

Bruce Maddox (MAD013)
Co-Counsel for Beaver Leon Carmichael

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

GOVERNMENT EXHIBIT 10


## CERTIFICATE OF SERVICE

I here⸺tify that I have served a copy of the foregoing pleading, by personal service or by U. S. Mail properly addressed and postage prepaid on this the 24th day of November, 2003 upon counsel of record as follows:

United States Attorney
P.O. Drawer 197
Montgomery, Alabama 36101-0197

Ronald Wayne Wise
2000 Interstate Park Drive
Montgomery, Alabama 36109

Stephen Glassroth
615 South McDonough Street
Montgomery, Alabama 36104

_____
Of Counsel