RECEIVED
2003 NOV 24 A 9 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

FILED
NOV 24 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA, *
 *
 *
vs. * Cr. No. 03-259-N
 *
 *
LEON CARMICHAEL, *
 *
Defendant. *

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as additional counsel for Leon Carmichael, in the above-styled cause. Kindly send all notices to undersigned counsel at the address noted below.

Respectfully submitted,

_____
Stephen R. Glassroth (GLA005)
Attorney for Leon Carmichael

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 South McDonough Street
Post Office Box 910
Montgomery, Alabama 36102-0910
(334) 263-9900
(334) 263-9940 - FAX

GOVERNMENT
EXHIBIT
1E

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following by placing a copy of the same in the United States Mail, properly addressed and postage prepaid or by hand delivery on this the 24th of November, 2003.

>Ms. A. Clark Morris
>United States Attorney
>  for the Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama 36101-0197

_____
OF COUNSEL