RECEIVED IN THE UNITED STATES DISTRICT COURT

2003 DEC 12  P  FOR THE MIDDLE DISTRICT OF ALABAMA

FILED
DEC 12
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-03-259-N |
| | ) | |
| LEON CARMICHAEL, SR. a/k/a | ) | |
| BEAVER LEON CARMICHAEL and | ) | |
| FREDDIE WILLIAMS | ) | |

## MOTION TO AMEND STANDING ORDER ON DISCOVERY

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to amend the Standing Order on Discovery. As grounds therefore, the government states the following:

1. Defendants were indicted in a One-Count Indictment by a federal grand jury on November 19, 2003. The indictment alleges that the defendants conspired to possess with the intent to distribute marijuana in violation of Title 21, United States Code, Section 846.

2. Said indictment arose out of an offense occurring on or about November 17, 2003.

3. This offense was captured on approximately two hours of audio and video tapes. Because of the short time line of this case, the government has been unable to complete the transcripts of these tapes in this case.

4. The Undersigned has spoken with counsel for Leon Carmichael, Steven Glassroth. Mr. Glassroth has represented to the undersigned that neither he nor co-counsel for Carmichael, Ron Wise, have an objection to the extension in the discovery deadline. The government has attempted to contact counsel for Freddie Williams, Barry Teague, said attempts have been unsuccessful.

GOVERNMENT
EXHIBIT
1.H

5.  The government has provided defense counsel with all other discovery, with the exception of the DEA chemist report and the chemist curriculum vitae, which are still unavailable to the government.

WHEREFORE, the United States respectfully requests an extension in the discovery deadline in order to complete the transcripts. Specifically the government requests until December 19, 2003 for completion of the transcripts. By that date, all discovery should be turned over to defendants, with the possible exception of any forensic examination of the substance believed to be marijuana.

Respectfully submitted, this the 12th day of December, 2003.

                                            LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          */s/ Clark Morris*
                                          A. CLARK MORRIS
                                          ASSISTANT UNITED STATES ATTORNEY

**CERTIFICATE OF SERVICE**

I, A. Clark Morris, Assistant United States Attorney, hereby certify that I have served a copy of the foregoing upon Counsel for the defendants: Steven Glassroth, Ron Wise, Wesley Pitters, and Barry Teague by facimile by placing a copy of the same in the United States mail, postage prepaid and properly addressed on this the 12th day of December, 2003.

*/s/ Clark Morris*
A. Clark Morris
Assistant United States Attorney