IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
DEC 16 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR NO. 03-0259-N |
| LEON CARMICHAEL, SR., aka BEAVER LEON CARMICHAEL, and FREDDIE WILLIAMS | ) |

## ORDER

Upon consideration of the United States' unopposed *Motion to Amend Standing Order on Discovery* (Doc. 45, filed December 12, 2003), and notice that neither co-defendant opposes the requested extension, it is **ORDERED** that the Motion is **GRANTED** to the extent that the Government's deadline for transmitting discovery to the defendants is hereby extended to December 19, 2003, with the understanding that reports for any forensic examination of the substance believed to be marijuana will be provided promptly after completion.

Done this 16th day of December, 2003.

/s/ DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT
EXHIBIT
1I

47