IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

FILED
DEC 17
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-03-259-N |
| | ) | [21 USC § 846] |
| LEON CARMICHAEL, SR., | ) | |
| also known as, BEAVER LEON | ) | |
| CARMICHAEL, and | ) | INDICTMENT |
| FREDDIE WILLIAMS | ) | (Superseding) |

The Grand Jury charges:

## COUNT 1

That from in or about 1993, a more specific date being unknown to the Grand Jury, but continuing up to on or about the 17th day of November, 2003, in Montgomery County, within the Middle District of Alabama, within the Southern District of Texas and elsewhere, the defendants,

LEON CARMICHAEL, SR.,
also known as,
BEAVER LEON CARMICHAEL, and
FREDDIE WILLIAMS,

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute 1000 kilograms or more of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

1

GOVERNMENT EXHIBIT 1J

48

## FORFEITURE ALLEGATION

A.  Count 1 of this Superseding Indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Superseding Indictment, the defendants:

> LEON CARMICHAEL, SR.,
> also known as,
> BEAVER LEON CARMICHAEL, and
> FREDDIE WILLIAMS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Count 1 of this Superseding Indictment, including, but not limited to, the following:

Real Property

a.  **3226 Brookwood Drive**, Montgomery, Alabama 36116, being more particularly described as follows:

> Lot Six (6), Block Four (4), according to the survey of Elsmeade, as recorded in Plat Book 9, Page 14, in the Office of the Judge of Probate of Montgomery County, Alabama.

2

b. **The Carmichael Center on Fleming Road** in Montgomery, Alabama, being more particularly described as follows:

> Commence at the Northwest Corner of the Southwest Quarter of Section 31, T-16-N, R-18-E, Montgomery County, Alabama; Thence run N 89º 25' E, 460.00 Feet to a point; Thence run South 20.00 Feet to a point lying on the South right-of-way of Fleming Road (40' ROW); Thence run along said South right-of-way, N 89º 25'E, 872.25 Feet to the Northeast Corner of Lot A, according to the map of Star Construction Plat No. 1, as recorded in the Office of the Judge of Probate, Montgomery, County, Alabama, in Plat Book 36 at Page 247, said point being the point of beginning; Thence from said point of beginning, continue along said South right-of-way, N 89º 25'E, 544.5 Feet to a point; Thence leave said right-of-way and run South 480.0 Feet to a point; Thence run S 89º 25'W, 544.5 Feet to the Southeast Corner of the aforementioned Lot A; Thence run along the East line of said Lot A, North 480.0 Feet to the point of beginning.
>
> Said described property lying and being situated in the Southwest Quarter of Section 31, T-16-N, R-18-E, Montgomery, Alabama, and contains 6.000 acres, more or less.
>
> The above description was taken from a plat of a survey prepared by Roy Jones, Surveyor, Certificate No. 17267, dated May 23, 1994.

c. **4621 Rosa Parks Avenue**, Montgomery, Alabama.

Money

A sum of money equal to the amount of money received by the Defendants as a result of the offenses as stated in Count 1 of this Superseding Indictment in the amount of not less than One Million ($1,000,000.00) Dollars.

C. <u>Substitute Assets</u>

If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, and 853.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney