IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC 17 2003

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 03-259-N |
| | ) |
| LEON CARMICHAEL, SR., | ) |
| also known as, BEAVER LEON | ) |
| CARMICHAEL, and | ) |
| FREDDIE WILLIAMS | ) |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment, heretofore filed in the above styled cause, on the following grounds, to wit:

Superseding Indictment filed.

Date: December 17, 2003

*Clark Morris*
A. Clark Morris
Assistant United States Attorney

## ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

FILED DONE this 19th day of December, 2003.

DEC 19 2003

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES DISTRICT JUDGE

## DISMISSAL OF INDICTMENT

The United States of America with leave of the Court first had and obtained and dismisses the Indictment, heretofore filed in the above styled cause.

*Clark Morris*
Assistant United States Attorney

GOVERNMENT
EXHIBIT
A-K

49