RECEIVED

2003 DEC 30 P 4:24

[U.S. DISTRICT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

DEC 30 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CRIM. NO. 03-CR-259N |
| LEON CARMICHAEL, | * | |
| Defendant. | * | |

### NOTICE OF POTENTIAL CONFLICT
### and
### REQUEST FOR HEARING

Comes now the undersigned counsel and notifies the Court of a potential conflict of interest as follows:

1. Undersigned counsel represents Martin Blane in a civil matter and has previously represented him in criminal matters.

2. A few days ago, he was interviewed by the Assistant United States Attorney representing the government in this cause.

3. Subsequently, counsel was informed by the government of the possibility of Blane being called as a witness in the trial of this cause if a superseding indictment occurred.

4. Since that time, a superseding indictment has been returned.

5. It is therefore appropriate for the Court to inquire into the potential for conflict of interest.

WHEREFORE, undersigned counsel moves the Court to set a date for determining the existence of a conflict of interest and whether representation of Defendant Carmichael by said counsel may continue.



GOVERNMENT
EXHIBIT
2 L

Respectfully submitted on this the 30th day of December, 2003.

BRUCE MADDOX (MAD013)
Attorney for Leon Carmichael

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334)269-9600

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Defendant and counsel of record for the government, by placing the same in the United States mail postage prepaid or by hand delivery on this the 30th day of December, 2003.

Clark Morris, Esquire
Asst. United States Attorney
Lock Drawer 97
Montgomery, Alabama 36101-0917

Ronald Wayne Wise, Es.
2000 Interstate Park Drive
Montgomery, Alabama 36109

Stephen R. Glassroth, Esq.
615 South McDonough Street
Montgomery, Alabama 36104

OF COUNSEL