IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 5 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR NO. 03-0259-N |
| LEON CARMICHAEL, SR., aka BEAVER LEON CARMICHAEL | ) |

### ORDER

Upon review of the *Notice of Potential Conflict and Request for Hearing*, filed on December 30, 2003 (Doc. 63) by Bruce Maddox, one of the attorneys of record for defendant Leon Carmichael, it is **ORDERED** that the matter is set for hearing at the scheduled pretrial conference at 2:30 p.m. on January 12, 2004.

Done this 5-TH day of January, 2004.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT EXHIBIT
2-M
68