FILED
JAN 13 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 03-0259-N |
| ) | |
| LEON CARMICHAEL, SR., aka ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

## ORDER

At the scheduled hearing on the *Notice of Potential Conflict and Request for Hearing* filed by Bruce Maddox, co-counsel for Defendant Carmichael (Doc. 63, December 30, 3003), Defendant Carmichael appeared in person and with all four of his counsel of record – Attys. Maddox, Glassroth, Wise, and Pitters – and the Government appeared by Assistant United States Attorney Clark Morris. For good cause, pursuant to the initial representations of government and defense counsel in response to the Notice, it is **ORDERED** as follows:

*1. Government counsel shall provide to defense counsel not later than January 20, 2004,* any records or information warranted to clarify or supplement the "DEA form 6" which documents the government's interview with a witness, Marty Blaine, who has a former and present attorney-client relationship with Mr. Maddox, so that defendant and his counsel have sufficient disclosures regarding projected testimony to evaluate meaningfully the merits of continuing his attorney-client relationship with Mr. Maddox.

2. Defense counsel Maddox shall confer separately with each client – Defendant Carmichael and Mr. Blaine – to provide full disclosure of his Notice of Potential Conflict,


GOVERNMENT EXHIBIT 2 P

77

the positions articulated by Government counsel and his co-counsel in response thereto, and his assessment of the conflict, and to respond to any questions or concerns from his clients. Mr. Maddox is instructed to provide both clients with copies of his Notice, the DEA form and any supplemental submissions from the government, and this ORDER.

3. *This matter is set before the undersigned at 3:00 p.m. on January 29, 2004, for a supplemental hearing* to be attended by both clients and counsel of record. If the Government or defense counsel desires to include on the record any "response" to the Notice of Potential Conflict, such filing shall be made not later than January 26, 2004.

4. *The Clerk is INSTRUCTED TO send a copy of this Order to* Marty Blaine at 188 South Burbank Dr., Montgomery, AL. 36117.

DONE this 13th day of January, 2004.

_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

2