IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 03-0259-N |
| | ) | |
| LEON CARMICHAEL, SR., aka | ) | |
| BEAVER LEON CARMICHAEL, et al. | ) | |

FILED
JAN 13 2004
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## ORDER

Upon consideration of *Defendant Carmichael's Motion to Suppress Evidence and Motion Pursuant to Fed. R. Crim.P. 41(g)*, filed January 7, 2004 (Doc. 71), it is **ORDERED** that the Government shall respond to the motion not later than January 28, 2004. It is further **ORDERED** that this matter is set for an evidentiary hearing on **February 5, 2004 at 9:30 a.m.** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 13th day of January, 2004.

_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT
EXHIBIT
1a

79