IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIM. NO. 03-CR-259N |
| | * | |
| LEON CARMICHAEL, | * | |
| Defendant. | * | |

## MOTION TO WITHDRAW
### and
## MOTION TO CANCEL HEARING

Comes now the undersigned counsel and moves to withdraw as an attorney of record for Defendant Leon Carmichael and to cancel the hearing set for January 29, 2004, and as grounds therefor says as follows:

1. Undersigned counsel had previously filed a Notice of Potential Conflict and Request for Hearing because of possible conflict of interest arising from Counsel's representation of a potential witness in this cause. A hearing to address that issue was set for January 29, 2004.

2. After consultation and further investigation regarding possible conflicts of interest, undersigned counsel and Mr. Carmichael have agreed that it is in the best interests of Mr. Carmichael for counsel to withdraw as an attorney of record in this cause.

3. Such withdrawal makes the hearing of January 29, 2004 unnecessary.

Respectfully submitted on this the 26th day of January, 2004.



92

                                                                                 BRUCE MADDOX (MAD013)
                                                                                 Attorney for Leon Carmichael

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334)269-9600


### CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon Defendant and counsel of record for the government, by placing the same in the United States mail postage prepaid or by hand delivery on this the 26th day of January, 2004.

Clark Morris, Esq.
Asst. United States Attorney
Lock Drawer 97
Montgomery, Alabama 36101-0917

Ronald W. Wise, Esq.
2000 Interstate Park Drive
Montgomery, Alabama 36109

Stephen R. Glassroth, Esq.
615 South McDonough Street
Montgomery, Alabama 36104

                                                           OF COUNSEL