FILED
JAN 27 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 03-0259-N |
| ) | |
| LEON CARMICHAEL, SR., aka ) | |
| BEAVER LEON CARMICHAEL, et al. ) | |

### ORDER

Upon consideration of the *Motion to Withdraw and Motion to Cancel hearing*, filed January 26, 2004 (Doc. 92), it is **ORDERED** that each motion is **GRANTED**.

Accordingly, for good cause shown, Atty. Bruce Maddox is hereby permitted to withdraw as counsel of record for Defendant Leon Carmichael, and the hearing previously set at 3:00 p.m. on January 29, 2004 (Doc. 13, filed January 13, 2004), in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, is hereby **CANCELLED**.

Done this 27th day of January, 2004.

_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT
EXHIBIT
1u