AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-16-03 | APPROX. 11-17-03 AT 1:00AM | Robert Patrick Denton Jr |

INVENTORY MADE IN PRESENCE OF

TFA Larry Hubbard / TFA D. DeJohn

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No Items Seized

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   11/20/03

U. S. Judge or Magistrate Judge            Date

## EXHIBIT A

1.   Marijuana and all other controlled substances.

2.   Paraphernalia and other objects and substances used in the packaging, weighing, cutting, use and distribution of controlled substances, including, but no limited to, scales and baggies.

3.   Retrieve latent fingerprints which may have been left at this location.

4.   Books, records, receipts, notes, ledgers and other papers or documents relating to the importation, transportation, ordering, purchasing, storing, and distributing of controlled substances;

5.   Books, records, receipts, banks statements and records, money drafts, letters of credit, money orders, cashiers checks, safe deposit box keys, passbooks, and other items evidencing the acquisition, secreting, transfer, storage, concealment, and/or expenditure of money or other commodity which is used or intended to be used as the proceeds of, or to facilitate the importation, transportation, storage and distribution of controlled substances.  Safes, vaults and other type of locked boxes or containers.

6.   Address books, telephone books, utility records, toll records, date books, diaries, and other documents reflecting and/or containing the names, addresses, telephone numbers, or other pertinent information as to the identity and roles of subjects, both known and unknown, involved in the importation, transportation, storage, and distribution of controlled substances and/or the proceeds of these activities.

7.   Papers, tickets, notes, maps, travel documents, schedules, receipts, credit card statements, and other documents or items relating to domestic and international travel.

8.   United States currency, precious metals, jewelry and financial documents which reflect an accumulation of profit and/or wealth from the trafficking of controlled substances.

9.   Indicia of occupancy, residency, ownership, dominion or control of the premises and property described in the Search Warrant, including, but not limited to, titles, deeds, mortgage statements, utility bills, keys and any other documentary or other evidence of the above.

10.   Books, records, deeds, titles mortgage statements, utility records and bills, bills of sale, and other documents or items reflecting the acquisition, purchase, ownership, dominion, or control of apartments, condominiums, property, vehicles, and other property that represent the profits or proceeds of narcotics trafficking.

11.   Photographs, videotapes, or other visual evidence showing co-conspirators, assets, and controlled substances.

12.   Weapons, including, but not limited to, handguns, shotguns and rifles.

13.   Computers, electronic organizers, caller-ID devices, facsimile machines, computer disks, and other electronic devices which contain evidence of narcotics trafficking, the identities, telephone numbers, and addresses of co-conspirators, and the descriptions and locations of assets; including, the means necessary to make the information contained in these devices legible to humans.  Cellular phones, pagers, two-way radios, any other communication devices and all stored numbers contained therein.

FILED

# United States District Court

NOV 20 2003

MIDDLE ————— DISTRICT OF ————— ALABAMA ——CLERK——

U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the matter of the Search of

**808 West Flemming Road**
**Montgomery, Alabama**

**APPLICATION AND AFFIDAVIT**
**FOR SEARCH WARRANT**

CASE NUMBER: *M03-71-N*

I,   R. David DeJohn _____   being duly sworn depose and say:

I am a(n)  Task Force Agent, Drug Enforcement Administration _____   and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as

**808 West Flemming Road, Montgomery, Alabama, more specifically described as a two-story white, single family dwelling, with a front porch, an outbuilding sitting on the right side of the residence, a privacy fence surrounding three sides of the property and a chain-link fence following the road in the front of the property with a double chain-link gate that accesses the driveway**

in the _____ Middle _____ District of _____ Alabama _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

### See  Exhibit A

which is contraband, the fruits of a crime, or things otherwise criminally possessed

concerning violations of Titles 18 USC §§ 924(c), 1956 and 1957; 21 USC §§ 841(a)(1) and 846.

The facts to support the issuance of a Search Warrant are as follows:

### SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE HEREIN

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

R. David DeJohn

Sworn to before me and subscribed in my presence,
November 16, 2003 _____   at   Montgomery, Alabama
Date                                                                                           City and State

Charles S. Coody, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, R. David DeJohn, being duly sworn, state that I am an Investigator with the Prattville Police Department and cross-designated as a Task Force Agent with the United States Drug Enforcement Administration (DEA) assigned to the District Office in Montgomery, Alabama. I have been in Law Enforcement for over 13 years including eight years with the Montgomery Police Department serving as a Patrol Officer and a Narcotics Investigator. The affiant is currently participating in a Marijuana investigation. This investigation targets Marijuana distribution activities in the Montgomery, Alabama area and other locations. This investigation has identified Robert Patrick DENTON JR and Beaver Leon CARMICHAEL as a distributor of Marijuana.

The following facts were either told to me by fellow officers or are known personally by me:

On or about 11/13/2003, officers of the Prattville Police Department arrested Gary Wayne GEORGE during the execution of a search warrant in Prattville, Alabama. GEORGE was under investigation as being a distributor of Marijuana as Prattville Police Department had previously conducted 2 controlled purchases of Marijuana from GEORGE. During a post arrest interview, GEORGE indicated to TFA David DeJohn that he was a member of the Leon CARMICHAEL Drug Trafficking Organization. GEORGE stated that he and an individual by the name of Robert Patrick DENTON JR's job within the organization was to "breakdown" large packages of Marijuana, that was brought in by CARMICHAEL's Couriers, to prepare for distribution into the Montgomery, Alabama area. Through this affiant's training and experience, "Break-down" is defined as opening the Marijuana packages, weigh-out, and repackage for distribution. GEORGE added that on average the organization gets approximately 500 to 600 lbs of Marijuana every 7 to 9 days. GEORGE stated that the last shipment had occurred on 11/09/2003, which would leave them due for another shipment of Marijuana on or about 11/16/2003. GEORGE advised TFA DeJohn that the location in which he and DENTON would "breakdown" the Marijuana would be at DENTON's residence, located at 808 W. Fleming Rd, Montgomery, Alabama or a residence that is provided to them by CARMICHAEL. GEORGE provided TFA DeJohn with a map to this residence, which was found to be located at 23 Second Street, Montgomery, Alabama. GEORGE added that both he and DENTON are paid by CARMICHAEL with Marijuana. GEORGE stated that CARMICHAEL

would also "front" large amounts of Marijuana to them of which they would sell and return the required amount of money to CARMICHAEL.  TFA DeJohn obtained information from GEORGE that both he and DENTON would sell Marijuana in and around the Montgomery, Alabama area as well as supply individuals in Huntsville, Alabama. GEORGE stated that both he and DENTON would supply Marijuana to Charlotte and Steve HENSARLING, of Huntsville, Alabama.  GEORGE stated that the HENSARLING's would receive Marijuana from DENTON once or twice per week.  GEORGE advised TFA DeJohn that approximately 15 months ago, DENTON was arrested in Huntsville, Alabama after officials found DENTON in possession of approximately 10 pounds of Marijuana.

An investigation into DENTON found that on or about 06/13/2002, DENTON had been arrested in Huntsville, Alabama for Trafficking in Marijuana after he was found to be in possession of approximately 10 lbs of Marijuana.  On or about 06/13/2002, a subsequent search warrant was executed at his residence, located at 808 W. Fleming Rd, Montgomery, Alabama.  During the search of his residence, agents located a quantity of Marijuana and suspected Cocaine along with $7,980.00 and 3 handguns.

On or about 06/14/2003, TFA DeJohn received a call from GEORGE, who stated that he was at DENTON's residence and had observed DENTON counting out money that was to go to CARMICHAEL. GEORGE stated that he estimated the money to total approximately $20,000.  GEORGE added that he believed that DENTON was about to depart in approximately 20 minutes and possibly meet with CARMICHAEL at the CARMICHAEL CENTER, located at 150 E. Fleming Rd, Montgomery, Alabama.  Approximately 20 minutes later, agents observed DENTON, travel east on W. Fleming Rd.  DENTON traveled to M&L Car wash, located on Buckingham Rd near the corner of Norman Bridge Rd, Montgomery, Alabama.  There, DENTON met with some unknown individuals briefly and departed.  At this time, DENTON traveled back to the area of his residence, located at 808 W. Fleming Rd.  GEORGE later contacted TFA DeJohn and advised that DENTON had not yet made the money delivery to CARMICHAEL.  GEORGE stated that DENTON had picked up money instead of delivering money when he (GEORGE) had called TFA DeJohn earlier.  GEORGE stated that he estimated the money to total $25,000 to $30,000.  GEORGE added that DENTON should be transferring the money to CARMICHAEL at CARMICHAEL's residence.  Through previous investigations, TFA DeJohn knew CARMICHAEL to reside at 3226 Brookwood Drive, Montgomery, Alabama.

On or about 06/15/2003, TFA David DeJohn and Sgt. David Williams, of the Prattville Police Department, met with GEORGE in

Prattville, Alabama.   GEORGE stated that during the late evening hours of 06/14/2003, he spoke with DENTON, who advised that on Sunday (06/15/2003) is when the next load of Marijuana is expected in Montgomery, Alabama.   GEORGE stated that he also learned from DENTON that it was to be closer to 1,000 lbs of Marijuana.   Again, GEORGE stated that both he and DENTON were going to "break-down" the Marijuana at either DENTON's residence at 808 West Flemming Road, Montgomery, Alabama or at the residence that TFA DeJohn had previously identified as 23 Second Street, Montgomery, Alabama. GEORGE stated that on today's date, DENTON was expected to sell some Marijuana to Charlotte HENSERLING.   GEORGE stated that when HENSERLING arrives from Huntsville, Alabama, both he and DENTON will meet her at Shoney's on the Southern Blvd, Montgomery, Alabama.   GEORGE advised that he would provide TFA DeJohn with a vehicle description and tag number after DENTON meets with HENSERLING.   A short time, later TFA DeJohn learned from GEORGE that both he and DENTON met with HENSERLING.   During this time, DENTON provided HENSERLING with what GEORGE believed to be 10 to 15 pounds of Marijuana.   GEORGE stated that HENSARLING was driving a Black Chevy S-10 Blazer, 2dr (Ala Tag#476324C).   At this time, TFA DeJohn set up surveillance on I-65 at the Pine Level Exit, watching northbound traffic.   A short time later, TFA DeJohn observed a Black GMC Jimmy, 2dr (Ala tag#47G324C).   Due to the fact that a GMC Jimmy and a Chevy S-10 Blazer are similar vehicles, TFA DeJohn believed this to be the vehicle occupied by HENSERLING.   TFA DeJohn made contact with Sgt. Steve Brock, of the Chilton County Sheriff's Office.   TFA DeJohn advised Sgt. Brock of what had transpired in Montgomery, Alabama.   Sgt. Brock later conducted a traffic stop of the GMC Jimmy after it crossed the Chilton County Line.   Sgt. Brock advised that he stopped the vehicle after he observed the vehicle change lanes improperly. Sgt. Brock approached the vehicle and asked the driver, identified as Charlotte HENSARLING.   The vehicle was found to be registered to James S. HENSARLING, 1063 Macedonia Rd, Ardmore, Alabama. During the stop, SGT Brock detected the strong odor of Marijuana in and about the vehicle.   HENSARLING consented to the search of the vehicle.   During the search of the vehicle, Sgt. Brock, located approximately 26 lbs of Marijuana.   HENSARLING was placed under arrest and transported to the Chilton County Jail.   During a post arrest interview, HENSARLING advised agents that she had purchased the Marijuana from DENTON and GEORGE while in Montgomery, Alabama.   HENSARLING advised that she had met with GEORGE and DENTON at the Shoney's Restaurant, located on the Southern Blvd in Montgomery, Alabama and gave DENTON $15,000 for the Marijuana.   HENSARLING stated that she has made 8 trips to pick-up Marijuana over a 2 month period.   HENSARLING will be charged under State of Alabama Charge, Trafficking in Marijuana.

During the traffic stop of HENSARLING, TFA DeJohn received a call from GEORGE, who stated that DENTON had received a call from Charlotte HENSARLING's husband, Steve HENSARLING.   GEORGE advised that DENTON had become informed that Charlotte HENSARLING had been stopped for improper lane change.   GEORGE also advised that as Charlotte HENSARLING was being stopped, she had placed a call to Steve HENSARLING advising him of her being pulled over by the police.

On or about 11/16/2003, TFA David DeJohn met with GEORGE, who advised that the amount of Marijuana that CARMICHAEL's courier would be bringing to Montgomery, Alabama, on today's date, was reduced to approximately 550 lbs.   GEORGE also stated that this was according to DENTON.   GEORGE added that this was most likely to be taken to the residence on Second Street, Montgomery, Alabama.   GEORGE further added that this should occur around midnight on today's date.   During this time, GEORGE also advised TFA DeJohn that today (11/16/2003) GEORGE had seen approximately 10 lbs of Marijuana at DENTON's residence, located at 808 W. Fleming Rd, Montgomery, Alabama.

Based on the aforementioned facts and circumstances, your affiant submits that probable cause exists to believe that the following items (Exhibit "A") are located at the premises known as 808 West Flemming Road, Montgomery, Alabama including all residences, structures and outbuildings thereon and all vehicles located thereon;

This affiant also respectfully request permission to execute the search warrant at night because, based on my training and experience, drug traffickers such as DENTON attempt to sell their narcotics as quickly as possible to prevent detection by law enforcement officers.   Furthermore, drug traffickers such as DENTON often conduct transactions, when possible at night.

Executed on this _16th_ day of November 2003.

_____
Affiant

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 12

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| HID100 | ☐ ☐ ☐ ☐ ☐ ☐ | | ▓▓▓▓▓ | ▓▓▓▓▓ |
| 5. By: TFA R. David DeJohn | | | 6. File Title | |
| At Montgomery DO | | | ▓▓▓▓▓▓▓▓▓ | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 11/21/03 | |
| 9. Other Officers: See Last Paragraph | | | | |

10. Report Re: Execution of Federal Search Warrant at 949 Ridgecrest Dr, Montgomery, Alabama on 11/17/2003 which led to the seizure of approx. 574.8 lbs of Marijuana (Ex #1)

### SYNOPSIS

On 11/17/2003 at approximately 4:30pm, TFA Larry Hubbard, of the DEA Montgomery District Office, along with other law enforcement officers, executed a lawful Federal Document Search Warrant at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. The search of the residence led to the seizure of approximately 575.0 lbs of Marijuana (Exhibit #1) as well as the acquisition of Exhibits N-14 to N-29 and N-31 to N-33a.

### DETAILS

1. On 11/17/2003 at approximately 7:30am, TFA David DeJohn, of the DEA Montgomery DO, along with Lt Todd Townson and Sgt David Williams, both of the Prattville Police Department, met with Robert Patrick DENTON Jr at a predetermined location.

2. TFA DeJohn had gained the cooperation of DENTON during an earlier search warrant at his (DENTON) residence, located at 808 W. Fleming Rd, Montgomery, Alabama. During an earlier interview, DENTON had advised agents that he was a member of the Leon CARMICHAEL Marijuana Trafficking Organization. DENTON also stated that there was approximately 550 pounds of Marijuana, belonging to CARMICHAEL, and was being stored at Freddie (LNU)'s residence, located at 949 Ridgecrest Drive, Montgomery, Alabama. DENTON had been instructed by CARMICHAEL to go to Freddie (LNU)'s residence and help Freddie (LNU)

| 11. Distribution: Division NOFD | 12. Signature (Agent) TFA R. David DeJohn | 13. Date 12-9-03 |
|---|---|---|
| District | 14. Approved (Name and Title) Sherri Gonzalez Group Supervisor | 15. Date 12-10-03 |
| Other SARI | | |

DEA Form - 6
(Jul. 1996)

### DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 3. File Title | |
| 4.<br>Page  2  of  12 | | |
| 5. Program Code<br>HID100 | 6. Date Prepared<br>11/21/03 | |

break-down the Marijuana.  See DEA 6 written to this case file by TFA DeJohn on 11/21/2003, regarding the Execution of a Federal Search Warrant at 808 W. Fleming Rd, Montgomery, Alabama on 11/17/2003.

3.   Upon meeting with DENTON, TFA DeJohn instructed DENTON to go to Freddie (LNU)'s residence, later identified as Freddie WILLIAMS, and verify if the Marijuana was present.  DENTON was also advised that he would work at repackaging the Marijuana as he would normally do so when instructed by CARMICHAEL.

4.   DENTON's person and vehicle was search for weapons, drugs, or contraband.  None of which were located.  DENTON was then provided with an audio and video recording/transmitting device.

5.   At this time, DENTON departed, while under surveillance, to WILLIAMS residence.

6.   At approximately 8:06am, DENTON arrived at 949 Ridgecrest Drive and was met by WILLIAMS.  Also present at the residence was a black female only known as Faith (LNU).  During this time, WILLIAMS instructed DENTON to go buy 400, gallon size, "zip lock" type bags.

7.   At approximately 8:28am, DENTON departed the residence and met with TFA DeJohn at a predetermined location.  TFA DeJohn then provided DENTON with $50.00 U.S. Currency for the purchase of the plastic baggies.  Also during this time, audio & video tapes were recovered and was later marked as Exhibits N-31 (Audio) and N-32(8mm Video).  DENTON then obtained numerous plastic baggies as ordered by WILLIAMS.  While DENTON was completing this, Exhibits N-31 and N-32 were replaced with new audio/video tapes.  DENTON then traveled, while under surveillance, back to WILLIAMS residence.

8.   At approximately 9:13am, DENTON arrived back at WILLIAMS residence only to find that WILLIAMS was not present.  DENTON called WILLIAMS, via cell phone, and advised him (WILLIAMS) that he was at the back door of the residence.  WILLIAMS stated that he was not at the residence and that he would be returning in 10 minutes.

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮▮ | |

| 4. Page  3  of  12 | |
|---|---|
| 5. Program Code HID100 | 6. Date Prepared 11/21/03 |

9. Approximately 10 minutes later, WILLIAMS arrived back at the residence and met with DENTON.  Both WILLIAMS and DENTON then went inside.

10. While inside the residence, DENTON and WILLIAMS engage in conversation.  During this time, DENTON indicates over the audio transmission that the Marijuana is in WILLIAMS residence.

11. At approximately 9:33am, DENTON departs the residence and enters his vehicle.  DENTON advised TFA DeJohn, via cell phone, that he needs a set of scales so he and WILLIAMS could weigh the Marijuana.  DENTON also tells TFA DeJohn that the Marijuana is in the residence in 11 black duffel bags and is close to 500 lbs.  TFA DeJohn then instructed DENTON to meet with G/S Sherri Gonzalez, of the DEA Montgomery DO, at a predetermined location.

12. Upon DENTON meeting with G/S Gonzalez, DENTON advised G/S Gonzalez of the events that had transpired.  Lt Townson and Sgt Williams retrieved the audio and video tapes that were later marked as Exhibit N-31a (Audio) and Exhibit N-32a (8mm Video).  Exhibits N-31a and N-32a were replaced with new audio/video tapes.  DENTON was provided with a set of scales, at which time, he departed and traveled back to WILLIAMS' residence.

13. At this time, Lt Townson reviews the 8mm Video tape (Exhibit N-32a) and finds that the video captured several black duffel bags on a bed as well as WILLIAMS.

14. At approximately 10:00am, the CS arrived back at WILLIAMS' residence and went inside.  During this time, audio transmissions revealed that WILLIAMS was talking to an unknown individual on the phone advise them that their momma was dying.  DENTON began to advise monitoring agents that WILLIAMS is going to leave the residence.

15. At approximately 10:18am, DENTON advised TFA DeJohn, via cell phone, that WILLIAMS had left the residence for the hospital because someone was sick.   At this time, agents moved in to arrest WILLIAMS and secure the residence.

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | **1. File No.** ▓▓▓▓▓▓▓▓▓ |
| | **2. G-DEP Identifier** ▓▓▓▓▓▓ |
| | **3. File Title** ▓▓▓▓▓▓▓▓ |
| **4.** Page **4** of **12** | |
| **5. Program Code** HID100 | **6. Date Prepared** 11/21/03 |

16. At approximately 10:20am, agents entered the residence and secured DENTON, the audio/video equipment, as well as the residence. Other agents began to canvas the neighborhood and the roadways in an attempt to locate and arrest WILLIAMS. While securing the residence, agents observed several large black duffel bags, (3) three large bricks of suspected Marijuana on a "cutting board", and a open large duffel bag that contained suspected Marijuana wrapped in brown packing tape and clear plastic wrap. The residence was secured and the scene "frozen" pending the authorization of a Federal Search Warrant. Lt Townson retrieved the final set of Audio/Video tapes that were later marked as Exhibit N-31b (Audio) and N-32b (8mm Video). It should be noted that regarding the camera's time generator used to record Exhibits N-32, N-32a, and N-32b, was inaccurate as it was not adjusted for daylight savings time. Therefore, the actual time is an hour different or "behind" that of what was displayed.

17. At this time, DENTON was then removed from the scene and later released. Meanwhile, TFA DeJohn arrived at the United States Attorney's Office to prepare a Search Warrant Affidavit with the assistance of AUSA Clark Morris.

18. A short time later, G/S Gonzalez and Lt Townson observed CARMICHAEL drive by WILLIAMS residence in his black Honda Accord. It appeared to the agents that CARMICHAEL noticed agents outside the residence as he drove by. G/S Gonzalez attempted to get behind CARMICHAEL in an effort to follow and stop him. CARMICHAEL was able to speed away before G/S GONZALEZ was able to catch up.

19. Agents would later stop CARMICHAEL and place him under arrest pursuant to discovering a loaded firearm on the front passenger seat. It was known to agents that CARMICHAEL had been previously convicted for murder in 1976. See DEA 6 written to this case file S/A Thomas Halasz on 11/25/2003 regarding the arrest of CARMICHAEL and his post arrest statement.

20. Agents would also later arrest WILLIAMS as he was departing Baptist Hospital, located on the Southern Blvd in Montgomery, Alabama. See

---

**DEA Form - 6a** (Jul. 1996)

**DEA SENSITIVE** Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▓▓▓▓▓ | 2. G-DEP Identifier |
| 3. File Title ▓▓▓▓▓▓▓▓ | |

| 4. Page 5 of 12 | |
|---|---|
| 5. Program Code HID100 | 6. Date Prepared 11/21/03 |

DEA 6 written to this case file by S/A Halasz on 11/25/2003 regarding the arrest of WILLIAMS and his post arrest statements.

21. At approximately 4:10pm, TFA DeJohn, with the assistance of AUSA Clark Morris, presented (3) three applications for Federal Search Warrants to a United States Magistrate Judge for the Middle District of Alabama, Judge Charles S. Coody.  The search was to be for the residence of WILLIAMS, the CARMICHAEL CENTER, located at 150 E. Fleming Rd, Montgomery, Alabama, and CARMICHAEL's residence, located at 3226 Brookwood Drive, Montgomery, Alabama.

22. At this time, Judge Coody authorized searches of all three locations. For details regarding the Execution of Search Warrants at the CARMICHAEL CENTER and CARMICHAEL's residence, refer to this case and the appropriate DEA 6.

23. At approximately 4:30pm, members of the Montgomery DO executed a search warrant for WILLIAMS residence.

24. During the search, agents located (11) eleven duffel bags that contained an approximately 294 bundles of suspected Marijuana (Exhibit #1), weapons, ammo, drug paraphernalia, and paper documents (Exhibits N-14 to N-29).

25. All seized items were transported and secured at the DEA Montgomery DO.

## LIST OF PERSONEL

DEA Montgomery DO          – S/A Thomas Halasz, G/S Sherri Gonzalez,
                            & S/A Devin Whittle, TFA David DeJohn,
                            TFA Larry Hubbard, and S/A Robert Greenwood.

Alabama HIDTA             – S/A Marshal Simons, TFA Gene Sisson,
                            TFA Joe Herman, TFA Phil Sanders,
                            TFA Charles Odom.

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮▮▮ | |
| 4.<br>Page 6 of 12 | | |
| 5. Program Code<br>HID100 | 6. Date Prepared<br>11/21/03 | |

Montgomery PD       - CPL Tommy Conway and CPL D. Alexander

Montgomery County SO    - Inv Randy Pollard and Inv Dennis Smithee.

## CUSTODY OF DRUG EVIDENCE

1. Exhibits 1a-1k are representative samples of exhibit 1 (Approx 261.27 Kilograms of Marijuana), which was seized during a search warrant execution at 949 Ridgecrest Dr., Montgomery Alabama on 11/17/2003. TFA Larry D. Hubbard obtained Exhibit 1 on 11/17/2003, while at 949 Ridgecrest Dr., Montgomery Alabama.  TFA Hubbard maintained custody of the exhibit and secured it at the Montgomery D.O. until such time as it could be processed, sealed, and submitted to the DEA South Central Lab for analysis.  Exhibit 1 was field tested with positive results for Marijuana.  Exhibit 1 and the original packaging will be maintained at the Montgomery D.O.

## CUSTODY OF NON-DRUG EVIDENCE

1. Ex N-14 is a Nokia Cellular Phone w/assigned cell #(334)320-1803 and was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-14 and secured it at the Montgomery DO. On 11/21/2003, TFA DeJohn packaged Ex N-14.  TFA DeJohn later transferred custody of Ex N-14 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

2. Ex N-15 is a set of Triple Beam Scales that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-15 and secured it at the Montgomery DO. On 11/21/2003, TFA DeJohn packaged Ex N-15.  TFA DeJohn later transferred custody of Ex N-15 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

---

DEA Form   - 6a<br>(Jul. 1996)

**DEA SENSITIVE**<br>Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.<br>Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. ▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓▓ |
|---|---|---|
| *(Continuation)* | 3. File Title ▓▓▓▓▓▓▓▓ | |
| 4.  <br>Page 7 of 12 | | |
| 5. Program Code  <br>HID100 | 6. Date Prepared  <br>11/21/03 | |

3. Ex N-16 are (19) nineteen boxes of gallon size "Ziplock" type bags seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-16 secured them at the Montgomery DO. On 11/21/2003, TFA DeJohn packaged Ex N-16. TFA DeJohn later transferred custody of Ex N-16 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

4. Ex N-17 is a piece of "Formica" board used to cut Marijuana that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-17 and secured it at the Montgomery DO. On 11/21/2003, TFA DeJohn packaged Ex N-17. TFA DeJohn later transferred custody of Ex N-17 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

5. Ex N-18 is assorted ammunition and clips that were seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-18 and secured them at the Montgomery DO. On 11/21/2003, TFA DeJohn packaged Ex N-18. TFA DeJohn later transferred custody of Ex N-18 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

6. Ex N-19 are (19) nineteen empty duffel bags that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-19 and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-19. TFA DeJohn later transferred custody of Ex N-19 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

7. Ex N-20 is assorted packing materials & newspapers that were seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-20 and secured it at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged

DEA Form    - 6a  
(Jul. 1996)

**DEA SENSITIVE**  
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

# REPORT OF INVESTIGATION

*(Continuation)*

| 3. File Title |
|---|
| ▓▓▓▓▓▓▓▓▓▓ |

| 4. Page 8 of 12 | |
|---|---|
| 5. Program Code<br>HID100 | 6. Date Prepared<br>11/21/03 |

Ex N-20.   TFA DeJohn later transferred custody of Ex N-20 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

8. Ex N-21 are assorted knives and cutting tools that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-21 and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-21.   TFA DeJohn later transferred custody of Ex N-21 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

9. Ex N-22 are assorted paper documents that were seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-22 and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-22.   TFA DeJohn later transferred custody of Ex N-22 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

10. Ex N-23 is a  Walther P38 9mm Handgun, Ser#318527 w/mag and was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-23 and secured it at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-23.   TFA DeJohn later transferred custody of Ex N-23 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

11. Ex N-23a is (7) seven Rounds of 9mm ammo seized with Ex N-23 during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-23a and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-23a.   TFA DeJohn later transferred custody of Ex N-23a to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

12. Ex N-24 is a Rohm Model 63 .38 cal pistol. Serial #HF111478 that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive,

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▉▉▉▉ | 2. G-DEP Identifier ▉▉▉▉ |
|---|---|---|
| | 3. File Title ▉▉▉▉ | |
| 4. Page 9 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 11/21/03 | |

Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-24 and secured it at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-24. TFA DeJohn later transferred custody of Ex N-24 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

13. Ex N-24a is (6) .38 cal rounds that were found with Ex N-24 and was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-24a and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-24a. TFA DeJohn later transferred custody of Ex N-24a to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

14. Ex N-25 is a Mossberg Model 500A .12 GA Shotgun, Ser#K403013 that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-25 and secured it at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-25. TFA DeJohn later transferred custody of Ex N-25 to the Non-Drug Evidence Custodian for storage and safekeeping.

15. Ex N-26 is a Marlin Model 9mm Carbine w/scope SER#11576665 that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-26 and secured it at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-26. TFA DeJohn later transferred custody of Ex N-26 to the Non-Drug Evidence Custodian for storage and safekeeping.

16. Ex N-27 is a Winchester Model 94E .30-.30 Rifle, SER#5347159 SER#11576665 that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-27 and secured it at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-27. TFA DeJohn later transferred custody of Ex N-27 to the Non-Drug Evidence Custodian for storage and safekeeping.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

Previous edition dated 8/94 may be used.

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |

| 4. | |
|---|---|
| Page   10   of   12 | |

| 5. Program Code | 6. Date Prepared |
|---|---|
| HID100 | 11/21/03 |

17. Ex N-28 is a British Enfield .303 cal Rifle, SER#3561 that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-28 and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-28.   TFA DeJohn later transferred custody of Ex N-28 to the Non-Drug Evidence Custodian for storage and safekeeping.

18. Ex N-29 is a CETME .308 cal (7.62mm) Assault Rifle, SER#C05099 that was seized during execution of a Federal Search Warrant on 11/17/2003 at the residence of Freddie WILLIAMS, located at 949 Ridgecrest Drive, Montgomery, Alabama. On 11/17/2003, TFA David DeJohn obtained Ex N-29 and secured them at the Montgomery DO. On 12/01/2003, TFA DeJohn packaged Ex N-29.   TFA DeJohn later transferred custody of Ex N-29 to the Non-Drug Evidence Custodian for storage and safekeeping.

19. Ex N-31 is an Audio Cassette Tape.   N-31 contains a recorded meeting & conversation between Robert DENTON Jr and Freddie WILLIAMS on 11/17/2003.   On 11/17/2003, LT. Todd Townson obtained Ex N-31 and turned it over to TFA David DeJohn who secured it at the Montgomery DO. On 12/04/2003, TFA DeJohn packaged Ex N-31.   TFA DeJohn later transferred custody of Ex N-31 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

20. Ex N-31a is an Audio Cassette Tape.   Ex N-31a contains a recorded meeting & conversation between Robert DENTON Jr and Freddie WILLIAMS on 11/17/2003.   On 11/17/2003, LT. Todd Townson obtained Ex N-31a and turned it over to TFA David DeJohn who secured it at the Montgomery DO. On 12/04/2003, TFA DeJohn packaged Ex N-31a.   TFA DeJohn later transferred custody of Ex N-31a to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

21. Ex N-31b is an Audio Cassette Tape.   Ex N-31b contains a recorded meeting & conversation between Robert DENTON Jr and Freddie WILLIAMS on 11/17/2003.   On 11/17/2003, LT. Todd Townson obtained Ex N-31b and turned it over to TFA David DeJohn who secured it at the Montgomery DO. On 12/04/2003, TFA DeJohn packaged Ex N-31b.   TFA DeJohn later

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No. ▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓ |
| 3. File Title ▓▓▓▓ | |

4.
Page  11  of  12

| 5. Program Code | 6. Date Prepared |
|---|---|
| HID100 | 11/21/03 |

transferred custody of Ex N-31b to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

22. Ex N-32 is an 8mm Video Tape.  Ex N-32 contains a recorded meeting & conversation between Robert DENTON Jr and Freddie WILLIAMS on 11/17/2003.  On 11/17/2003, LT. Todd Townson obtained Ex N-32 and turned it over to TFA David DeJohn who secured it at the Montgomery DO. On 12/04/2003, TFA DeJohn packaged Ex N-32.  TFA DeJohn later transferred custody of Ex N-32 to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

23. Ex N-32a is an 8mm Video Tape.  Ex N-32a contains a recorded meeting & conversation between Robert DENTON Jr and Freddie WILLIAMS on 11/17/2003.  On 11/17/2003, LT. Todd Townson obtained Ex N-32a and turned it over to TFA David DeJohn who secured it at the Montgomery DO. On 12/04/2003, TFA DeJohn packaged Ex N-32a.  TFA DeJohn later transferred custody of Ex N-32a to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

24. Ex N-32b is an 8mm Video Tape.  Ex N-32b contains a recorded meeting & conversation between Robert DENTON Jr and Freddie WILLIAMS on 11/17/2003.  On 11/17/2003, LT. Todd Townson obtained Ex N-32b and turned it over to TFA David DeJohn who secured it at the Montgomery DO. On 12/04/2003, TFA DeJohn packaged Ex N-32b.  TFA DeJohn later transferred custody of Ex N-32b to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

25. Ex N-33 is (11) eleven black duffel bags that was used to contain Ex #1.  Ex N-33 was obtained on 11/17/2003 by TFA David DeJohn, who then secured them at the Montgomery DO.  On 12/04/2003, TFA DeJohn packaged Exhibit N-33 and later transferred it to the Montgomery DO Non-Drug Evidence Custodian, for storage and safekeeping.

26. Ex N-33a is assorted pieces of paper displaying hand written numbers. Ex N-33a was located inside of Ex N-33.  Ex N-33a was obtained on 11/17/2003 by TFA David DeJohn, who then secured them at the Montgomery DO.  On 12/04/2003, TFA DeJohn packaged Exhibit N-33a and later

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1 - Prosecutor

Previous edition dated 8/94 may be used.

Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |
| 4. Page 12 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 11/21/03 | |

transferred it to the Alabama Department of Public Safety for finger print analysis.

## INDEXING

1. CARMICHAEL, Leon        – NADDIS #▓▓▓▓; NFI.

2. WILLIAMS, Freddie       – NADDIS #▓▓▓▓▓▓▓▓▓▓▓▓▓▓;
   ▓▓▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓;

3. DENTON, Robert Patrick Jr  – NADDIS #▓▓▓▓▓; NFI.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|---|

5. By: SA Thomas Halasz
   At Montgomery D.O.

| 6. File Title |
|---|

7. ☐ Closed ☐ Requested Action Completed
   ☐ Action Requested By:

8. Date Prepared
11/25/03

9. Other Officers: Montgomery PD Cpl. Tom Conway, Cpl. Gene Sisson, SA Robert Greenwood, GS Sherri Gonzalez

10. Report Re: Arrest of Leon CARMICHAEL, Post Arrest Statements and Acquisition of Non-Drug Evidence

**DETAILS**

**SYNOPSIS**

On November 17, 2003 Montgomery D.O. Agents and Montgomery PD Officers arrested Leon CARMICHAEL for Conspiracy to Distribute Marijuana and weapons violations in Montgomery, AL. Several items of Non-Drug evidence were obtained pursuant to the arrest.

1. On November 17, 2003 at approximately 11:00 AM Leon CARMICHAEL was observed by SA Thomas Halasz driving a black Honda Accord, AL registration 3A3691L, in the vicinity of the Carmichael Center on Fleming Road in Montgomery, AL. CARMICHAEL was followed by SA Halasz and other law enforcement personnel to South Boulevard where his vehicle was stopped pursuant to this investigation by a marked Montgomery PD patrol car. CARMICHAEL exited his vehicle and was led away from the vehicle by Cpl. Tom Conway. SA Thomas Halasz approached CARMICHAEL's vehicle and observed a pistol laying on the front seat. Simultaneously CARMICHAEL was asked by Cpl. Tom Conway if he had any weapons. CARMICHAEL responded that there was a gun on the front seat.

2. SA Halasz read CARMICHAEL his Miranda Rights which he verbally acknowledged. SA Halasz asked CARMICHAEL if he had been convicted of murder in the past. CARMICHAEL said that he had and that he had served

| 11. Distribution: Division NOFD District Other SARI | 12. Signature (Agent) Thomas Halasz | 13. Date 12-08-03 |
|---|---|---|
| | 14. Approved (Name and Title) Sherri Gonzalez Group Supervisor | 15. Date 12-10-03 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

37

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
| | 3. File Title | |
| 4.<br>Page **2** of **5** | | |
| 5. Program Code | 6. Date Prepared<br>11/25/03 | |

eleven years in prison for murder. CARMICHAEL further said he had been pardoned.

3. At this time CARMICHAEL was patted down by Cpl. Conway and both back pants pockets were found to contain rolls of cash. SA Halasz took possession of the currency as Exhibit N-11. SA Halasz informed CARMICHAEL that he had been stopped pursuant to an investigation in which he had been implicated in a seizure of over 500 pounds of drugs at "Freddie's" residence. CARMICHAEL responded that he knows a "Freddie" that drives for him. CARMICHAEL further said that he has no knowledge of the drug seizure.

4. GS Sherri Gonzalez responded to the scene and visually identified CARMICHAEL as the person she had observed drive past 949 Ridgecrest Drive, Montgomery, AL a short time earlier.

5. Prior to transporting the Honda Accord to the Montgomery D.O. to be seized pending administrative forfeiture, an inventory of the vehicle was conducted. A blue zippered bag was observed in a brief case on the rear seat which contained an amount of cash. Additionally, the trunk was found to contain a shotgun, two pistols and ammunition. At the time, the above items were left in the vehicle which was driven to the Montgomery D.O. by GS Sherri Gonzalez.

6. CARMICHAEL was transported to the Montgomery D.O. CARMICHAEL asked SA Halasz what kind of drugs people were saying he was involved with. SA Halasz told CARMICHAEL that over 500 pounds of marijuana was seized. CARMICHAEL maintained that he knew nothing about it. SA Halasz told CARMICHAEL that he met with a person between 2:00 AM and 3:00 AM and that the person he met was with the marijuana that morning. CARMICHAEL said that he was in a hotel with a woman during the early morning hours including 2:00 AM to 3:00 AM and that she would testify to that.

7. CARMICHAEL was processed and transported to the Montgomery City Jail by SAs Halasz and Robert Greenwood.

8. The following items were obtained from the above referenced black Honda Accord by GS Sherri Gonzalez at the Montgomery D.O; One Nokia cell

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

Previous edition dated 8/94 may be used.

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| **1. File No.** ▉▉▉▉ | **2. G-DEP Identifier** ▉▉▉▉ |
| **3. File Title** ▉▉▉▉ | |

**4.**
**Page  3  of  5**

**5. Program Code**

**6. Date Prepared**
11/25/03

phone (Exhibit N-2), assorted paper documents (Exhibit N-3), Taurus PT140 .40 cal. pistol s/n SVA39286 and magazine (Exhibit N-4), 10 rounds of .40 caliber ammunition from Exhibit N-4, (Exhibit N-4a), Springfield Armory V10 .45 caliber pistol s/n N467060 and magazine (Exhibit N-5), 6 rounds of .45 caliber ammunition from Exhibit N-5 (Exhibit N-5a), Colt Combat Commander .45 caliber pistol s/n FC22273E with magazine (Exhibit N-6), Beretta Model 1201FP 12 gauge shotgun s/n A28225L (Exhibit N-7), assorted paper documents (Exhibit N-8), .40 caliber, .45 caliber and 12 gauge ammunition (Exhibit N-9), assorted bank bag (Exhibit N-10) and $5,000.00 US currency removed from Exhibit N-10 (Exhibit N-10a).


## Custody of Evidence:

Exhibit N-2 is a Nokia cell phone 334-221-2300, IMEI #01021000/554896/4 which was obtained by GS Sherri Gonzalez on 11-17-03 from the front seat area of a Honda Accord, AL reg. 3A3691L. GS Gonzalez maintained custody until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-3 is assorted paper documents which were obtained by GS Sherri Gonzalez on 11-17-03 from a briefcase on the rear seat of the Honda Accord. GS Gonzalez maintained custody of the exhibit until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-4 is a Taurus model PT140 .40 caliber pistol s/n SVA39286 which was obtained by GS Sherri Gonzalez on 11-17-03 from the front passenger seat of the Honda Accord. GS Gonzalez unloaded the weapon and maintained custody of the exhibit until later on 11-17-03 when custody was transferred to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-4a is 10 rounds of .40 caliber ammunition which was obtained on 11-17-03 by GS Sherri Gonzalez as part of Exhibit 4. GS Gonzalez removed

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| **1. File No.** | **2. G-DEP Identifier** |
| **3. File Title** | |

**4.**
Page  4  of  5

**5. Program Code**

**6. Date Prepared**
11/25/03

---

Exhibit N-4a and maintained custody until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA David DeJohn maintained custody until submission to the MDO NDEC.

Exhibit N-5 is a Springfield Armory model V10 .45 caliber pistol s/n N467060 which was obtained by GS Sherri Gonzalez on 11-17-03 from the trunk of the Honda Accord. GS Gonzalez maintained custody of the exhibit until later on 11-17-03 when custody was transferred to TFA David DeJohn. TFA DeJohn maintained cusotdy until submission to the MDO NDEC for safekeeping.

Exhibit N-5a is 6 rounds of .45 caliber ammunition which was obtained on 11-17-03 by GS Sherri Gonzalez as part of Exhibit N-5. GS Gonzalez removed Exhibit N-5a and maintained custody of the exhibit until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA DeJohn maintained custody until submission tot he MDO NDEC for safekeeping.

Exhibit N-6 is a Colt Combat Commander .45 caliber pistol s/n FC22273E which was obtained by GS Sherri Gonzalez on 11-17-03 from the trunk of the Honda Accord. GS Gonzalez maintained custody of the exhibit until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-7 is a Beretta model 1201FP 12 gauge shotgun s/n A28225L which was obtained by GS Sheri Gonzalez on 11-17-03 from the trunk of the Honda Accord. GS Gonzalez maintained custody of the exhibit until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-8 is assorted paper documents which were obtained by GS Sherri Gonzalez from the glove compartment of the Honda Accord on 11-17-03. GS Gonzalez maintained custody of the exhibit until later on 11-17-03 when the exhibit was provided to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-9 is assorted .40 caliber, .45 caliber and 12 gauge ammunition which was obtained by GS Sherri Gonzalez on 11-17-03 from the trunk of the Honda Accord. GS Gonzalez maintained custody of the exhibit until later on

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

REPORT OF INVESTIGATION
*(Continuation)*

| | | |
|---|---|---|
| 1. File No. | | 2. G-DEP Identifier |
| 3. File Title | | |
| 4. Page 5 of 5 | | |
| 5. Program Code | | 6. Date Prepared 11/25/03 |

11-17-03 when custody was transferred to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-10 is an AmSouth bank bag which was obtained by GS Sherri Gonzalez from a briefcase on the back seat of the Honda Accord. GS Gonzalez maintained custody of the exhibit until later on 11-17-03 when custody was transferred to TFA David DeJohn. TFA DeJohn maintained custody until submission to the MDO NDEC for safekeeping.

Exhibit N-10a is $5,000.00 US currency which was obtained by GS Sherri Gonzalez as part of Exhibit N-10 on 11-17-03. GS Gonzalez removed Exhibit N-10a and maintained custody until later on 11-17-03 when the exhibit was provided to SA Thomas Halasz. SA Halasz placed the exhibit in a sealed evidence bag and secured it in the MDO NDEC drop safe. On 11-18-03 TFA Larry Hubbard took custody of the exhibit and converted the currency to a cashier's check payable to the US Marshal's Service pursuant to DEA policy for administrative forfeiture.

Exhibit N-11 is $1,781.00 US currency which was obtained by SA Thomas Halasz and Cpl. Tom Conway on 11-17-03 from Leon CARMICHAEL in Montgomery, AL. SA Halasz maintained custody of the exhibit until later on 11-17-03 when it was sealed in an evidence bag and placed in the Montgomery D.O. non-drug evidence drop safe. On November 18, 2003 TFA Larry Hubbard took custody of the exhibit and converted the currency to a cashier's check payable to the US Marshal's Service pursuant to DEA policy for administrative forfeiture.

INDEXING

1. CARMICHAEL, Leon

                                        NADDIS ██████

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1 - Prosecutor

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

4.
Page 2 of 2

5. Program Code
HID100

6. Date Prepared
12/06/03

for him.  TFA DeJohn asked CARMICHAEL as to why did he say that.
CARMICHAEL advised "You got me."  Agents explained to CARMICHAEL that
they were extending an opportunity to him (CARMICHAEL) to cooperate
with law enforcement.  TFA DeJohn added that CARMICHAEL would have to
talk with his attorneys before cooperating with agents.  CARMICHAEL
advised that he could not trust his own attorneys.  CARMICHAEL
continued by stating that he had an attorney that called the United
States Attorney's Office and stated that he had a client that wanted
to provided information about CARMICHAEL.  CARMICHAEL also insinuated
that his other attorneys just had their hands out for his money.

4.   During the conversation CARMICHAEL stated that his attorney explained
that several individuals were coming forward and providing information
about him (CARMICHAEL).  CARMICHAEL advised that most of those people
would be lying, indicating that individuals would not be lying.  TFA
DeJohn did advised CARMICHAEL to talk with his attorneys if he wished
to cooperate with law enforcement.

5.   At this time, CARMICHAEL's property was signed over to him and he
departed.  See DEA-12 forwarded to this case file reflecting the
transfer of property.

**INDEXING**

1.   CARMICHAEL, Leon          - NADDIS

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

** TOTAL PAGE.03 **

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code HID100 | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFA R. David DeJohn  At Montgomery DO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 12/06/03 | |
| 9. Other Officers: S/A Robert Greenwood | | | | |
| 10. Report Re: Conversation with Leon CARMICHAEL on 12/04/2003 | | | | |

### SYNOPSIS

On 12/04/2003, TFA David DeJohn and S/A Robert Greenwood, of the DEA Montgomery District Office, had a conversation with Defendant Leon CARMICHAEL at the Montgomery District Office. This report details the conversation with CARMICHAEL.

### DETAILS

1. On 12/04/2003, Defendant Leon CARMICHAEL arrived at the Montgomery DO under the direction of his attorney Steven Glassroth. This was part of an arrangement between TFA DeJohn and Attorney Glassroth to return seized items to CARMICHAEL that was not being held as evidence.

2. During the meeting, CARMICHAEL began to complain to S/A Greenwood about the News Media inaccurately reporting that 575.00 lbs of Marijuana (Exhibit #1) had been seized by agents at the CARMICHAEL CENTER. The CARMICHAEL CENTER is CARMICHAEL's place of business, located at 150 E. Fleming Rd, Montgomery, Alabama. S/A Greenwood and TFA DeJohn explained to CARMICHAEL that we knew that to not be the truth and would not present anything that we did not believe to be the truth.

3. CARMICHAEL continued by stating that he had already resigned himself to the fact that he was going to prison for the rest of his life and that he considered a 10, 15, 20 year sentence to be a life sentence

| 11. Distribution:  Division NOFD | 12. Signature (Agent)  TFA R. David DeJohn | 13. Date 12-16-03 |
|---|---|---|
| District | 14. Approved (Name and Title)  Sherri Gonzalez  Group Supervisor | 15. Date 12-17-03 |
| Other   SARI | | |

DEA Form    - 6
(Jul. 1996)

3 - Originating Office

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.