IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2004 FEB 20  P 4: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
FEB 20 2004

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA         )
                                 )
v.                               )   CR. NO. 03-259-N
                                 )
LEON CARMICHAEL, SR.,            )
also known as BEAVER LEON        )
CARMICHAEL, and                  )
FREDDIE WILLIAMS                 )

### UNITED STATES' BILL OF PARTICULARS
### FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars for Forfeiture of Property.

Through the violations of Title 21, *United States Code*, Section 841(a)(1) and 846, as alleged in Count 1 of the Criminal Superseding Indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, *United States Code*, Section 853:

Money

    a. Five Thousand Dollars ($5,000.00) in United States Currency.

    b. One Thousand Seven Hundred Eighty-one Dollars ($1,781.00) in United States Currency.

Vehicle

    a. 2001 Honda Accord EX, VIN: 1HGCG16521A033354.



GOVERNMENT EXHIBIT 1

118

Respectfully submitted this 20th day of February, 2004.

                           FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY

                           _____
                           John T. Harmon [HAR 108]
                           Assistant United States Attorney

Address of Counsel:

United States Attorney's Office
One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
 FAX  223-7560
E-Mail John.Harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Bill of Particulars has been served upon the following, by depositing a copy of the same in the United States mail, first class, postage prepaid, on this the 20th day of February, 2004:

Mr. Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, Alabama 36109

Mr. Stephen R. Glassroth
P. O. Box 910
Montgomery, Alabama 36102-0910

Mr. Barry E. Teague
138 Adams Avenue
Montgomery, Alabama 36101

Mr. Amardo W. Pitters
P. O. Box 1973
Montgomery, Alabama 36102-1973

                           _____
                           John T. Harmon [HAR 108]
                           Assistant United States Attorney