RECEIVED
2004 MAR 25 P 4:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

FILED
MAR 25 2004
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

GOVERNMENT EXHIBIT
26

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-03-259-N |
| | ) | |
| LEON CARMICHAEL, SR. a/k/a | ) | |
| BEAVER LEON CARMICHAEL | ) | |

## <u>MOTION FOR LEAVE TO REPLY TO DEFENDANT'S POST-HEARING SUPPRESSION ARGUMENT</u>

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and requests leave of the Court to file a Reply Brief to the defendant's post-hearing suppression argument. In support of said request, the Government states as follows:

1.  Defendant filed a three-page Motion to Suppress on January 7, 2004. In his motion, defendant contends that the government illegally stopped and arrested the defendant on November 17, 2003. Defendant further contends that the government illegally interrogated the defendant on December 4, 2003. While the defendant did not enumerate facts to support these contentions, this Court held an evidentiary hearing on such matters on March 1, 2004. This Court further ordered that if the government chose to file a post-hearing brief, such brief was due on March 11, 2004. The defendant's post-hearing brief was due on March 22, 2004. On March 22, 2004, defendant filed a motion for an enlargement of time for filing defendant's brief. Said motion was granted on the 24th day of March, 2004. At the filing of the instant motion, the Government has not received the aforementioned post-hearing suppression brief.

MOTION GRANTED to MARCH 31, 2004

This 26th day of March, 2004

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FILED
MAR 26 2004
CLERK
U.S. DISTRICT COURT

134/135

2.      As explained in the government's Response to the Motion to Suppress filed on the 18th day of February, 2004, the government arrested the defendant on November 17, 2003, based on probable cause and without an arrest warrant. Therefore, as the Court is aware, the government has the burden to show that probable cause existed for said arrest. See, Michigan v. Summers, 452 U.S. 692 (1981)(every arrest is unreasonable unless it is supported by probable cause). Additionally, on December 4, 2003, the defendant voluntarily and after the advice of his attorneys, came to the DEA office in Montgomery, Alabama to retrieve some of his property. (Transcript p. 76, lines 12-15) There, the defendant made certain voluntary statements to DEA agents during his visit. The government also bears the burden of showing by preponderance of the evidence that said statements were voluntary. United States v. Grimes 142 F.2d 1342, 1350 (11th Cir. 1998); citing, Colorado v. Connelly, 479 U.S. 157, 168, 107 S.Ct. 515, 522, 93 L.Ed.2d 473 (1986); Lego v. Twomey, 404 U.S. 477, 489, 92 S.Ct. 619, 626-27, 30 L.Ed.2d 618 (1972).

3.      Since the government bears the burden, the government should have the opportunity to respond to defendant's arguments. At this point, the defendant has put forth no argument. The defendant has simply filed a bare-boned, three page motion to suppress. The government expects that the defendant will put forth arguments in its post-hearing brief.

4.      Therefore, the government request that the court allow the Government five business days from the filing of this motion to reply to the defendant's post-hearing brief, thereby making the government's brief due of Wednesday, the 31st day of March, 2004.

Respectfully submitted this the 25th day of March, 2004.

                                         LEURA GARRETT CANARY
                                         UNITED STATES ATTORNEY

                                         */s/ A. Clark Morris*
                                         A. CLARK MORRIS
                                         Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, A. Clark Morris, Assistant United States Attorney, hereby certify that I have this 25th day of March, 2004, served a copy of the foregoing motion upon the following, by US mail :

Ronald Wise
Counsel for Leon Carmichael
fax number (334) 260-8005

Stephen Glassroth
Counsel for Leon Carmichael
fax number (334) 263-9940

                                         */s/ A. Clark Morris*
                                         Assistant United States Attorney