IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,     *
                                        *
                                        *
vs.                                    *    Cr. No. 03-259-N
                                        *
                                        *
LEON CARMICHAEL,            *
                                        *
     Defendant.                  *

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as additional counsel for Leon Carmichael, in the above-styled cause. Kindly send all notices to undersigned counsel at the address noted below.

Respectfully submitted,

/s/ Elizabeth Anthony
Elizabeth Anthony (ANT008)
Attorney for Leon Carmichael

OF COUNSEL:

ROGERS-TAYLOR MANOR
1905 Fourteenth Avenue South
Birmingham, Alabama 35205
(205) 930-5900
(205) 930-5909 - FAX

GOVERNMENT
EXHIBIT
2 C

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on the following by placing a copy of the same in the United States Mail, properly addressed and postage prepaid or by hand delivery on this the 25th of March, 2004.

        Ms. A. Clark Morris
        United States Attorney
           for the Middle District of Alabama
        Post Office Box 197
        Montgomery, Alabama 36101-0197

_____
OF COUNSEL