RECEIVED IN THE UNITED STATES DISTRICT COURT

2004 APR -2  P 4:25 FOR THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR-03-259-N |
| | ) |
| LEON CARMICHAEL, SR. a/k/a | ) |
| BEAVER LEON CARMICHAEL | ) |

## WITHDRAWAL OF GOVERNMENT'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S POST-HEARING SUPPRESSION ARGUMENT

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and withdraws its requests for leave of the Court to file a reply brief to the defendant's post-hearing suppression argument. In support of said request, the Government states as follows:

1. On March 25, 2004, Government filed a Motion for Leave to Reply to Defendant's Post-Hearing Suppression Argument.

2. On March 24, 2004, Defendant filed his Reply to the Government's Post-Hearing Brief.

3. Government received a copy of the Defendant's Reply through the United States Mail on or about the 26th day of March, 2004.

4. Upon reading the Defendant's Reply to the Government's Post-Hearing Brief, the Government believes that any further briefing of these issues is unnecessary.

WHEREFORE, the Government moves to withdraw its motion for leave to file a reply brief to Defendant's post-hearing suppression argument.



GOVERNMENT EXHIBIT 2E

Respectfully submitted this the 2nd day of April, 2004.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> *Clark Morris*
> A. CLARK MORRIS
> Assistant United States Attorney

### CERTIFICATE OF SERVICE

I, A. Clark Morris, Assistant United States Attorney, hereby certify that I have this 2nd day of April, 2004, served a copy of the foregoing motion upon the following, by fax and United States mail :

Ronald Wise
Counsel for Leon Carmichael
fax number (334) 260-8005

Stephen Glassroth
Counsel for Leon Carmichael
fax number (334) 263-9940

> *Clark Morris*
> Assistant United States Attorney