## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | CR. NO. 03-259-N |
| ) | |
| LEON CARMICHAEL, SR.,      ) | |
| et al.                     ) | |

### DEFENDANT CARMICHAEL'S UNOPPOSED MOTION TO CONTINUE

Defendant, by undersigned counsel, moves the Court for the entry of an order continuing the trial this cause. In support of the motion, the following is shown to the Court:

1. By previous order of the Court, the trial in this cause is set for May 3, 2004. Outstanding issues in this case were discussed with the Court during a conference call conducted on April 16, 2004.

2. As the Court is aware, there remain outstanding issues currently at the Magistrate Judge level which may require action by the Court.

3. Following the conference call conducted with the Court on April 16, 2004, the government faxed a notice to the defense informing the defense for the first time that it intended to use an expert witness with respect to the money laundering count contained in the indictment. In light of that notification, the defense now needs a sufficient opportunity to consult with and obtain the services of an expert versed in the same field as the government's expert. This potential defense expert will require substantial time to review and analyze thousand of pages of documents consisting of a multitude of different categories of financial records.

4. On Tuesday, April 13, 2004, the government provided yet another round of discovery, consisting of approximately 2000 pages which the defense has been attempting to review and analyze. Undersigned counsel believes that there is simply insufficient time within which to do an


GOVERNMENT EXHIBIT 2H

effective job, given all of the other preparation that is required in this case.

5. Counsel for Mr. Carmichael conferred this date with government counsel and with counsel with Mr. Williams about the issue of continuance. Neither Mr. Teague nor Ms. Morris had any opposition to the Court granting the continuance and both authorized counsel for Mr. Carmichael to make that fact known to the Court.

6. A waiver of speedy trial rights is not being filed contemporaneously with this motion but will be filed once the same has been obtained from Mr. Carmichael in the coming week.

WHEREFORE, Mr. Carmichael prays the Court will consider the matter set forth herein and, after due consideration, enter its order continuing the trial in this cause.

RESPECTFULLY SUBMITTED this the 16th day of April, 2004.

> STEPHEN R. GLASSROTH (GLA005)
> RONALD W. WISE (WIS004)
> ELIZABETH ANTHONY (ANT008)
> Attorneys for the defendant
> s/Stephen R. Glassroth
> Stephen R. Glassroth
> THE GLASSROTH LAW FIRM, P.C.
> 615 S. McDonough Street
> Post Office Box 910
> Montgomery, Alabama 36101-0910
> (334) 263-9900
> (334) 263-9940 - fax
> firm@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax

Law Offices of Ronald W. Wise
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

ROGERS-TAYLOR MANOR
1905 Fourteenth Avenue South
Birmingham, Alabama 35205
(205) 930-5900
(205) 930-5909 - FAX

## CERTIFICATE OF SERVICE

I hereby certify that on April 66, 2004 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, and I hereby certify that I have mailed by United States Postal Service the document to the following participants: Mary Elizabeth Anthony and Ronald W. Wise.

Respectfully submitted,

s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com