IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. ACTION NO. |
| | ) 2:03cr259-T |
| LEON CARMICHAEL, SR. and | ) |
| FREDDIE WILLIAMS | ) |
| | ) |

ORDER

This cause is now before the court on defendants Leon Carmichael, Sr. and Freddie Williams' motions to continue trial, filed on April 16, 2004 (doc. nos. 160 & 161). In light of the fact that the government has no objections to the continuance motion and for the reasons set forth below, the court concludes that the continuance motion should be granted.

While the granting of a continuance is left to the sound discretion of the trial judge, see United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir.), cert. denied, 479 U.S. 823, 107 S. Ct. 93 (1986), the court is limited by the



requirements of the Speedy Trial Act, 18 U.S.C.A. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an ... indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the ... indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C.A. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... the reasonable time necessary for effective preparation." § 3161(h)(8)(B)(iv).

The court concludes that, in this case, a continuance is necessary because the ends of justice served by granting a continuance outweigh the interest of the public and the

2

defendant in a speedy trial. First, the defendants need additional time to prepare to respond to the government's witness from the Internal Revenue Service, whose existence was only recently made known to them. Second, the defendants need more time to review approximately 2000 pages of discovery recently made available to them. In addition, the defendants have either filed a waiver of their speedy trial rights or indicated that they will do so shortly. The government agrees that a continuance will serve the ends of justice in this case.

Accordingly, it is ORDERED as follows:

(1) The motion to continue, filed by defendant Leon Carmichael, Sr. on April 16, 2004 (doc. no. 160), is granted.

(2) The motion to continue, filed by defendant Freddie Williams on April 16, 2004 (doc. no. 161), is granted.

(3) The trial of defendants Carmichael and Williams and jury selection are continued to July 12, 2004, at

3

10:00 a.m. Jury selection and trial will proceed before Judge Myron Thompson.

DONE, this the 19th day of April, 2004.

        /s/ Myron H. Thompson
        MYRON H. THOMPSON
     UNITED STATES DISTRICT JUDGE