IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR NO. 03-0259-T |
| | ) |
| LEON CARMICHAEL, SR., etc, et al., | ) |

## O R D E R

Pursuant to the Government's request for an opportunity to brief, or otherwise be heard on, any disputed discovery issue involved in *ex parte* submissions to the court, it is

**ORDERED** that the *Government shall file, not later than April 26, 2004,* any submission desired to show any cause why the Defendant is not entitled to production of any *Memorandum of Understanding, or similar agency memorandum,* for the High Intensity Drug Trafficking Area Task Force (HIDTA) involved in this case, as referenced in Defense Counsel's March 31, 2004, letter to Government Counsel and the latter's April 1, 2004 response. *Defendant may file any reply not later than May 3, 2004;* thereafter, the court will resolve this discovery dispute by ruling on Defendant's *Ex Parte Motion for Production of Government Documents* (Doc.142, filed April 6, 2004).

Done this 20th day of April, 2004.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE


GOVERNMENT EXHIBIT 25