IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIM. ACTION NO. |
| ) | 2:03cr259-T |
| LEON CARMICHAEL, SR.   ) | |
| ) | |

ORDER

This criminal case is now before the court on the recommendation of the United States Magistrate Judge, entered on April 15, 2004, that the motion to suppress statements, filed by defendant Leon Carmichael, Sr. on January 7, 2004, be denied. This case is also before the court on the objections filed by defendant Carmichael on April 23, 2004.

After an independent and <u>de novo</u> review of the entire record, the court believes that Carmichael's objections should be overruled and the Magistrate Judge's recommendation adopted. Specifically, the court fully adopts the Magistrate Judge's recommendation that the motion to suppress statements be denied.


GOVERNMENT EXHIBIT 2M

It is therefore ORDERED as follows:

(1) The objections filed by defendant Carmichael on April 23, 2004 (doc. no. 177), are overruled.

(2) The recommendation of the United States Magistrate Judge, entered on April 15, 2004 (doc. no. 151), is adopted.

(3) The motion to suppress, etc., filed by defendant Carmichael on January 7, 2004 (doc. no. 71) is denied.

DONE, this the 27th day of April, 2004.

/s/ Myron H. Thompson
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE