IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )   CR. NO. 03-259-N<br>)<br>LEON CARMICHAEL, SR.,            )<br>et al.                                      ) | |

### DEFENDANT CARMICHAEL'S REPLY
### TO GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE

Leon Carmichael, by undersigned counsel, sets forth the following as his reply to the government's response to the Court's order to show cause.

1. In its response, the government stated that DEA Task Force Agent David DeJohn is "not associated with the HIDTA Task Force." Government response, ¶ 4, at 2

2. Mr. DeJohn is not a federal agent. He is a City of Prattville police officer that is detailed to the United States Drug Enforcement Administration (DEA). Transcript of Hearing of Defendant Carmichael's Motion to Suppress Evidence, March 1, 2004, at 7; Transcript of Hearing of Government's Motion for Protective Order, March 1, 2004, at 4.

3. While the cross-designation of the Prattville police officer is clearly to the DEA, the government's response states that he is not designated to the HIDTA Task Force. However, it is clear from the government's response, and from Mr. DeJohn's own testimony cited above, that he has been crossed-designated and is, thus, acting under the aegis of the DEA.

4. Since there is a cross-designation of a municipal police officer to the federal agency, there is paper work delineating those factors detailed in paragraph 3 of the government's response to the Court's order to show cause. Whether it be termed a "Memorandum of Understanding", or denominated something else, the defendant seek precisely the document(s) that sets out those factors


GOVERNMENT
EXHIBIT
2 N

described by the government in its response, as it pertains to each non-federal task force agent. For each local officer cross-designated, or assigned to the DEA, there is documentation between the local agency and the DEA of the parameters, etc. of that assignment. Semantics aside, the information sought by the defense is available.

5. At the ex parte, in camera, hearing conducted by the Court on this matter, counsel for Mr. Carmichael made the showing of the need for such information. Mr. Carmichael incorporates herein by reference, the showing made at hearing, including the Court's questions and counsel's answers to those questions. The material should be required to be produced by the government.

WHEREFORE, Mr. Carmichael prays the Court will consider this matter and, after due consideration, issue its order directing the government to supply the kind of information sought by the defense, whether the same be termed Memorandum of Understanding or whether that information is known by another name, or names.

RESPECTFULLY SUBMITTED this the 3rd day of May, 2004.

STEPHEN R. GLASSROTH (GLA005)
RONALD W. WISE (WIS004)
ELIZABETH ANTHONY (ANT008)
Attorneys for the defendant
s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax

Law Offices of Ronald W. Wise
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

ROGERS-TAYLOR MANOR
1905 Fourteenth Avenue South
Birmingham, Alabama 35205
(205) 930-5900
(205) 930-5909 - FAX

## CERTIFICATE OF SERVICE

I hereby certify that on April 66, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, and I hereby certify that I have mailed by United States Postal Service the document to the following participants: Mary Elizabeth Anthony and Ronald W. Wise.

      Respectfully submitted,

      s/Stephen R. Glassroth
      Stephen R. Glassroth
      THE GLASSROTH LAW FIRM, P.C.
      615 S. McDonough Street
      Post Office Box 910
      Montgomery, Alabama 36101-0910
      (334) 263-9900
      (334) 263-9940 - fax
      firm@glassrothlaw.com