RECEIVED
2004 JUL -2 P 12: 20
[illegible stamp]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
v.                             )   CR. NO. 2:03-cr-259-001-T
                               )
LEON CARMICHAEL, SR.,          )
et al.                         )

## MOTION FOR ADMISSION PRO HAC VICE
## PURSUANT TO FEDERAL LOCAL RULE 83.1(b)

Undersigned counsel, Lisa M. Wayne, hereby moves this Honorable Court, pursuant to Federal Local Rule 83.1(b), for the entry of an order granting her admission to practice before this Court in the within case, and accepting her entry of appearance as co-counsel of record for the Defendant. In support thereof, undersigned counsel attaches the requisite certificate of good standing from the United States District Court for the District of Colorado, where she resides and regularly practices law.

RESPECTFULLY SUBMITTED this the 30th day of June, 2004.

/s/ Lisa Monet Wayne
LISA MONET WAYNE
950 Seventeenth Street, Suite 1700
Denver, Colorado 80202
Fax: (303) 860-1665
Email: Lmonet20@aol.com

SCANNED

GOVERNMENT
EXHIBIT
2P



# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**Lisa Monet Wayne**
was duly admitted to practice in said court on
**October 4, 1988**
and is in good standing as a member of the bar of said court.

Dated: June 7, 2004

Gregory C. Langham, Clerk

By: _____
Deputy Clerk