IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2004 JUL -2 P 12:20

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:03-cr-259-001-T |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| et. al. ) | |

## ENTRY OF APPEARANCE

COMES NOW undersigned counsel, LISA MONET WAYNE, duly authorized to practice law in the United States District Court For The Middle District Of Alabama Northern Division, and request this Honorable Court to enter her appearance as the Defendant's counsel.

RESPECTFULLY SUBMITTED this the 30th day of June, 2004.

LISA MONET WAYNE
950 Seventeenth Street, Suite 1700
Denver, Colorado 80202
Fax: (303) 860-1665
Email: Lmonet20@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, Ronald W. Wise and Mary Elizabeth Anthony.

GOVERNMENT EXHIBIT 2 Q