IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:03-CR-259-T |
| | ) |
| LEON CARMICHAEL, SR., et al. | ) |

## ORDER

Upon consideration of the *Motion for Admission Pro Hac Vice Pursuant to Federal Local Rule 83.1(b)* (Doc. 212, filed July 2, 2004), it appears that **Lisa Monet Wayne** is a member in good standing of the United States District Court, District of Colorado, and is otherwise eligible to appear *pro hac vice* in this proceeding as co-counsel for Defendant Carmichael.

Accordingly, it is **ORDERED** that the Motion is **GRANTED**.

DONE this ____ day of July, 2004.

_____
VANZETTA PENN McPHERSON
UNITED STATES MAGISTRATE JUDGE

FOR

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

