IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
    v. )        CR. NO. 2:03-cr-259-T
)
LEON CARMICHAEL, SR., )
also known as, BEAVER LEON )
CARMICHAEL, and )
FREDDIE WILLIAMS )

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment, heretofore filed in the above styled cause, on the following grounds, to wit:

Superseding Indictment filed.

Respectfully submitted this the 18th day of August, 2004.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A


GOVERNMENT
EXHIBIT
2U

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:03-cr-259-T |
| | ) | |
| LEON CARMICHAEL, SR., | ) | |
| also known as, BEAVER LEON | ) | |
| CARMICHAEL, and | ) | |
| FREDDIE WILLIAMS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2004, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen Glassroth, Esquire, and Barry Teague, Esquire.

Respectfully submitted,


s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A