IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIM. ACTION NO.
) 2:03cr259-T
LEON CARMICHAEL, SR. and )
FREDDIE WILLIAMS )
)

ORDER

Upon consideration of the motion to intervene and motion

to remove photograph from web site filed by R. David DeLeon

(Doc. No. 245), it is ORDERED that the parties show cause,

if any there be, in writing by October 6, 2004, as to why

said motions should not be granted.

DONE, this the 22nd day of September, 2004.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE


GOVERNMENT
EXHIBIT
22