IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:03-cr-259-001-T |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| et al. ) | |

### DEFENDANT CARMICHAEL'S MOTION TO STRIKE SURPLUSAGE FROM SUPERSEDING INDICTMENT PURSUANT TO FED. R. CRIM. P. 7(d)

Comes now defendant Leon Carmichael, by undersigned counsel, who moves the Court for the entry of an order striking the section of the superseding indictment returned by the grand jury on August 17, 2004, entitled "Notice of Additional Factors." In support of his motion Mr. Carmichael states that the "Notice of Additional Factors" is inappropriately a part of the indictment for the reasons explained in the Memorandum of Law in support of this motion, filed contemporaneously herewith and incorporated herein by reference. For the reasons set forth in that memorandum, the Court should grant the relief and order that the surplusage be stricken.

WHEREFORE, Mr. Carmichael prays the Court will consider the matter raised in the motion and memorandum of law filed in support thereof, and after due consideration, enter its order directing that the surplusage contained in the "Notice of Additional Factors" be stricken from the superseding indictment returned by the grand jury on August 17, 2004.

RESPECTFULLY SUBMITTED this the 24th day of September, 2004.

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH (GLA005)
LISA MONET WAYNE
Attorneys for the defendant
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900

GOVERNMENT EXHIBIT 36

(334) 263-9940 - fax

Ms. Lisa Monet Wayne
950 17 Street, Suite 1700
Denver, Colorado 80202

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, Mary Elizabeth Anthony, Ronald W. Wise and Lisa Monet Wayne.

Respectfully submitted,
s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com