IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 03-259-N |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| et al. ) | |

### MOTION TO WITHDRAW

COMES NOW Ronald W. Wise, and hereby asks this Honorable Court for permission to withdraw as counsel for Defendant, Leon Carmichael, Sr., and would show as follows:

1. The below signed attorney has consulted with his client and his client is in agreement with said Motion to Withdraw.

2. The Defendant will continue to be represented by the Honorable Steven Glassroth and the Honorable Lisa Monet Wayne.

WHEREFORE THE PREMISES considered the below signed attorney respectfully asks for permission to withdraw as counsel for Leon Carmichael, Sr.

RESPECTFULLY SUBMITTED this the 29th day of September, 2004.

s/Ronald W. Wise
RONALD W. WISE (WIS004)
Attorney for the Defendant
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
(334) 260-8005 fax
ronwwise@aol.com

GOVERNMENT
EXHIBIT
3 E

## CERTIFICATE OF SERVICE

I hereby certify that on September 29th, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, Stephen P. Feaga, Stephen Roger Glassroth, and I hereby certify that I have mailed by United States Postal Service the document to the following participants: Mary Elizabeth Anthony and Lisa Money Wayne.

Respectfully submitted,

s/Ronald W. Wise
RONALD W. WISE, (WIS004)
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
(334) 260-8005 fax
ronwwise@aol.com