IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION NO. |
| LEON CARMICHAEL, SR., ) | 2:03cr259-T |
| also known as BEAVER LEON ) | |
| CARMICHAEL ) | |

ORDER

It is ORDERED that Hon. Ronald W. Wise's motion to withdraw (Doc. No. 253), is granted.

DONE, this the 30th day of September, 2004.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



GOVERNMENT EXHIBIT 3F