IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> LEON CARMICHAEL, SR. and ) <br> FREDDIE WILLIAMS ) <br> ) | CRIM. ACTION NO. <br> 2:03cr259-T |

ORDER

For the reason stated on the record on October 6, 2004, it is ORDERED that defendant Leon Carmichael, Sr.'s motion for hearing on admissibility of expert testimony (Doc. No. 250) is denied with leave to renew.

DONE, this the 7th day of October, 2004.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


GOVERNMENT EXHIBIT 3H