IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:03-cr-259-001-T |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| et al. ) | |

### NOTICE OF APPEARANCE

Marion Chartoff hereby enters her appearance as counsel in the above-captioned matter for defendant Leon Carmichael, Sr..

RESPECTFULLY SUBMITTED this the 14th day of October, 2004.

s/Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, Alabama 36104
(334) 264-0609
(334) 263-4766 - fax
mchartoff@bellsouth.net

1

GOVERNMENT EXHIBIT 31

## CERTIFICATE OF SERVICE

I hereby certify that on October 14th, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, Mary Elizabeth Anthony, Stephen R. Glassroth, and Lisa Monet Wayne.

Respectfully submitted,
s/Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, Alabama 36104
(334) 264-0609
(334) 263-4766 - fax
mchartoff@bellsouth.net