IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:03-cr-259-001-T |
| | ) | |
| LEON CARMICHAEL, SR., et al. | ) | |

## MOTION TO WITHDRAW

Comes now counsel for the Defendant in the above-styled matter, and moves this Honorable Court to allow said counsel to withdraw from the above-styled matter. As grounds for said Motion, the undersigned says as follows:

1. That Counsel has several other cases set for trial in Birmingham at the same time as this matter;

2. That Defendant is otherwise adequately represented by other Counsels;

3. That Defendant will not be harmed or prejudiced in any way by Counsel's withdrawal from this matter; and

4. That Defendant is in agreement with Counsel's Motion to Withdraw.

WHEREFOR, PREMISES CONSIDERED, the undersigned prays this Honorable Court to allow her to withdraw from the above-styled matter.

Respectfully submitted,

s/Mary Elizabeth Anthony
Mary Elizabeth Anthony
1905 Fourteenth Avene South
Birmingham, Alabama 35205
(205) 930-5900
(205) 930-5909 FAX
email: maryelizanthony@aol.com

GOVERNMENT EXHIBIT
3 K

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, Stephen R. Glassroth and Lisa Monet Wayne.

Respectfully submitted,
s/Mary Elizabeth Anthony
Mary Elizabeth Anthony
1905 Fourteenth Avene South
Birmingham, Alabama 35205
(205) 930-5900
(205) 930-5909 FAX
email: maryelizanthony@aol.com