## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:03-cr-259-001-T |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| et al. ) | |

### MOTION FOR LEAVE TO WITHDRAW

COMES NOW, Stephen R. Glassroth, lead counsel for defendant Leon Carmichael, who moves the Court for the entry of order granting him leave to withdraw as counsel for Mr. Carmichael for the reasons previously made known to the Court.

RESPECTFULLY SUBMITTED this the 4th day of November, 2004.

<u>s/Stephen R. Glassroth</u>
STEPHEN R. GLASSROTH (GLA005)
LISA MONET WAYNE
MARION CHARTOFF (CHA074)
Attorneys for the defendant
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910



GOVERNMENT EXHIBIT 3 U

(334) 263-9900
(334) 263-9940 - fax

Ms. Lisa Monet Wayne
950 17 Street, Suite 1700
Denver, Colorado 80202

Ms. Marion Chartoff
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, Alabama 36104
334-264-0609
334-263-4766 - fax
mchartoff@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, A. Clark Morris, A. Wesley Pitters, Barry Elvin Teague, Marion Chartoff and Lisa Monet Wayne.

        Respectfully submitted,

        s/Stephen R. Glassroth
        Stephen R. Glassroth
        THE GLASSROTH LAW FIRM, P.C.
        615 S. McDonough Street
        Post Office Box 910
        Montgomery, Alabama 36101-0910
        (334) 263-9900
        (334) 263-9940 - fax
        firm@glassrothlaw.com