IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>LEON CARMICHAEL, SR. and )<br>FREDDIE WILLIAMS   )<br>) | CRIM. ACTION NO.<br>2:03cr259-T |

ORDER

It is ORDERED that Honorable Mary Elizabeth Anthony's motion to withdraw (Doc. No. 269) is granted.

DONE, this the 8th day of November, 2004.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

GOVERNMENT
EXHIBIT
3 W