IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2004 NOV 12  A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

UNITED STATES OF AMERICA

VS.                                     CASE NUMBER    2:03-CR-259-T

LEON CARMICHAEL, SR.

TO:   CLERK, UNITED STATES DISTRICT COURT
      MIDDLE DISTRICT OF ALABAMA
      MONTGOMERY, ALABAMA

Please enter my appearance as counsel for the defendant in the above styled case.

Dated   November 10, 2004

On   _____

_____ Court Appointed

____XXX_____ Retained

_RONALD R. BRUNSON_____
Name of Trial Counsel

_McCORD and BRUNSON_____
Firm Name

_2126 MORRIS AVENUE_____
Address

_BIRMINGHAM, ALABAMA 35203_____
City, State. &-Zip

_205-252-2100_____          _205-252-2187_____
Telephone                    Fax No.

GOVERNMENT
EXHIBIT
3x-1