IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )          CR NO <u>2:03-cr-259-T</u>
LEON CARMICHAEL, SR. a/k/a        )
BEAVER LEON CARMICHAEL, and       )
FREDDIE WILLIAMS                  )

## <u>RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE REFERENCE TO THE TERM "CARMICHAEL DRUG TRAFFICKING ORGANIZATION"</u>

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion in Limine to Preclude Any Reference to the Term "Carmichael Drug Trafficking Organization," as follows:

The defendant's motion is unfounded and not supported by the law or the Rules of Evidence. Government has every intention to introduce testimony during which members of the Carmichael drug trafficking organization may refer to this drug conspiracy as the "Carmichael drug trafficking organization" or words to that effect. The government expects the evidence to be that the defendant was the leader of this drug organization. Therefore, referring to the defendant's drug organization as the "Carmichael drug trafficking organization" is relevant, material and goes to the essence of the conspiracies charged in Count One and Count Two.

It is the government position that the Court should reserve ruling on this issue until trial when the court has heard the evidence leading up to the objection and is in a more informed position to rule on the issue.



GOVERNMENT
EXHIBIT
32

Respectfully submitted this the 22nd day of November, 2004.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )        CR NO 2:03-cr-259-T
LEON CARMICHAEL, SR. a/k/a        )
BEAVER LEON CARMICHAEL, and       )
FREDDIE WILLIAMS                  )

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following: Susan James and Barry Teague.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov