IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., | ) |
|     Movant/Defendant, | ) ) ) ) Civil Action No. 2:10cv1106-MHT-WC |
| v. | ) (CR No. 2:03cr259-MHT-DRB) ) |
| UNITED STATES OF AMERICA, | ) ) |
|     Respondent. | ) ) |

## EXHIBITS TO
## UNITED STATES'S RESPONSE TO § 2255 MOTION

**VOLUME 4 OF 8**
(Exhibits 4A through 4W)

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

SANDRA J. STEWART
FIRST ASSISTANT UNITED STATES ATTORNEY

ATTORNEYS FOR RESPONDENT
UNITED STATES OF AMERICA

United States Attorney's Office
131 Clayton Street
Montgomery, AL 36104
(334) 223-7280

# INDEX TO VOLUME 4 OF RESPONDENT'S EXHIBITS

*Exhibit #  (Crim. Doc. #)*

| | | |
|---|---|---|
| Response To Defendant's Motion In Limine To Preclude Evidence That The Defendant Failed To File Tax Returns | 4A | (Doc. 311) |
| Response To Defendant's Motion In Limine To Preclude Evidence That The Defendant Was Engaged In Drug Dealing Outside The Scope Of The Conspiracy | 4B | (Doc. 312) |
| Response To Defendant's Motion In Limine To Preclude Evidence That The Defendant Was Convicted Of Murder | 4C | (Doc. 313) |
| Response To Defendant's Motion In Limine To Preclude Evidence Regarding The Website And Intimidation Of Witnesses | 4D | (Doc. 314) |
| Response To Defendant's Motion In Limine To Preclude Co-Conspirators Statements | 4E | (Doc. 315) |
| Response To Defendant's Motion In Limine To Preclude Admission Of Evidence Regarding Any Course Of The Investigation Testimony | 4F | (Doc. 316) |
| Response To Defendant's Motion In Limine To Preclude General Character Evidence | 4G | (Doc. 317) |
| United States' Response In Opposition To Defendant Carmichael's Motion *In Limine* Regarding Alleged Statements To Law Enforcement | 4H | (Doc. 318) |
| United States' Response In Opposition To Defendant Carmichael's Motion *In Limine* Regarding Statements Of Co-Defendant | 4I | (Doc. 319) |

# **INDEX TO VOLUME 4 OF RESPONDENT'S EXHIBITS** – *con't*

*Exhibit #  (Crim. Doc. #)*

| | | |
|---|---|---|
| Response To Defendant's Motion To Strike Surplusage From The Indictment | 4J | (Doc. 356) |
| Defendant Leon Carmichael's Supplemental Brief In Support Of Motion To Strike Surplusage | 4K | (Doc. 357) |
| Motion For Leave To Withdraw (Amardo Wesley Pitters) | 4L | (Doc. 359) |
| Order granting Motion For Leave To Withdraw (Amardo Wesley Pitters) | 4M | (Doc. 360) |
| Order granting Carmichael's motion to strike surplusage from indictment | 4N | (Doc. 361) |
| Defendant's Request For Disclosure Of Identity Of Alleged Co-Conspirators | 4O | (Doc. 363) |
| Order denying Carmichael's Request For Disclosure Of Identity Of Alleged Co-Conspirators | 4P | (Doc. 368) |
| Defendants' Joint Motion For Continuance Or Change Of Venue Due To Prejudicial Pretrial Publicity, And Motion For Gag Order To Prevent Future Press Releases By The Government | 4Q | (Doc. 380) |
| United States' Response To Defendants' Joint Motion For Continuance Or Change Of Venue | 4R | (Doc. 385) |
| Defendants' Brief In Support Of Defendants' Joint Motion For Continuance Or Change Of Venue Due To Prejudicial Pretrial Publicity, And Motion For Gag Order To Prevent Future Press Releases By The Government | 4S | (Doc. 390) |
| Transcript of June 3, 2005 Hearing on Motions In Limine | 4T | |

## **INDEX TO VOLUME 4 OF RESPONDENT'S EXHIBITS –** *con't*

|  | Exhibit # | (Crim. Doc. #) |
|---|---|---|
| Order on defendants' joint motion for continuance, change of venue, or gag order | 4U | (Doc. 395) |
| Order on motions in limine | 4V | (Doc. 397) |
| Defendant Leon Carmichael's Submission Of Supplemental Authority In Support Of Motion In Limine Regarding Alleged Statements Of Defendant | 4W | (Doc. 399) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR NO 2:03-cr-259-T |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

### RESPONSE TO DEFENDANT'S MOTION IN LIMINE
### TO PRECLUDE EVIDENCE THAT THE DEFENDANT
### FAILED TO FILE TAX RETURNS

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion in Limine to Preclude Evidence that the Defendant Failed to File Tax Returns, as follows:

At this time, the government does not intend to introduce evidence in its case-in-chief that the defendant failed to file tax returns. However, the government does reserve the right to change said position if the defense creates a need by virtue of the defense strategy. If the government changes this position, the government will notify the court outside the presence of the jury prior to eliciting such evidence.

Ruling on this issue should be reserved for trial when the court has heard the evidence and is in a more informed position to rule on the issue.

Respectfully submitted this the 22nd day of November, 2004.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY

          s/ A. Clark Morris
          A. CLARK MORRIS
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: clark.morris@usdoj.gov



GOVERNMENT EXHIBIT 4A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR NO 2:03-cr-259-T |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James and Barry Teague.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov