IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO 2:03-cr-259-T |
| ) | |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

**RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE THAT THE DEFENDANT WAS ENGAGED IN DRUG DEALING OUTSIDE THE SCOPE OF THE CONSPIRACY**

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion in Limine to Preclude Evidence that the Defendant Was Engaged in Drug Dealing that was Outside the Scope of the Conspiracy, as follows:

At this time, the government has no intention of introducing evidence in its case-in-chief that the defendant participated in the distribution of illegal drugs outside of the scope of the conspiracy. However, the government reserves the right to change said position if the defendant testifies, makes such evidence relevant on cross examination of government witnesses, or in its case-in-chief. If the defense places the government in a position that the government must address such issues, the government will notify the court outside the presence of the jury prior to eliciting such evidence.

It is the government position that the Court should reserve ruling until the issue presents itself at trial. Reserving ruling until trial would allow the court to hear all the evidence leading up to this issue, placing the court in a more informed position to rule.



GOVERNMENT EXHIBIT 46

Respectfully submitted this the 22nd day of November, 2004.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)       CR NO 2:03-cr-259-T<br>LEON CARMICHAEL, SR. a/k/a )<br>BEAVER LEON CARMICHAEL, and )<br>FREDDIE WILLIAMS    ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James and Barry Teague.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov