IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR NO 2:03-cr-259-T |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

## RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE THAT THE DEFENDANT WAS CONVICTED OF MURDER

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion in Limine to Preclude Evidence that the Defendant Was Convicted of Murder, as follows:

At this time, the government has no intention of introducing evidence in its case-in-chief that the defendant was convicted of murder, distributed drugs while incarcerated, served ten years in prison, and/or was pardoned unless the defendant testifies, or the defendant makes such evidence relevant on cross examination of government witnesses, or in its case-in-chief.  If the defense places the government in a position that the government must address such issues, the government will notify the court outside the presence of the jury prior to eliciting such evidence.

Any ruling on this issue should be reserved for trial when the court has heard the evidence and is in a more informed position to rule on the issue.



GOVERNMENT
EXHIBIT
4c

Respectfully submitted this the 22nd day of November, 2004.

                                          LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          s/ A. Clark Morris
                                          A. CLARK MORRIS
                                          Assistant United States Attorney
                                          One Court Square, Suite 201
                                          Montgomery, Alabama 36104
                                          Telephone: (334) 223-7280
                                          Fax: (334) 223-7135
                                          E-mail: clark.morris@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR NO <u>2:03-cr-259-T</u> |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James and Barry Teague.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                s/ A. Clark Morris
                A. CLARK MORRIS
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: <u>clark.morris@usdoj.gov</u>