IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>LEON CARMICHAEL, SR. a/k/a      )<br>BEAVER LEON CARMICHAEL, and     )<br>FREDDIE WILLIAMS                )  | CR NO 2:03-cr-259-T |

### RESPONSE TO DEFENDANT'S MOTION IN LIMINE
### TO PRECLUDE EVIDENCE REGARDING THE
### WEBSITE AND INTIMIDATION OF WITNESSES

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion in Limine to Preclude Evidence regarding the Defendant's Website and Intimidation of Witnesses, as follows:

1.  At this time, the government does not intend to introduce evidence in its case-in-chief regarding the defendant's website. However, the government does reserve the right to change said position if the defense creates a need by virtue of the defense strategy. If the government changes this position, the government will notify the court outside the presence of the jury prior to eliciting such evidence.

2.  Defendant also seeks to preclude evidence regarding the conversation between the defendant and a person at the bail bondsman's office that bonded Sandra Jones out of jail. However, this conversation is relevant and admissible. Sandra Jones was arrested in 1997 while driving one of the defendant's tractor-trailer trucks. Inside of the defendant's truck was approximately 160 pounds of marijuana. Any conversation between the defendant and employees at the bail bondsman's office is relevant

GOVERNMENT EXHIBIT 40

because it establishes a connection between the defendant and the marijuana distribution conspiracy.

3. The defendant further seeks to exclude all evidence that government witnesses were being followed and/or watched by people hired by the defendant. At this time, the government does not intend to elicit testimony regarding witnesses that were followed by people working for the defendant in its case-in-chief. The government does, however, reserve the right to address such issues should the defendant "open the door."

Any ruling on these issues should be reserved for trial when the court has heard the evidence and is in a more informed position to rule on these subjects.

Respectfully submitted this the 22nd day of November, 2004.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO <u>2:03-cr-259-T</u> |
| ) | |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James and Barry Teague.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov