IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>LEON CARMICHAEL, SR. a/k/a )<br>BEAVER LEON CARMICHAEL, and )<br>FREDDIE WILLIAMS )  | CR NO <u>2:03-cr-259-T</u> |

### RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDING GENERAL CHARACTER EVIDENCE

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion in Limine to Preclude General Character Evidence, as follows:

1. The government does not intend to introduce in its case in chief general character evidence unless the defendant makes such evidence relevant and material in the course of his cross examination, in the defendant's case in chief, or if the defendant testifies in open court.

2. Further, existence of an intimate relationship between the defendant and at least three of the government witnesses and/or defendant's co-conspirators is inextricably intertwined with the facts of this case and will be independently relevant to the basis of the witness's testimony. The fact that one or more of these witnesses and/or defendant's co-conspirators was 14 years old when she began a sexual relationship with the defendant is not a basis for excluding this testimony.

3. The Government does not intend to introduce evidence that the defendant beat Sandra Jones or contributed to the suicide of another person unless the defendant



GOVERNMENT
EXHIBIT
4 G

makes such evidence relevant and material during the course of cross examination, in his case in chief or if the defendant testifies in open court.

4.  There will be relevant evidence that the defendant was involved in a shooting for which he was not charged and that he brought a juvenile with him while distributing drugs. Such evidence will be directly related to the charged conspiracies and accordingly, the probative value of such evidence will not be substantially outweighed by the danger of unfair prejudice. See, Fed. R. Evid. 403.

5.  It is the government position a ruling on this issue should be reserved until trial, when the court has heard the evidence leading up to the objection and is in a more informed position to rule.

Respectfully submitted this the 22nd day of November, 2004.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> s/ A. Clark Morris
> A. CLARK MORRIS
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: clark.morris@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO 2:03-cr-259-T |
| ) | |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James and Barry Teague.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov