IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEON CARMICHAEL, SR. a/k/a )<br>BEAVER LEON CARMICHAEL, and )<br>FREDDIE WILLIAMS ) | CR NO 2:03-cr-259-T |

## RESPONSE TO DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM THE INDICTMENT

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney and responds to the Defendant's Motion to Strike Surplusage from the Indictment:

1. On August 17, 2004, the Grand Jury returned a Superseding Indictment against the defendant. The only change in the Superseding Indictment returned on the 17th day of August, 2004, was the addition of a section entitled the "Notice of Additional Factors."

2. The addition of the "Notice of Additional Factors" was added in response to Blakely v. Washington, 124 S.Ct. 2531 (2004). However, the case of United States v. Booker/Fanfan, 125 S.Ct. 738 (2004) alleviated any need for a "Notice of Additional Factors."

Therefore, the Government has no objection to striking the "Notice of Additional Factors" section from the Indictment as surplusage.



Respectfully submitted this the 8th day of April, 2004.

        LEURA GARRETT CANARY
        United States Attorney

        s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov
        ASB-1613-N77A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO 2:03-cr-259-T |
| ) | |
| LEON CARMICHAEL, SR. a/k/a ) | |
| BEAVER LEON CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ronald Ray Brunson
Marion D. Chartoff
Susan Graham James
Amardo Wesley Pitters
Barry Elvin Teague
Lisa Monet Wayne

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov
ASB-1613-N77A