IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR-03-0259-N |
| | ) | |
| LEON CARMICHAEL, SR. | ) | |
| | ) | |
| Defendant. | ) | |

2005 APR 12  P 7 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR LEAVE TO WITHDRAW

**COMES NOW**, Amardo Wesley Pitters, one of the attorneys for the defendant in the above-styled cause, and hereby seek leave of court to withdraw as defense counsel. In support thereof, counsel shows unto this Honorable Court as follows:

1. The defendant will continue to be represented by Honorable Lisa Wayne, Honorable Susan James, Honorable Marion Chartoff, and Honorable Ronald Brunson.

**WHEREFORE, PREMISES CONSIDERED**, counsel respectfully prays that he be relieved of his legal representation of the defendant.

Respectfully submitted,

/s/ Amardo Wesley Pitters
Amardo Wesley Pitters, Esquire
One of the Attorneys for the Defendant
Alabama State Bar: 8998-T64A

GOVERNMENT EXHIBIT 4L

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this the ___12___ day of April, 2005 a copy of the foregoing was served upon the following counsel of record:

> Hon. Stephen P. Feaga, Sr.
> Hon. Clark Morris
> Hon. Matthew S. Miner
> *United States Attorney*
> Middle District of Alabama
> Post Office Box 197
> Montgomery, Alabama 36101-0197
>
> Hon. Susan James
> Post Office Box 198
> Montgomery, Alabama  36101-0198
>
> Hon. Marion Chartoff
> 505 South Perry Street
> Montgomery, Alabama  36104-4615

by depositing the same in the United States Mail.

/s/ Amardo Wesley Pitters, Esquire