IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
           v.               )
                            )
                            )   CRIMINAL ACTION NO.
LEON CARMICHAEL, SR.,       )        2:03cr259-T
also known as BEAVER LEON   )
CARMICHAEL, and             )
FREDDIE WILLIAMS            )

ORDER

It is ORDERED that Hon. Amardo Wesley Pitters's motion

for leave to withdraw (Doc. No. 359) is granted.

DONE, this the 18th day of April, 2005.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE


GOVERNMENT
EXHIBIT
4 M