IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION NO. |
| LEON CARMICHAEL, SR., ) | 2:03cr259-T |
| also known as BEAVER LEON ) | |
| CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

ORDER

By agreement of all the parties, it is ORDERED that defendant Leon Carmichael's motion to strike surplusage from superseding indictment (Doc. No. 248) is granted.

DONE, this the 19th day of April, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE



GOVERNMENT EXHIBIT 4N