IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

vs.                          CASE NUMBER  2:03-CR-259-T

**LEON CARMICHAEL, SR.**

### DEFENDANT'S REQUEST FOR DISCLOSURE OF IDENTITY OF ALLEGED CO-CONSPIRATORS

COMES NOW the Defendant and hereby requests that the government identify by May 9, 2005, under sealed response, the alleged co-conspirators for each count of the indictment and all alleged statements made in furtherance of the alleged conspiracy.

Defendant is charged with conspiracy in each count of the indictment. The indictment alleges defendant conspired with others, "known and unknown to the Grand Jury." The government has provided voluminous discovery containing references to numerous individuals whom the government may allege were unindicted co-conspirators. Names of many individuals have been redacted in the discovery. Defendant hereby requests, under sealed response, the identity of all alleged unindicted conspirators upon which the government intends to base its theory of conspiracy in each count, and any alleged statements made in furtherance of the conspiracy. Defendant further requests the delineation of which conspirators were made known to the grand jury and which were not.

The disclosures requested here are required to allow the proper determination of the admissibility of any alleged statements in furtherance of the alleged conspiracy under Federal Rule of Evidence 801(d)(2)(E), to inform any alleged co-conspirators that they need to seek advice of counsel, and to protect Mr. Carmichael's right to a fair trial, to due process of law, and


GOVERNMENT EXHIBIT 40

to confrontation of the witnesses against him, pursuant to the Sixth and Fifth Amendments to the Constitution. Without these disclosures, Mr. Carmichael may be subjected to "trial by ambush," which is inimical to the due process and fair trial guarantees of the United States Constitution.

Respectfully submitted, this the 2nd day of May, 2005.

>RONALD R. BRUNSON
>2126 Morris Avenue
>Birmingham, Alabama 35203
>(205) 252-2100
>Fax: (205) 252-2187
>
>/s/Marion Chartoff
>MARION CHARTOFF (CHA074)
>Law Office of Marion Chartoff
>505 S. Perry Street
>Montgomery, AL 36104
>(334) 264-0609
>Fax: (334) 263-4766
>mchartoff@bellsouth.net
>ATTORNEYS FOR LEON CARMICHAEL, SR.

OF COUNSEL:

RONALD R. BRUNSON
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100
fax: (205) 252-2187

MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net

SUSAN G. JAMES (JAM012)
Susan G. James & Associates

600 South McDonough Street
Montgomery, Alabama 36104
(334) 269-3330
Fax: (334) 263-4888

LISA MONET WAYNE, ESQ.
950 17th Street, Suite 1800
Denver, Colorado 80202
(303) 837-1837
Fax: (303) 860-1665

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, Stephen Feaga, A. Clark Morris, and Barry Elvin Teague.

Respectfully submitted,

/s/Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net
