# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:03-CR-259-T |
| ) | |
| LEON CARMICHAEL, SR., and ) | |
| FREDDIE WILLIAMS ) | |

### DEFENDANTS' JOINT MOTION FOR CONTINUANCE OR CHANGE OF VENUE DUE TO PREJUDICIAL PRETRIAL PUBLICITY, AND MOTION FOR GAG ORDER TO PREVENT FUTURE PRESS RELEASES BY THE GOVERNMENT

COME NOW the Defendants, Leon Carmichael and Freddie Williams, and hereby jointly move the Court for a continuance from the June 6, 2005, trial setting based upon the following grounds:

1. Defendants Carmichael and Williams are currently set for trial on June 6, 2005.

2. The United States government has orchestrated highly prejudicial pretrial publicity which has damaged severely the Defendants' right to a fair trial by an impartial jury.

3. The United States created significant adverse publicity on May 26 and May 27, 2005, slightly over one week prior to the current trial setting. The United States obtained an indictment of George David Salum, III, a retired Montgomery Police Department lieutenant, for allegedly obstructing justice in Mr. Carmichael's case. The government began its investigation of Mr. Salum during the summer of 2004 but waited until less than two weeks before this trial to obtain an indictment.

4. To make matters worse, *the United States issued a press release* about this



indictment on or about May 26, 2005, which was picked up by the Associated Press, the Montgomery Advertiser, WSFA, and the Columbus-Phenix City Ledger-Enquirer, among other media outlets in the Middle District of Alabama. See Attachments A (quoting press release), B (citing press release), C (Associated Press story published in Ledger-Enquirer). These media outlets are read and viewed throughout the Middle District of Alabama. These news stories continue to be available on the internet. See http://www.wsfa.com/Global/story.asp?s=3397527; http://www.montgomeryadvertiser.com/NEWSV5/storyV5break26W.htm.; http://www.ledger-enquirer.com/mld/ledgerenquirer/news/local/11756315.ht.

5. The Mongtomery Advertiser story appeared on May 27, 2005 on the first page above the fold.

6. This news coverage was highly inflammatory and prejudicial to Mr. Carmichael and Mr. Williams. The coverage insinuates that the Defendants were involved with crime outside the scope of the trial allegations, specifically, using illegal means to intimidate witnesses and government agents. This publicity, in addition to all the prior publicity regarding this case, have impeded severely the Defendants' ability to obtain a fair trial at this time and in this venue.

7. The news coverage created by the United States' press release is also highly prejudicial in that it suggests that Mr. Carmichael's current lawyers were involved in wrongdoing. The Montgomery Advertiser's coverage, which continues to be posted on the newspaper's website, stated the following:

2

> Assistant U.S. Attorney Len Register, of the Florida office, said Salum was a lieutenant for the Montgomery Police Department last year when, aided by "others known and unknown" to prosecutors, he allegedly provided the personnel file and a photograph of DeJohn to Johnny G. White Jr., a private investigator working for Carmichael and his lawyers.
>
> "The indictment alleges that Salum knew that White intended to provide the material to Carmichael and/or his counsel for use in attempting to impeach or discredit DeJohn and to intimidate DeJohn and other prospective government witnesses," a U.S. Attorney's press release said.

See Attachment A. Because this coverage does not make clear which lawyers have been accused of wrongdoing, it leaves the impression that Mr. Carmichael's current lawyers have engaged in criminal conduct. It further suggests that there is something illegal about attempting to impeach or discredit government witnesses, and that Mr. Carmichael's lawyers would be doing something wrong were they to attempt to do so. These factors render this publicity extremely prejudicial to the Defendants' right to a fair trial.

8. This is not the first time that highly prejudicial pretrial publicity has come about shortly before a scheduled trial date in this case. In January 2005, about one week prior to the supposed trial setting at that time, someone leaked a story--which was prominently displayed by the local press--that Mr. Carmichael was facing possible statutory rape charges in state court. The Montgomery County grand jury "no-billed" the case, but the prejudicial effect to Mr. Carmichael was tremendous and irreversible.

9. A sixty-day continuance of the trial setting would provide a cooling-off period for the prospective jury venire from the most recent prejudicial publicity.

3

10. In the alternative, a change of venue is necessary to protect the Defendants' right to a fair trial by an impartial jury.

11. The Defendants are entitled to the relief requested under the Fifth and Sixth Amendments to the Constitution. Because time is short, the Defendants are submitting this motion now and will follow with a memorandum of law as soon as possible.

WHEREFORE, the Defendants hereby jointly request:

A. A sixty-day continuance of the trial setting;

B. In the alternative, a change of venue; and

C. An order forbidding future press releases by the government in relation to the trial of Mr. Carmichael and Mr. Williams or the case involving George Salum.

Respectfully submitted, this the 1st day of June, 2005.

/s/ Marion Chartoff
MARION CHARTOFF
ATTORNEY FOR LEON CARMICHAEL, SR.
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766

OF COUNSEL:

RONALD R. BRUNSON
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100
fax: (205) 252-2187

MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street

Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net

SUSAN G. JAMES (JAM012)
Susan G. James & Associates
600 South McDonough Street
Montgomery, Alabama 36104
(334) 269-3330
Fax: (334) 263-4888

LISA MONET WAYNE, ESQ.
950 17th Street, Suite 1800
Denver, Colorado 80202
(303) 837-1837
Fax: (303) 860-1665

BARRY ELVIN TEAGUE
ATTORNEY FOR FREDDIE WILLIAMS
P. O. Box 586
Montgomery, Alabama 36101
(334) 834-4500
Fax: (334) 834-4501

5

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew S. Miner, Stephen Feaga, A. Clark Morris, and Barry Elvin Teague.

Respectfully submitted,

/s/ Marion Chartoff
MARION CHARTOFF
ATTORNEY FOR LEON CARMICHAEL, SR.
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766

**Ledger-Enquirer.com**

Posted on Fri, May. 27, 2005

## Attorney disputes charge against former Montgomery officer

Associated Press

**MONTGOMERY, Ala.** - An attorney for a retired Montgomery police lieutenant has disputed an obstruction of justice charge brought against the former officer in a federal drug case.

George David Salum III is accused of giving a police personnel file and photograph of a government witness to a private investigator employed by defendants in the drug case. The witness, Raymond David DeJohn, was part of the drug task force investigating the case, and his picture turned up on a defendant's Web site.

Salum's attorney, Julian McPhillips, said he was not expecting the charges, which were announced Thursday in a news release from the U.S. attorney in the Northern District of Florida.

"I thought his role in the matter was so innocent," McPhillips told the Montgomery Advertiser. "The officer's photograph was already in the public domain."

The news release states Salum violated both federal and Alabama law by allegedly accessing criminal justice system data "for personal gain."

"I don't think he received any financial reward for it," McPhillips said.

Salum, 43, worked as a police officer for 20 years. He left the force last year after being placed on administrative leave.

The investigation into Salum's actions, which began at the Police Department in August, was turned over to the U.S. attorney's office for the Northern District of Florida in November. A spokeswoman for Leura Garrett Canary, U.S. attorney for Alabama's middle district, did not give a reason why the local office was not handling the case.

Federal prosecutors in Montgomery have accused Leon Carmichael, a Montgomery businessman, with marijuana trafficking. Prosecutors also have tried unsuccessfully to get a judge to shut down Carmichael's Web site, which seeks information on DeJohn and witnesses under a "WANTED" banner.

The indictment also accuses Salum of gathering without authorization the criminal histories and backgrounds of other prospective government witnesses. Officials say he supplied the information with the full knowledge that the private investigator was working for Carmichael and planned to use the data to discredit or intimidate the witnesses.

---

Information from: Montgomery Advertiser

© 2004 AP Wire and wire service sources. All Rights Reserved.
http://www.ledger-enquirer.com

WSFA Case Montgomery AL - Former Montgomery Police Lieutenant Indicted
Case 2:10-cv-01106-MHT-WC Document 88-43 Filed 11/28/11 Page 8 of 10
Case 2:03-cr-00259-MHT-WC Document 380-2 Filed 06/01/05 Page 1 of 1 Page 1 of 1

<<Back



## Former Montgomery Police Lieutenant Indicted

May 31, 2005, 12:28 AM

Gregory R. Miller, U.S. Attorney for the Northern District of Florida, announced Thursday the return of an indictment against George David Salum III, 43, a retired Montgomery Police Department lieutenant.

Count 1 of the indictment alleges that in 2004, while a sworn peace officer employed by the MPD, Salum, aided and abetted by others, corruptly influenced, obstructed and impeded and endeavored to influence, obstruct and impede the administration of justice in the pending federal trial of Leon Carmichael and Freddie Williams.

The indictment alleges that he did so by providing the MPD personnel file and photograph of government witness David DeJohn and National Crime Information Center (NCIC)/Alabama Criminal Justice Information System (ACJIS) database criminal histories and backgrounds of other prospective government witnesses to Johnny G. White, Jr., a local private investigator whom Salum knew to be employed on behalf of Carmichael and his counsel, Stephen R. Glassroth.

At the time, DeJohn, a former MPD officer, was employed as a Prattville Police Department (PPD) officer, and worked as a Task Force Officer in the Drug Enforcement Administration's investigation of Carmichael and others.

The indictment alleges that Salum knew that White intended to provide the material to Carmichael and/or his counsel for use in attempting to impeach or discredit DeJohn and to intimidate DeJohn and other prospective government witnesses.

Count 2 of the indictment alleges that Salum, aided and abetted by others, intentionally accessed MPD's NCIC database without and in excess of authorization, thereby obtaining information from an agency of the United States for purpose of financial gain, and in futherance of criminal and tortious acts that violate both federal and State of Alabama laws.

An indictment is merely an accusation. The defendant is presumed to be innocent unless and until proven guilty.

The case has been investigated by the Alabama Bureau of Investigation, the Federal Bureau of Investigation, and the United States Drug Enforcement Administration.

*Press Release from the Office of the U.S. Attorney for the Northern District of Florida*



WorldNow
All content © Copyright 2000 - 2005 WorldNow and WSFA. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

Case 2:10-cv-01106-MHT-WC Document 88-43 Filed 11/28/11 Page 9 of 10
Case 2:03-cr-00259-MHT-WC Document 380-1 Filed 06/01/05 Page 1 of 2
montgomeryadvertiser.com Page 1 of 2





USA TODAY Travel — TRAVEL.USATODAY.com

May 26, 2005

# Former MPD officer indicted

**By Crystal Bonvillian**
*Montgomery Advertiser*

A former Montgomery police officer has been indicted for releasing information and a photo of an undercover DEA agent to a defendant in a drug case. The photo was used on a Web site associated with Montgomery businessman Leon Carmichael, who has been charged with money laundering and drug trafficking.

George David Salum III, 43, is charged with obstructing justice in the federal drug case against Carmichael and his co-defendant, Freddie Williams. Salum is also charged with unauthorized access of the National Crime Information Center and the Alabama Criminal Justice Information System.


Salum

Salum, who faces up to 15 years in prison, declined comment when reached at his home this afternoon.

His attorney, Julian McPhillips, said he was not expecting the charges against his client.

"I thought his role in the matter was so innocent," McPhillips said. "The officer's photograph was already in the public domain. It's like giving someone a glass of water when they get a glass of water from someone else. What have you done wrong?"

The investigation into Salum, which began at the police department in August, was turned over in November to the U.S. Attorney's Office for the Northern District of Florida. Retta Goss, a spokeswoman for Leura Garrett Canary, U.S. Attorney for Alabama's middle district, did not give a reason for the local office's recusal in the case.

Canary's office has in the past asked the courts to force Carmichael to shut down a Web site, www.carmichaelcase.com, which asks for information on witnesses in his case. Carmichael and Williams were arrested in November 2003.

The undercover DEA agent pictured on the Web site is Raymond David DeJohn, also a former Montgomery police officer. He had worked on the DEA task force in the Carmichael case, and at the time his photo was released was a Prattville police officer.

Assistant U.S. Attorney Len Register, of the Florida office, said Salum was a lieutenant for the Montgomery Police Department last year when, aided by "others known and unknown" to prosecutors, he allegedly provided the personnel file and a photograph of DeJohn to Johnny G. White Jr., a private investigator working for Carmichael and his lawyers.

"The indictment alleges that Salum knew that White intended to provide the material to Carmichael and/or his counsel for use in attempting to impeach or discredit DeJohn and

SEARCH
[go]
Homepage
News
▸Alabama
▸Archives
▸Business
▸Elections
▸Forums
▸Games and Comics
▸Lifestyle
▸Local
▸National
▸Obituaries
▸Opinion
▸Photo Galleries
▸Teacher Resources
▸Technology
▸Weddings
Entertainment
Sports
Classifieds
▸Cars
▸Homes
▸Jobs
▸Place an ad
Customer Service
▸Contact Us
▸Subscribe
Archives
Communities
Select Day...

Top powered by care.

P/T Security
PT SECURIT
NEEDED NC

Technician
Furlong's Se

Flooring Ins
American Ca

Office Assis
OFFICE ASS
for fast-pace

Production
Wetumpka c
a Production

Community
Community I

Nursing
NURSING W
Health and F

Administrat
A progressiv
law office s..

Nursing Hor
Nursing Hom
Southern Sp

Collection C
Collection Co
growing, ...

All Top Jobs



to intimidate DeJohn and other prospective government witnesses," a U.S. Attorney's press release said.

Salum is also accused of accessing the police department's federal and state crime databases without authorization and gathering information, such as criminal histories, on other government witnesses in Carmichael's case.

By allegedly accessing that information "for personal gain," Salum violated both federal and Alabama law, the press release said.

McPhillips denies those allegations.

"I don't think he received any financial reward for it," the lawyer said.

Salum, a 20-year veteran of the police force, retired in September after being placed on administrative leave pending an investigation. At that time, he admitted releasing the photo but claimed he did not know what it would be used for.

Abou

READE

Email t

Print th

Bookm

Save t

Make



**Talk Alabama Forums**
Click here to start or read a forum about this story, politics, sports, food, movies, music, religion or anything that concerns you.

**Choose to know**
*Click here to subscribe.*

**Montgomery Advertiser**



The Belmont Stakes
Saturday, June 11th at VictoryLand
www.victoryland.com • Minimum Age 19 • I-85 Exit 22, Shorter, Alabama

Home | News | Entertainment | Sports | Classifieds | Cars | Homes | Jobs | Shopping | Customer S

Our Partners:

        

Copyright © 1997- 2005 The Advertiser Co. Use of this site signifies your agreement to the Terms of Service (Updated 12/18/2002)