IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:03-cr-259-T |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| also known as, BEAVER LEON ) | |
| CARMICHAEL, et al. ) | |

### UNITED STATES' RESPONSE TO DEFENDANTS' JOINT MOTION FOR CONTINUANCE OR CHANGE OF VENUE

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby responds in opposition to Defendants' joint motion for continuance or change of venue:

Defendants' motion is without merit and should be denied. In sum, Defendants have argued, based upon mere speculation, that the Government orchestrated highly prejudicial pre-trial publicity which has damaged the Defendants' right to a fair trial. The United States denies any such orchestration or intention to impair the fair trial rights of the Defendants. Indeed, that intent is borne out by the manner in which George David Salum, III, was indicted for conduct relating to having unlawfully obtained records of the Montgomery Police Department.

The indictment of George David Salum, III, and the events related thereto are being handled completely separate from this case by an Assistant United States Attorney from the Northern District of Florida. Simply put, the United States regards the two cases as separate entities and investigations, and the decisions - and timing of decisions - in both cases are independently made. Accordingly, there is no connection between the timing of the events in that case and the events related to the prosecution of the above-styled Defendants.



Moreover, the United States denies that the publicity which resulted from the indictment of George David Salum, III, has adversely affected the above styled Defendants' ability to obtain a fair trial at this time and in this venue. Even more so, the United States denies that the publicity and/or any negative inference therefrom leaves the impression that Mr. Carmichael's current lawyers have engaged in criminal conduct or that there is something illegal about lawful efforts to impeach or discredit any witness.

Defendants have also cited state statutory rape charges against Mr. Carmichael and claimed prejudice with no basis. The United States denies that publicity surrounding alleged statutory rape charges against Mr. Carmichael adversely affected his ability to obtain a fair trial in the Middle District of Alabama. If every defendant with separate state charges merited a continuance or change of venue, trials would often be impossible. The federal criminal docket is full of recidivists, and multiple state and federal charges are nothing unusual.

It is crucial for the Court to keep in mind that the matters complained of by the Defendants will not be in evidence in the trial of the above-styled cause unless and until the defense makes them a matter of evidence because of the manner in which they conduct the defense.

Defendants' objections are more suited to jury voir dire than a continuance. It will be a simple matter for the Court during the jury selection process to inquire of the jury venire about any pretrial publicity to which they may have been exposed and then to ask any prospective juror who indicates they have been exposed to any publicity about this case whether they can put any such knowledge aside and decide the case on the evidence presented during the trial. Having made such an inquiry, the United States is confident the Court will be able to determine that

there is no need for a continuance or a change of venue.

WHEREFORE, the above premises considered, the United States respectfully urges the court to deny Defendants' joint request for a sixty day continuance of the trial, a change of venue, and an order forbidding future press releases by the Government.

Respectfully submitted this the 2nd of June, 2005.

<div style="margin-left: 50%;">

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
steve.feaga@usdoj.gov

</div>

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:03-cr-259-T |
| | ) | |
| LEON CARMICHAEL, SR., | ) | |
| also known as, BEAVER LEON | ) | |
| CARMICHAEL, et al. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lisa Wayne, Ronald Brunson, Marion Chartoff, Susan James, and Barry E. Teague

        Respectfully submitted,
        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Stephen P. Feaga, Sr.
        STEPHEN P. FEAGA, SR.
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: steve.feaga@usdoj.gov