IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
       v.                     )   CRIM. ACTION NO.
                              )     2:03cr259-T
LEON CARMICHAEL, SR.          )
                              )
                              )
```

ORDER

It is ORDERED that defendant Leon Carmichael, Sr.'s motions in limine (Doc. Nos. 278, 279, 280, 281, 282, 283, 284, 285, 286, 287) are granted and denied to the extent and for the reasons stated in open court on June 3, 2005.

DONE, this the 3rd day of June, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


GOVERNMENT EXHIBIT
4v