## Page 186

1    MR. FEAGA: We appreciate the Court's
2 indulgence.
3    THE COURT: You tried. You got at least
4 "I'm not sure."
5    MR. FEAGA: Can I stretch that, Your Honor?
6    THE COURT: She's excused.
7    Who else do we have next, Miss Carnes? Any
8 others on they couldn't --
9    MS. MORRIS: No.
10    THE COURT: All right. Let's start, then,
11 with heard or read something about the case who we
12 haven't called in.
13    COURTROOM DEPUTY CLERK: First juror is
14 Helen Sansom.
15    MS. JAMES: Didn't we have a Yancey in here
16 earlier that we did not inquire about the publicity?
17    THE COURT: I don't remember.
18    MS. JAMES: We had Yancey in here.
19    THE COURT: Well let's just inquire now.
20 Call Yancey back. But go ahead, Ms. Carnes, go down
21 your list.
22    COURTROOM DEPUTY CLERK: Let's finish with
23 the other area if we need to first.
24    Yancey we need to all back?
25    THE COURT: Yeah, on this issue.

## Page 187

1    (Whereupon, Juror Yancey was escorted into
2 chambers.)
3    THE COURT: Would you give us your name?
4    A Cindy Yancey.
5    THE COURT: I believe you said you had heard
6 or read something about this case?
7    A No.
8    COURTROOM DEPUTY CLERK: No, she's the one
9 who Miss James wanted to bring back because we didn't
10 ask her --
11    MS. JAMES: The publicity question, Judge.
12    THE COURT: She just said she hadn't heard
13 or read --
14    MS. JAMES: Oh, I thought you were going to
15 do an overlap.
16    THE COURT: Only for those who stood up.
17    MS. JAMES: I made a mistake.
18    THE COURT: Thank you very much.
19    MR. MOORER: But I have a question for you
20 since we've got you back here.
21    THE COURT: All right.
22    MR. MOORER: I don't have your
23 questionnaire, but you were asked a question about a
24 close family member or yourself ever being arrested
25 and charged with a criminal offense. And I wanted to

## Page 188

1 ask you, could you elaborate a little bit on what
2 happened to make you answer that question positively?
3 I believe you had said that --
4    THE COURT: First of all ask her, do you
5 have someone who has been accused of a criminal
6 offense, a family member or yourself?
7    MR. MOORER: I don't have your questionnaire
8 but this is a question that was asked to you on the
9 questionnaire.
10    (Whereupon, the juror examined said
11 document.)
12    A A criminal offense now, I know my son has been
13 arrested for D. U. I. and such as that. And then my
14 daughter, when she was in high school, she was
15 arrested for possession of marijuana. When I was
16 eighteen I was arrested for being in the presence of
17 marijuana. And back in 1980 I think I had a bad check
18 charge.
19    THE COURT: Okay. Any other questions of
20 this juror?
21    MR. MOORER: Would those experiences that
22 you have had, have any effect on you in being able to
23 decide this case just purely on the testimony of the
24 witnesses and any evidence that may be introduced?
25 A I don't think so.

## Page 189

1    MR. MOORER: Thank you, ma'am. I appreciate
2 it.
3    THE COURT: Anything from defense counsel?
4    MS. JAMES: No.
5    THE COURT: Thank you very much.
6 A The only thing that might give me a problem, I
7 had a nephew that was murdered at the age of nineteen,
8 and the boy who did it only got five years. So I kind
9 of have a thing with the courts for that.
10    MR. MOORER: Do you know what caused the
11 murder, ma'am?
12 A It was a drive-by. Actually, they were riding
13 behind him, pulled up at a traffic light and just shot
14 into the truck.
15    MS. MORRIS: Just randomly?
16 A Just randomly. And then the young boys hid for
17 two days until the grandmother happened to hear them
18 -- overheard them talking about it.
19    THE COURT: Could that influence the way you
20 decide this case?
21 A I don't think it would influence the way that I
22 decide this case because I'm a pretty fair person, you
23 know, but I kind of have a bad taste in my mouth for
24 the penalties people pay for things.
25    MS. WAYNE: Judge, if I may?

**Multi-Page™**

1     First of all, if anybody was convicted the
2 jury doesn't have anything to do with the penalty
3 phase. That would be totally up to the judge. My
4 question, though, is what concerns me about that is it
5 sounds like you're already getting to a conviction and
6 thinking about someone being penalized. I mean, only
7 you know that. I don't know, that's what it sounds
8 like to me.
9     THE COURT: I guess the question is, have
10 you prejudged the case or anything like that?
11 A No. Because I don't know anything about it.
12 Never heard anything about it.
13     MS. WAYNE: Why are you thinking of this
14 situation, then, involving --
15 A Well earlier I did stand up and say that, you
16 know, I would be thinking about work and I've already
17 got a bad taste in my mouth about the justice system,
18 so --
19     MS. WAYNE: All right. Let me ask this.
20 When you have a bad taste, does that bad taste carry
21 to the defense side of the table or to the
22 prosecution?
23 A Defense.
24     MS. WAYNE: Okay. So there is a bit of a
25 bias against us as you come into this courtroom.

1 A Not you personally.
2 Q No, I understand. But the defense?
3 A Possibly.
4 Q Based on your experience that you bring to this
5 courtroom?
6 A Possibly.
7 Q And even though the Court is going to instruct
8 you that this is a different case, involves different
9 facts, different officers, all of that, sounds to me
10 it might be something difficult for you to set aside.
11 A Well, if I were told to set it aside, you know, I
12 would have to. But I can't say that wouldn't be in
13 the back of my mind.
14     MS. WAYNE: Okay, that's good enough. It
15 would still linger in the back of your mind?
16 A Right.
17     MS. WAYNE: I appreciate it.
18     MS. MORRIS: But you could set it aside and
19 listen to the Court's instructions and do as the Court
20 instructs you under the law?
21 A Yes, I think I could.
22     MS. MORRIS: Okay.
23     THE COURT: Any other questions?
24     MS. CHARTOFF: Yes.
25     Given what you said about how the person who

1 shot your nephew didn't get enough punishment, would
2 you be thinking about the punishment while you were
3 deliberating in this case?
4 A I don't think so because that was, gosh, that was
5 sixteen years ago, so it's not like it's fresh. So I
6 don't think so.
7     MS. WAYNE: It was sixteen years ago?
8 A Mm-hmm.
9     THE COURT: Thank you.
10     Any other questions?
11     (Whereupon, there was no response.)
12     THE COURT: Thank you very much.
13     (Whereupon, Juror Yancey was escorted out of
14 chambers.)
15     THE COURT: Anything else regarding this
16 juror?
17     MS. WAYNE: Judge, we're going to challenge
18 her for cause. She has voluntarily come in here with
19 thoughts of something that happened sixteen years ago
20 not associated with this case, but clearly a bias
21 toward the defense as a result of what happened in
22 that case. She said she would certainly attempt to
23 follow the Court's instruction, but it would be
24 lingering in the back of her mind.
25     Now we can bully her and make her say she

1 will follow the Court's instruction, but the bottom
2 line is she volunteered this information and she
3 indicated it would be lingering. That is a chance and
4 that is against the defense and we would challenge her
5 nor cause.
6     MR. FEAGA: We agree with the defense.
7     THE COURT: She's excused, then.
8     COURTROOM DEPUTY CLERK: Now are we ready
9 for jurors who have read or heard something about the
10 case?
11     THE COURT: Yes.
12     MS. JAMES: Making my mistake wasn't such a
13 bad one after all.
14     MR. FEAGA: If I could, I just wanted to
15 clarify. We agree with the defense she should be
16 stricken. I'm not quite so sure I agree with their
17 reasoning, but I agree she should come off.
18     IN-CHAMBERS INDIVIDUAL SEGREGATED VOIR DIRE
19     REGARDING JURORS WHO HAVE HEARD OR READ
20     ANYTHING ABOUT THE CASE:
21     (Whereupon, Juror Sansom was escorted into
22 chambers.)
23     THE COURT: Would you tell us your name?
24 A Helen Blackburn Sansom.
25     THE COURT: Okay. And, Ms. Sansom, have you

Multi-Page™

Page 194

1 heard or read anything about this case?
2 A Yes, I have.
3     THE COURT: Would you tell us what you heard
4 or read?
5 A I've heard about the merit (sic.) of the
6 marijuana and the laundering of the money. What has
7 been in the local newspapers and on the local T V.
8     THE COURT: Okay. How recently have you
9 read about it?
10 A Probably a month ago.
11     THE COURT: Could you completely put out of
12 your mind what you've heard or read on the news and
13 decide this case based solely on the evidence
14 presented during the trial?
15 A As a citizen, I would.
16     THE COURT: Anything else of this juror from
17 Counsel?
18     MS. MORRIS: No, Your Honor.
19 A Can I say something?
20     THE COURT: Yes, go ahead.
21 A Maybe I'm not supposed to.
22     THE COURT: No, go ahead.
23 A My husband does work with one of the witnesses
24 that you're going to have, and --
25     THE COURT: Who is that?

Page 195

1 A Farrell Prescott, Moody Tire Service. My
2 husband, he's a commercial tire salesman. I believe
3 Mr. Carmichael has a trucking company, and we have
4 discussed it at home as far as trucking and, you know,
5 the charges or whatever.
6     THE COURT: I see. Okay. Did you make up
7 your mind as to whether Mr. Carmichael is guilty?
8 A No, because I don't have the evidence so I don't
9 know.
10     THE COURT: Could you completely put out of
11 your mind these conversations at home about the
12 trucking and all that, and decide this case based
13 solely on the evidence?
14 A Yes, I feel I could.
15     THE COURT: So you're saying your husband
16 does business with one of the --
17 A With Moody Tire Service. He's a commercial
18 salesman with Mr. Prescott, one of the witnesses.
19     MS. JAMES: Ma'am, not to get personal, but
20 it's important to both sides. You said you had
21 conversations at home once I guess you heard about the
22 case. Was that because possibly your husband
23 recognized Mr. Carmichael's name?
24 A Yes.
25     MS. JAMES: Did he recognize his name as

Page 196

1 someone having business with Moody?
2 A Yes.
3     MS. JAMES: And he had some knowledge of Mr.
4 Carmichael's trucking company?
5 A Yes.
6     MS. JAMES: And did you all discuss the
7 possibility of whether or not your husband, you, or
8 another family member may have thought that the
9 allegations were true?
10 A I can't remember us having a conversation as far
11 as the other, but this was pretty much the company.
12 You know.
13     MS. JAMES: Did you all have any discussion
14 about Mr. Carmichael's reputation in the community as
15 a businessman, or as something else?
16 A Yes.
17     MS. JAMES: Okay. Was that a positive
18 discussion or were there some negative things?
19 A Well, negatives. I do not know Mr. Carmichael.
20     MS. JAMES: Right, I understand.
21 A Negative as far as business.
22     THE COURT: Like in what sense do you mean
23 "negative"?
24 A About payment, or business, financially. Let's
25 say financially.

Page 197

1     THE COURT: How was it negative?
2 A Well, as far as -- I can't remember the exact
3 wording, but that Mr. Carmichael, I believe, owed the
4 company money, or something on that terms.
5     THE COURT: Okay. Could you completely put
6 that out of your mind if you were on the jury?
7 A Yes. I mean as far as that, yeah.
8     MS. JAMES: And so those conversations
9 didn't really deal with the allegations that you heard
10 on T V?
11 A No. That was -- no. Not that.
12     MS. JAMES: It was just about business
13 practices?
14 A Correct.
15     MS. JAMES: And so to go back, y'all based
16 on those conversations with your family and others
17 possibly and what you've heard or read, you didn't
18 form any opinion, or did you form an opinion about
19 whether Mr. Carmichael is guilty of these charges or
20 not?
21 A No, because I do not have any evidence. Anyone
22 is not proven guilty or innocent until you know all
23 the background.
24     MS. JAMES: Okay, very good. Thank you.
25     THE COURT: Anything else of this juror?

1 MR. FEAGA: Not from the United States.

2 THE COURT: Thank you very much.

3 (Whereupon, Juror Sansom was escorted out of

4 chambers.)

5 THE COURT: Who's next?

6 MS. WAYNE: Judge, we're going to challenge

7 Mrs Sansom for cause. The reason is that part of this

8 case is based upon Mr. Carmichael's finances.

9 THE COURT: The money laundering?

10 MS. WAYNE: The money laundering.

11 THE COURT: I'll hear from the government.

12 MR. FEAGA: Well, Your Honor, our view of it

13 is she said that all she heard was that there may have

14 been a bill due or whatever down at Moody Tire. A

15 record of payment, she said it was negative. But she

16 indicated it wouldn't have anything to do with her

17 belief of whether or not he was guilty of the charges.

18 That she's had explained to her the charges against

19 him are that he's involved in a conspiracy to

20 distribute marijuana and that he laundered proceeds

21 from that marijuana. Now I don't see how her having

22 some knowledge that --

23 THE COURT: Well did he launder those

24 proceeds through his business?

25 MR. FEAGA: Actually, the evidence is going

1 to be in terms of the money laundering charge that the

2 money that was deposited into -- basic money

3 laundering charge is that he deposited the proceeds of

4 the drug trafficking activity in an account that he

5 had an employee of his, Sherry Pettus, open up. And

6 he told Sherry Pettus that I don't want anyone to know

7 where this came from. And it went into her account.

8 THE COURT: So will you be talking anything

9 about his businesses, though, and so forth?

10 MR. FEAGA: Well, yes, sir. One of the

11 proofs that this is his money is that after it went

12 into this account, and of course that's the offense,

13 the deposit of the money into his account, that's what

14 went into the account of Sherry Pettus, so the

15 concealment issue is that he didn't want anyone to

16 know that it was his money and it came from drugs so

17 he put it in an account in her name.

18 Now it will come out at trial that the money

19 was spent on, for instance, business enterprises of

20 his. I don't know about tires, per se. Spent on, for

21 instance, forty-seven thousand dollars for the

22 Carmichael Center but not for tires.

23 THE COURT: Okay.

24 MR. FEAGA: Again, that's not the gravamen

25 of the offense. The gravamen of the offense is the

1 deposit of the drug proceeds in Sherry Pettus's

2 account.

3 THE COURT: I'll sustain the objection.

4 It's too close to the personal knowledge. This is not

5 reading it in the paper, this is her own husband's

6 interaction, and this almost gets close to personal

7 knowledge about the facts of the case.

8 MR. FEAGA: I understand, Judge.

9 THE COURT: So I'll sustain the objection.

10 She's off.

11 COURTROOM DEPUTY CLERK: Mary Loy, we've

12 already seen Miss Loy.

13 Carol Murray.

14 MR. TEAGUE: Your Honor, if I could?

15 THE COURT: Yes.

16 MR. TEAGUE: With regard to the rest of the

17 witnesses (sic.), the lady who you just excused said

18 well, yes, he hadn't been proven innocent or guilty.

19 I'd like for the Court to admonish these witnesses

20 (sic.) that we don't have to proving anything, that

21 they are innocent.

22 THE COURT: Right. I told them that.

23 MR. TEAGUE: Right. But when they say that,

24 I don't know, I just get jumpy. I'd like to hear the

25 Court say it again.

1 THE COURT: Let's go. They're lay people.

2 (Whereupon, Juror Murray was escorted into

3 chambers.)

4 THE COURT: What is your name, now?

5 A Carol Murray.

6 THE COURT: Ms. Murray, I believe you said

7 you heard or read something about this case?

8 A Yeah. I've heard, but my philosophy is I don't

9 read the newspaper because I don't like what they say,

10 I only listen to Christian radio stations and I don't

11 really pay attention to the news because I find it

12 depressing. So yeah, I had heard, you know, I had it

13 connected with the Carmichael theaters.

14 THE COURT: You said Carmichael theater.

15 What was the theater?

16 A There was a theater or something --

17 THE COURT: You're talking about Carmack

18 Theater.

19 A Carmack. Okay. I'm not from here originally.

20 THE COURT: Okay. But whatever you've heard

21 or read, you may remember that you've heard or read,

22 could you completely put it out of your mind and

23 decide this case based only on the evidence presented?

24 A Oh, yes, sir.

25 THE COURT: Anything else?

1     MR. FEAGA: Not from the United States.

2     THE COURT: Defense?

3     MS. WAYNE: No.

4     THE COURT: Thank you very much.

5     (Whereupon, Juror Murray was escorted out of

6 chambers.)

7     COURTROOM DEPUTY CLERK: Robert Adcock.

8     MR. FEAGA: What's the number?

9     MS. MORRIS: Thirty-two.

10     (Whereupon, Juror Adcock was escorted into

11 chambers.)

12     THE COURT: Would you give us your full

13 name?

14 A  Robert Gene Adcock.

15     THE COURT: I think you said you had heard

16 or read something about this case?

17 A  Based on the local news.

18     THE COURT: Do you remember what you heard

19 or read?

20 A  Convicted of some drugs, and then the part about

21 the pictures on the Internet of local police officers.

22     THE COURT: You remember that as well in the

23 news?

24 A  Mm-hmm.

25     THE COURT: Could you completely put out of

1 your mind what you heard or read and decide this case

2 based solely on the evidence?

3 A  Sure.

4     THE COURT: Did you form any opinion about

5 the case?

6 A  No, I didn't know that much about it.

7     THE COURT: What do you remember about

8 reading about the web and all that?

9 A  I just remember that there was some pictures on

10 an Internet site of some local or some, what was it,

11 undercover officers that were posted on the Internet

12 site.

13     THE COURT: Did you form an opinion about

14 that?

15 A  It was wrong that they did it. But I mean I

16 guess they can do it. I don't know.

17     THE COURT: If that's not part of this case,

18 could you completely put that out of your mind and

19 decide this case based only on the evidence that's

20 presented during the trial?

21 A  Sure.

22     THE COURT: So even if you thought it was

23 wrong to put something on the Internet, could you

24 completely put that out and decide the facts of this

25 case based only on the evidence and not based on some

1 opinion about whether the website was wrong or not

2 wrong?

3 A  Sure.

4     MS. JAMES: Mr. Adcock, have you visited the

5 website?

6 A  No.

7     MS. JAMES: When you heard about the website

8 and the pictures, you say you thought it was wrong.

9 Did you mean you thought that putting the pictures up

10 there was wrong, or what do you mean by that?

11 A  I just thought it was wrong. It just puts

12 people's lives in danger that does that type of work.

13 You know, that shouldn't be done.

14     MS. JAMES: Okay. And did you read any

15 other articles associated with that website, or any of

16 the other type of police officers subsequently?

17 A  Just what I heard on the news, and I think there

18 was somebody arrested in the P. D. that gave the

19 pictures out or something.

20     MS. JAMES: Would that be fairly recent that

21 you heard that information?

22 A  Yes. Yeah, it was.

23     MS. JAMES: Okay. I don't remember your

24 response to the question, but do you have family or

25 friends in law enforcement?

1 A  No.

2     THE COURT: Now you mentioned about someone

3 else being arrested. Again, could you put that out of

4 your mind and decide this case based only on the

5 evidence that's presented here in court in this case?

6 A  Sure. Yes, sir.

7     MR. TEAGUE: Sir, Mr. Adcock, I may have

8 misread the questionnaire that you sent in. Did you

9 not put down that you are a dispatcher for the

10 Sheriff's Office?

11 A  I did, but that was in college back in '87. I

12 did it one summer between my junior and senior year in

13 college.

14 Q  Now your experiences working in law enforcement

15 -- How old are you now, if I may ask?

16 A  I'm thirty-nine.

17     MR. TEAGUE: Thirty-nine. And this is some

18 twenty years ago?

19 A  Yes.

20     MR. TEAGUE: So you became aware of how law

21 enforcement works from the inside, to an extent?

22 A  To an extent, yeah. I answered nine one one

23 calls and worked kind of as a jailer kind of thing.

24     MR. TEAGUE: And you formed an opinion that

25 the website as you understood it was wrong and you

**Page 206**

1 resented it, I would presume --
2      MR. FEAGA: Your Honor, I object to that. I
3 don't think he said that. And the witness (sic.) has
4 said, and it's important to note, the website is not
5 going to be evidence in this case. The Court has
6 asked him if he could put his knowledge of that aside
7 and decide this case based on the facts and the law
8 and based on the instructions you give him, and he
9 said three, four, five times yes he could.
10      THE COURT: I'll allow the question.
11      MR. FEAGA: I don't think he used the word
12 "resent" --
13      THE COURT: Well, I don't think he used the
14 word "resent," but you can ask him whether he resents.
15      MR. TEAGUE: Well I presume from what you
16 said earlier that you thought it was wrong, you rather
17 resented it as a result of feeling it was wrong?
18 A  I just said it was wrong because, you know, the
19 guys who do that kind of work -- It's dangerous work
20 anyway and, you know -- And then once, I guess if
21 you're an undercover officer, which I wouldn't do that
22 job anyway, they don't make enough, but once your
23 picture is out there you can't do it anymore. I mean,
24 it's too dangerous for you to do it.
25      THE COURT: Would you hold that against

**Page 207**

1 either of these defendants here, what you read about
2 the website?
3 A  No. I mean I just -- Because I don't know if
4 it's true or not. Somebody put it out there. I mean
5 it was wrong they did it, if they did it. Someone did
6 it.
7      THE COURT: But if no evidence comes out as
8 to who did it, would you hold it against these two
9 defendants?
10 A  No.
11      THE COURT: Okay.
12      THE COURT: Do you know who did it?
13 A  No.
14      MR. TEAGUE: Could I ask one other question,
15 Your Honor?
16      THE COURT: Yes.
17      MR. TEAGUE: You didn't hear anything about
18 Freddie Williams having anything to do with that
19 website, did you?
20 A  No. I just heard that there was a website ran by
21 somebody and I don't even know who they said. But it
22 had to do with this case, and there was some pictures
23 put out there of undercover officers, I think,
24 associated with it.
25      MR. TEAGUE: So you could give Freddie

**Page 208**

1 Williams a fair trial. If you hear nothing out there
2 in the way of evidence concerning the website that
3 touches a concern of Freddie Williams?
4 A  I can't remember him saying even much about him
5 on the news. I remember this gentleman here. I
6 recognized him when he was walking in the courthouse
7 this morning. I said, "Well that's the guy that was
8 on the news." As a matter of fact, only a couple of
9 days ago.
10      MS. CHARTOFF: So do you have a feeling
11 about Mr. Carmichael?
12 A  No.
13      MS. CHARTOFF: No feeling about him at all?
14 A  I don't know him. I've never seen him.
15      MS. CHARTOFF: Your feeling about the
16 website, would that be any different if you knew that
17 the U. S. Attorney's Office posted the officers'
18 pictures on the website with their names under it?
19      MR. FEAGA: Your Honor --
20      THE COURT: Wait a minute now, let's not get
21 into who did what. Let's just ask him --
22      Could you step out for just a second?
23      (Whereupon, Juror Adcock was escorted out of
24 chambers.)
25      MR. FEAGA: Your Honor, a misstatement of

**Page 209**

1 facts, too. We didn't put anybody's name on that
2 website. I think what she's referring to is -- what I
3 would ask is that the Court simply correct the record
4 and make it clear that one, again, that the website is
5 not evidence in this case; and, secondly, I think what
6 Miss Chartoff is trying to do -- and I think it was
7 inadvertent, I'm not accusing her of doing it on
8 purpose -- was that she said that we had put the
9 pictures on the website that created the appearance to
10 everybody in the room in talking about the one that he
11 is aware.
12      What I think she meant to refer to was that
13 he had a story about DeJohn getting an award that went
14 on the U. S. Attorney's website. And I think it just
15 created the appearance that we had -- that we were
16 responsible for that website that he said he was
17 unhappy with. And since it's not even going to be
18 evidence in this case, we would really -- we would
19 urge the Court one, to let's stop talking about the
20 website per se, but certainly I think at this juncture
21 it needs to be made clear in the form of some other
22 question that it's not a matter of evidence or
23 statement to him that he should consider that anyone
24 in this room is responsible for putting that up on the
25 website.

Multi-Page™

Page 210

1    I don't want to lose this juror. I think he
2 can be fair and impartial. I just think we just need
3 to make that statement to him that no one in this room
4 should be held accountable for putting that website
5 up. And I think he said several times that the
6 website won't affect his judgment.
7        THE COURT: Anything else?
8        MS. WAYNE: There is one, judge, about he
9 was a witness to a crime that he listed on his
10 questionnaire.
11        THE COURT: Okay, let's bring him back in.
12        (Whereupon, Juror Adcock was escorted back
13 into chambers.)
14        THE COURT: Now you understand there is no
15 evidence that anybody committed with this case, as far
16 as you're concerned, was responsible for that website.
17 A  Yes, sir.
18        THE COURT: And that includes the defendants
19 or the U. S. Attorney. You can put out of your mind
20 what you may have heard about the website.
21 A  I just heard on the news that there was a
22 website.
23        THE COURT: Very good.
24        MS. JAMES: There was also a response on one
25 of your -- on your juror questionnaire that you had

Page 211

1 been a witness to a crime?
2 A  Yeah, it was a juvenile crime.
3        THE COURT: What was the nature of the
4 crime?
5 A  He had broken into a car and actually caught him
6 in the middle of the crime. Actually caught him in
7 the middle of stealing some jewelry out of it.
8 Actually a friend of mine's car. I was still in
9 college. Of course they wanted a trial so we had to
10 go to court.
11        THE COURT: So you actually went to trial?
12 A  Went to trial and got up on the stand and all
13 that good stuff.
14        THE COURT: Very good. Okay.
15        MS. JAMES: When you went to trial and you
16 were on the stand, were you cross-examined by defense
17 lawyers?
18 A  Sure was.
19        MS. JAMES: Was that a pleasant or
20 unpleasant experience?
21 A  They would just try to confuse you, you know,
22 cross you up, but you just stick to your story.
23        MS. JAMES: That's all.
24        THE COURT: Do you hold anything against
25 either defense lawyers or prosecutors?

Page 212

1 A  No. As long as I don't have to get on the stand
2 I'm all right.
3        THE COURT: Thank you very much.
4        (Whereupon, Juror Adcock was escorted out of
5 chambers.)
6        THE COURT: Next witness?
7        MS. JAMES: Judge, we would challenge this
8 juror for cause, and if I might tell you why. If you
9 recall on the last article in the newspaper and the
10 subject of one of our I guess motions in limine or
11 change of venue, there was the article about the law
12 enforcement officer, Mr. Salem. There were references
13 in there to acquisition of the photo by his attorneys,
14 and we were concerned about that because that had
15 nothing to do with the present defense team.
16        In addition to that, he says it's wrong and
17 it puts these law enforcement officers' lives in
18 danger. When he actually hears the testimony possibly
19 of Agent DeJohn, he may put it together that that is
20 in fact the person who is independent upon who the
21 other jurors are that end up on there. They may say
22 well, it was DeJohn's picture, and then he may become
23 particularly sympathetic to him during the course of
24 the trial and I don't think that's a chance we can
25 take.

Page 213

1        I mean, he's a most recent source of
2 information because he's the only one thus far who
3 said he read that particular article. That was
4 Thursday, less than two weeks ago. And he also said
5 he immediately recognized him when he came in today.
6 He said hey, that's the guy on T V. So he seems to
7 have a particular focused interest on this case. And
8 his experience with law enforcement, I just,
9 regardless of what he says, I just think it's awful
10 risky to leave him on this jury.
11        MR. FEAGA: Judge, our response to that
12 would be this all revolves around, I think, the
13 concern expressed when and if a law enforcement
14 officer testifies how he'll feel. They're going to be
15 calling at least one, and I haven't checked the
16 backgrounds on these witnesses, but they're going to
17 be calling former law enforcement agents to testify.
18        So to the extent that would work one way or
19 the other, it will work the same way for both sides.
20 Therefore it's neutral. I think the operative issue
21 is, can he decide the case based on the law and the
22 facts presented to him. He said he could. The issue
23 of the websites are not even going to come up in front
24 of this jury unless the defense brings it up. We
25 recognize that we're not supposed to and won't. And

**Multi-Page™**

### Page 214

1  so the only error that could occur here is if they
2  inject it themselves down the road during the trial.
3  I think he can be fair and impartial and he should be
4  allowed to serve.
5      MS. JAMES:  Judge, much of Friday morning
6  was spent talking about the government's efforts --
7  what we anticipated their efforts to be to offer
8  evidence of intimidation of witnesses, of violence
9  through Mr. Carmichael, to people by others and things
10 of that nature.  If -- And the Court hasn't ruled on
11 all of that.  But should the Court rule on some of
12 that and then that juror out there couples oh, these
13 lives of law enforcement officers were in danger, this
14 is a bad man.  I mean, he could go there.
15     THE COURT:  The fact that they read
16 something about the case doesn't mean that they're
17 disqualified.  I mean, there are just things out there
18 in the news all the time; you could never find a fair
19 jury if everyone was disqualified by merely having
20 read something in the newspaper.  The question is can
21 they put it out of their minds.  Can a juror put it
22 out of his or her mind, which he or she has read.  And
23 I don't have any reason to doubt his representation
24 that he could.
25     So the objection is overruled.

### Page 215

1      Who is next, Sheila?
2      COURTROOM DEPUTY CLERK:  Richard Mill.
3      MS. MORRIS:  Thirty-three.
4      (Whereupon, Juror Mills was escorted into
5  chambers.)
6      THE COURT:  What's your name now?
7  A  James Richard Mills.
8      THE COURT:  I think you said you heard or
9  read something about this case?
10 A  I did in the Montgomery Advertiser.
11     THE COURT:  How long ago?
12 A  It's been several months.
13     THE COURT:  Do you remember what you heard
14 or read?
15 A  No.  I have just a fleeting memory of it.
16     THE COURT:  Could you completely put out of
17 your mind what you may have heard or read and decide
18 this case based only on the evidence presented?
19 A  I could.
20     THE COURT:  Counsel?
21     MR. FEAGA:  Nothing from the United States,
22 Your Honor.
23     THE COURT:  Defense counsel?
24     MS. JAMES:  Do you recall what you may have
25 heard or read?

### Page 216

1  A  Not in detail.  It was just a report that there
2  had been an arrest on marijuana.  That's about it.
3      MS. JAMES:  Didn't remember any of the
4  particulars?
5  A  No.  I really can't even recall how long ago it
6  was.  But the name was familiar to me.
7      MS. JAMES:  Nothing else.  Thank you.
8      MR. FEAGA:  Nothing else.
9      THE COURT:  Thank you very much.
10     (Whereupon, Juror Mills was escorted out of
11 chambers.)
12     THE COURT:  Ms. Carnes, the next juror.
13     COURTROOM DEPUTY CLERK:  This is Miss Allen.
14     (Whereupon, Juror Allen was escorted into
15 chambers.)
16     THE COURT:  Would you give us your full
17 name?
18 A  Robbie S. Allen.
19     THE COURT:  I believe you said you heard
20 something about this case?
21 A  Yes.
22     THE COURT:  Would you tell us what you heard
23 or read?
24 A  I knew that it was a case involving marijuana.  I
25 also know that there was something about the case

### Page 217

1  involving a police officer, or someone's picture being
2  put on a website.  That's mainly the two things I
3  remember.
4      THE COURT:  Okay.  Now with regard to the
5  latter, do you know who is supposed to be responsible
6  for putting someone's picture on the website?
7  A  My understanding from the news story was that it
8  was the defendant, Mr. Carmichael.
9      THE COURT:  And do you have any feelings
10 about the website, what you remember?
11 A  Well my feelings in general is that a police
12 officer's picture should not be put on a website, that
13 it might endanger him, if that's what happened.
14 That's what I remember hearing.  I'm not sure that's
15 what happened.
16     THE COURT:  Okay.  If nothing came up about
17 the so-called or alleged website, could you completely
18 put that news story out of your mind and decide this
19 case based solely on the evidence that's presented at
20 trial?
21 A  I believe so.  I believe any defendant has a
22 right for what is said about him only in the trial to
23 decide his guilt or innocence, not news stories or
24 whatever.
25     MR. FEAGA:  Nothing from the United States,

**Page 218**

1 Your Honor.
2 MR. TEAGUE: Nothing from defendant
3 Williams, Your Honor.
4 THE COURT: Thank you.
5 (Whereupon, Juror Allen was escorted out of
6 chambers.)
7 MS. JAMES: Judge, could we be heard on this
8 one as well for cause? The problem is, we filed a
9 motion in limine with the Government with reference to
10 the website as to intimidation because we thought it
11 would be prejudicial. And we think the government
12 agreed on Friday night to go into the website and I
13 would say it was a concession that it was irrelevant
14 and it would have no place in this trial and they said
15 as much here today.
16 So if you allow this juror to stay on there,
17 you're allowing this juror to go to the jury with
18 evidence that we have moved in limine to keep out and
19 to possibly deliberate with the jury with evidence
20 that the other jurors don't have about this case which
21 has been deemed more prejudicial than probative. And
22 that's the problem. It's the same problem with Mr.
23 Abcock.
24 THE COURT: What's your response?
25 MR. FEAGA: Your Honor, the juror said that

**Page 219**

1 she would decide the case, and had a belief -- this
2 was the one belief she said she had -- was that she
3 believed the defendant had a right to have a fair
4 trial and have his guilt decided based on the evidence
5 presented in the courtroom. The Court is going to be
6 instructing the jury that they are to decide this case
7 based solely on the evidence. They have already
8 answered in voir dire that they can do that on any
9 number of occasions.
10 So to take her off simply because she's
11 aware there is a website when she's taken a position,
12 which I believe as she stood there she was very
13 believable, she would not hold against anyone, would
14 not make a basis for her decision, to say she can't
15 serve because she's aware of it we think would fly in
16 the face of what the legal standard is for a fair and
17 impartial jury and whether or not she should be
18 allowed to serve.
19 MS. JAMES: Judge, this is different
20 evidence than them reading. If a juror reads there is
21 a drug arrest they're going to do that anyway. That's
22 the charge, you've already told them. He's told them.
23 It's going back to the jury.
24 But evidence that has already been
25 highlighted and recognized not only by the defense

**Page 220**

1 conceded by the government -- well you didn't even
2 have to rule on it, that's going back there. So there
3 is nothing to prevent that juror from discussing it
4 with the other jurors. And then they get off on an
5 extrinsic matter really that's not before them,
6 although intertwined with this case, and they discuss
7 it. And then, and she did say --
8 THE COURT: I'll be happy to tell the jury
9 that they're not to discuss with the other jurors what
10 they may have read. They're only to discuss the
11 evidence they heard.
12 MR. FEAGA: I might add one more thing, if I
13 may. And that is this is a little bit like, you know,
14 the pot calling the kettle black sort of analogy. I
15 can't come up with a better one. I mean they put this
16 website up and they have been running it and they're
17 still running it, refusing to take it down, and now
18 they're in here complaining about the fact that
19 someone might have seen it.
20 MS. JAMES: It's the negative connotation
21 that's been spun by the government. And that is
22 exactly what they wanted to do and what they've argued
23 and what the press has reported back in the day when
24 it was all said and done, and that is it posed a
25 danger to a law enforcement officer.

**Page 221**

1 And let's not be misled here. David DeJohn
2 is a drug tasks force officer. He is not an
3 undercover officer walks around with a mask on his
4 case or grows a beard and goes to some county where
5 nobody knows him. He's an up-front officer. He
6 testified in the Kennedy case, he testified in the
7 Salery case. I can name many, many cases where he's
8 been a public witness for the United States
9 Government. So to lead everyone or leave that thought
10 that this is an undercover officer whose life is in
11 danger because he's now been exposed is just simply
12 not what this case is about.
13 But this woman and the other man said the
14 same thing, and I'm suggesting it's not because Mr.
15 Carmichael did something that he was legally or
16 constitutionally entitled to do, but because there has
17 been this spin on it that this officer will be in
18 danger as a result of this website. And those two
19 people believe that.
20 THE COURT: I don't know if they said they
21 believe that. They said that they had read about it
22 and they were concerned about it. The first witness
23 -- the first juror said he didn't know who had done
24 it. This other juror who just testified said she
25 didn't believe what was in the news necessarily. She

Multi-Page™

**Page 222**

1 also said she could put it out of her mind.
2      I'll overrule that objection subject to a
3 charge that they're only to decide the case based on
4 the evidence and not what they have heard or read and
5 not to discuss what they have heard or read. I have
6 no reason to doubt her ability to do that.
7      MS. JAMES: In all due respect, Judge, and I
8 know what you've ruled, but essentially what that
9 ruling requires us to do is to now use peremptory
10 challenges to strike two jurors that have improper
11 evidence that they could take to the jury room.
12      THE COURT: Well it's not evidence if they
13 have convinced us, and I think they convinced me, that
14 they can put it out of their mind.
15      MR. FEAGA: Can I put one thing on the
16 record, Judge? Just for purposes of the record
17 because I'm sure it's going to be an issue if there is
18 a conviction in this case.
19      THE COURT: Yes.
20      MR. FEAGA: And that is, what these
21 witnesses (sic.) are saying is that those that have
22 indicated that they look with disfavor on the website,
23 they're not saying they look with disfavor on the
24 party that put it up. What she's arguing now is, and
25 this is what I think is one of the concerns we had all

**Page 223**

1 along when they put this website up, they put it up,
2 they put an officer's picture on it, and anyone who
3 sees that or hears about it is going to form an
4 opinion of whether they like it or not.
5      Now they did that. You can't unring the
6 bell that they rang, and now they're in here
7 complaining about it and this is the very thing that
8 they should have thought about when they put the
9 website up. If someone who heard about it or saw it
10 was asked about it in here might say yes, I think this
11 is a good or bad idea. Because people come to this
12 building with those beliefs and opinions.
13      And so I just wanted it on here that one of
14 our arguments against what they're doing is that this
15 is error that they, if it is in fact any error at all
16 later determined to be, it is error that they created
17 by virtue of the action they took when they put this
18 website up and they continue as we stand here and
19 speak.
20      MS. JAMES: And we vehemently, vehemently
21 deny that we have had any influence over the fact that
22 these jurors have that. In fact, we've contended in
23 motions that it is in fact the United States
24 Government, or someone that has had privileged
25 information particularly with regard to the matters

**Page 224**

1 that were under seal that was dealt with when this
2 first came out, the matter that was decide by Judge
3 Boyd about the photograph in the file --
4      THE COURT: I don't know what you're talking
5 about.
6      MS. WAYNE: The lawyers don't have anything
7 to do with this, so --
8      MS. JAMES: You understand what I'm saying
9 Judge.
10      MS. WAYNE: It's not we. Mr. Feaga keeps
11 saying "they". The lawyers don't have anything to do
12 with the website.
13      THE COURT: Well the lawyers did defend the
14 presence of the website. Mr. Glassroth and you have
15 vehemently said that the website should remain, and I
16 think that's what Mr. Feaga is saying. He's saying
17 you invited this by don't make Mr. Carmichael or Mr.
18 Williams of their involvement, take it down.
19      I don't know if they're saying you put it
20 up, but you definitely defended its continued
21 presence, and I found he had a right to have it up
22 there.
23      MS. WAYNE: I'm wondering if we could take a
24 break. Just because we've been standing here for
25 awhile. Do you mind if we just take five minutes?

**Page 225**

1      THE COURT: Well how many more do we have to
2 go?
3      COURTROOM DEPUTY CLERK: Ten, sir.
4      THE COURT: Ten more to go?
5      MS. WAYNE: Only because some of us are in
6 high heels.
7      THE COURT: Miss Carnes does that day in and
8 day out.
9      MS. WAYNE: I know she does, and I'm like --
10      THE COURT: I've never given a break for
11 high heels, but let's take five minutes.
12      MR. FEAGA: Your Honor, during the break
13 just before you go out, do you think -- It's now
14 three-thirty --
15      THE COURT: Yeah, we won't be calling any
16 witnesses.
17      MS. MORRIS: That's all we wanted to know.
18      (Whereupon, a recess was taken.)
19          IN CHAMBERS CONFERENCE
20        WITH COUNSEL AND THE COURT ONLY:
21      THE COURT: Counsel, one other thing. For
22 all these jurors who have said they read or heard
23 something about the case, I have an underlying concern
24 that they probably have heard about the website too.
25 It may become clear during the trial that the website

Multi-Page™

**Page 226**

1 is an issue in the sense of Mr. Carmichael's
2 connection. So, you know, I think that in many ways
3 the ones who told us about it are probably the better
4 jurors than the ones who probably will have the
5 information triggered later.
6     So I think the main thing to do is to make
7 sure they do not consider any evidence that they have
8 heard about this case, either about the website or
9 anything else, and only rely on the evidence
10 presented. In many ways, as I said, the ones who at
11 least have told us about it we know; it's the ones who
12 probably don't remember it now but maybe remember it
13 later that is more problematic. All I can do there is
14 make sure the jurors decide this case based only on
15 the evidence.
16     Let's proceed.
17     MS. WAYNE: We probably need Mr. Teague and
18 Mr. Williams.
19     THE COURT: Oh, I'm sorry. I didn't notice
20 they were not here.
21     MS. MORRIS: Well, Barry keeps saying he
22 hopes he wouldn't be noticed.
23     MS. WAYNE: Judge, just to put you on
24 notice, too, we were informed by the media that they
25 wanted to get the jury selection transcripts in here.

**Page 227**

1     THE COURT: Jury selection transcripts?
2     MS. JAMES: In here.
3     THE COURT: Well, they will have to file for
4 that.
5     MS. WAYNE: Okay. We wanted to let you know
6 that we were objecting.
7     THE COURT: Oh, yes, this is a private
8 matter, people talking about their personal lives.
9     MR. FEAGA: Your Honor, I'm not even allowed
10 to not object or to join them without going all the
11 way to Washington, so I'm going to stand silent on
12 that.
13     THE COURT: Well actually what they do is
14 they will file a request and I would issue a show
15 cause order anyway. I probably would not act ex
16 parte, I would hear from you all before I ruled, as
17 well as from their lawyer.
18     MR. FEAGA: Yes, sir.
19     THE COURT: Give my law clerk something else
20 to do. There are two of them down here, they have
21 nothing else to do.
22     MS. WAYNE: That would be hard to believe.
23     (Whereupon, Mr. Teague entered chambers.)
24     THE COURT: Mr. Teague, where is your
25 client.

**Page 228**

1     MR. TEAGUE: He was right behind me, but
2 he's not right now.
3     COURTROOM DEPUTY CLERK: Mr. Teague said he
4 was right behind him, but he has not appeared in the
5 courtroom yet.
6     THE COURT: Mr. Teague, do you want to
7 proceed with him or without him?
8     MR. TEAGUE: If you don't mind me waiving, I
9 can proceed without him.
10     THE COURT: Okay. Let's proceed, then.
11     COURTROOM DEPUTY CLERK: Annie Freeman.
12     (Whereupon, Juror Freeman was escorted into
13 chambers.)
14     THE COURT: How are you doing, Ms. Freeman?
15 A Hi.
16     THE COURT: Now, Ms. Freeman, would you give
17 me your full name?
18 A Anne Marie Freeman.
19     THE COURT: I heard you've read or heard
20 something about this case. What have you read or
21 heard?
22 A I heard what they reported on the news.
23     THE COURT: Can you tell me what you've
24 heard or heard on the news?
25 A Just I believe it was about the money laundering.

**Page 229**

1     THE COURT: Okay. And you don't
2 specifically remember what it was?
3 A No.
4     THE COURT: Could you completely put out of
5 your mind what you may have heard or read and decide
6 this case based only on the evidence that's presented
7 in open court?
8 A Yes, sir.
9     THE COURT: So even if during the trial you
10 may remember something else you've heard or read, you
11 won't let that enter your deliberations?
12 A No, sir.
13     THE COURT: Thank you.
14     Wait a minute, the lawyers may have
15 something else.
16     MR. FEAGA: Nothing from the United States,
17 Your Honor.
18     MS. JAMES: Ma'am, you said you remember
19 hearing something on the news about the website --
20 excuse me, about the money laundering. Do you
21 remember when that was?
22 A I'm going to say it's about a year. It's
23 been awhile.
24     MS. JAMES: It hasn't been recently?
25 A No, ma'am.

Multi-Page™

1    MS. JAMES: Was there anything that you
2 heard or maybe have read about this case that would
3 make you have any kind of preconceived notion about
4 the evidence?
5 A  No.
6    MS. JAMES:  Thank you.
7    THE COURT:  Thank you.
8    (Whereupon, Juror Freeman was escorted out
9 of chambers and Defendant Williams entered.)
10    THE COURT:  Now I see that Mr. Williams has
11 returned.  Where were you Mr. Williams?
12    MR. WILLIAMS:  I got lost.
13    THE COURT:  Okay.  Don't get lost again.  We
14 have to be very prompt in all of our meetings.
15    The next juror.
16    (Whereupon, Juror Hatfield was escorted into
17 chambers.)
18    THE COURT:  Would you tell us what your full
19 name is?
20 A  Jennifer Jones Hatfield.
21    THE COURT:  I believe you said you heard or
22 read something about this case?
23 A  Yeah.
24    THE COURT:  Would you tell us what you heard
25 or read.

1 A  I've been on the Internet in the past and picked
2 up W. S. F. A. news and washed W. F. S. A. every
3 morning.  There were several news stories.
4    THE COURT:  Okay.  Do you remember what the
5 news stories were about?
6 A  Local lowell business owner found with some sort
7 of evidence that linked him to some sort of narcotics
8 case.  I don't remember specifically.
9    THE COURT:  Okay.  Now have you prejudged
10 the case in any way?  Have you made up your mind about
11 it?
12 A  I might have.
13    THE COURT:  How so?
14 A  I'm not convinced that I haven't.  I don't know
15 if I have or have not, but I am leaning toward the
16 media presentation of the case.
17    THE COURT:  Could you completely put out the
18 media presentation, put it out of your mind and decide
19 this case based only on the evidence that you hear in
20 open court?
21 A  I'd like to think that I could.
22    THE COURT:  If you have any doubts --
23 A  I'm pretty honest, so I'd like to think I could,
24 but I don't know.  I don't know that if in the back of
25 my mind somehow I may have a preconceived notion.  I

1 can't say that I don't or do.  I just, you know --
2    THE COURT:  Well I have to know.
3 A  I just don't, you know -- To my knowledge I don't
4 have a preconceived other than what I saw.  And
5 unfortunately I think most of the people tend to
6 believe what they see in the media and take it for
7 face value or else we would have more uprisings about
8 the goings on than we do, but I don't know.
9    THE COURT:  Right.
10 A  It would be my effort to try to do what I thought
11 was the right thing and not base anything on anything
12 that I had heard prior.
13    MR. FEAGA:  Your Honor, may I?
14    THE COURT:  Yes.
15    MR. FEAGA:  Ma'am, when you tell the Court
16 that you've heard something in the media about this
17 case, that would be that you've heard something about
18 what the facts are of the case in the media, is that
19 right?
20 A  Right.
21    THE COURT:  But you haven't formed any
22 conceived notion about what the facts actually will be
23 here and whether or not Mr. Carmichael and/or Mr.
24 Williams are guilty of anything, have you?
25 A  No.

1    THE COURT:  If the Court told you that you
2 had to wait until all the evidence was in and then go
3 back and deliberate with your fellow jurors, and at
4 that time based only on what you had heard in this
5 courtroom whether he was guilty or not, could you do
6 that?
7 A  I think so, yes.
8    MR. FEAGA:  Okay.
9    MS. WAYNE:  Miss Hatfield, you indicated,
10 and I quote, that you're "leaning toward the media."
11 What does that mean?
12 A  That means that they have already presented what
13 they think, or whoever wrote the story presented it
14 and you read -- it's just like if you read the
15 headline and it says so and so caught with, caught
16 with, it says they have it or they did it to me at
17 face value.
18    MS. WAYNE:  Okay.  So the media accounts
19 that you recall were that Mr. Carmichael was guilty?
20 A  Was linked to this specific crime, yes.
21    MS. WAYNE:  Okay.  And when you say you're
22 leaning toward that, your feeling from what you
23 gathered was you were in agreement with it?
24 A  No.  I just believe that's what was told to me,
25 basically.

Page 234

1    THE COURT: Now you said that you got the
2  feeling that someone was caught with something.
3  A  Yeah.
4    THE COURT: It sounds like you're taking
5  that as pretty much clear evidence. Now I'm not
6  trying to trick you, but we just need to get an honest
7  answer.
8  A  That was the interpretation that I had when I saw
9  the story.
10    THE COURT: Right. Okay. Now when you go
11  to deliberate, can you completely put out of your mind
12  whatever impression you got that someone was caught
13  with something and decide this case based only on the
14  evidence that's shown in court, whatever that evidence
15  is? And if you have a doubt about that, you need to
16  tell me.
17  A  I don't really doubt it.
18    THE COURT: Doubt what?
19  A  I don't have any doubt that I wouldn't make the
20  proper judgment, but I also still have that -- I
21  couldn't totally take that knowledge that, or that
22  story out of the picture. And I'd hope I wouldn't
23  consider it in any decision, but I don't, you know --
24  Because I don't know the evidence as it is.
25    MR. FEAGA: What you're saying is it would

Page 235

1  be impossible for you to erase your mind.
2  A  Right.
3    MR. FEAGA: But if the Court told you that
4  you had to base your decision on the evidence
5  presented in court, could you do that?
6    THE COURT: Can you do that?
7  A  Yeah. I think I can.
8    THE COURT: You can make up your mind based
9  solely on the evidence of what you hear in court?
10  A  I think I can.
11    THE COURT: Okay.
12    MS. WAYNE: Ms. Freeman, when you say "I
13  think I can," this is my concern: If, in fact, you're
14  a juror in this case, the government can't prove their
15  case but you've read this article where it appears
16  from the news that there is guilt, would you use that
17  to help the government in terms of proof in their case
18  and come to a decision?
19  A  If I was told to use only the facts that were
20  presented before me during the trial itself, I believe
21  I could do that.
22    MS. WAYNE: Okay. All right. You're
23  fanning yourself, and you're clearly --
24    MR. FEAGA: It's hot in here.
25    MS. WAYNE: I know, but more of a concern --

Page 236

1    THE COURT: I don't do well at public
2  speaking. I had a real attentive audience during
3  speech class, though.
4    MS. WAYNE: What I'm wondering, though, was,
5  because that is what my concern was, is your reaction
6  here is -- Look at Mr. Carmichael. If you had to vote
7  now, what would your vote be?
8    MR. FEAGA: Your Honor, I object to that.
9  A  The only evidence that I have of anything is what
10  I saw in the media.
11    MR. FEAGA: Judge --
12    THE COURT: Let me hear the answer.
13  A  The only evidence I have of anything was what I
14  saw in the media, and at this point that's the only
15  thing that I know. And it's the only thing that I
16  could consider.
17    MS. WAYNE: What would your vote be?
18    MR. FEAGA: Well would that be enough --
19    MS. WAYNE: I'm not finished.
20    THE COURT: Counsel, just a minute.
21    What would your answer be?
22  A  I would say that I think he might be guilty.
23    THE COURT: Okay. Now if I am to tell you
24  that what you read in the media is not evidence, it is
25  not evidence at all, the only evidence would be what

Page 237

1  comes out of the courtroom, can you put out of your
2  mind what you heard or read and decide this case based
3  only on evidence, which is what you hear from
4  witnesses and from the exhibits and not what you heard
5  from some T V newscast, or --
6  A  I do believe I can if so directed.
7    THE COURT: If so directed. And you would
8  be so directed.
9    Any other questions?
10    MS. MORRIS: No.
11    MR. FEAGA: Not from the United States.
12    THE COURT: Anything else from the defense
13  lawyers?
14    MS. WAYNE: No.
15    THE COURT: Thank you very much. You may
16  step out.
17    (Whereupon, Juror Hatfield was escorted out
18  of chambers.)
19    THE COURT: Anything from Counsel?
20    MS. WAYNE: Judge, we're going to challenge
21  her for cause. And more importantly is that the
22  presumption of innocence, so it's even beyond what
23  putting the media account out, is that she doesn't
24  presume him innocent, she comes in here with that
25  preconceived notion. Regardless, we're not even at

Multi-Page™

Page 238

1 the end of the case, but she's not sitting here and
2 looking at Mr. Carmichael and saying he's not guilty,
3 I think I'm leaning toward the media and his guilt,
4 they have to show me otherwise and that's a problem.
5 That gets rid of the presumption of innocence and
6 that's even more important than the media stuff.
7 So we're challenging her for cause.
8 THE COURT: I'll hear from the government.
9 MS. JAMES: May I add one thing before they
10 respond? And that is that the media account that she
11 appears to be relying on is the subject of a challenge
12 of its inaccuracy because the W. F. S. A. erroneously
13 reported that Mr. Carmichael had been found in
14 possession of marijuana when in fact he was not. So
15 it's even worse than her just hearing that he was
16 charged in a drug conspiracy, because what she's
17 relying is not even true.
18 MR. TEAGUE: Your Honor, Defendant Williams
19 also adopts the objection and adopts the arguments
20 given.
21 THE COURT: Go ahead.
22 MR. FEAGA: Judge, when she was asked a
23 question which in a sense you could tell for starters
24 some of these people are coming in here they're just
25 like a lot of us, you work in a courtroom for the

Page 239

1 first time after a couple of months, you're a little
2 nervous, you're a little jumpy, these people never do
3 this. I can remember the first time I tried a case so
4 they --
5 THE COURT: What's your objection?
6 MR. FEAGA: I'm pointing out and making a
7 record the fact that when her face flushes and that
8 sort of thing, that she's indicating that she's
9 nervous about being in here talking, in my view, not
10 about any preconceived notion she may have. When they
11 ask the question can you decide this case based on the
12 facts, she says yes.
13 And when they say to her well if you had to
14 vote based on nothing other than what you heard in the
15 media, if you had to do that and that was the
16 question, what would you do? Well, if I had to do
17 that, then I guess I'd to consider what's in the
18 media. But that, of course, is not what's going on in
19 here right now.
20 This prospective juror had said enumerable
21 times, and I think she was very believable that she
22 would put that aside and she would follow your
23 instructions. And that's all the law requires of her
24 to do, and that's all we can ask her to do. And I
25 believe that this woman can be a good and fair and

Page 240

1 impartial juror for both sides and that she should be
2 allowed to serve.
3 MS. JAMES: Can we note for the record that
4 she was actually tearing -- her eyes weld up with
5 tears.
6 THE COURT: I didn't see the tearing.
7 MS. JAMES: Do you all see her tearing?
8 THE COURT: No, I don't believe she teared.
9 MS. CHARTOFF: She turned bright red.
10 THE COURT: I think she just turned red from
11 nervousness, but I didn't see any tearing.
12 MS. WAYNE: But if you read into her
13 questionnaire, you'll know why she's turning red.
14 THE COURT: Why is that?
15 MS. WAYNE: She talks about having hot
16 flashes in her questionnaire. She's taking
17 medication.
18 THE COURT: There is nothing wrong with
19 that.
20 This juror I did have some problems with,
21 and primarily because she hesitated about her ability
22 to put the news out of her mind and I'll sustain the
23 objection. She eventually said it, but she had some
24 strong hesitancy.
25 Who is next?

Page 241

1 COURTROOM DEPUTY CLERK: Patricia Maryanow.
2 (Whereupon, Juror Maryanow was escorted into
3 chambers):
4 THE COURT: How are you doing?
5 A Good.
6 THE COURT: Would you give us your full
7 name?
8 A Patricia Anne Maryanow.
9 THE COURT: Now I believe you said you heard
10 or read something about this case?
11 A Yes. I read it in the paper, in the Montgomery
12 Advertiser. It mentioned -- It's been awhile so I
13 can't remember the details, but I remember seeing a
14 whole article on it.
15 THE COURT: Okay. Could you completely put
16 that article out of your mind and decide this case
17 based only on the evidence that's presented in court
18 here?
19 A Yes.
20 THE COURT: And decide it just on that
21 evidence? And if during the trial you might remember
22 something from the article that you read, you would
23 still rely only on the evidence that's presented in
24 court?
25 A Yes.

Multi-Page™

Page 242

1   THE COURT: Can you do that?
2 A  Yes.
3   THE COURT: Government? Defense lawyers?
4   MS. CHARTOFF: Ma'am, could you just explain
5 to me in as much detail as you can what you remember
6 from the news article?
7 A  I wish I could. I can see its place in the paper
8 at the very top. It's in the tri-county news. I see
9 a picture and it's just -- I think it's just mention
10 of the problem, you know, what we heard today.
11   MS. CHARTOFF: What problem?
12 A  I'm trying to think. What was it? That charges
13 might be brought -- yeah, I don't know how it was
14 worded -- against Leon Carmichael with regards to
15 drugs and such.
16   MS. CHARTOFF: So you read that in the
17 Montgomery Advertiser?
18 A  Yeah.
19   MS. CHARTOFF: How often do you read that?
20 A  Every day.
21   MS. CHARTOFF: Every day? Okay. Have you
22 read it in the last few weeks?
23 A  No, not in the last few weeks.
24   MS. CHARTOFF: Okay. Now do you tend to
25 trust the Montgomery Advertiser?

Page 243

1 A  A lot of the time I do, yes.
2   MS. CHARTOFF: So if you read in the paper
3 that something -- that someone has been accused of
4 something, how do you take that?
5 A  Well it's calling to my attention something that
6 they feel is important, and as a citizen I ought to
7 take seriously, too. And, you know, I take it
8 seriously and I don't know if I always agree with the
9 way an article is written, but at least I read it.
10   MS. CHARTOFF: Okay.
11   THE COURT: But you have no opinion about
12 whether Mr. Carmichael is guilty or not.
13 A  No, I don't.
14   THE COURT: Okay. Anything else?
15   MS. CHARTOFF: Nothing further, Your Honor.
16   THE COURT: Thank you.
17   (Whereupon, Juror Maryanow was escorted out
18 of chambers.)
19   THE COURT: Next juror?
20   COURTROOM DEPUTY CLERK: Mr. Robert Young is
21 next.
22   (Whereupon, Juror Young was escorted into
23 chambers.)
24   THE COURT: How are you doing?
25 A  Just fine.

Page 244

1   THE COURT: Would you give us your full
2 name?
3 A  Robert E. Young.
4   THE COURT: I believe you said you heard or
5 read something about this case?
6 A  Sure. It was on the T V and in the newspaper,
7 the Montgomery Advertiser.
8   THE COURT: Can you tell us what you heard
9 or read?
10 A  That's a long while back. You know, I quit
11 keeping up with it anyway. I just remember reading
12 about it.
13   THE COURT: You don't remember what you may
14 have read, or --
15 A  Not for sure, no.
16   THE COURT: Well whatever it was, can you
17 put it out of your mind and decide this case based
18 solely on the evidence that's presented in open court?
19 A  I believe so.
20   THE COURT: Government?
21   MS. MORRIS: Nothing.
22   THE COURT: Defense?
23   MS. WAYNE: No.
24   THE COURT: Okay, thank you.
25   (Whereupon, Juror Young was escorted out of

Page 245

1 chambers.)
2   THE COURT: Next one?
3   COURTROOM DEPUTY CLERK: Sharon Goodson.
4   MS. MORRIS: One oh five.
5   (Whereupon, Juror Goodson was escorted into
6 chambers.)
7   THE COURT: How are you doing?
8 A  Just fine.
9   THE COURT: Would you give us your name?
10 A  Sharon Goodson.
11   THE COURT: Would you tell us -- Well first
12 of all, have you heard or read anything about this
13 case?
14 A  The only thing I have seen was on the nightly
15 news. I remember when there was an arrest and I heard
16 this morning that they would be trying the case. But
17 I don't really remember any of the details. I just
18 remember the name.
19   THE COURT: You just remember the name?
20 A  Mm-hmm.
21   THE COURT: Could you completely put out of
22 your mind what you may have heard or read on the news
23 and decide this case based only on the evidence that's
24 presented in open court?
25 A  Certainly.

Multi-Page™

Page 246

1    MS. MORRIS:  Nothing.
2    MS. JAMES:  NothingH.
3    THE COURT:  Thank you.
4    (Whereupon, Juror Goodson was escorted out
5 of chambers.)
6    THE COURT:  Next one?
7    COURTROOM DEPUTY CLERK: Margaret Pippin.
8    (Whereupon, Juror Pippin was escorted into
9 chambers.)
10    THE COURT:  Please come in.
11    Would you giving us your name?
12 A  Margaret Pippin.
13    THE COURT:  Now, I believe you said you
14 heard or read something about this case?
15 A  Yes, sir.
16    THE COURT:  Would you tell us what it was?
17 A  Well, on the T V I saw, I thought when he was
18 first arrested, and then in the paper I just read some
19 things about it.
20    THE COURT:  Do you remember what you read?
21 A  I don't remember anything about laundering money.
22 I just remember the marijuana, the drug part.
23    THE COURT:  Is that all?
24 A  Mm-hmm.
25    THE COURT:  Could you completely put out of

Page 247

1 your mind what you heard or read and decide this case
2 based only on the evidence that's presented in open
3 court?
4 A  I think so, because I don't really remember that
5 many details.  I just remember hearing about it and
6 reading a little bit about it.
7    THE COURT:  Government?
8    MR. FEAGA:  No, Your Honor.
9    THE COURT:  Defense counsel?
10    MR. TEAGUE:  None from us.
11    MS. WAYNE:  Miss Pippin, just in terms of
12 what you read, any specifics, anything that sticks out
13 in your mind?
14 A  No.  I remember something about a hotel.  There
15 was something taking place at a hotel, and I may be
16 off on another case, but the drugs is what I remember.
17    MS. WAYNE:  All right.  And I'm wondering if
18 in fact you are chosen as a juror in this case and
19 there are things that you suddenly, you know, you
20 remember back from the case as something you heard or
21 things that seemed inconsistent, will you be able to
22 just say, you know, it doesn't matter, it's what I
23 hear here?
24 A  I think so.  I think I could.
25    MS. WAYNE:  You feel pretty comfortable with

Page 248

1 that?
2 A  Mm-hmm.
3    MS. WAYNE:  Okay.  And when you heard the
4 things on the news and read them, had you formed any
5 kind of opinion?
6 A  Not really because they never came out with what,
7 you know, an opinion in the paper or the T V, that I
8 heard anyway.
9    MS. WAYNE:  All right.  So you don't
10 remember them talking about whether or not the
11 defendants were guilty or how much evidence they had
12 or didn't have or anything like that?
13 A  No.
14    MS. WAYNE:  Okay.
15 A  I scan the paper.
16    MS. WAYNE:  Okay.
17    MS. CHARTOFF:  You said you saw stuff on T V
18 also?
19 A  I thought I saw it on T V when it first happened.
20    MS. CHARTOFF:  Do you watch the news show on
21 T V?
22 A  Channel Twelve.
23 Q  W. F. S. A.?
24 A  Mm-hmm.
25    MS. CHARTOFF:  Do you remember any specifics

Page 249

1 about that news coverage?
2 A  No.
3    MS. CHARTOFF:  Okay.  How often do you watch
4 W. F. S. A.?
5 A  Probably once a day.  At some point the news.
6 You know, at either six or ten.
7    MS. CHARTOFF:  In the evening?
8 A  Usually in the evening, I go to school too
9 early, but usually in the evening.
10    THE COURT:  Okay.  Thank you very much.
11    (Whereupon, Juror Pippin was escorted out of
12 chambers.)
13    THE COURT:  Next one.
14    COURTROOM DEPUTY CLERK: Danyetta Evans.
15    (Whereupon, Juror Evans was escorted into
16 chambers.)
17    THE COURT:  Miss Evans, would you give us
18 your name?
19 A  Danyetta Evans.
20    THE COURT:  Now I believe you said you had
21 heard or read something about this case?
22 A  Mm-hmm.
23    THE COURT:  Would you tell us what it was?
24 A  When the first -- the case first started on the
25 news in the newspaper this morning, I watch the news

Multi-Page™

Page 250

1 regularly, so whenever something -- whenever the news
2 or whenever I hear it --
3      THE COURT:  Could you completely put out of
4 your mind what you heard or read in the news, and if
5 selected as a juror decide this case based only on the
6 evidence that's presented in open court?
7 A  I think I could.
8      THE COURT:  Government?
9      MR. FEAGA:  No, sir, Your Honor.
10     THE COURT:  Defense counsel?
11     MS. WAYNE:  Miss Evans, what have you heard,
12 do you remember?
13 A  Just about what the case was about.  Just what
14 was going on, the current things that are going on.
15 Like this morning, that the trial was actually
16 starting in.  Just -- I don't remember any serious
17 details.
18     MS. WAYNE:  Okay.  That's what my next
19 question was.  Details about anything?  Who was
20 involved?  When it was involved or anything like that?
21 A  No.
22     MS. WAYNE:  You also knew a couple of
23 witnesses pretty closely.  And if I may inquire about
24 that.  You indicated that you knew Judge Hardwick?
25 A  Yeah, I know his nephew.

Page 251

1      MS. WAYNE:  Do you actually socialize with
2 the judge and his family?
3 A  No.
4      MS. WAYNE:  What's his nephew's name?
5 A  His name is Ashley.  What's his last name --
6 Ashley Murphy.
7      MS. WAYNE:  Okay.  But you don't socialize
8 with the judge or anything like that?
9 A  No.
10     MS. WAYNE:  You also indicated that you knew
11 Wayne Salery.
12     THE COURT:  Wallace Salery.
13     MS. WAYNE:  I'm sorry, Wallace Salery.
14 A  Yeah.
15     MS. WAYNE:  And you knew him because he's a
16 family friend?
17 A  Yeah, I'm a real close friend of his kids.
18     MS. WAYNE:  Okay.  Do you see him often, Mr.
19 Salery?
20 A  No.
21     MS. WAYNE:  Okay.  You're close friends with
22 his kids?
23 A  Right.
24     MS. WAYNE:  If you sit as a juror on this
25 case, it's anticipated that the government is going to

Page 252

1 call both the judge, Judge Hardwick, and Mr. Salery,
2 and I'm wondering how you feel about that.
3 A  I think Wallace Salery would bother me more than
4 the judge because I am such a good friend of his kids.
5      MS. WAYNE:  And when you say "bother" you in
6 terms of if you were to assess the credibility, let's
7 say the defense went after him and we were saying that
8 he's a liar and he can't be trusted, how would you
9 feel about that based upon your relationship with the
10 family?
11 A  I think I could set aside my personal feelings
12 based on my relationship with his family, but, you
13 know, it would still, you know, a personal
14 relationship that I had with him and his kids -- But I
15 could set those aside.
16     MS. WAYNE:  If you sit as a juror on this
17 case and you deliberated, and what I'm wondering is,
18 you know, let's say the defense showed that he was
19 lying, made up things, would you go back to the jury
20 room because of your relationship and say hey wait a
21 minute, I know this family personally, and bring that
22 into the deliberations?
23 A  No.
24     MS. WAYNE:  My co-counsel also asked me to
25 ask if you know Judge Hardwick's wife.

Page 253

1 A  No.
2      MS. WAYNE:  Okay.  How long have you known
3 Mr. Salery's family?
4 A  Since I was in tenth grade, so it's about seven
5 or eight years.
6      MS. WAYNE:  Okay.  And how often do you see
7 his kids a week?
8 A  His kids?  Like two of them live in Atlanta so
9 when they come home they do come around.  But I go to
10 church with the other ones, so once a week.
11     MS. WAYNE:  At least once a week?
12 A  At least once a week.
13     MS. WAYNE:  Okay.  And did you recognize any
14 of the other people's names?  Mr. Timmons or anybody
15 else?
16 A  No.  I might know their faces, but I don't know
17 their names.
18     MS. WAYNE:  Are you from Washington Park?
19 A  No.
20     MS. WAYNE:  I don't have any further
21 questions.
22     MR. FEAGA:  Just a couple, Judge.
23     Miss Wayne was asking you questions about
24 who you night know.  Somewhere in there, I'm not sure
25 if it was you or not, Ms. Evans, said they knew

Multi-Page™

Page 254

1 Lucious Trimble. Did you indicate you knew him?
2 A Yes.
3     MR. FEAGA: Would you mind telling us how
4 you knew him?
5 A Yes. If I'm thinking it's the same person,
6 Lucious, I graduated from A. S. U. and he did a lot of
7 plays with the theater department. And one of the
8 Salery kids, I did a play with them when I was in high
9 school and he actually, like he did pastor at another
10 friend of my church's, so when I see him I say, "Hi,
11 how you doing? What's up?" You know, "What's going
12 on?"
13     MR. FEAGA: Would your relationship with
14 him, would you be able to, if the judge told you that
15 basically every witness comes into the Court and you
16 have to consider all their testimony after you've had
17 a chance to hear them and watch their demeanor and
18 those sorts of things, would anything you know about
19 Lucious cause you to give any more or less weight to
20 his testimony than the other witnesses' testimony in
21 the case?
22 A No, sir.
23     MR. FEAGA: Okay, great. And Miss Wayne
24 also asked you with regards to your knowledge of Mr.
25 Salery and your relationship with his family, she

Page 255

1 wanted to know if they put on a bunch of evidence that
2 let you think that they though he was not telling the
3 truth, would that upset you? And I think you
4 indicated it wouldn't bother you and you would still
5 be able to come in here and judge the case fairly.
6 A Yes, sir.
7     MR. FEAGA: If in fact you do find him to be
8 a credible witness after you hear him testify, if he
9 testifies in this case, and if you find that from the
10 facts that you believe his testimony, would there be
11 anything about what's happened before you come into
12 the courtroom that might cause you to not believe him
13 because of something that happened outside?
14 A You mean would I be able to separate outside of
15 the courtroom?
16     MR. FEAGA: Yeah, I didn't ask that right.
17 If you watched him testify in this trial and you do
18 believe him, would anything you know about him from
19 outside cause you not to be willing to believe his
20 testimony?
21 A No, sir.
22     MR. FEAGA: Okay, great. Thank you.
23     THE COURT: Thank you very much.
24     (Whereupon, Juror Evans was escorted out of
25 chambers.)

Page 256

1     THE COURT: Next one?
2     COURTROOM DEPUTY CLERK: Eve Virginia Baker.
3     (Whereupon, Juror Baker was escorted into
4 chambers.)
5     THE COURT: How are you doing?
6     Would you give us your name?
7 A Eva Amelia Baker.
8     THE COURT: I believe you said you heard
9 something or read something about this case?
10 A No.
11     THE COURT: Oh, you didn't say you had heard
12 or read something about this case? Okay, then we just
13 got your name.
14     COURTROOM DEPUTY CLERK: There are two
15 Bakers.
16     THE COURT: Okay, thank you very much.
17     (Whereupon, Juror Eva Baker was escorted out
18 of chambers.)
19     THE COURT: Do we have another Baker? Let's
20 get the other Baker.
21     MS. MORRIS: It's Kenneth, if anyone needs
22 to know.
23     (Whereupon, Juror Kenneth Baker was escorted
24 into chambers.)
25     THE COURT: How are you doing?

Page 257

1     Would you give us your fall name?
2 A Kenneth E. Baker.
3     THE COURT: Did you say that you heard or
4 read something about this case?
5 A Yes.
6     THE COURT: Okay. Would you tell us what it
7 was?
8 A Coverage of the charges, and then stories about a
9 website that was set up that named undercover drug
10 people, agents.
11     THE COURT: Could you completely put out of
12 your mind what you may have heard or read in any way
13 about anything other than the evidence in this case
14 and decide this case based only on the evidence?
15 A I think so.
16     THE COURT: Okay. Counsel?
17     MR. FEAGA: Nothing from the United States
18 Your Honor.
19     MS. JAMES: Do you remember any of the
20 specifics about the article on the website?
21 A I think there were just -- I remember a story and
22 there were pictures in identifying who some people
23 were, and I think that the website also asked for any
24 information about this case to contact either Mr.
25 Carmichael or maybe his attorneys. I'm not sure.

Multi-Page™

Page 258

1    MS. JAMES:  Did that particular article and
2  the facts as you understood them from either the paper
3  or the T V, did that give you any feeling one way or
4  another about this case?
5        MR. FEAGA:  Your Honor, I'm going to object
6  to the question.  Feeling one way or the other having
7  read the paper?  Everyone has feelings.
8        THE COURT:  Well, he can articulate that.
9  Overruled.
10 A  I don't think so.
11      MS. JAMES:  Have you read anything within
12 the past year about this case?
13 A  I believe so.
14      MS. JAMES:  What's the most current matter
15 that you've read about?
16 A  I don't know when the last day I read something.
17 There was something on the news last night about just
18 that the case was beginning today.  That's all I
19 remember from the story, is that it was beginning
20 today and there was -- I remember seeing Mr.
21 Carmichael on the television on the news last night.
22      MS. JAMES:  I think you responded that you
23 actually go to church with Mr. Moorer?
24 A  I used to.
25      MS. JAMES:  How long did you go to church

Page 259

1  with him?
2  A  Probably about two years.
3        MS. JAMES:  Were you all in the same Sunday
4  school class or anything like that?
5  A  No.
6        MS. JAMES:  You just knew each other from
7  just being members in the same church?
8  A  Right.
9        THE COURT:  Did you socialize together?
10 A  We've been to some of the same parties.
11      MS. JAMES:  Has that been since you no
12 longer go to church together or during that time?
13 A  We haven't been to any of the same parties in the
14 last year at least.  I'm not certain about the exact
15 answer to your question.
16      MS. JAMES:  Have you ever visited in each
17 other's homes?
18 A  No.
19      MS. CHARTOFF:  Do you consider him a friend?
20 A  An acquaintance.
21      MS. CHARTOFF:  And I have just one follow-up
22 question with regard to the website.  Did you --
23 Miss James asked you if you had any feeling about the
24 case.  Did you have any feeling about the website in
25 particular?

Page 260

1        MR. FEAGA:  Your Honor, I want to place an
2  objection to the question.
3        THE COURT:  Overruled.
4  A  I guess I'd have to say that the thought did
5  cross my mind that it was endangering these agents.
6        MS. CHARTOFF:  Okay.  And does that give you
7  any kind of a feeling towards us because?  You said
8  you thought it was put up by Mr. Carmichael or his
9  attorneys.
10 A  I guess it does put some doubt in my mind -- not
11 doubt, "doubt" is not the right word.  I guess some
12 prejudgment, possibly.
13      THE COURT:  What type of prejudgment?
14 A  I don't know how to answer that.
15      MR. FEAGA:  Your Honor, may I ask some
16 questions?
17      THE COURT:  No, let's get the answer to this
18 first.
19 A  It's what I said earlier.  That it did occur to
20 me that it endangered these agents.  I guess just the
21 fact that putting the website up could put those
22 people in jeopardy.  I guess I see that as sort of a
23 bad thing.  I understand putting up the website trying
24 to get information -- Does that answer your question?
25      THE COURT:  Putting up the website trying to

Page 261

1  get information what?
2  A  The website also asked for information.  It
3  didn't just identify these people.  I've not been to
4  the website, but the story I saw said that it
5  identified these agents and it also asked for people
6  to contact someone, either Mr. Carmichael or his
7  attorneys with information about this case, if they
8  knew anything about the case or these agents or
9  informants.
10      THE COURT:  Would the information about the
11 website that you read in the paper play any role in
12 your decision in this case if you're a juror based
13 only on the evidence that you hear in court, assuming
14 there is no evidence about the website in court?  Can
15 you put the whole article that you read about the
16 website and your feelings about the website completely
17 out of your mind and decide this case based only on
18 the evidence in court?
19 A  I believe so.
20      THE COURT:  Okay.
21      MR. FEAGA:  No questions.
22      THE COURT:  Any more questions?
23      MS. CHARTOFF:  Do you have any doubt about
24 that?
25      MR. FEAGA:  Your Honor, object to that.

Multi-Page™

Page 262

1    THE COURT: I'll allow it.
2    MS. CHARTOFF: He seemed to hesitate before
3  answering the question.
4  A  Well I think I can. You know, I can't not
5  remember it, but --
6    THE COURT: I understand that, but can you
7  not let it play a role in your decision in this case?
8  A  I believe so.
9    THE COURT: Anything else, Counsel?
10   MS. CHARTOFF: No.
11   MR. FEAGA: Not from the United States.
12   THE COURT: Thank you.
13     (Whereupon, Juror Kenneth Baker was escorted
14  out of chambers.)
15   THE COURT: Anything on this juror?
16   MS. JAMES: Challenge for cause based on the
17  same reasons as articulated with the other two jurors.
18  Right? Which was Gauntt or -- not Gauntt, or Adcock
19  and Allen.
20   THE COURT: Challenge for cause?
21   MS. JAMES: Yes, sir.
22   THE COURT: For the same reasons I've
23  already given, it's overruled.
24     Bring in the next one.
25   COURTROOM DEPUTY CLERK: Barbara Arant.

Page 263

1    (Whereupon, Juror Arant was escorted into
2  chambers.)
3    THE COURT: Hi, how you doing?
4  A  I'm good. How are you?
5    Give us your name again, please.
6  A  I'm Barbara Arant.
7    THE COURT: You said that you had read or
8  heard something about this case?
9  A  Yes, sir.
10   THE COURT: Would you tell us what you heard
11  or read?
12  A  Yes, sir. I've seen things on the news. I
13  remember I know it's been going on for a good while.
14  The thing I remember, I remember him being indicted,
15  and I remember the thing that recently has been on the
16  news was that something about the website, that he had
17  a website and things were posted on there and
18  something about a Montgomery policeman. Some
19  information, a picture or something. And that's the
20  last thing that I know. I don't know anything else
21  about it.
22   THE COURT: Right. The information that
23  you've just given me that you say you read in the
24  paper, can you --
25  A  I saw it on the news.

Page 264

1    THE COURT: Or on the news. Was this in the
2  paper or on T V?
3  A  It was on T V.
4    THE COURT: Could you completely put it out
5  of your mind and not consider that in reaching a
6  decision in this case and base your decision only on
7  the evidence presented in open court?
8  A  Yes, sir. I don't know anything about the facts.
9  I don't know anything about --
10     THE COURT: So this information you read
11  about --
12  A  I mean, it was just news. I don't know anything
13  about any fact except it was on the news and a lot of
14  that.
15     THE COURT: And what you heard about any
16  website, could you completely not consider that in
17  this case?
18  A  Right. I don't know anything about them. I mean
19  I just heard that there was a website, and I don't
20  even know anything about what it is or why it is or if
21  it even exists.
22   MR. FEAGA: Nothing from the United States,
23  Your Honor.
24   MS. JAMES: Hey, how are you? Good to see
25  you. I know you worked for Janice and Randall.

Page 265

1  A  Right, I did.
2    MS. JAMES: And you have been gone now for
3  how long?
4  A  June, I think it's three years.
5    MS. JAMES: Okay. But you were working
6  there -- June would be three years so you were work
7  there in 2002?
8  A  Yes, ma'am. I think June. I think left in June.
9    MS. JAMES: Okay. In addition to your role
10  as victims service officer, you actually came to the
11  courtroom with Randall and you helped them work up the
12  cases, right?
13  A  I did.
14   MS. JAMES: And based on that, of course you
15  had quite a few dealings with Todd Townsend, didn't
16  you?
17  A  Not quite a few, but I know Todd and I did have
18  some dealings with him, but not an extreme amount.
19  But I did. But David Williams, I did have more
20  dealings with David than I did with Todd.
21   MS. JAMES: Okay. And how about David
22  DeJohn, did you ever have any dealings with him?
23  A  I don't know that name. Now I may recognize his
24  face, but I don't know that name.
25   MS. JAMES: All right. And I think you said

**MITCHELL P. REISNER, CM, CRR - (334) 265-2500**
**Total Computerized Litigation Support**

Multi-Page™

### Page 266

1 that your daughter is still employed with the District
2 Attorney.
3 A  She is.
4       MS. JAMES:  Does she work on the Prattville
5 side?
6 A  She's the grand jury coordinator.  She does the
7 indictments.  She travels and works up the indictments
8 in all three counties.
9       MS. JAMES:  And your son-in-law, would that
10 be her husband?
11 A  Yes, ma'am.  I only have the one child.
12       MS. JAMES:  And her husband, you said, is an
13 Elmore County deputy sheriff?
14 A  Yes, ma'am.
15       MS. JAMES:  So his office of operation,
16 then, is in fact the Elmore County courthouse?  I mean
17 that's where the sheriff's office is?
18 A  Yes, ma'am, behind the courthouse.
19       MS. JAMES:  So he works for Bill Franklin
20 the sheriff?
21 A  Right.  He works the night shift.  He's a
22 sergeant.
23       MS. JAMES:  So he comes to and from the
24 station to get his car and get his assignments?
25 A  He takes his car home I think, but he goes in and

### Page 267

1 checks out.  He goes in at six o'clock and he works
2 from six at night until six in the morning.
3       MS. JAMES:  Okay.  That's all.
4       (Whereupon, Juror Arant was escorted out of
5 chambers.)
6       MS. JAMES:  We would challenge this juror
7 for cause on the basis of several reasons.  We note
8 that my questions were focused on her response that
9 she had law enforcement connections, and of course we
10 did know each other from prior dealings.  But Todd
11 Townsend has been listed as a witness by the
12 government.  David Williams has been listed as a
13 witness.
14       Her daughter still works there, and the Drug
15 Task Force that -- Agent DeJohn, he is apparently a
16 Prattville police officer --
17       THE COURT:  Who is?
18       MS. JAMES:  Agent DeJohn.  He works with the
19 Drug Task Force, but they don't just work federal
20 cases, they work cases there.  And this case kind of
21 evolved out of an Autauga County man by the name of
22 Gary Wayne George, and he was an informant with the
23 Prattville Police Department, including Todd Townsend.
24       The other concern that I have --
25       THE COURT:  Let me just get this together.

### Page 268

1 Now how was this connected to her now, this Todd
2 Townsend?
3       MS. JAMES:  Because Todd Townsend, and I
4 didn't go into it with her, but he's a witness for the
5 government.  The government's witness, Gary Wayne
6 George, also -- It's a small community up there, a
7 very small community --
8       THE COURT:  I know about that, I'm trying to
9 just get the connections here.
10       MS. JAMES:  Well her daughter still works
11 for the D. A.'s Office, so she's privy to probably
12 information that the average citizen would not be --
13       THE COURT:  You're talking about her
14 daughter or this juror?
15       MS. JAMES:  Well this juror -- She doesn't
16 work there now, she did work there as recently as
17 2002.  But the concern I have is that her son-in-law
18 is a deputy sheriff for the Elmore County Sheriff's
19 Department, and most of the incarcerated government
20 witnesses that are testifying in this case are placed
21 in the Elmore County jail as federal holds before they
22 come to testify.  So if he has any interaction with
23 those in the jail and what's going on with any of
24 those witnesses or those incarcerated individuals,
25 it's very possible that they have talked about this

### Page 269

1 case.  In particular because most --
2       THE COURT:  Who has talked about it?
3       MS. JAMES:  That her son-in-law who is a
4 deputy sheriff and works the night shift, works in and
5 out of that office --
6       THE COURT:  I'll just definitely tell them
7 not to talk about this with her son-in-law.
8       MS. JAMES:  Well she knows the witnesses.
9       THE COURT:  What witnesses does she know?
10       MS. JAMES:  She knows Todd Townsend.  She
11 knows David Williams.  And, Judge, the government
12 routinely through the Marshals Service places their
13 cooperating witnesses in Elmore County, as we
14 understand, for safety concerns to keep them from
15 being mixed with the prisoners at the Montgomery City
16 Jail.
17       And so particularly given some of the
18 scrutiny that this case has received and some of the
19 issues with regard to witnesses that do and don't want
20 to talk, I have a legitimate concern that her
21 son-in-law may well have had some information about of
22 these goings on because he may stop by to drink
23 coffee, to get assignments or to get equipment or
24 whatever in the evening.  And while she didn't
25 particularly indicate that she knew that, and I didn't

Multi-Page™

Page 270

1  want to tell her that, I have some concerns that that
2  could happen because you've got her familiarity and
3  then you've got her daughter now working there and
4  then her son-in-law working there. It's just a lot of
5  room for --
6        THE COURT: Government?
7        MR. FEAGA: Well, Your Honor, it sounds more
8  like speculation based on speculation based on
9  speculation. I mean when she testified in here, the
10  perspective juror said that she didn't know anything
11  about the case other than what she had seen in the
12  media, or she's been gone from the D. A.'s Office for
13  three years.
14        The fact her son-in-law works in the
15  Sheriff's Office as a deputy sheriff, and she's
16  talking about behind the old courthouse, so he has
17  nothing to do with the jail. The idea that he is
18  somehow going to possibly come into contact with a
19  federal witness in the jail and then go tell it to
20  either his mother-in-law or his daughter and somehow
21  infect this jury, I think is so remote that it should
22  not be a matter that the Court should consider.
23        I think if the Court gives the instruction
24  to the jury that they're not to consider anything but
25  the facts, she said I think in response to a question

Page 271

1  about that, she said she could do that and that should
2  be sufficient.
3        THE COURT: Did she say anything about
4  Townsend and Williams?
5        MS. MORRIS: Yes, she knew them.
6        THE COURT: Did she say that would bias her
7  in any way?
8        MR. FEAGA: She did not.
9        THE COURT: Let me ask her about that.
10        MR. TEAGUE: While she's coming, my
11  recollection of the discovery is that Townsend first
12  developed Gary Wayne George and took him to Agent
13  DeJohn.
14        (Whereupon, Juror Arant was escorted once
15  again into chambers.)
16        THE COURT: We just had a couple more
17  questions. You said you knew Todd Townsend?
18  A Yes, sir.
19        THE COURT: How do you know Townsend and
20  Williams?
21  A They were on the Prattville Police Department.
22  See I went from county to county. It's Autauga and
23  Chilton and Elmore, but I was actually housed in the
24  Autauga County courthouse.
25        THE COURT: How often did you actually work

Page 272

1  with Townsend and Williams?
2  A I worked with Townsend a couple of times, but I
3  saw David Williams -- but it wasn't -- I mean we would
4  just chat and that kind of thing.
5        THE COURT: Did you ever talk about cases
6  and stuff like that?
7  A Well, in cases that pertained to me. I did
8  domestic violence. That was my main unit, was the
9  domestic violence unit.
10        THE COURT: Now if they are witnesses in
11  this case, would you tend to believe them because of
12  your personal relationship with them? When I say
13  "personal," I mean business relationship.
14  A Right. Gosh, that's a hard question. I mean, I
15  would just have to weigh -- I don't think that -- I
16  mean, that's just hard. I don't think they would get
17  up there and bare face lie to make a case. I don't
18  know.
19        THE COURT: Suppose that one side or the
20  other wanted to say that they were lying, would your
21  personal knowledge be a factor in your decision as to
22  whether they were telling the truth or not?
23  A No, sir. It would have to show what the facts
24  are in the case on this. I mean, as far as I'm
25  concerned --

Page 273

1        THE COURT: No, when I say "your personal
2  knowledge," the fact that you've worked with them,
3  would you tend to believe them more because you had
4  worked with them? That in your mind you knew they
5  were honorable people?
6  A Well what if I didn't think one of them was so
7  honorable?
8        THE COURT: Well, same thing. It could work
9  both ways.
10  A You know, I mean as far as -- Y'all have got me
11  on the hot seat here.
12        THE COURT: Well, in a way you are. But can
13  you put that out -- It actually works both ways. If
14  you don't think -- My question for you is, can you put
15  that out of your mind in determining their
16  credibility, your personal feelings about whether --
17  A Yes. I mean, I'm not saying either one of them
18  since I left the D. A.'s office for three years. I
19  mean, it was nothing else for that. It just depends
20  on what the facts are in the case. You know what I'm
21  saying?
22        THE COURT: Yes. Now also you said about
23  your son-in-law. If you were on this jury, could you
24  not talk about this case?
25  A Oh, absolutely not. I mean he would respect

Multi-Page™

Page 274

1 that. I mean my daughter works for the grand jury,
2 and she indicts and this that and the other. And I
3 mean even though we know the same people, and this,
4 that and the other, I mean there is a confidence. And
5 before that I was a schoolteacher and a guidance
6 counselor, so I understand confidence, you know, and
7 confidentiality. And I'm an honorable person.
8    THE COURT: Thank you very much.
9    MS. WAYNE: Judge, if I may?
10    THE COURT: Certainly.
11    MS. WAYNE: Ms. Arant, you kind of said if
12 you believed somebody wasn't such a good person, do
13 you have some personal knowledge about Mr. Townsend or
14 Mr. Williams?
15 A I don't want to do this.
16    MS. WAYNE: Well you're allowed to tell us
17 because we need to know.
18 A I don't have anything personal. I just know as
19 far as on the news again, or something on Todd, that
20 Todd is no longer with the Prattville Police
21 Department or, you know, as far as I just know his
22 personality was not always my favorite to work with.
23 That kind of thing. And then I saw later on the news
24 that something, and I don't even know what it was --
25 Again, I watch the news every day. I was raised in

Page 275

1 Montgomery --
2    THE COURT: Who is he?
3    MS. WAYNE: Todd Townsend is the police
4 officer we were talking about.
5    THE COURT: Oh, Okay. You said he was no
6 longer with the police department? Did you hear that?
7 A There was something on the news again. It was on
8 the six o'clock news, something about --
9    THE COURT: Why was he not your favorite
10 person to work with?
11 A Well, I just didn't -- He was very pompous. He
12 was very difficult, I thought, to work with. He was
13 kind of condescending to, you know -- I mean that's
14 just his personality.
15    THE COURT: Okay. Could you put that out of
16 your mind and decide this case?
17 A Right, but I have nothing as far as favoritism or
18 this, that and the other. I mean no, and I don't
19 dislike him, but he just was not my favorite person.
20 If I could work with someone I could have picked, he
21 wouldn't have been it.
22    THE COURT: Thank you very much.
23    Any other questions?
24    MS. WAYNE: No.
25    (Whereupon, Juror Arant was escorted out of

Page 276

1 chambers.)
2    THE COURT: Now, I believe you had a for
3 cause?
4    MS. JAMES: Judge, we'd ask the Court to
5 strike her for cause.
6    THE COURT: What are your reasons again,
7 now?
8    MS. JAMES: She just really has too many
9 connections with too many people involved in this
10 case. And I didn't want to taint her, but now that
11 she's opened the door on the Todd Townsend matter, he
12 was a lieutenant over the Narcotics Division of the
13 Prattville Police Department and he has recently
14 resigned and is being prosecuted for -- I think they
15 charged it misappropriation of property. And we
16 understand the underlying facts to mean a weapon that
17 was seized as a law enforcement matter.
18    MR. FEAGA: Which juror number is she?
19    MS. MORRIS: One ninety-eight.
20    MR. FEAGA: Your Honor, if they want to
21 strike her for cause we're not going to object.
22    THE COURT: Yeah, okay. She definitely cuts
23 both ways. So she's off.
24    Who is next?
25    COURTROOM DEPUTY CLERK: Mr. William Cook,

Page 277

1 sir, is our last juror on my list.
2    THE COURT: Very good. Bring in Mr. Cook.
3    (Whereupon, Juror Cook was escorted into
4 chambers.)
5    THE COURT: Give us your name.
6 A William Don Cook.
7    THE COURT: Now you say that you've heard or
8 read something about this case?
9 A Yes, sir.
10    THE COURT: What have you heard or read?
11 A I just heard when it first came out on the ten
12 o'clock news some bit about it. And the reason I
13 remember it is because that was the first time I was
14 aware that there was a Carmichael Center. I spend
15 three or four days a week in Birmingham, so most of
16 what I hear is on the ten o'clock news when I come in
17 at night.
18    THE COURT: Could you completely put out of
19 your mind what you've heard or read?
20 A Sure.
21    THE COURT: And decide this case based
22 solely on the evidence that's presented in open court?
23 A I think so.
24    THE COURT: So what you heard or read would
25 not play any part of your deliberations?

Multi-Page™

Page 278

1 A  I truly don't remember what I heard.
2      THE COURT: Government?
3      MR. FEAGA: No, sir, Your Honor.
4      THE COURT: Defense?
5      MS. JAMES: No, sir.
6      THE COURT: Thank you.
7      (Whereupon, Juror Cook was escorted out of
8 chambers.)
9      THE COURT: Do you all have any more that
10 you want to question?
11      How many jurors do you wish to question?
12 Why don't we keep going. How many do you have that
13 you'd like to call back?
14      MS. CHARTOFF: We have approximately, I'd
15 say, about five more.
16      THE COURT: Call out the names.
17      MS. WAYNE: We have Mr. Coodey.
18      MS. CHARTOFF: Have we seen Paul Jackson
19 Anderson.
20      THE COURT: Mr. Anderson?
21      MS. CHARTOFF: Yes.
22      THE COURT: Anyone else?
23      MR. BRUNSON: Mr. McGown.
24      THE COURT: Anyone else?
25      MS. CHARTOFF: Lorraine Haats.

Page 279

1      MR. FEAGA: Can we inquire into what the
2 basis is?
3      THE COURT: We'll get to that in a minute.
4 Okay, Let's just get the list.
5      Anyone else? Coodey, Anderson, McGown and
6 Haats.
7      MS. CHARTOFF: Rukvina.
8      THE COURT: Anyone else?
9      MS. CHARTOFF: Marilyn Chancey. I think
10 that was her name.
11      THE COURT: Anyone else? Anyone else,
12 Mr. Teague?
13      MR. TEAGUE: No, Your Honor, not for Freddie
14 Williams.
15      THE COURT: What do you want to ask Coodey?
16      MS. WAYNE: All right, let's see, Mr. Coodey
17 was -- His dealings with the police that he knew Brock
18 and Bakerville?
19      MS. JAMES: Mayfield.
20      MS. WAYNE: Mayfield. Okay.
21      THE COURT: What about Anderson, what do
22 wish to ask Anderson?
23      MS. CHARTOFF: Anderson, I wanted to ask
24 about his son is a District Attorney, I wanted to see
25 if he has any prejudice against the defense.

Page 280

1      THE COURT: McGown?
2      MR. BRUNSON: McGown stated that he would
3 believe law enforcement in a higher light.
4      THE COURT: Haats?
5      MS. CHARTOFF: She has a brother who is a
6 narcotics officer in Omaha. I wanted to ask if she
7 has any feelings about that.
8      THE COURT: Okay. Rukvina?
9      MS. CHARTOFF: Rukvina's son is a container
10 inspector for the Homeland Security Department.
11      THE COURT: All right. You just wanted to
12 ask about that?
13      MS. CHARTOFF: Yes, Your Honor.
14      THE COURT: Okay.
15      Chancey?
16      MS. CHARTOFF: She has a number of relatives
17 who are officers, and I wanted to ask about any bias
18 as a result of that.
19      THE COURT: I have no problems.
20      MR. FEAGA: Your Honor, can we just get some
21 sort of understanding, though, that they're not going
22 to start off and say hey, you have a brother who is a
23 narcotics officer, would you believe narcotics
24 officers over other people? Could we get like a
25 preface for that and say -- and maybe the Court should

Page 281

1 do it -- if I instruct you that you are not to include
2 that someone's testimony is more believable than
3 someone else's because they are a police officer, can
4 you follow my instruction?
5      To me, the way the questions are being
6 asked, it almost begs a response that they are looking
7 for.
8      THE COURT: Well, you can ask them that
9 later, but I think they're entitled to know the
10 underlying feelings too in using their peremptory
11 challenges.
12      MR. FEAGA: But if the person answers --
13 Okay, yes, sir. I understand.
14      THE COURT: Tell Sheila I'm ready when she
15 is.
16      MS. WAYNE: Are we going to open tonight?
17      THE COURT: We'll see.
18      MS. WAYNE: No, I was asking sarcastically.
19      THE COURT: Let's start with Coodey.
20      (Whereupon, Juror Coodey was escorted into
21 chambers.)
22      THE COURT: What is your name?
23 A  Johnny Lynn Coodey.
24      THE COURT: You may ask your question.
25      MS. WAYNE: All right. It's mine.

**Page 282**

1   Mr. Coodey, you had indicated that you knew
2   a couple of the police officers whose names were read
3   off.
4   A   Yes, ma'am.
5      MS. WAYNE:  I believe you said Brock and
6   Mayfield?
7   A   Yes.
8      MS. WAYNE:  Let's take them individually.
9   Mr. Brock, how do you know him?
10  A   I just kind of grew up with him and his brother.
11     MS. WAYNE:  You see him still?
12  A   Don't see Brock.  I don't see him that much.
13  Just around town.
14     MS. WAYNE:  All right.  Would you consider
15  him an acquaintance or a friend of yours?
16  A   Just an acquaintance.
17     MS. WAYNE:  How about Mr. Mayfield?
18  A   I see him occasionally, you know, just
19  acquaintance.  I've known him and his father, you
20  know.  They grew up around our neighborhood too,
21  Mayfield did.
22     MS. WAYNE:  Talked to him about his cases,
23  his investigations?
24  A   Not really.
25     MS. WAYNE:  If they're called as witnesses

**Page 283**

1   by the government in this case and you're a juror and
2   their credibility is attacked, the judge will read you
3   an instruction about assessing credibility, but I'm
4   just wondering because of your relationship would you
5   have a difficult time disbelieving anything that
6   either of them might say?
7   A   I don't believe I would.  Like I say, I know
8   Shane a little bit better, Mr. Mayfield, than I do
9   Brock.
10     MS. WAYNE:  And only you know.  I mean
11  sometimes it's better that you don't know anybody, and
12  I'm wondering do you have that kind of relationship
13  where you might feel uncomfortable or you would
14  hesitate or disbelieve one of them?
15     MR. FEAGA:  Your Honor, we object.  That
16  question has been asked and answered.
17     THE COURT:  Overruled.
18     MS. WAYNE:  You can answer that.
19  A   I would probably believe Shane more than Mr.
20  Brock.
21     MS. WAYNE:  Okay.  And I can't tell you this
22  would happen if you sit as a juror, but let's say I
23  have to go after Mr. Mayfield and I say he's lying,
24  and the evidence suggests that he's lying, and I'm
25  wondering how you might feel if you sat as a juror

**Page 284**

1   about having to reach that kind of decision in
2   assessing his credibility.
3   A   It would be hard.
4      THE COURT:  Could you put aside your
5   personal relationship with him and any feelings you
6   might have either good or bad about him and in
7   assessing his credibility base it only on the evidence
8   that's presented in open court?
9   A   I think so.
10     MS. WAYNE:  You think you could do it.
11  Okay.
12     If you were to sit here on the defense side,
13  would you have concerns about you as a juror?
14     MR. FEAGA:  Object to that question, Your
15  Honor.
16     THE COURT:  I'll allow it.
17     MR. FEAGA:  Your Honor, how can he know what
18  they're thinking --
19     THE COURT:  No, I think she's asking him
20  whether he really does think that he could be totally
21  neutral.
22  A   Probably so.
23     THE COURT:  Why?
24  A   I don't think the relationship is that close that
25  it would have a decision of how I feel about the case.

**Page 285**

1   I don't think my relationship with Shane is really
2   that close where it would have a decision on what I
3   think about the case.
4      THE COURT:  So what are you telling me, that
5   it would not affect your decision?
6   A   I don't believe it would affect my decision.
7      THE COURT:  Okay.  I thought you were saying
8   just the opposite for a second.
9      Yes?
10     MR. FEAGA:  Sir, you were just asked by
11  Miss Wayne if she gets up and attacks these witnesses
12  and says anything that -- and she says that if the
13  evidence shows that they're not credible would you
14  have any problem basing your decision based on the
15  evidence, I want to ask it the other way.  I want to
16  ask you if the evidence supports their testimony and
17  if you find based on watching them testify that they
18  are telling the truth, would anything you know about
19  them cause you to not be able to believe them?
20  A   I don't think so.
21     All right, sir.  Thank you.
22     THE COURT:  Anything else?
23     (Whereupon, there was no response.)
24     THE COURT:  Thank you very much.
25     (Whereupon, Juror Coodey was escorted out of

Multi-Page™

Page 286

1 chambers.)
2      THE COURT: Call in Mr. Anderson.
3      (Whereupon, Juror Anderson was escorted into
4 chambers.)
5      THE COURT: Give us your full name.
6 A Paul Jackson Anderson, Junior.
7      THE COURT: Ms. Chartoff, you had a
8 question?
9      MS. CHARTOFF: Mr. Anderson, my name is
10 Marion Chartoff.
11      I just wanted to ask you, you stated I
12 believe earlier that your son is a District Attorney?
13 A He's an Assistant District Attorney.
14      MS. CHARTOFF: He's an Assistant District
15 Attorney.
16      Now given that your son -- Are you close
17 with your son?
18 A He's in Enterprise. His twin brother is also an
19 attorney, but he's not a D. A. and he's in Daphne.
20      MS. CHARTOFF: What kind of attorney is he?
21 A He's a gofer. They're both twenty-seven, so
22 they're both gofers. He's in a firm in Daphne, in
23 Spanish Fort. He does a little bit. He likes to
24 think he's a trial lawyer, okay?
25      MS. CHARTOFF: Do you talk with your son who

Page 287

1 is the Assistant District Attorney about his cases?
2 A Yes. I ask him because there is sibling rivalry.
3 You're aware of that. They're twins, okay? They
4 compete against who has had what case, who has had
5 such and such. Tom will tell stories about his cases
6 and Will tell stories about his cases to each other.
7 But as a father you're interested and you like to
8 listen.
9      So yes, they talk about it as much as they
10 can. I'm a physician so that, you know, there is a
11 barrier that is there. So we talk within reason.
12      MS. CHARTOFF: I always tell physicians I'm
13 not a medical malpractice lawyer.
14      THE COURT: Well one of my sons does a
15 little bit of that too, okay?
16      MS. CHARTOFF: What I'm interested in is the
17 son who is a prosecutor, has he -- does he say
18 anything about defense lawyers or defendants?
19 A No. I mean he's made a nice little anecdotal
20 story which I think I'll share, about a grand jury
21 case that he felt that, you know, was pushed through.
22 It was the second time it went through, it was a weak
23 case. And he said, "I did great, but I lost the case.
24 Everybody said I did great, Dad. I really looked
25 good, I just did it nicely, it's just we didn't win.

Page 288

1 But I knew it was a weak case."
2      MS. CHARTOFF: Okay. Well do you have any
3 -- I mean do you feel some sort of preference towards
4 prosecutors versus defense lawyers, or not really?
5 A Not really. I mean, you can't pick and choose
6 among your children. I have five. You can't play
7 cards against one or the other. You can't say that
8 you have a favorite. You just want them all to do
9 well and not to embarrass you or to embarrass
10 themselves.
11      MS. CHARTOFF: That's a good policy.
12      But I mean I wasn't speaking about your
13 sons, actually, but I mean in terms of just in society
14 at large.
15 A Well I also have a brother who is a professor of
16 law in a small school in North Carolina, and we share
17 certain things and I'm a firm believer in due process.
18 So I can't pick a side from that standpoint. I
19 believe in due process. Let the facts speak. And
20 that's the way it is.
21      MS. CHARTOFF: Thank you.
22      THE COURT: Thank you.
23      (Whereupon, Juror Anderson was escorted out
24 of chambers.)
25      THE COURT: Mr. McGown.

Page 289

1      (Whereupon, Juror McGown was escorted into
2 chambers.)
3      THE COURT: How you doing, Mr. McGown?
4 A I don't know.
5      THE COURT: I believe one of y'all --
6 A There's all of you and just one of me.
7      THE COURT: That's the way I feel, Mr.
8 McGown. A lot of them and only one of me.
9      Go ahead.
10      MR. BRUNSON: Mr. McGown, you had stated out
11 there when asked the question about law enforcement
12 witnesses that you may feel like that you would
13 believe them more than you might believe other
14 witnesses that might testify in this trial. Can you
15 explain that? Was that your answer?
16 A If the person were pursued by law enforcement in
17 the first place, there must have been a reason. Now
18 it may not necessarily or particularly be that he's
19 guilty, but if they pursued it to the point where they
20 took him to jail, I would be inclined to believe that
21 there was something to the story.
22      MR. BRUNSON: So if you hear testimony from
23 a law enforcement officer that conflicts with maybe
24 another witness, you would err in favor of the law
25 enforcement officer?

Multi-Page™

Page 290

1 A Probably so.
2       MR. BRUNSON: And you had some work
3 background that involved working in law enforcement,
4 is that right?
5 A I mean years ago I did as when I came out of high
6 school, I worked as a radio operator for a police
7 department for three months, the summer, whatever.
8 And I have an older brother that was a police officer
9 in Prattville for around twenty years.
10       MR. BRUNSON: Is that part of the basis that
11 you --
12 A I would imagine what it stems from. I'm not
13 certain. All I can tell you is that in my mind when
14 you watch television every night you're going to see
15 C. S. I., you're going to see all these other T V
16 shows, they don't go out and show you somebody
17 pursuing somebody for no reason. They don't take them
18 to court for no reason. You know. And I wouldn't --
19 I find it redundant to think that you would.
20       MR. BRUNSON: So in addition to the law
21 enforcement question, just the fact that we're here in
22 court, do you already have some sort of --
23 A Probably so. You know, I'm not certain that
24 there is any reason for that in peculiar or in
25 particular, but in my mind there's a reason for this.

Page 291

1       MR. BRUNSON: Okay.
2       THE COURT: Anything else? Government?
3       MR. FEAGA: Yes, sir.
4       You said in your mind that there's a reason
5 that we're here today. And I think in all of our
6 minds there's a reason that we're here today. But I
7 think what I would like to ask you is would you be
8 able to, if you were selected to sit on this jury,
9 would you be able to sit in the courtroom and if the
10 judge told you ladies and gentlemen of the jury you
11 are required to base your verdict in this case as to
12 the guilt or innocence of either Mr. Williams or Mr.
13 Carmichael on nothing other than the evidence that's
14 presented in this case that would be coming from the
15 witnesses, that would be coming from the documents,
16 you're to evaluate the credibility of those witnesses
17 as they testify, you're watching them and you're
18 looking at the documents, and you make your decision
19 based solely on the evidence that's presented in the
20 case, and the judge told you that was the law and that
21 was what you were required to do, would you have any
22 problem doing that?
23 A I don't know. In all honesty, I don't know. I'm
24 not going to stand here and tell you that I wouldn't
25 have any inkling that, you know, that I didn't think

Page 292

1 he was guilty to start with. If you drug him into
2 court, undoubtedly there is something. Okay? You
3 didn't do it for fun, and you didn't do it for no
4 reason. So it stems from something.
5       MR. FEAGA: Recognizing that -- I'm
6 understanding you there. Let me ask you this, then:
7 The judge, of course, is going to tell anyone that
8 sits on the jury, it could be you, that you must find
9 from all the evidence that's presented in the
10 courtroom today, that one or more of these
11 individuals, and you have to decide them separately,
12 is or is not guilty based upon proof that the
13 government brought into this courtroom beyond a
14 reasonable doubt. Would you be able to apply that
15 standard and would you be able to make your decision
16 as the judge instructs you based just on the evidence
17 that's presented in the courtroom?
18 A Well I could give it my best effort, is all can I
19 tell you. Now whether that's steered, I mean, how I
20 could steer that I don't know. But all I can tell you
21 is I would give it my best effort.
22       MR. FEAGA: Okay.
23       THE COURT: Now you said, though, that they
24 must be here for a reason.
25 A Well, I'm not trying to hide anything.

Page 293

1       THE COURT: I know. In fact I appreciate
2 that. But what I want is the honesty, and you're
3 under oath, as you know. Could you completely put
4 that out of your mind, that feeling that they must be
5 here for a reason?
6 A I wouldn't think you could. I wouldn't think any
7 juror could.
8       THE COURT: Okay. Thank you very much.
9       (Whereupon, Juror McGown was escorted out of
10 chambers.)
11       MR. BRUNSON: Strike for cause, Your Honor.
12       THE COURT: Sustained. He's off.
13       Mr. Haats.
14       (Whereupon, Juror Haats was escorted into
15 chambers.)
16       THE COURT: Miss Haats. First give us your
17 full name.
18 A Lorraine Marie Haats.
19       THE COURT: I believe one of you all had
20 questions for her?
21       MS. CHARTOFF: Yes.
22       Miss Haats, my name is Marion Chartoff. I
23 just had a question. I think you stated earlier that
24 you had a brother who is a narcotics --
25 A Brother-in-law.

Multi-Page™

Page 294

1      MS. CHARTOFF: Oh, brother-in-law. Okay.
2  What does he do for a living?
3  A  He's currently retired, just in this last year
4  but in Omaha where I'm from he worked for the police
5  department since he recruited and was a detective on
6  the Narcotics Division.
7      MS. CHARTOFF: Okay. So he did that for his
8  whole career?
9  A  He worked his way up into narcotics. Now he
10  started out as a beat cop, and then made the rank and
11  kept working his way up and then he went into
12  detective. And then he made it into Narcotics where
13  he was over his own whatever. I don't know that much
14  about it. I just know that's what his career was.
15      MS. CHARTOFF: Okay.
16  A  That's all I know, is what his career was. And
17  he retired. We had a retirement party. My sister and
18  I didn't get to go because I moved, but twenty-six
19  years on the force.
20      MS. CHARTOFF: Now did you spend -- Have you
21  spent a lot of time with your sister and your
22  brother-in-law?
23  A  No.
24      MS. CHARTOFF: No? Not over the years, not
25  much?

Page 295

1  A  No. In fact, I only got to see him -- Just after
2  he got retired, believe it or not, you're going to
3  laugh, at the Omaha Humane Society. He's over the
4  Humane officers and he got to go to Atlanta for some
5  training. And we went up there and ate dinner with
6  him, and that's the first time I actually got to see
7  my sister since we moved, except for my Mom's
8  seventieth birthday. I got to see my sister, but not
9  him, because he's always been busy. I never ever got
10  to see him very much because he's always worked.
11      MS. CHARTOFF: Okay. And when did you move
12  here form Omaha?
13  A  Eight years ago.
14      MR. FEAGA: We object. When she moved here
15  from Omaha --
16      MS. CHARTOFF: I'm just trying to establish,
17  you know, whether she may have spent more time with
18  him in the recent past.
19      THE COURT: Go ahead.
20      MS. CHARTOFF: Did you ever talk with your
21  brother-in-law about his job?
22  A  No.
23      MS. CHARTOFF: Okay. Do you have any
24  feeling about narcotics officers or that kind of work?
25  A  No. I just know that was what his profession

Page 296

1  was. I just answered the question.
2      MS. CHARTOFF: Okay. Thank you. That's
3  all.
4      THE COURT: Thank you.
5      (Whereupon, Juror Haats was escorted out of
6  chambers.)
7      THE COURT: Rukvina.
8      (Whereupon, Juror Rukvina was escorted into
9  chambers.)
10      THE COURT: Mr. Rukvina, how are you doing?
11  A  I'm fine. How about you?
12      THE COURT: You had a question for him?
13      MS. CHARTOFF: Yes.
14      I'm Marion Chartoff. I just wanted to
15  follow up on one thing you said earlier. I believe
16  you said your son is in the Homeland Security
17  Department?
18  A  Yeah, he's Coast Guard.
19      MS. CHARTOFF: Does that involve drug
20  interdiction?
21  A  No. He works the port. He does container
22  inspections and works oil spills and such as that.
23      MS. CHARTOFF: Okay. So it's not drug
24  related?
25  A  No.

Page 297

1      MS. CHARTOFF: That's all.
2      THE COURT: Anything else?
3      MR. FEAGA: Not from the United States.
4      THE COURT: Thank you very much.
5      MS. CHARTOFF: Thank you, Your Honor.
6      (Whereupon, Juror Rukvina was escorted out
7  of chambers.)
8      THE COURT: Chancey?
9      (Whereupon, Juror Chancey was escorted into
10  chambers.)
11      THE COURT: Would you give us your full
12  name?
13  A  Marilyn Chancey.
14      THE COURT: You had a question for her?
15      MS. CHARTOFF: I did.
16      Miss Chancey, I'm Marion Chartoff. I just
17  wanted to follow up on -- I didn't catch all of your
18  relatives who are in law enforcement. But I wrote
19  down a lot of them are. So I wanted to ask you who
20  they are and who they work for.
21  A  Okay. My grandfather, Ed Cherry, was a retired
22  detective, but he's deceased now. He was with the
23  city of Dothan. All of it is down in Dothan. Now my
24  uncle, Kenneth Cherry, I think it was the A. B. C.
25  Board. I know he used to bust up stills when he was

**Multi-Page™**

Page 298

1 out in the field. But he was stationed -- He lived up
2 here in Wetumpka for most of his time. But he's
3 retired in Dothan now. His son, Brian Cherry, is in
4 the investigative division in the Juvenile Division.
5     MS. CHARTOFF: The Juvenile Division?
6 A Of the city of Dothan Police Department. And
7 then my sister works with the Southeast Alabama Youth
8 Services, the diversion center which is basically the
9 juvenile jail in Dothan. And she's been an intake
10 officer there for, and first shift supervisor, for
11 about twenty years.
12     MS. CHARTOFF: Okay. Are you pretty close
13 with your sister and your, I think it was your cousin?
14 A Yes. My cousin, we don't see each other that
15 much. I mean he has got young kids and we don't have
16 many family reunions or anything. I might see him two
17 or three times a year at the most.
18     Now my sister, I talk to her at least once a
19 week. So, yeah.
20
21     MS. CHARTOFF: Does she talk with you about
22 her job?
23 A No. Other than it was a bad day, good day, kids
24 were awful. You know, just generalities, but nothing
25 specific. She's not allowed to. Just like I'm not in

Page 299

1 my job.
2     MS. CHARTOFF: It's confidential.
3 A Yes.
4     MS. CHARTOFF: Of course. I guess because
5 they're juveniles.
6 A Yes. And with me working for an attorney, I know
7 that you're not supposed to do that.
8     MS. CHARTOFF: Would you remind me what kind
9 of attorney?
10 A Tax turns. Tax, estate, corporate planning law.
11     MS. CHARTOFF: My sister is a tax attorney.
12     Just -- It doesn't sound like you do have
13 any kind of feeling like this, but do you have any
14 sort of bias for or against law enforcement? Because
15 you have so many relatives who have been in law
16 enforcement --
17 A No, I don't think so. I mean like I say, you're
18 innocent until proven guilty. It would take proving
19 it, to me. That's the way I feel about it.
20     MS. CHARTOFF: Okay, thank you.
21     THE COURT: Anything from the government?
22     MR. FEAGA: No.
23     THE COURT: Okay. Thank you very much.
24     (Whereupon, Juror Chancey was escorted out
25 of chambers.)

Page 300

1     THE COURT: Are we ready to select the jury?
2 Very good. Let me see how many jurors we have left.
3     MS. WAYNE: You know, what I'd like her to
4 do is tell us who has been kicked so we have it all
5 right because it's gone really quickly.
6     MR. FEAGA: Now you guys said I couldn't
7 tell them I was in the military, but you told them you
8 were a mom and you had sisters. I know it just slips
9 out, but I hope you'll be as nice as I was.
10     MS. CHARTOFF: I thinking saying my sister
11 is a tax attorney is not the same as waving the
12 American flag.
13     MR. FEAGA: It's details about your life.
14     (Whereupon, there was an off the record
15 discussion between counsel.)
16     MS. WAYNE: Judge, we wanted to make sure
17 our list comports with your list.
18     THE COURT: We'll definitely do that in just
19 a minute.
20     MS. WAYNE: Okay, good.
21     THE COURT: The defendants have twelve
22 strikes between them, and the government has seven.
23 We will select four alternates. Defendants have two
24 strikes, government has one.
25     Now prepare your list and then we'll start

Page 301

1 striking.
2     (Whereupon, an off-the-record discussion was
3 held.)
4         BATSON CHALLENGE
5         IN OPEN COURT
6     (THE JURY IS NOT PRESENT):
7     THE COURT: I understand that the defendants
8 make a Batson challenge based on race, is that
9 correct?
10     MS. WAYNE: That's correct, Your Honor.
11     THE COURT: You'll have to stand so I can
12 hear you.
13     MS. WAYNE: I'm sorry.
14     THE COURT: Now whom do you contend was
15 struck because of his or her race?
16     MS. WAYNE: Judge, Mr. Melton, who is juror
17 zero one eighteen, was the second challenge.
18     THE COURT: Wait a minute now. Zero one
19 eighteen?
20     MS. WAYNE: Eighteen, Charlie Melton.
21     THE COURT: Charlie Melton. Who else?
22     MS. WAYNE: Then there is the second from
23 the row, but the third challenge would be Jolonida
24 Lovejoy. Juror thirty-six.
25     THE COURT: Juror thirty-six.

Page 302

1    THE COURT: Okay. Are all the remaining
2 jurors the government struck white?
3    MS. WAYNE: The one other one is white.
4    MR. FEAGA: Yes, sir.
5    THE COURT: So Earl Fain is white?
6    MR. FEAGA: We didn't strike that.
7    THE COURT: I'm sorry. Marion Addison is
8 what, White?
9    MR. FEAGA: Yes, sir.
10    THE COURT: Charlie Melton is black and
11 Jolonida Lovejoy is black. Three strikes.
12    MR. FEAGA: Yes, sir.
13    THE COURT: You, used three strikes out of
14 your seven so far. You have not used the other four.
15    MR. FEAGA: That's correct.
16    THE COURT: Okay.
17    MS. WAYNE: And, Judge, just for the record,
18 the first black person to appear in the jury panel is
19 Charlie Melton. And the second black juror to appear
20 on the panel is Miss Lovejoy. So they are the only
21 two blacks that we've been able to actually look at as
22 potential jurors.
23    THE COURT: So the jurors who are left, I
24 believe there are five jurors out of the first twelve,
25 they were all white.

Page 303

1    MS. WAYNE: Yes.
2    THE COURT: And the government only used one
3 strike so far, or one strike altogether on the seven
4 jurors who came up later, is that correct?
5    MR. FEAGA: Yes, sir. We have used a total
6 of three strikes. Two of them have been against
7 people of African-American heritage and one of them is
8 white.
9    THE COURT: The Court finds a prima facie
10 case. Give me your reasons for striking Mr. Melton
11 and Miss Lovejoy.
12    MR. FEAGA: Yes, sir. We struck Mr. Melton,
13 Your Honor, for a number of reasons. But among them
14 are on his jury questionnaire page two he says that
15 he has a brother who has been convicted, arrested or
16 charged with a criminal offense. He does not provide
17 any information about what that is.
18    He also provides in the question number
19 fifteen that he has a brother who has been a victim of
20 a crime and he says "unknown" again. No information
21 as to what's going on there.
22    Then he says has he ever filed for
23 bankruptcy, and he says "unknown, no information."
24 The questionnaire when it talks about children, he
25 says he has four boys, one girl. He doesn't provide

Page 304

1 any information about them. He leaves that part of
2 the questionnaire blank.
3    Lastly, Your Honor he lists that he's been
4 employed in his current job for five years and that he
5 was a farmer. And that raised the spectre in our mind
6 that he may well have lost his farm, and that it has
7 been part of our experience that oftentimes when
8 people lose farms it's due to the fact that loans
9 oftentimes involving the United States Government go
10 bad, and we felt that all of those things made him a
11 risk for us to leave on the jury.
12    THE COURT: So he has a brother who has been
13 convicted, a brother who is a victim, left the
14 information unknown as to bankruptcy and the
15 information unknown about his children.
16    MR. FEAGA: Yes, sir. And unknown about the
17 brother that was convicted.
18    THE COURT: Is there a question there that
19 asks about the conviction?
20    MR. FEAGA: Yes, sir. It asked about the
21 offense, the year, the outcome; none of that is
22 responded to.
23    THE COURT: Why does that raise concerns for
24 you?
25    MR. FEAGA: Well, Your Honor, if a person

Page 305

1 has a family member who has been convicted of a crime,
2 it is possible that they could have some bias against
3 law enforcement.
4    THE COURT: No, what's the problem about his
5 leaving it unknown, or --
6    MR. FEAGA: Well that part of it too
7 concerns us, Your Honor. We wonder why we would leave
8 it as no information. In other words, he doesn't say
9 unknown on fourteen, he simply says his brother was
10 convicted of a crime without giving any other
11 information as to what it was, when it happened or the
12 outcome, all of which is called for. He doesn't even
13 say unknown. And that happening again with the
14 bankruptcy, with regards to his children and their
15 occupations, and then the last thing that having on
16 the face of the form it creates the appearance that
17 he's lost the farm.
18    All of those things generate a concern on
19 our part that this would not be a good juror for the
20 government. And that's why we struck him.
21    THE COURT: What about Lovejoy, what were
22 your reasons?
23    MR. FEAGA: Yes, sir. On Lovejoy, she shows
24 that she's been employed in her present job for five
25 months. She does not give any indication as to what

Multi-Page™

Page 306

1 her prior occupation was. I'm look for it, but on the
2 questionnaire there is information --
3     THE COURT: What are your reasons? Five
4 months in present job, nothing about prior employment,
5 what else?
6     MR. FEAGA: Yes, sir. I have a note that I
7 made last night, and it was late when I got in, that
8 she wrote on the form that she lives with friends, and
9 that troubled me.
10     THE COURT: Well we'll get into reasons
11 later that --
12     MR. FEAGA: She has a bankruptcy, but I made
13 a note last night that there was a notation on this
14 form that she lived with friends, and that's what I'm
15 trying to find now.
16     THE COURT: Anything else?
17     MR. FEAGA: Your Honor, if I could have just
18 a moment.
19     (Whereupon, Mr. Feaga examined various
20 documents.)
21     MR. FEAGA: On number five, she indicates as
22 to occupation that "it's work" on the questionnaire,
23 but a big concern that I had was that she wrote -- did
24 not give us any information about her prior
25 occupation.

Page 307

1     THE COURT: You already told me that. What
2 else do you have? You've given me four reasons. Five
3 months in present job, nothing about prior job,
4 declared bankruptcy and lives with friends.
5     MR. FEAGA: Yes, sir. And I can't for the
6 life of me figure out why I wrote down live with
7 friends and that's what I'm looking for, because I
8 know I didn't make it up but I may have been looking
9 at a different questionnaire.
10     THE COURT: Well assuming that "lives with
11 friends" is a problem, why is it a problem? And why
12 are the other three reasons a problem?
13     MR. FEAGA: Your Honor, the fact that she's
14 only been employed in her current job for five months,
15 that she doesn't give us any prior occupation, and
16 then as I indicated that she lived with friends, to me
17 the combination of those things made it appear to me
18 that she was -- our idea was if you did not have a
19 home or a residence, that she lived with friends and
20 did not have a job up to five months, that you would
21 potentially be a person who would, and there is a
22 Chapter XIII bankruptcy listed on here as well, that
23 she would be a person who basically was not reliable.
24     THE COURT: Okay. Why are these reasons
25 pretextual? Who will speak for the defendants?

Page 308

1     MS. WAYNE: Judge, as to Mr. Melton, the
2 government has indicated that there are a number of
3 things in here that they indicated to the Court that
4 they never asked this juror. This juror was part of
5 the panel who was asked a number of questions about
6 their fairness, about whether or not they knew anybody
7 and a number of other things. He never responded to
8 any of those a negative way.
9     He indicates that he's a construction
10 laborer, has five children, cleans houses, so he's
11 employed, has a bumper sticker "Support Our Troops"
12 and has a background of a military National Guard
13 gunner.
14     MR. FEAGA: Your Honor, I can probably stop
15 this because I just made a mistake. I thought that
16 I've seen on her questionnaire that she lived with
17 other people and that was my big problem. So we'll
18 withdraw that.
19     THE COURT: So you want to put Lovejoy back
20 on?
21     MR. FEAGA: Yes, sir, we'll withdraw the
22 strike.
23     THE COURT: Very good. The striking of
24 Lovejoy is withdrawn.
25     Do you still want to pursue your Batson

Page 309

1 challenge?
2     MS. CHARTOFF: Yes, Your Honor.
3     THE COURT: Go ahead.
4     MS. WAYNE: I end up with the National Guard
5 gunner. That's where I lost my train of thought.
6     MR. FEAGA: Your Honor, and I'm sorry, I
7 didn't think I was losing my mind. Right here on
8 question 3(e) it says do you, and she checked lives
9 with friends. And I apologize. I just couldn't find
10 this.
11     THE COURT: So you want to pursue Lovejoy
12 now?
13     MR. FEAGA: Yes, sir. That coupled with the
14 other information is what troubled me about it.
15     THE COURT: Very good. Let's proceed, then.
16 Why are these reasons pretextual?
17     MS. WAYNE: Again, Judge, they're supposed
18 to be giving race-neutral reasons. All the government
19 has given is reasons that are articulated by a number
20 of the white jurors the same thing.
21     THE COURT: Now you have to show me which
22 white jurors had the same issue and they didn't strike
23 them.
24     MS. WAYNE: Right. I'm going to go to
25 Walter Degrasse. Mr. Degrasse is unemployed, juror

Multi-Page™

1 number eleven. Mr. Degrasse indicates that he's
2 unemployed, presently unemployed, that at one point he
3 indicated that in his business I believe that he dealt
4 in cash.
5      THE COURT: Any other whites, or is there
6 anything else about Mr. Degrasse?
7      MS. WAYNE: Cindy Yancey.
8      THE COURT: What number? Seventeen.
9      MS. WAYNE: Seventeen. Has a conviction for
10 a worthless check. She indicated that --
11      THE COURT: She has a personal conviction?
12      MS. WAYNE: Yes. She indicated that she had
13 family members, including her son, who had a D. U. I.
14      THE COURT: Anything else?
15      MS. CHARTOFF: If you could give us a
16 minute, Your Honor.
17      THE COURT: Let's keep it moving.
18 Anything else? Any other evidence?
19      MS. WAYNE: Judge, first of all I'm looking.
20 There is no way I knew that they would do a Batson so
21 I have to look now and be detailed, and I'm looking as
22 quickly as I can in our forms that we've condensed.
23 So it takes a second. I had no idea this issue would
24 come up. So I'm looking to compare to make sure,
25 Judge, the record is correct.

1      MS. CHARTOFF: While she's looking, Your
2 Honor --
3      THE COURT: Do you have any more evidence?
4      MS. CHARTOFF: I have some personal evidence
5 to put on the record.
6      THE COURT: Go ahead.
7      MS. CHARTOFF: I sat in the jury room, in
8 the room we were in before, and I sat and I watched --
9 I looked at the jury list that Miss Morris has. It
10 has next to every juror's name black -- it has "B.
11 M.," "B. F.," "white." I saw her go down through her
12 entire five page list with her pen along the side
13 stopping at all the blacks clearly going from one
14 black to another, stopping her pen on each and
15 counting them through the entire list of jurors.
16      Now I think this doesn't indicate
17 necessarily -- This isn't proof positive that they're
18 discriminating on these particular jurors, but it
19 certainly indicates a racial sensitivity and interest
20 in the race of the jurors. I think it's highly
21 relevant, Your Honor.
22      MR. FEAGA: Your Honor, if I could respond
23 to that?
24      THE COURT: I'll get to your response to
25 everything in just a minute. I want to get all of

1 their pretextual reasons.
2      MS. WAYNE: And lastly, Judge, on
3 Miss Latham, juror thirty-nine, she also has a
4 conviction for a bad check.
5      THE COURT: Personal conviction?
6      MS. WAYNE: Yes, a white juror. And Eva
7 Baker, juror number forty-one, has a husband with a
8 conviction for disorderly conduct. A white juror.
9      THE COURT: Okay. Now is that your
10 rebuttal, I should say?
11      MS. WAYNE: That's our reasons.
12      THE COURT: Now, what's your response to the
13 rebuttal?
14      MR. FEAGA: Your Honor, I can't remember
15 them all now. That's why I wanted to go --
16      THE COURT: Okay, I will go down them with
17 you then. Degrasse is unemployed. Yancey has a
18 personal conviction, son has a D. U. I. Latham has a
19 personal conviction.
20      MR. FEAGA: Your Honor, I'm sorry, I just
21 can't remember them all like that. Can we do them one
22 at a time?
23      THE COURT: Didn't you take notes? That's
24 what I did.
25      MR. FEAGA: Judge, I guess I don't write

1 fast.
2      THE COURT: Well, they weren't moving fast.
3 Let me go over it again. Degrasse was unemployed --
4      MR. FEAGA: Yes, sir. Can I answer that?
5      THE COURT: Okay.
6      MR. FEAGA: Degrasse was also a United
7 States Marine for eight and-a-half years, and that I
8 like.
9      THE COURT: Yancey has a personal conviction
10 and her son has a D. U. I.
11      MR. FEAGA: Yes, sir, Your Honor, and vastly
12 different from not having any idea what the problem
13 is, which is what the issue was with the one that we
14 struck.
15      THE COURT: Latham has a personal
16 conviction.
17      MR. FEAGA: Yes, sir, and minor offense and
18 vastly different from not knowing or having any idea,
19 and the other information that I outlined with regards
20 to the one.
21      THE COURT: Baker's husband has a conviction
22 for disorderly conduct.
23      MR. FEAGA: Yes, sir.
24      THE COURT: And Miss Morris made notations
25 about the jurors as to whether they're black or not.

Multi-Page™

Page 314

1    Mr. FEAGA: Yes, sir. And my response to
2  that is, right or wrong, Judge, you know, we're faced
3  with Batson we know in every trial that we come into.
4  You have to know when you're striking jurors whether
5  they're black or white. You need to know.
6    So every prosecutor I know makes note of
7  that, because the last thing in the world I would want
8  to do is strike any black juror if there is not some
9  legitimate ground to do it. If I don't have any good
10  grounds for taking somebody off, I'm not going to do
11  it, if they're black, where I might take a white
12  person just on a feeling.
13    THE COURT: Anything else from the
14  defendants?
15    MS. CHARTOFF: Your Honor, I'd just like to
16  clarify. She actually went down from one black name
17  to the next, clearly making note of who was who. It
18  wasn't just that there was a list on the side of the
19  paper.
20    THE COURT: Anything else from either side?
21    MS. WAYNE: Judge, I think, and I emphasize,
22  that Mr. Melton was a National Guard gunner, and that
23  was a black juror in the military. And that they did
24  not ask -- to ask him any questions about those issues
25  that were not filled out on the questionnaire that

Page 315

1  they are now making a point of saying that that was a
2  reason.
3    MR. FEAGA: Your Honor, if I may respond to
4  that, and I think the Court can tell that from what
5  happened in here. I only very reluctantly engaged
6  jurors one-on-one. I found it not to be something
7  that I'm particularly good at. I think it's risky and
8  I very rarely do it. Because of what we did today,
9  which was an unusual thing in my experience --
10    THE COURT: Did any white jurors leave
11  things blank? Can you point out any white jurors who
12  left things blank?
13    MS. WAYNE: In the first that we're looking
14  at?
15    THE COURT: Yes.
16    MR. FEAGA: Your Honor, can I also make it a
17  matter of record that there are other black people on
18  this venire that if we get to them, I don't intend to
19  strike them. In fact, there is one coming up.
20    THE COURT: Now who is the next black juror
21  who is coming up?
22    MR. MOORER: Willie Pearl Day, Your Honor.
23    THE COURT: Willie Pearl Day?
24    MR. TEAGUE: She's number forty-six, Your
25  Honor.

Page 316

1    THE COURT: Right.
2    MS. WAYNE: Judge, in terms of jurors who
3  did not fill out questionnaires, the first juror that
4  we have is Miss Payne, number five, who has not been
5  kicked. She did not fill out question number --
6    THE COURT: I thought you struck her.
7    MS. WAYNE: No, we struck her.
8    THE COURT: Right.
9    MS. WAYNE: Right. But they were saying
10  they were striking based upon --
11    THE COURT: Right, okay, go ahead.
12    MS. WAYNE: Question number ten, question
13  number seventeen, question number eighteen, question
14  number thirty-five.
15    THE COURT: Now is this all dealing with
16  Payne?
17    MS. WAYNE: Yes, question number
18  forty-three.
19    THE COURT: Okay. Anything else that anyone
20  wants to present on this issue?
21    MS. JAMES: We have more white jurors.
22    THE COURT: Put them in the record right
23  now.
24    MR. BRUNSON: Juror number eleven, Mr.
25  Degrasse, the one that counsel stated that he was the

Page 317

1  Marine that he simply liked, left the occupation
2  question number five blank. He left the place of
3  employment and job description line --
4    THE COURT: I thought he was unemployed.
5    MS. WAYNE: He did answer that actually
6  himself orally.
7    MR. BRUNSON: He left those lines blank in
8  the questionnaire, Your Honor.
9    MS. WAYNE: Miss Whitman, juror number six,
10  she left question number thirty-five and thirty-eight
11  blank on her questionnaire. And she also claimed
12  bankruptcy which appears to be something that they
13  have indicated was important in terms of Miss Lovejoy.
14    THE COURT: Okay. Who was the first person
15  you mentioned that had left blanks?
16    MS. WAYNE: I believe that would be
17  Miss Payne.
18    THE COURT: Miss Payne. Okay. Anything
19  else?
20    MS. WAYNE: We got rid of Hanna, Judge, but
21  the prosecution did not challenge her and she did not
22  answer question six, question seven.
23    THE COURT: Anything else?
24    MS. WAYNE: That looks like it in the first
25  group.

**Page 318**

1  THE COURT: Anything else from the
2  government? MR. FEAGA: Just this, Your Honor. I
3  couldn't keep up with the various blanks that they're
4  saying are in these different forms, but I didn't hear
5  them say that anyone had left blank information about
6  a criminal conviction involving a close family member
7  that had other issues like the ones I named here. Any
8  prosecutor knows when somebody has got that in their
9  background, it's something you're careful about. And
10  so --
11  THE COURT: Why would you hold the fact that
12  he has a brother that's a victim --
13  MR. FEAGA: Well, again, it says "unknown,"
14  Judge, so I didn't give that a whole lot of weight.
15  Other than the fact it's unknown, I don't know what
16  of.
17  THE COURT: Why did you hold it against him
18  that he left the line with his children blank?
19  MR. FEAGA: Your Honor, because I don't know
20  what they do for a living. I don't know -- You know,
21  I'm unable to make any conclusions about them. I tie
22  that back to the other information. The thing that
23  most troubled me about his situation was, as I said,
24  the information where I don't know what his brother is
25  convicted of. I don't know anything about the

**Page 319**

1  bankruptcy issues, and then I'm tying that back to the
2  farm. And I know for a fact that there are people out
3  there in the community that hold it against the
4  government that they lost property when there are
5  government loans involved.
6  THE COURT: I can see that that would be a
7  concern.
8  Anything else?
9  The Court sustains both objections. Both
10  black jurors are back on the jury. The Court finds
11  that the reasons given are totally pretextual.
12  Degrasse was unemployed. Yancey had a
13  personal conviction. Melton's brother was convicted
14  and yet you struck him, but Yancey himself had been
15  convicted and you didn't strike him.
16  The same thing about Baker. Her husband had
17  been convicted. You kept her on, she was white. And
18  in Melton's case the brother had been convicted and
19  yet you struck him. I find the reason that he was a
20  victim (sic.) totally pretextual. That's not a reason
21  to strike. The fact that Melton had bankruptcy,
22  Whitman also declared bankruptcy. The fact that
23  Melton left things blank? Payne, if we talk about
24  leaving things blank, was a lot worse.
25  But overall you could have asked Melton to

**Page 320**

1  explain these reasons. You could have asked him what
2  his brother was convicted of. You could have asked
3  him why his brother was a victim.
4  Lovejoy? I find the reasons totally
5  pretextual.
6  Instability? Degrasse was unemployed.
7  Degrasse left things blank.
8  Bankruptcy again? There were other whites
9  who had bankruptcies.
10  Both Melton and Lovejoy will be put back on
11  the jury.
12  Let's proceed with the strikes.
13  FILLING OF THE JURY BOX
14  IN OPEN COURT
15  (THE JURY IS PRESENT):
16  THE COURT: The clerk will fill box.
17  Please have a seat in the jury box as your
18  name is called.
19  COURTROOM DEPUTY CLERK: Leah Whitman.
20  Walter Degrasse. Charlie Melton. Martha Bryant.
21  Carol Laurie. Michael Arrington. James Richard
22  Mills.
23  THE COURT: I'm going to ask that you move
24  down because there will be other jurors who will be
25  coming in.

**Page 321**

1  COURTROOM DEPUTY CLERK: Jolonida Lovejoy.
2  Candy Latham. Eva Baker. Kathy Coker. Willie Day.
3  That's Willie Pearl Day. Jessie Duck. Charles
4  Siggers. And Annie Freeman.
5  THE COURT: The remaining members of the
6  jury panel, I know it's been an inconvenience for you
7  to appear for jury service. We've taken you away from
8  your family and friends, and it's taken all day, which
9  I'm sure is a major concern of yours. But appearing
10  for jury duty is very important. As I was saying
11  earlier today, you know there are many ways to serve
12  your country, and I think this is probably the least
13  inconvenient.
14  So thank you very much, and you all are all
15  excused.
16  (Whereupon, the general jury panel was
17  escorted out of the courtroom.)
18  THE COURT: I think all the other jurors
19  have left.
20  Members of the jury, as I indicated earlier
21  today, this is the case of United States of America
22  vs. Leon Carmichael, Senior and Freddie Williams. Now
23  you are the jury that will try this case, and you are
24  under these special instructions. You are also not
25  discuss the case among yourselves. You are also not

Multi-Page™

Page 322

1 to have any contact with the attorneys or parties
2 involved.
3       Now as some of you may have heard already
4 there has been news coverage of this case, and there
5 will probably be even more. So while you are serving
6 on this jury, I'm going to ask that you not listen to
7 any local news because there may just happen to be
8 some reference to this case. It's very important, as
9 I said again and again, that you decide this case
10 based only on the evidence that you hear here in open
11 court.
12      Now there is a problem with newspapers. I'm
13 going to ask that at least for tonight and tomorrow
14 morning that you not read any newspapers. I may
15 change that a little after I get a feel for what
16 articles are appearing or not appearing in the paper.
17 So I'm going to ask that you not read any local
18 newspapers this evening or tomorrow morning. And of
19 course throughout the trial I'll give additional
20 instructions. You shouldn't really be reading any
21 newspapers.
22      Also, the marshals are going to give you
23 instructions as to every day when you arrive in court
24 and when you leave in the afternoon, there's going to
25 be a special parking place for you. And the reason

Page 323

1 for that is that due to the large number of people who
2 may be coming to the trial, as well as the fact that
3 we have limited parking for jurors at the courthouse,
4 in order to ensure that you have no contact whatsoever
5 with any of the spectators or any of the news people,
6 the marshals are going to bring you to and from the
7 courthouse from a special parking place and they will
8 give you special instructions about that.
9       And we expect this case to last about two
10 weeks. I'd like to start tomorrow morning at
11 eight-thirty so we can keep things going very quickly.
12 We really don't have any other pretrial motions, so we
13 should start promptly tomorrow with the opening
14 arguments.
15      How long did I give you, counsel?
16      MR. FEAGA: Thirty minutes for the
17 government.
18      THE COURT: That's right. Thirty minutes to
19 a side. And let Ms. Carnes know how you would like
20 that broken up.
21      MR. TEAGUE: Forty for the defendants.
22      THE COURT: You're right. Twenty for the
23 two defendants and forty for the government.
24      Now, counsel, I'd like your witnesses here
25 by no later than eight-fifteen, the witnesses you

Page 324

1 intend to call tomorrow so we can swear them in. I
2 want the trial to start promptly at eight-thirty with
3 my opening instructions and your opening statements.
4       Again, do not discuss the case, and I'll see
5 you back here tomorrow at eight-thirty.
6       Should they meet downstairs, Miss Carnes?
7       COURTROOM DEPUTY CLERK: Yes.
8       THE COURT: You will meet downstairs by no
9 later than eight-thirty. Try to be promptly here by
10 eight-thirty. I don't know whether we'll be in this
11 courtroom or the courtroom next door, but the jury
12 administrator will tell you that. We'll take that up
13 tomorrow morning.
14      Jury is excused.
15      Counsel, do we have anything else to take
16 up?
17      MS. MORRIS: No, Your Honor.
18      THE COURT: We'll see you all back here at
19 eight-thirty.
20      (Whereupon, court was adjourned at
21 six-fifteen p.m.)
22
23           * * * * * * * * *
24
25      COURT REPORTER'S CERTIFICATE

Page 325

1
2       I certify that the foregoing is a correct
3 transcript from the record of proceedings in the
4 above-entitled matter as prepared by me to the best of
5 my ability.
6
7       I further certify that I am not related to
8 any of the parties hereto, nor their counsel, and I
9 have no interest in the outcome of said cause.
10
11      Dated this 28th day of July 2005.
12
13
14      MITCHELL P. REISNER, CM, CRR,
        Official US Dist. Court Reporter
        Registered Professional Reporter
        Certified   Real-Time   Reporter
15
16
17
18
19
20
21
22
23
24
25

**-'-**

'76 [1] 40:13
'82 [2] 40:13,13
'87 [1] 205:11
's [4] 76:21 268:11 270:12
273:18

**-o0o-**

-o0o- [1] 3:23

**-1-**

1 [1] 2:4
110 [1] 2:23
123 [1] 2:25
1357 [1] 4:17
13th [1] 157:8
1525 [1] 14:23
159 [1] 4:16
15th [5] 89:7 93:2 126:5
126:23 151:16
16th [2] 89:7 93:3
17th [3] 89:7 90:5 93:3
183 [1] 3:6
18th [1] 146:8
19 [1] 2:9
193 [1] 3:9
1950 [1] 63:24
1954 [2] 63:24,24
1962 [1] 63:25
1972 [1] 64:7
1976 [1] 40:12
1978 [1] 64:7
1980 [1] 188:17
1992 [1] 14:23
1993 [1] 48:14
1st [2] 1:14 146:8
1th [1] 151:17

**-2-**

2 [1] 2:6
2001 [1] 4:17
2002 [2] 265:7 268:17
2003 [2] 23:9 48:16
2004 [2] 14:25 15:2
2005 [3] 1:20 4:1 325:11
22nd [5] 88:18 95:10
168:11,12,14
25 [1] 2:10
28th [1] 325:11
29th [3] 138:8,24 141:4
2:03-cr-259-T [1] 1:7
4:7 19:9
2d [1] 4:16

**-3-**

3 [1] 309:8

301 [1] 3:11
320 [1] 3:12
325 [1] 3:19
374 [1] 14:24
389 [1] 15:1

**-4-**

4 [2] 2:7 11:22
424 [1] 15:2
45 [1] 2:12

**-5-**

50 [1] 2:13

**-6-**

6 [1] 1:20 4:1
637 [1] 14:25
64 [1] 2:15
68 [2] 2:16,18

**-7-**

72 [1] 2:19

**-8-**

81 [1] 2:21

**-9-**

953 [1] 14:22

**-A-**

A. [3] 119:23 248:23
249:4
Abbeville [1] 34:24
Abcock [1] 218:23
abeyance [2] 10:13,21
ability [10] 83:23 87:5
87:10 88:24 100:15
120:17 149:10 222:6
240:21 325:5
able [25] 89:17 91:22
107:22 123:19 129:16
155:17 156:22 159:18
163:11 170:7 185:3,5,14
185:16 188:22 247:21
254:14 255:5,14 285:19
291:8,9 292:14,15 302:21
above-entitled [1]
325:4
absent [1] 158:5
absolutely [4] 115:21
138:18 158:3 273:25
abstention [1] 16:25
academy [2] 27:17 32:2
96:1 172:25
accept [1] 148:20
access [1] 5:23
accommodate [1]
134:14
according [1] 180:17
account [10] 29:12 199:4

199:7,12,13,14,17 200:2
237:23 238:10
accountable [1] 210:4
accountant [1] 36:16
accounting [1] 27:3
accounts [1] 233:18
accusation [3] 86:3,4
136:16
accused [10] 18:19 66:14
78:3,9 136:14,24 184:18
184:20 188:5 243:3
accusing [1] 209:7
acknowledged [1]
125:17
acquaintance [4]
259:20 282:15,16,19
acquaintances [1]
54:18
acquisition [1] 212:13
acronym [1] 156:25
act [3] 4:14 6:25 227:15
action [4] 1:6 4:7 19:8
223:17
actively [1] 13:2
activity [4] 49:1,2,4
199:4
actual [1] 5:3
adamant [1] 108:5
Adcock [23] 28:17,18,19
49:25 202:7,10,14 204:4
205:7 208:23 210:12
212:4 262:18
add [3] 10:4 220:12 238:9
Addison [5] 26:16,17,18
64:10 302:7
addition [6] 5:22 17:4
69:1 212:16 265:9 290:20
additional [4] 60:8,20
71:21 322:19
address [8] 8:15 13:18
addressing [1] 90:1
adds [2] 79:17 181:6
adequate [1] 174:25
adequately [1] 5:10
adjourned [1] 324:20
Administration [3]
53:9,10,11
administrative [1]
administrator [4] 28:8
34:12 74:16 324:12
admit [1] 99:3
admonish [2] 78:7
200:19
admonishment [1]
106:18
adopt [1] 10:2
adopts [2] 238:19,19
Advertiser [6] 166:21
215:10 241:12 242:17,25
244:7
advice [1] 57:9
advised [1] 89:7
advisory [2] 56:9 60:11

advocates [1] 66:9
affect [4] 113:17 210:6
285:5,6
affected [2] 17:20 160:20
affects [1] 120:20
affidavit [1] 18:10
affiliated [2] 69:14
153:10
African-American [2]
6:6 303:7
African-Americans
5:19
afternoon [1] 322:24
again [46] 16:22 54:9,23
55:7,16 56:15 59:20 62:8
62:14 66:25 67:20 70:1
71:17,17 73:15 76:10 86:7
91:17 97:2 99:9 101:19
109:20 110:13 151:8
164:10 175:12 199:24
200:25 205:3 209:4
230:13 263:5 271:15
274:19,25 275:7 276:6
303:20 305:13 309:17
313:3 318:13 320:8 322:9
322:9 324:4
against [35] 20:12 47:24
81:16 85:3 96:9,18 97:4
98:16 100:12 103:1,5,9
114:17 135:21,23 136:18
166:6 184:19 190:25
193:4 198:18 206:25
207:8 211:24 219:13
223:14 242:14 279:25
287:4 288:7 299:14 303:6
305:2 318:17 319:3
age [2] 20:17 189:7
agency [4] 72:12,17
73:24,24
agent [6] 13:22 30:9
44:22 129:10 212:19
267:15,18 271:12
agents [6] 213:17 257:10
260:5,20 261:5,8
ago [32] 22:14 23:23,24
24:9,10 57:10 64:11 112:9
116:4 130:3,3,8 142:20
142:21 147:19 148:1,3
178:20,21,21,23 192:5,7
192:19 194:10 205:18
208:9 213:4 215:11 216:5
295:19 295:13
agree [5] 81:25 82:6,6
82:19 107:19 113:10
193:6,15,16,17 243:8
agreed [2] 138:15 218:12
agreement [2] 233:23
ahead [25] 8:15 28:11
53:3 60:22 61:17 62:5
67:19 72:5 81:6 83:14
88:7,15 99:22 102:22
134:24 150:12 186:20
194:20,22 238:21 289:9
295:19 309:3 311:6
316:11
ain't [1] 178:18
air [8] 25:21 29:24 31:17
32:11 63:23,24 76:14

150:17
AI [1] 69:13
Alabama [84] 1:2,19 4:2
12:22 22:22 25:18 26:2
26:13,24 27:8,9,13,23
28:3,7,12,20 29:8,14,17
30:2,8,18 32:10,15,23
33:2,5,21 34:5,9,12,16,18
34:24,25 35:4,13,19 36:9
36:12,24 37:1,5,15,21,25
38:3,8,15,18,23 39:1,6,17
39:22 40:6,18,18,19 41:9
41:12,16,21 42:1 43:14
43:19,22 44:2,6,9 53:6
64:7 74:20 75:17 76:24
77:7,13 92:25 93:8,9
97:10 179:17 298:7
Alabaster [1] 77:23
Albert [1] 43:12
Albritton [1] 141:8,9
alcohol [1] 135:8
Aldridge [4] 22:13 32:24
32:25 33:1
Alexander [6] 30:12,14
35:24,25 73:12 74:14
Alice [7] 34:23,24 76:13
89:15 133:10,20,25
Alicia [1] 54:6
align [1] 153:20
aligned [1] 84:14
allegation [2] 13:15
18:15
allegations [3] 65:7
196:9 197:9
alleged [7] 17:6 217:17
alleges [2] 45:10 218:6
Allen [3] 30:15,16 36:14
36:15,16 50:4 216:13,14
216:18 218:5 262:19
alleviates [1] 120:19
allow [7] 68:8 119:6
162:24 206:10 218:16
262:1 284:16
allowed [16] 45:19
101:22 152:21 156:3
214:4 219:18 227:9 240:2
274:16 298:25
allowing [1] 218:17
almost [3] 99:9 200:6
281:6
along [2] 223:1 311:12
alternate [1] 163:7
alternated [1] 14:6
alternates [1] 124:6
300:23
altogether [1] 303:3
always [7] 139:14 140:2
243:8 274:22 287:12
295:9,10
ambiguous [1] 107:13
Amelia [1] 256:7
America [4] 1:5 4:5 19:7
321:21
American [3] 31:12
41:17 300:12

**among** [4] 104:10 288:6 303:13 321:25
**amount** [1] 265:18
**AmSouth** [1] 45:1
**Amy** [1] 34:11
**analogy** [1] 220:14
**analysis** [3] 16:1 17:10 17:10
**analyst** [1] 34:3
**and-a-half** [2] 168:16 313:7
**Andalusia** [1] 44:18
**Anderson** [17] 39:2,3,4 69:14 74:18 160:5 278:19 278:20 279:5,21,22,23 286:2,3,6,9 288:23
**Andrew** [1] 44:1
**Andy** [1] 47:15
**anecdotal** [1] 287:19
**Angel** [3] 44:10,11 53:7
**angry** [3] 96:11,23 97:20
**Ann** [7] 26:16,17 30:19 30:20 34:21 50:6 73:16
**Anne** [9] 30:25 31:1 33:19,20 50:8 96:20 175:13 228:18 241:8
**Annie** [2] 228:11 321:4
**Anniston** [1] 92:25
**ANNOUNCEMENT** [2] 50:19 68:20
**annual** [1] 139:6
**answer** [19] 72:14 99:10 132:10 135:1,4,5 188:2 234:7 236:12,21 259:15 260:14,17,24 283:18 289:15 313:4 317:5,22
**answered** [7] 68:11 100:8 135:9 205:22 219:8 283:16 296:1
**answering** [1] 262:3
**answers** [3] 133:7 145:5 281:12
**Anthony** [2] 36:16 38:18
**anticipate** [1] 174:3
**anticipated** [1] 95:20 214:7 251:25
**anybody's** [1] 209:1
**anyway** [9] 17:24 127:6 206:20,22 219:21 227:15 244:11 248:8
**apologize** [5] 18:2 48:21 54:15 145:20 309:9
**appeal** [1] 15:5
**appear** [6] 5:21,25 302:6 302:19 307:17 321:7
**appearance** [4] 11:18 209:9,15 305:16
**APPEARANCES** [1] 1:21
**appeared** [2] 120:14 228:4
**appearing** [3] 321:9 322:16,16
**applicable** [1] 17:11

**apply** [6] 15:18,23,23 16:10 20:5 292:14
**appreciate** [4] 13:11 89:5 96:4 97:7 186:1 189:1 191:17 293:1
**approach** [2] 61:7,23
**approached** [1] 18:8
**April** [1] 88:18
**Arabia** [2] 40:14,22
**Arant** [19] 43:5,6,7 46:17 50:15 52:9 54:24 56:16 59:21 67:1 71:11 75:1 262:25 263:1,6 267:4 271:14 274:11 275:25
**Aratrix** [1] 37:17
**Archie** [1] 30:2
**architectural** [1] 35:10
**Ardis** [4] 43:10,11,12 74:24
**area** [5] 11:6 51:16 57:18 138:15 186:23
**areas** [1] 26:19
**Argo** [4] 56:11 60:10 69:7 70:19
**arguably** [1] 17:21
**argued** [1] 220:22
**arguing** [2] 8:8 105:13 222:24
**argument** [3] 3:10 8:2 181:25
**arguments** [3] 223:14 238:19 323:14
**arise** [1] 171:15
**Ariton** [1] 27:13
**army** [6] 33:23 35:13 40:12 44:6 64:4 150:16
**arrange** [2] 89:20 94:20
**arrangement** [1] 165:6
**arrangements** [7] 93:14 134:8 138:14 151:23,25 167:20 177:5
**arrest** [4] 12:5 216:2 219:21 245:15
**arrested** [9] 136:1 187:24 188:13,15,16 204:18 205:3 246:18 303:15
**Arrington** [4] 28:14,15 57:5 320:21
**arrive** [1] 322:23
**article** [13] 130:1 212:9 212:11 213:3 235:15 241:14,16,22 242:6 243:9 257:20 258:1 261:15
**articles** [2] 204:15 322:16
**articulate** [1] 258:8
**articulated** [2] 262:17 309:19
**arts** [1] 28:24
**Ashford** [1] 38:15
**Ashley** [2] 251:5,6
**aside** [29] 82:14 84:5 85:20 100:25 106:21 113:4,23 114:1,1 115:12

**120:5** 128:14 131:20,21 132:3,4,12,21 185:6,14 185:15 191:10,11,18 206:6 239:22 252:11,15 284:4
**asks** [3] 99:10,15 304:19.
**aspect** [1] 73:21
**assess** [1] 252:6
**assessing** [3] 283:2 284:2,7
**assessment** [1] 4:18
**assigned** [1] 6:23
**assignments** [3] 163:8 266:24 269:23
**assistance** [7] 13:16 14:10,18 15:4,25 16:7,20
**assistant** [10] 26:3 45:15 45:17,18 74:19 95:2 121:3 286:13,14 287:1
**assisting** [3] 45:11,12 56:1
**assists** [1] 66:23
**associate** [1] 38:19
**associated** [7] 132:5 169:21 192:20 204:15 207:24
**association** [1] 36:17
**assume** [1] 4:22
**assuming** [5] 4:18 17:17 162:25 261:13 307:10
**ate** [1] 295:5
**Atlanta** [6] 18:5 76:7 77:14 134:11 253:8 295:4
**attached** [2] 176:9,9
**attack** [1] 164:19
**attacked** [1] 283:2
**attacks** [1] 285:11
**attempt** [1] 192:22
**attempting** [1] 100:10
**attended** [1] 46:8
**attention** [11] 11:19 97:5 180:23 201:11 243:5
**attentive** [1] 236:2
**attorney** [32] 45:16,17 45:18 52:22 56:21,23 57:12,20 59:22,25 69:4,7 71:13 74:19 75:2 76:18 117:22 122:5,8 210:19 266:2 279:24 286:12,13 286:15,19,20 287:1 299:6 299:9,11 300:11
**Attorney's** [11] 47:7,12 52:13 55:3 56:20 59:23 67:3 71:13 77:14 208:17 209:14
**attorneys** [19] 13:2,8 18:8 45:9 47:6 50:22 64:11,13 68:9 104:11 117:7 121:4 147:7 179:2 212:13 257:25 260:9 261:7 322:1
**attribute** [1] 135:7
**Auburn** [5] 28:24 33:2 34:16,17 44:13
**audience** [1] 236:2

**aunt** [1] 179:15
**Autauga** [9] 28:3 52:14 71:12,16 75:3 76:4 267:21 271:22,24
**Autaugaville** [1] 26:24
**Authority** [1] 32:6
**automatic** [1] 121:15
**automatically** [2] 6:3 113:13
**available** [1] 16:1
**average** [1] 268:12
**aviation** [1] 44:8
**award** [1] 209:13
**aware** [9] 94:10 97:14 124:22 173:25 205:20 209:11 219:11,15 277:14 287:3
**away** [13] 8:12 89:18 92:11,16 96:20 108:6 138:9 139:2,4 176:10 180:11,14 321:7
**awful** [2] 213:9 298:24
**awhile** [3] 224:25 229:23 241:12
**axe** [1] 136:23

-B-

**B** [11] 2:1 3:1 25:16 27:5 43:7 47:16 75:13 126:1 297:24 311:10,11
**background** [7] 149:2 149:15 150:14 197:23 290:3 308:12 318:9
**backgrounds** [1] 213:16
**bad** [15] 137:6 179:7 188:17 189:23 190:17,20 190:20 193:13 214:14 223:11 260:23 284:6 298:23 304:10 312:4
**bag** [1] 139:9
**Baggett** [3] 39:15,16,18 145:10 146:16
**Bailey** [1] 91:20 145:10
**bait** [1] 67:22
**Baker** [20] 29:15,16,17 42:12,13 46:4 50:13 70:19 256:2,3,7,17,19,20,23 257:2 262:13 312:7 319:16 321:2
**Baker's** [1] 313:21
**Bakers** [1] 256:15
**Bakerville** [1] 279:18
**Bank** [1] 33:10
**bankruptcies** [1] 320:9
**bankruptcy** [11] 303:23 304:14 305:14 306:12 307:4,22 317:12 319:1,21 319:22 320:8
**Baptist** [2] 32:17 69:9 69:16
**Barbara** [21] 24:8 37:8,9 40:6 43:5,6 46:17 50:15 52:9 54:24 56:16 59:21 67:1 71:11 75:1 76:15

**110:2,10,14** 262:25 263:6
**bare** [1] 272:17
**Barkley** [10] 21:11 43:15 43:16,17 50:16 82:5 105:8 105:11,20 108:25
**Baron** [2] 33:12,13
**barrier** [1] 287:11
**Barry** [2] 59:6 226:21
**base** [7] 113:18 149:18 232:11 235:4 264:6 284:7 291:11
**based** [76] 14:17 82:8,15 114:2,6 115:14 118:16 128:1 131:11,15,18 135:18 140:11 143:4 147:14 149:20 152:14,25 166:12 169:6 174:11 177:10 178:25 185:17 191:4 194:13 195:12 197:15 198:8 201:23 202:17 203:2,19,25,25 205:4 206:7,8 213:21 215:18 217:19 219:4,7 222:3 226:14 229:6 231:19 233:4 234:13 235:8 237:2 239:11,14 241:17 244:17 245:23 247:2 250:5 252:9,12 257:14 261:12,17 262:16 265:14 270:8,8 277:21 285:14,17 291:19 292:12 292:16 301:8 316:10 322:10
**basic** [1] 199:2
**basing** [1] 285:14
**basis** [9] 67:10,12 119:24 119:25 150:3 219:14 267:7 279:22 290:10
**Bass** [1] 69:15
**Bates** [1] 11:24,25
**Batson** [6] 3:10 301:4,8 308:25 310:20 314:3
**bear** [1] 7:5
**beard** [1] 221:4
**beat** [1] 294:10
**became** [1] 205:20
**become** [4] 13:1 108:1 212:22 225:25
**began** [1] 105:13
**begin** [1] 7:16
**beginning** [3] 132:20 258:18,19
**begs** [1] 281:6
**behalf** [8] 7:25 8:3 9:25 10:2 19:14,16 60:9 105:10
**behind** [5] 189:13 228:1 228:4 266:18 270:16
**belief** [3] 198:17 219:1,2
**beliefs** [3] 100:25 104:22 223:12
**believability** [1] 79:13
**believable** [3] 219:13 239:21 281:2
**believer** [1] 288:17
**bell** [4] 28:19 143:19

Multi-Page™

belong – certain

144:12 223:6
**belong** [1] 84:17
**bench** [2] 61:11,25
**Benjamin** [1] 54:5
**Bennett** [1] 69:12
**Bertha** [1] 69:13
**best** [4] 161:5 292:18,21 325:4
**better** [7] 136:4 161:7 173:23 220:15 226:3 283:8,11
**Betty** [1] 25:16 28:6
**between** [8] 18:16,20 40:12 61:12 62:1 205:12 300:15,22
**beyond** [3] 120:18 237:22 292:13
**bias** [6] 86:3 85:2 190:25 192:20 271:6 280:17 299:14 305:2
**biased** [4] 3:6 128:4,7 183:15
**Bibb** [4] 38:5,6,7 76:17
**big** [5] 102:16 120:12 156:24 306:23 308:17
**bill** [4] 73:16 120:16 198:14 266:19
**billed** [1] 113:13
**billing** [2] 123:19,19
**bills** [1] 112:24
**biological** [1] 155:16
**Birmingham** [2] 73:17 277:15
**birthday** [1] 295:8
**Biscuits** [2] 39:23 140:5
**bit** [11] 112:21 125:11 128:24 188:1 190:24 220:13 247:6 277:12 283:8 286:23 287:15
**black** [16] 220:14 302:10 302:11,18,19 311:10,14 313:25 314:5,8,11,16,23 315:17,20 319:10
**Blackburn** [3] 26:11,12 49:21 69:24 193:24
**blacks** [3] 302:21 311:13
**blank** [11] 304:2 315:11 315:12 317:2,7,11 318:5 318:18 319:23,24 320:7
**Blankenship** [2] 42:8,9
**blanks** [2] 317:15 318:3
**blatantly** [1] 102:15
**blown** [3] 127:19 129:1 132:8
**Blue** [1] 41:22
**board** [6] 30:5 33:10 70:6 75:13 151:13 297:25
**Boat** [1] 42:18
**Bob** [1] 53:9
**Bobby** [1] 75:19
**bookkeeper** [1] 33:6
**Border** [1] 77:5
**bother** [3] 252:3,5 255:4

**Bottling** [1] 43:18
**bottom** [2] 12:6 193:1
**box** [5] 3:12 5:12 320:13 320:16,17
**boy** [1] 189:8
**Boyd** [2] 11:2 224:3
**boys** [2] 189:16 303:25
**brace** [1] 169:13
**Brack** [1] 160:16
**Brad** [1] 23:17
**Bradley** [4] 33:25 34:1 63:13 74:10
**Brand** [3] 34:14,15,16
**Brankley** [1] 77:8
**Brantley** [1] 179:19
**Bray** [1] 47:17
**break** [5] 94:17 103:23 224:24 225:10,12
**Brenda** [2] 41:15 60:25
**Brewster** [1] 35:18
**Brian** [5] 28:14,15 34:10 34:11 75:14 298:3
**brief** [2] 5:22 15:13
**briefs** [1] 16:4
**bright** [1] 240:9
**bring** [18] 11:18 120:7 122:19 124:8,11,12,23 125:11 133:9 136:16 163:21 187:9 191:4 210:11 252:21 262:24 277:2 323:6
**bringing** [2] 18:3 111:25
**brings** [2] 120:16 213:24
**Britt** [1] 55:14
**Brock** [9] 51:7,25 52:11 279:17 282:5,9,12 283:9 283:20
**broken** [2] 211:5 323:20
**Brooks** [1] 51:8
**brother** [27] 52:3 75:19 75:23 89:22 133:18,19 134:5,9 280:5,22 282:10 286:18 288:15 290:8 293:24 303:15,19 304:12 304:13,17 305:9 318:12 318:24 319:13,18 320:2,3
**brother-in-law** [9] 74:4 75:22,24 76:22,23 293:25 294:1,22 295:21
**brother-in-laws** [1] 77:17
**brothers** [2] 72:24 179:14
**brought** [6] 78:3 112:16 112:24 181:22 242:13 292:13
**Browder** [1] 69:7
**Brown** [2] 47:15 69:10
**Bruce** [1] 14:3,4 69:4
**Brunson** [29] 1:25 12:21 12:23 47:16 56:8 103:25 106:6,10 109:16 125:16 132:13 148:13,16,25 163:18 179:13,16 182:15 278:23 280:2 289:10,22

290:2,10,20 291:1 293:11 316:24 317:7
**brunt** [1] 7:5
**Bryant** [5] 24:12 27:21 27:22,23 58:25 320:20
**Buena** [1] 69:7
**building** [1] 223:12
**Buildings** [2] 31:12 41:17
**bully** [1] 192:25
**bumper** [1] 308:11
**bunch** [2] 12:3 255:1
**burden** [5] 88:14 98:3 101:6 120:19 184:22
**burdens** [1] 122:17
**Bureau** [1] 54:3
**Burton** [3] 42:22 50:14 92:9
**bus** [1] 92:24
**buses** [4] 93:1,9 151:15 151:15
**Bush** [1] 28:18
**business** [24] 28:13 31:14 43:23 52:3 58:4 67:9,10,16,17 68:4 87:20 94:3 160:8 171:8 195:16 196:1,21,24 197:12 198:24 199:19 231:6 272:13 310:3
**businesses** [2] 58:13 199:9
**businessman** [2] 58:9 196:15
**bust** [1] 297:25
**busy** [1] 295:9
**butcher** [1] 38:20

**-C-**

**C** [15] 2:1 3:1 26:17 28:16 32:5,8 35:17 36:20 37:13 37:14 60:24 75:13 98:6 290:15 297:24
**Cab** [1] 42:7
**Calahan** [2] 60:14,14
**calls** [2] 19:6 205:23
**Calvary** [1] 96:1 172:25
**Camelia** [1] 29:16
**camp** [1] 44:17
**campus** [1] 162:24
**Canary** [1] 47:19
**candid** [1] 78:12
**Candy** [2] 29:10,11 321:2
**canine** [1] 73:5
**cannot** [2] 20:8 97:12 101:3 103:1,9
**capacity** [2] 13:8 52:16 55:5
**Capital** [1] 33:6
**car** [4] 211:5,8 266:24,25
**Cardiovascular** [1] 38:25
**cards** [1] 288:7

**care** [12] 6:3 36:25 38:9 93:13 97:21 107:22 134:5 134:9 136:25 155:8 175:24 176:17
**career** [3] 294:8,14,16
**careful** [1] 318:9
**cares** [1] 133:15
**Carmack** [2] 201:17,19
**Carmichael** [71] 1:7 4:6 4:20 10:3 13:15,21 19:7 19:14 48:4,18,23 55:24 56:1,5,5,9 58:1,6,7,16,16 60:7,10 66:16 69:18 85:8 85:11 86:6 98:20 114:17 129:7 136:17 143:15 147:10,11,21,21 148:9,10 152:10 166:3 169:20,22 177:9 195:3,7 196:19 197:3,19 199:22 201:13 201:14 208:11 214:9 217:8 221:15 224:17 232:23 233:19 236:6 238:2,13 242:14 243:12 257:25 258:21 260:8 261:6 277:14 291:13 321:22
**Carmichael's** [8] 4:9 58:4 84:2 195:23 196:4 196:14 198:8 226:1
**Carnes** [21] 24:4 108:23 122:2 123:8 125:11 141:12 151:3 156:11 158:23 159:22 164:1 167:21 170:19 186:7,20 216:12 225:7 323:19 324:6
**Carol** [7] 28:9,10 49:24 67:16 200:13 201:5 320:21
**Carolina** [2] 74:11 82:16
**Carolyn** [1] 71:7
**carries** [2] 86:5 96:15
**carry** [1] 190:20
**carrying** [1] 20:13
**case** [277] 2:11 3:9 6:10 11:1,24 13:9,23 14:22,23 14:24,25 15:1,2,24 16:7 16:24 17:8,16 19:6,22 21:5 23:9 45:7,16,20 46:12,24 48:2,4,6 49:9,11 52:5,25 54:20 56:25 57:12 57:20 58:4 59:17,25 62:21 63:10 65:6,22 66:5 70:8 70:22 82:15 83:23 84:19 86:14 96:10,16 104:2,4 104:10,13,22 110:21 111:12 112:11 113:17 114:1,5,6 115:14 117:3 117:18,22 118:4,16 120:4 120:11,18 121:6,6,7 126:4 127:14 128:1 131:12 132:9 134:18 135:18 139:9,13 140:11 142:18 142:23,24 143:4,13,17 144:14 147:8,14 149:12 152:6,13 153:18 157:14 158:14,18 161:17 163:3 165:14 166:12 168:18

169:5 170:8,8 171:20 176:6,10 176:3,24,25 177:10 178:15,25 181:13 181:19 182:3,6,7,9 184:9 185:17 186:1,1 187:6 188:23 189:20,22 190:10 191:8 192:3,20,22 193:10 193:20 194:1,13 195:12 195:22 198:8 200:7 201:7 201:23 202:16 203:1,5,17 203:19,25 205:4,5 206:5 206:7 207:22 209:5,18 210:15 213:7,21 214:16 215:9,18 216:20,24,25 217:19 218:20 219:1,6 220:6 221:4,6,7,12 222:3 222:18 225:23 226:8,14 228:20 229:6 230:2,22 231:8,10,16,19 232:17,18 234:13 235:14,15,17 237:2 238:1 239:3,11 241:10,16 244:5,17 245:13,16,23 246:14 247:1,16,18,20 249:21,24 250:5,13 251:25 252:17 254:21 255:5,9 256:9,12 257:4,13,14,24 258:4,12 258:18 259:24 261:7,8,12 261:17 262:7 263:8 264:6 264:17 267:20 268:20 269:1,18 270:11 272:11 272:17,24 273:20,24 275:16 276:10 277:8,21 283:1 284:25 285:3 287:4 287:21,23,23 288:1 291:11,14,20 303:10 319:18 321:21,23,25 322:4,8,9 323:9 324:4
**cases** [37] 5:17 6:11 14:21 15:3,19,20,25 16:3 17:21 17:24 52:20 64:14 82:7 111:17,18,21 116:21,24 116:24 117:12 118:1,14 119:1,20 120:3 121:1,4 221:7 265:12 267:20,20 272:5,7 282:22 287:1,5,6
**Casey** [3] 44:14,15 77:19 310:4
**cash** [5] 67:10,12,17,23 310:4
**cashier** [1] 41:5
**catalogues** [1] 31:6
**catch** [2] 144:9 297:17
**Catholic** [1] 40:3
**Cathy** [2] 37:13,14
**cattle** [1] 26:4
**caught** [7] 137:6 211:5,6 233:15,15 234:2,12
**caused** [2] 150:14 189:10
**caveat** [1] 79:20
**center** [3] 28:12 32:17 35:1 40:2 43:9 44:8 58:6 58:7,16,17 147:10,21 160:17 166:3 169:20,23 199:22 277:14 298:8
**centered** [1] 149:6
**certain** [11] 21:4 23:15 64:22 99:25 149:3,3 169:24 259:14 288:17 290:13,23

**certainly** [12] 5:19 11:16 15:13 18:22 57:1 61:10 88:8 192:22 209:20 245:25 274:10 311:19

**CERTIFICATE** [1] 324:25

**certification** [3] 3:19 94:9 162:9

**Certified** [1] 325:15

**certify** [1] 325:2,7

**challenge** [22] 3:10 6:14 119:22 121:8 131:10 180:3,4 192:17 193:4 198:6 212:7 237:20 238:11 262:16,20 267:6 301:4,8,17,23 309:1 317:21

**challenged** [2] 15:19 120:22

**challenges** [3] 10:5 222:10 281:11

**challenging** [3] 16:15 180:8 238:7

**chambers** [94] 11:14 30:4 114:25 119:19 121:17 122:22 125:24 131:1 133:21 137:12,21 140:25 141:23 144:18 145:11 146:17,24 150:25 151:6 154:19,23 156:9,15 159:3,25 161:24 162:11 163:15 164:8 167:18 168:3 170:18 171:2 172:2 172:7 174:23 175:8 177:19,22 179:24 183:18 185:23 187:2 192:14 193:22 198:4 201:3 202:6 202:11 208:24 210:13 212:5 215:5 216:11,15 218:6 225:19 227:23 228:13 230:9,17 237:18 241:3 243:18,23 245:1,6 246:5,9 249:12,16 255:25 256:4,18,24 262:14 263:2 267:5 271:15 276:1 277:4 278:8 281:21 286:1,4 288:24 289:2 293:10,15 296:6,9 297:7,10 299:25

**chance** [7] 118:23 120:9 131:19 159:13 193:3 212:24 254:17

**chances** [1] 99:18

**Chancey** [12] 42:16,17 42:18 63:19 75:11 279:9 280:15 297:8,9,13,16 299:24

**change** [3] 156:2 211:11 322:15

**changed** [1] 121:1

**channel** [7] 139:22 165:22 166:18,18 167:6,7 248:22

**Chapel** [1] 69:14

**Chapman** [3] 38:11 51:9 155:1

**Chapter** [1] 307:22

**characterize** [1] 116:20

**charge** [8] 20:11 48:2

**certainly**

78:5 188:18 199:1,3 219:22 222:3

**charged** [8] 48:23 64:22 86:6 88:20 187:25 238:16 276:15 303:16

**charges** [17] 47:24 48:1 48:3,17 63:20 65:6 84:19 85:7 88:18 129:10 166:6 195:5 197:19 198:17,18 242:12 257:8

**Charles** [4] 26:1 30:15 30:16 321:3

**Charlie** [7] 27:10,11 301:20,21 302:10,19 320:20

**Charlotte** [2] 34:21 54:1

**Chartoff** [117] 12:4 42:1 4:25 5:14 10:18,23 11:19 13:18,25 15:11,15 16:5,8 16:11,21,23 17:4 56:7 107:4 121:22 133:18 139:20,23,25 140:3 166:16,20,22 167:2,5,8 167:12 180:21 185:24 191:24 208:10,13,15 209:6 240:9 242:4,11,16 242:19,21,24 243:2,10,15 248:17,20,25 249:3,7 259:19,21 260:6 261:23 262:2,10 278:14,18,21,25 279:7,9,23 280:5,9,13,16 286:7,9,10,14,20,25 287:12,16 288:2,11,21 293:21,22 294:1,7,15,20 294:24 295:11,16,20,23 296:2,13,14,19,23 297:1 297:5,15,16 298:5,12,21 299:2,4,8,11,20 300:10 309:2 310:15 311:1,4,7 314:15

**chat** [1] 272:4

**Chavez** [1] 51:10

**check** [4] 9:7 188:17 310:10 312:4

**checked** [3] 163:8 213:15 309:8

**checks** [1] 267:1

**chemist** [1] 51:9

**Cherry** [10] 35:11,12,13 42:17 75:11,13,14 297:21 297:24 298:3

**Cheryl** [1] 69:9

**Cheyenne** [1] 69:6

**chief** [3] 9:7 18:9 74:15

**child** [9] 6:3 32:16 107:20 107:21 108:3,10 155:3,5 266:11

**children** [18] 6:2 30:23 40:19 46:9 96:21 108:6,8 164:16 165:4 175:18 176:10 180:11 288:16 303:24 304:15 305:14 308:10 318:18

**Chilton** [7] 51:7 52:14 54:13 55:1 75:3 77:22 271:23

**choose** [2] 68:25 288:5

**chooses** [1] 98:13

**chose** [2] 91:5,12

**chosen** [1] 247:18

**Chrisburg** [1] 69:6

**Christian** [4] 32:2 96:1 172:25 201:10

**Christina** [5] 41:24,25 94:5 162:6,16

**Chuck** [2] 69:6,20

**church** [11] 32:17 46:8 46:21 69:9,16 70:6 253:10 258:23,25 259:7,12

**church's** [1] 254:10

**Cindy** [5] 27:5,6 88:16 187:4 310:7

**Circuit** [5] 14:22,24 15:1 16:13,17

**circuits** [1] 14:18

**circumstances** [2] 158:6 181:6

**cite** [1] 16:22

**cited** [1] 16:3

**cites** [1] 14:21

**citizen** [4] 22:4 194:15 243:6 248:12

**city** [19] 26:14 29:8 30:8 30:12,13,14,22 34:17 35:24,25 37:20 73:10,12 74:14 75:15 77:1 269:15 297:23 298:6

**civic** [1] 97:13

**civil** [4] 20:14 29:24 32:21 33:22

**civilian** [1] 79:14

**claim** [6] 14:10,20 16:7 16:14,20 44:23

**claimed** [1] 317:11

**claims** [3] 14:19 15:4 27:7

**Clancy** [4] 40:9,10,11,24

**Clanton** [5] 28:3,7 34:12 41:4 44:25

**Clarence** [1] 69:20

**clarify** [3] 109:3 193:15 314:16

**Clark** [1] 22:45:18

**class** [4] 163:10 174:15 236:3 259:4

**Claude** [1] 44:11

**Claudia** [1] 34:2

**Clay** [9] 4:16 6:10,23 7:2 9:10,18 10:5,25 11:4

**clean** [1] 41:9

**cleans** [1] 308:10

**clear** [7] 39:6 117:2 135:13 209:4,21 225:25 234:5

**cleared** [1] 138:12

**clearly** [7] 17:5 104:21 120:17 192:20 235:23 311:13 314:17

**clerk** [70] 7:12 19:24 20:1 23:6 24:5 25:2,11,24 27:3 37:16 45:3 108:24 109:9,15 115:3 121:18

122:7,11 123:3,9 124:16 125:4 133:10 137:14 141:13 146:20 154:20 156:12 159:21,23 162:2,5 163:23 164:2 167:22,25 170:20,23 172:4 175:5 177:20 179:25 181:10 182:20 186:13,22 187:8 193:8 200:11 202:7 215:2 216:13 225:3 227:19 228:3,11 241:1 243:20 245:3 246:7 249:14 256:2 256:14 262:25 276:25 320:16,19 321:1 324:7

**client** [8] 6:13 7:25 8:4 59:4 60:24 136:13,24 227:25

**client's** [1] 17:13

**clinic** [1] 27:8

**cloaked** [1] 85:14

**close** [14] 65:5 66:13 135:6 182:1 187:24 200:4 200:6 251:17,21 284:24 285:2 286:16 298:12 318:6

**closely** [1] 250:23

**closer** [1] 84:17

**Cloud** [1] 51:11

**Clyde** [1] 51:12

**CM** [1] 325:13

**co-counsel** [3] 8:21 45:16 252:24

**coach** [1] 40:3

**Coast** [4] 74:22 296:18

**Coca-Cola** [2] 43:18

**cocaine** [1] 136:11

**cocounsel** [1] 18:3

**codefendant** [1] 130:21

**coffee** [3] 42:1 74:19 269:23

**cognizant** [1] 13:1

**Coker** [5] 29:25 30:1,2 73:7 321:2

**Coleman** [1] 69:19

**collateral** [2] 14:19 15:6

**college** [3] 30:14 205:11 205:13 211:9

**colloquy** [1] 104:19

**Colonial** [1] 33:10

**Columbia** [1] 37:21

**Columbus** [1] 31:7

**Colvin** [1] 32:9

**combination** [1] 307:17

**comfortable** [1] 24:25

**coming** [9] 87:1 123:20 157:20 238:24 271:10 291:14,15 315:19,21 320:25 323:2

**comment** [1] 142:6

**commercial** [3] 26:15 195:2,17

**commitment** [1] 89:6

**common** [1] 82:8

**Communications** [1]

28:19

**community** [4] 196:14 268:6,7 319:3

**commuter** [1] 44:2

**Como** [1] 38:6

**comp** [1] 44:23

**companies** [1] 160:19

**company** [17] 26:9,10 29:13,19 30:4 31:8 42:7 43:18 58:8,9 91:1,15 160:9 195:3 196:4,11 197:4

**compare** [1] 310:24

**compete** [1] 287:4

**complaining** [2] 220:18 223:7

**complete** [1] 121:10

**completely** [37] 115:12 118:15 127:24 129:16 135:16 140:9 143:1 147:12 152:12 165:16 166:11 169:4 174:9 178:24 183:24 194:11 195:10 197:5 201:22 202:25 203:18,24 215:16 217:17 229:4 231:17 234:11 241:15 245:21 246:25 250:3 257:11 261:16 264:4,16 277:18 293:3

**completing** [1] 162:23

**complex** [1] 7:15

**comply** [2] 4:13 83:6

**comports** [1] 300:17

**composition** [1] 4:10

**computer** [4] 43:4 71:24 122:8,10

**concealment** [1] 199:15

**conceded** [1] 220:1

**conceived** [1] 232:22

**concentrate** [4] 91:6,13 157:14 176:23

**concentrating** [1] 176:25

**concern** [19] 94:13 97:2 112:18 132:24 136:15 153:18 208:3 213:13 225:23 235:13,25 236:5 267:24 268:17 269:20 305:18 306:23 319:7 321:9

**concerned** [11] 89:18 91:8,14 96:11 121:15 142:4 180:15 210:16 212:14 221:22 272:25

**concerning** [2] 130:20 208:2

**concerns** [8] 6:1 190:4 222:25 269:14 270:1 284:13 304:23 305:7

**concession** [1] 218:13

**conclusion** [2] 7:2 88:25

**conclusions** [4] 4:23 318:21

**condensed** [1] 310:22

Multi-Page™                                                                    condescending – court

**condescending** [1] 275:13

**Condrith** [1] 43:17

**conduct** [5] 11:2 13:10 17:21 312:8 313:22

**Conductor** [1] 28:15

**confer** [1] 8:20 9:1

**conference** [4] 61:12 62:1 122:5 225:19

**conferencing** [1] 29:13

**conferred** [3] 9:2 10:12 103:14

**conferring** [1] 61:15

**confession** [1] 17:6,7

**confidence** [1] 274:4,6

**confidential** [1] 299:2

**confidentiality** [1] 274:7

**conflict** [2] 93:19 131:22

**conflicted** [1] 79:25

**conflicting** [1] 170:7

**conflicts** [1] 289:23

**confuse** [1] 211:21

**confusing** [1] 84:25

**Congratulations** [1] 170:14

**connected** [5] 127:18 170:1 201:13 210:15 268:1

**connection** [1] 226:2

**connections** [3] 267:9 268:9 276:9

**connotation** [1] 220:20

**Conover** [1] 47:19

**consequence** [1] 7:5

**consider** [18] 82:21 86:17 101:4,6 106:1 114:3 209:23 226:7 234:23 236:16 239:17 254:16 259:19 264:5,16 270:22 270:24 282:14

**consideration** [1] 106:8

**considerations** [1] 7:8

**considered** [1] 67:16

**considering** [1] 185:16

**conspiracy** [5] 48:14,23 49:7 198:19 238:16

**conspired** [2] 48:6,19

**constituted** [1] 17:18

**Constitution** [5] 140:13 140:14,16,17,18

**constitutional** [1] 184:21

**constitutionally** [1] 221:16

**construction** [2] 27:12 308:9

**contact** [6] 104:11 257:24 261:6 270:18 322:1 323:4

**container** [3] 74:22 280:9 296:21

**contempt** [1] 141:10

**contend** [1] 301:14

**contended** [1] 223:22

**contention** [1] 17:9

**Contents** [1] 2:6

**continuance** [1] 8:9

**continue** [1] 223:18

**continued** [1] 224:20

**CONTINUING** [1] 145:9

**contracts** [1] 160:16

**control** [1] 43:4

**controlled** [1] 48:8,10 49:3

**conversation** [3] 18:15 18:20 196:10

**conversations** [4] 195:11,21 197:8,16

**convicted** [16] 6:13 16:17 20:11 190:1 202:20 303:15 304:13,17 305:1 305:10 318:25 319:13,15 319:17,18 320:2

**conviction** [17] 7:6 10:21 190:5 222:18 304:19 310:9,11 312:4,5 312:8,18,19 313:9,16,21 318:6 319:13

**convinced** [4] 85:15 222:13,13 231:14

**Conway** [1] 51:14

**Coodey** [16] 28:5,6,7 51:23 54:10,12 75:22 278:17 279:5,15,16 281:19,20,23 282:1 285:25

**Coody** [2] 10:6 11:3

**Cook** [10] 44:19,20,21 50:17 69:8 276:25 277:2 277:3,6 278:7

**Cooper** [2] 36:10,11

**cooperating** [1] 269:13

**coordinator** [1] 39:22 75:4 266:6

**cop** [1] 294:10

**copy** [1] 18:25

**Corporal** [1] 51:8

**corporate** [1] 299:10

**Corporation** [3] 30:24 34:3 40:15

**correct** [19] 4:24 18:11 23:8 68:16 85:13 110:16 113:14 123:22 133:8 138:5 147:3 197:14 209:3 301:9,10 302:15 303:4 310:25 325:2

**Corrections** [1] 77:8

**correctly** [4] 8:9 60:12 123:21 150:11

**corrects** [1] 11:19

**corrupt** [1] 154:11

**Costery** [1] 60:24

**Cottonwood** [1] 37:25

**counsel** [54] 2:16 7:21 13:16 14:1,2,10,11,19

15:4 16:1,7,20 17:5 24:3 45:11 47:5 55:24 60:6 61:6,12 62:1 68:7,8,19 81:7 103:15,24 104:15,20 109:13 110:4,6 151:1 153:25 156:5 158:20 189:3 194:17 215:20,23 225:20,21 236:20 237:19 247:9 250:10 257:16 262:9 300:15 316:25 323:15,24 324:15 325:8

**counsel's** [5] 2:13,17 14:13 45:6 50:19

**counselor** [1] 274:6

**Counsels'** [1] 2:11

**count** [6] 48:3,16,17,22 49:6 67:12

**counter** [1] 80:22

**counties** [2] 52:14 266:8

**counting** [1] 311:15

**country** [4] 13:4 42:19 88:12 321:12

**county** [44] 28:2,3 30:5 34:4 39:18 42:2,24 43:3 43:22 51:7 54:13 55:1 63:14 71:12,16 73:6,24 74:15,20 75:3,5 76:4 77:4 77:6,11,16,18,22 92:24 110:2,17,18,22 111:6 221:4 266:13,16 267:21 268:18,21 269:13 271:22 271:22,24

**couple** [27] 11:15 12:16 13:17 87:5 93:20 104:16 105:6,23 127:3 128:22 130:3,4,15 142:21 147:9 147:19 172:15 174:14 176:7 177:2 208:8 239:1 250:22 253:22 271:16 272:2 282:2

**coupled** [1] 309:13

**couples** [1] 214:12

**course** [16] 6:7 15:22 56:10 94:11 113:1 124:3 162:22 199:12 211:9 212:23 239:18 265:14 267:9 292:7 294:9 322:19

**courses** [4] 94:10,13 162:23 163:11

**court** [1212] 1:1 2:9,15 3:10,12,19,4 4:5,22 5:1 6:9 7:10 8:1,8,17,23 9:9,12 9:15,21 10:4,10,12,16,19 10:24 11:10,12,16,18,21 11:23 12:2,13,14,24 13:7 13:12,20 14:2,4,6 15:13 15:23 16:3,6,9,10,19,22 17:2,12 18:6 19:2,6,6,12 19:18 20:2,10,16,19,23 21:1,7,10,12,17,20,24 22:3,6,11,15,18,20,23,25 23:3,9,16,18,21,24 24:2,7 24:10,15,22,25 25:3,13 25:15,17,19,23 26:5,25 27:19 40:17,25 45:5,23 46:5,7,11,15,18,20,23 47:2,5,11,20,23 49:8,22 50:18,21 51:2,20,24 52:1 52:4,7,10,12,15,18,21,24 53:16:13,20,25 54:2,8,14 58:17,20,23 159:1,4,16,19

53:2,14,18,20,22,25 54:8 54:11,17,19,22,25 55:4,7 55:10,16,19,22 56:12,17 56:19,24 57:2,6,8,11,14 57:17,19,22,25 58:3,11 58:15,20,22 59:1,3,8,12 59:14,16,20,24 60:2,5,16 60:19,22 61:3,10,13,17 61:22,24 62:2,5,8,13,16 62:18,20,23 63:8,16,21 64:1,5,8,12,15,17,19,20 65:10,20,24 66:2,7,12,17 66:21 67:2,5,8,13,15,18 67:20,25 68:2,5,14,17,23 68:24 69:21 70:1,5,7,10 70:15,17,21,24 71:3,10 71:17,20,25 72:3,5,13,19 73:2,15,18 74:3,17 77:24 78:3,14,19,22 79:3,17,21 80:1,3,15,21,24 81:6,11 82:2,11,14,17,23 83:2,7 83:11,14 84:22 85:1,11 85:14,14 86:13,20,21,24 87:15 88:3,7,10 89:9,13 89:13 90:9,21 91:6,19 91:24 92:14,22 94:24 95:8 95:12,23,25 98:1,17 99:5 99:7,11,12,15,20,24 100:6 100:7,16,22 102:2,7,10 102:17,19,24 103:7,13,19 103:22 104:20 105:4,11 105:14,16,19,22,25 106:2 106:9,11,20,23 107:2,5,8 107:18 108:2,7,13,20 109:1,8,11,24 110:4,12 110:15,18,20,24 111:5,15 113:3,15,22,25 114:2,10 114:16,23 115:1,6,8,10 115:11,11,17,22 116:6,18 116:24 117:2,5 118:9,13 118:19 119:6,9,15,17,20 119:24 120:23 121:9,18 122:1,5,9,13 123:2,7,10 123:14 124:5,11,15,17,21 124:25 125:3,7,10,18,19 126:15,18,20,23 127:1,4 127:7,11,15,20,22,24 128:7,10,12,14,17,21,23 129:13,20,24 130:18,24 131:2,9,14,24 132:2,10 132:16 133:3,11,14,16,22 133:24 134:1,4,7,13,16 134:20,24 135:10,16,20 135:25 137:10,13,15,22 137:25 138:3,7,9,19,24 139:3,12,17,19 140:7,12 140:9,23 141:1,5,10,14 141:17,24 142:1,3,7,10 142:13,17,22 143:1,8 144:13,16,19,20 145:4,12 145:16,21,25 146:3,9,13 146:15,18,25 147:2,6,12 147:17 148:7,15,23 149:8 149:16,23 150:1,4,12,21 150:23 151:1,3,7,10,14 151:19,24 152:2,5,9,12 152:16,20,22 153:3 154:2 154:4,9,13,15,17,24 155:2 155:5,8,11,14,23 156:5,7 156:10,13,16,19 157:3,7 157:11,13,20,23 158:1,4 158:17,20 159:1,4,16,19

159:22 160:1,3,6,10,15 160:22,24 161:1,3,6,8,11 161:16,20,25 162:4,12,14 162:17,20 163:2,5,13,16 163:19,25 164:1,3,6,9,12 164:15,21,24 165:2,6,9 165:13,16,19,21,23 166:1 166:5,8,13,15 167:13,16 167:19,24 168:1,4,7,12 168:14,17,22 169:1,4,8 170:16,19,21,24 171:3,5 171:12,14,17,19,22,25 172:3,8,10,12,18,21,24 172:12,16,18,21 173:6,10 174:5,9,13,21,24 175:4,9 175:11,14,20,22,24 176:2 176:5,23 177:15,17,23 178:1,4,8,11,14,17,20,23 179:2,20,22 180:5,17 181:2,8,12,24 182:2,7,10 182:16,22 183:5,10,12,19 183:21,23 184:3,5,8,12 184:13,15,17 185:1,21,25 186:3,6,10,17,19,25 187:3 187:5,12,16,18,21 188:4 188:19 189:3,5,19 190:9 191:7,19,23 192:9,12,15 193:7,11,23,25 194:3,8 194:11,16,20,22,25 195:6 195:10,15 196:22 197:1,5 197:25 198:2,5,9,11,23 199:8,23 200:3,9,15,19 200:22,25 201:1,4,6,14 201:17,20,25 202:2,4,12 202:15,18,22,25 203:4,7 203:13,17,22 205:2,5 206:5,10,13,25 207:7,11 207:12,16 208:20 209:3 209:19 210:7,11,14,18,23 211:3,10,11,14,24 212:3 212:6 214:10,11,15 215:6 215:8,11,13,16,20,23 216:9,12,16,19,22 217:4 217:9,16 218:4,24 219:5 220:8 221:20 222:12,19 224:4,13 225:1,4,7,10,15 225:20,21 226:19 227:1,3 227:7,13,19,24 228:6,10 228:14,16,19,23 229:1,4 229:7,9,13 230:7,10,13 230:18,21,24 231:4,9,13 231:17,20,22 232:2,9,14 232:15,21 233:1,1 234:1 234:4,10,14,18 235:3,5,6 235:8,9,11 236:1,12,20 236:23 237:7,12,15,19 238:8,21 239:5 240:6,8 240:10,14,18 241:4,6,9 241:15,17,20,24 242:1,3 243:11,14,16,19,24 244:1 244:4,8,13,16,18,20,22,24 245:2,7,9,11,19,21,24 246:3,6,10,13,16,20,23,25 247:3,7,9 249:10,13,17 249:20,23 250:3,6,8,10 251:12 254:15 255:23 256:1,5,8,11,16,19,25 257:3,6,11,16 258:8 259:9 260:3,13,17,25 261:10,13 261:14,18,20,22 262:1,6 262:9,12,15,20,22 263:3 263:7,10,22 264:1,4,7,10 264:15 267:17,25 268:8

268:13 269:2,6,9 270:6
270:22,23 271:3,6,9,16
271:19,25 272:5,10,19
273:1,8,12,22 274:8,10
275:2,5,9,15,22 276:2,4,6
276:22 277:2,5,7,10,18
277:21,22,24 278:2,4,6,9
278:16,20,22,24 279:3,8
279:11,15,21 280:1,4,8
280:11,14,19,25 281:8,14
281:17,19,22,24 283:17
284:4,8,16,19,23 285:4,7
285:22,24 286:2,5,7
287:14 288:22,25 289:3,5
289:7 290:18,22 291:2
292:2,23 293:1,8,12,16
293:19 295:19 296:4,7,10
296:12 297:2,4,8,11,14
299:21,23 300:1,18,21
301:5,7,11,14,18,21,25
302:1,5,7,10,13,16,23
303:2,9,9 304:12,18,23
305:4,21 306:3,10,16
307:1,10,24 308:3,19,23
309:3,11,15,21 310:5,8
310:11,14,17 311:3,6,24
312:5,9,12,16,23 313:2,5
313:9,15,21,24 314:13,20
315:4,10,15,20,23 316:1
316:6,8,11,15,19,22 317:4
317:14,18,23 318:1,11,17
319:6,9,10 320:14,16,23
321:5,18 322:11,23
323:18,22 324:8,18,20,25
325:14

**Court's** [26] 11:19 15:16
65:21 81:3 100:1,9,13,21
100:23,25 101:21 102:4,8
102:11 104:24 106:4,7,18
109:5 154:3 185:4,14
186:1 191:19 192:23
193:1

**courthouse** [10] 4:2
111:7 121:25 208:6
266:16,18 270:16 271:24
323:3,7

**courtroom** [89] 7:11 9:4
19:19 20:1 23:6 24:5
25:12,24 45:3 83:17 84:13
84:18 103:16 104:18
108:24 109:9,15 115:3,5
122:7,11 123:3,9 124:16
125:4 133:10 137:14
141:13 143:5 146:20
154:20 156:12 159:21,23
162:2,5 163:23 164:2
167:22,25 170:20,23
172:4 175:5 177:20
179:25 181:10 182:20
184:18 186:13,22 187:8
190:25 191:5 193:8
200:11 202:7 215:2
216:13 219:5 225:3 228:3
228:5,11 233:5 237:1
238:25 241:1 243:20
245:3 246:7 249:14
255:12,15 256:2,14
262:25 265:11 276:25
291:9 292:10,13,17
320:19 321:1,17 324:7,11
324:11

**courts** [2] 153:24 189:9

**cousin** [8] 73:9 74:10
75:6 76:3 77:15,21 298:13
298:14

**cousin-in-law** [1] 77:13

**cover** [5] 72:6 88:16
127:18 129:1 132:8

**coverage** [5] 130:2,2
249:1 257:8 322:4

**crack** [1] 136:10

**Craig** [2] 35:20,21

**Crawford** [2] 38:6,24

**create** [1] 5:24

**created** [2] 209:9,15
223:16

**creates** [1] 305:16

**creating** [1] 7:4

**credibility** [10] 148:17
148:21 149:19 252:6
273:16 283:2,3 284:2,7
291:16

**credible** [2] 255:8 285:13

**credit** [3] 94:13 108:15
108:16

**crime** [11] 20:12 66:15
210:9 211:1,2,4,6 233:20
303:20 305:1,10

**crimes** [1] 66:24

**criminal** [15] 1:6 4:6 9:7
9:20 18:9 19:8 63:10,20
64:14 83:21 187:25 188:5
188:12 303:16 318:6

**cross** [3] 103:4 211:22
260:5

**cross-examined** [1]
211:16

**Cross/Blue** [1] 41:22

**CRR** [1] 325:13

**Crystal** [1] 36:23

**Cumulatively** [1]
132:16

**current** [7] 4:24 8:11
147:24 250:14 258:14
304:4 307:14

**Curry** [1] 30:9

**Curtis** [2] 32:5 53:5 54:2

**cuts** [1] 276:22

**Cynthia** [5] 37:2,3 43:20
43:21 74:13

—D—

**D** [18] 31:7 36:8 51:8,9,16
54:2 71:4 74:11 76:21
188:13 204:18 268:11
270:12 273:18 286:19
310:13 312:18 313:10

**Dad** [1] 287:24

**Dadeville** [1] 43:2

**Dale** [1] 43:22

**Daleville** [2] 30:21,24

**Dallas** [1] 51:10

**Danetta** [1] 39:20

**danger** [6] 204:12 212:18
214:13 220:25 221:11,18

**dangerous** [2] 206:19,24

**Dannette** [2] 38:1,2

**Danny** [1] 39:18

**Danyetta** [5] 39:21 50:12
53:17 58:21 62:15 70:12
249:14,19

**Daphne** [2] 286:19,22

**Darlene** [1] 36:23

**Darnell** [2] 28:23 .

**date** [1] 171:11

**Dated** [1] 325:11

**dates** [1] 157:9

**daughter** [9] 75:1 188:14
266:1 267:14 268:10,14
270:3,20 274:1

**daughter-in-law** [1]
97:22

**David** [16] 37:4,23,24
45:21 51:14 64:6 71:8,14
74:13 221:1 265:19,20,21
267:12 269:11 272:3

**Davis** [28] 18:16 33:8,9
36:18,19,20 58:19 62:6,6
64:3 70:4 92:23 93:5
94:14,25 151:5,9,10 153:1
153:6,7,8 154:18 164:2,3
164:7,11 167:17

**Davolt** [3] 28:9,10 49:24

**Dawson** [1] 69:20

**days** [14] 91:4,5,11,12
93:20 95:21 97:11 138:9
157:4 172:16 174:4
189:17 208:9 277:15

**deal** [2] 120:12 197:9

**dealing** [1] 316:15

**dealings** [6] 265:15,18
265:20,22 267:10 279:17

**dealt** [2] 224:1 310:3

**Deatsville** [1] 36:9

**Debardelaben** [1] 61:1

**deceased** [2] 27:6 297:22

**decide** [5] 17:19 82:15
85:17 114:1,5 115:13
118:16 128:1 135:17
140:10 143:4 147:14
152:13 166:12 169:5
170:8 174:10 177:10
178:25 185:15,17 188:23
189:20,22 194:13 195:12
201:23 203:1,19,24 205:4
206:7 213:21 215:17
217:18,23 219:1,6 222:3
224:2 226:14 229:5
231:18 234:13 237:2
239:11 241:16,20 244:17
245:23 247:1 250:5
257:14 261:17 275:16
277:21 292:11 322:9

**decided** [2] 10:12 219:4

**decides** [2] 85:12 98:13

**deciding** [1] 183:25

**decision** [21] 89:4 114:5
114:21 115:19 219:14
234:23 235:4,18 261:12
262:7 264:6,6 272:21
284:1,25 285:2,5,6,14

291:18 292:15

**decisions** [1] 149:12

**decisively** [1] 7:9

**declared** [2] 307:4
319:22

**Deco** [1] 29:19

**deemed** [1] 218:21

**defective** [1] 5:13

**defend** [3] 101:12 185:8
224:13

**defendant** [25] 3:6 10:1
24:16 48:5 59:7 78:3 85:3
85:20 98:13,24 101:2,5
102:25 103:2,10 105:10
183:3,16,24 217:8,21
218:2 219:3 230:9 238:18

**defendant's** [2] 98:9
106:18

**defendants** [24] 10:17
19:12 47:24 48:4 55:23
56:6 60:6 64:21 66:18
112:12 115:18 135:22
207:1,9 210:18 248:11
287:18 300:21,23 301:7
307:25 314:14 323:21,23

**defendants'** [1] 13:10

**defended** [1] 224:20

**defense** [49] 2:17 7:21
15:19 16:15 18:7,23 47:5
56:21,22 59:21 60:15
63:10 68:19,25 81:7 83:19
83:21 86:19 96:10 97:4
102:18 103:15 189:3
190:21,23 191:2 192:21
193:4,6,15 202:2 211:16
211:25 212:15 213:24
215:23 219:25 237:12
242:3 244:22 247:9
250:10 252:7,18 278:4
279:25 284:12 287:18
288:4

**DEFENSE'S** [1] 68:20

**deferral** [1] 181:16

**definitely** [1] 169:7
224:20 269:6 276:22
300:18

**Degrasse** [14] 26:21,22
309:25,25 310:1,6 312:17
313:3,6 316:25 319:12
320:6,7,20

**degree** [1] 15:7

**Dejohn** [16] 13:22 45:21
51:15 120:13 127:17,20
129:10 132:6,7 209:13
212:19 221:1 265:22
267:15,18 271:13

**DeJohn's** [1] 129:1
212:22

**delay** [2] 6:20 8:18

**deliberate** [4] 90:14
218:19 233:3 234:11

**deliberated** [1] 252:17

**deliberately** [1] 138:11

**deliberating** [1] 192:3

**deliberations** [7] 86:17
101:4 103:11 113:17

229:11 252:22 277:25

**deliver** [1] 26:18

**deliveries** [2] 90:25 91:8

**demeanor** [2] 96:25
254:17

**Denesa** [3] 29:2,3 177:25

**denied** [1] 10:7

**Denise** [3] 30:16 38:17
50:2 76:1

**dental** [3] 26:2,2 124:18

**dentist** [2] 87:20 124:19

**Denton** [1] 51:17

**deny** [5] 6:11,11 8:10,11
223:21

**department** [52] 32:22
37:1,11 38:8 45:22 51:9
51:11,12,13,14,15,18 53:6
54:5,14 55:2,12,14 63:15
71:12,15 72:25 73:10,12
73:14,24 74:22,25 75:12
75:16,20,23 76:16 77:1,7
77:16,18,20,22,23 254:7
267:23 268:19 271:21
274:21 275:6 276:13
280:10 290:7 294:5
296:17 298:6

**deposit** [2] 35:21 199:13
200:1

**deposited** [2] 199:2,3

**depressing** [1] 201:12

**depth** [1] 12:8

**deputy** [71] 19:19 20:1
23:6 24:5 25:12,24 45:3
74:15 75:4 77:4,6,11
108:24 109:9,15 115:3
122:7,11 123:3,9 124:16
125:4 133:10 137:14
141:13 146:20 154:20
156:12 159:21,23 162:2,5
163:23 164:2 167:22,25
170:20,23 172:4 175:5
177:20 179:25 181:10
182:20 186:13,22 187:8
193:8 200:11 202:7 215:2
216:13 225:3 228:3,11
241:1 243:20 245:3 246:7
249:14 256:2,14 262:25
266:13 268:18 269:4
270:15 276:25 320:19
321:1 324:7

**describe** [2] 58:3 119:3

**description** [3] 2:3 3:3
317:3

**designer** [2] 35:10 42:14

**despite** [3] 98:17 100:13
131:20

**detail** [3] 15:10 216:1
242:5

**detailed** [1] 310:21

**details** [9] 143:18 169:3
170:3 241:13 245:17
247:5 250:17,19 300:13

**detective** [6] 75:12 76:20
77:13 132:6,7 294:5,12
297:22

**determinative** [2] 17:6
17:14

**determine** [1] 157:17
**determined** [1] 223:16
**determines** [1] 24:18
**determining** [1] 273:15
**developed** [1] 271:12
**development** [5] 31:12
32:17 36:24 92:19 160:9
**diagnostic** [1] 39:4
**Diane** [1] 29:10,11 44:20
**diaper** [1] 156:2
**different** [18] 14:15
86:22 96:6 100:20,23
108:8 112:19 121:5
160:19 191:8,8,9 208:16
219:19 307:9 313:12,18
318:4
**difficult** [4] 92:20
191:10 275:12 283:5
**difficulty** [2] 100:24
174:18
**digest** [1] 12:10
**digging** [1] 18:19
**dilemma** [1] 124:2
**dinner** [1] 295:5
**dire** [22] 2:12,14,16,19,20
2:22,24 3:5,8 45:8 64:18
68:6,13 72:1 81:8 110:8
110:10 122:25 145:9
183:13 193:18 219:8
**direct** [1] 15:5
**directed** [4] 132:5 237:6
237:7,8
**directly** [1] 136:9
**director** [2] 40:2 43:9
**disability** [1] 43:2
**disabled** [1] 155:3
**disagree** [9] 81:1,3,18
82:24 83:4,8,8 86:1
105:19 120:24
**disbelieve** [1] 283:14
**disbelieving** [1] 283:5
**discovery** [8] 11:17,21
11:23,24 12:8,10,12
271:11
**discriminating** [1]
311:18
**discuss** [10] 104:9,12
131:7 196:6 220:6,9,10
222:5 321:25 324:4
**discussed** [1] 195:4
**discussing** [2] 7:17
220:3
**discussion** [6] 123:6
141:20 196:13,18 300:15
301:2
**disfavor** [2] 222:22,23
**dislike** [1] 275:19
**dismiss** [3] 4:12 6:12
158:9
**disorderly** [2] 312:8
313:22
**dispatcher** [2] 42:7
205:9
**disposed** [1] 7:9

**disqualification** [5]
121:15 122:15 132:17,18
181:18
**disqualified** [2] 214:17
214:19
**disqualify** [4] 124:13
125:1 162:1 182:11
**Dist** [1] 325:14
**distracting** [1] 180:15
**distribute** [3] 48:7,8
198:20
**distributing** [1] 136:14
**distribution** [1] 49:2
136:25
**district** [22] 1:1,2 7:20
16:12,14 21:21 52:13 55:2
56:20 59:23 67:3 71:13
74:19 75:2 76:17 77:14
266:1 279:24 286:12,13
286:14 287:1
**diversion** [1] 298:2
**division** [1] 9:8,20
41:17 75:15,17 76:20
276:12 294:6 298:4,4,5
**divorce** [1] 57:9
**divorced** [3] 26:23 27:3
43:1
**divorcee** [1] 34:7 35:17
**Dixie** [1] 43:17
**Dixon** [2] 34:13 69:13
**doctor** [3] 87:17 123:17
123:18
**doctor's** [1] 88:17
**document** [2] 4:14
188:11
**documents** [4] 86:16
291:15,18 306:20
**doesn't** [16] 95:3 121:7
169:17 171:14 177:11
190:2 214:16 237:23
247:22 268:15 299:12
303:25 305:8,12 307:15
311:16
**dollars** [4] 87:19 124:20
123:3 199:21
**Domer** [2] 36:1,2
**domestic** [3] 52:19 272:8
272:9
**Domonique** [1] 39:4
**Don** [4] 44:20 50:17 64:3
277:6
**Donald** [13] 26:17 33:8,9
33:16,17 58:19 70:4 92:23
95:1 151:9 153:6,7 167:22
**done** [5] 10:25 63:17
204:13 220:24 221:23
**Donnie** [3] 30:20 41:14
41:15
**door** [2] 276:11 324:11
**Dora** [1] 62:11
**Dorothy** [1] 27:11
**Dothan** [8] 26:17 32:6
34:8 36:3 37:20 38:14
39:14 42:20 43:14,22 44:6
63:20 75:12,16 76:24

297:23,23 298:3,6,9
**doubt** [12] 120:18 214:23
222:6 234:15,17,18,19
260:10,11,11 261:23
292:14
**doubts** [1] 231:22
**Douglas** [1] 41:20
**down** [26] 13:21 71:24
82:10 88:9 89:8,8 96:14
97:24 123:7,12 125:3
155:21 186:20 198:14
205:9 214:2 220:17
224:18 227:20 297:19,23
307:6 311:11 312:16
314:16 320:24
**downstairs** [2] 324:6,8
**Doyle** [1] 47:18
**Dozier** [2] 27:23 41:12
**Dr** [1] 38:24
**dramatically** [1] 132:21
**Draper** [1] 77:8
**drastic** [1] 7:1
**draw** [1] 5:7
**Drawing** [2] 2:8 19:5
**drawn** [1] 4:23
**drill** [1] 18:5
**drink** [1] 269:22
**drive-by** [1] 189:12
**driver** [2] 29:13 35:6
41:23 42:6
**drug** [27] 51:16 53:8,9,10
64:22 111:18 116:24
120:3 129:2 132:15
135:11 142:23,24 143:13
143:17 199:4 200:1
219:21 221:2 238:16
246:22 257:9 267:14,19
292:1 296:19,23
**drugs** [4] 65:7,7 66:10
66:10 116:25 135:7 136:6
136:14 137:7 147:23
199:16 202:20 242:15
247:16
**Drummond** [1] 51:17
**Dubois** [1] 47:18
**Duck** [5] 30:10,11,12
73:11 321:3
**due** [6] 198:14 222:7
288:17,19 304:8 323:1
**duly** [1] 19:25
**Dunbarton** [1] 38:13
**during** [25] 13:5 16:7
56:10 80:25 82:16 86:17
94:7 101:4 115:15 152:16
152:17 164:25 166:9
173:16 194:14 203:20
212:23 214:2 225:12,25
229:9 235:20 236:2
241:21 259:12
**duties** [1] 84:23
**duty** [5] 88:5,12 97:13
133:6 321:10

**-E-**

**e** [17] 2:1,1 3:1,1 31:11

34:19,20 38:14 40:5 50:9
51:9,16 54:2 179:19 244:3
257:2 309:8
**ear** [1] 144:10
**Earl** [7] 20:25 25:12,14
40:4,5,6 302:5
**early** [2] 138:15 249:9
**easily** [1] 104:6
**East** [2] 28:25 40:2
**economy** [1] 7:7
**Ed** [1] 297:21
**Edith** [1] 44:5
**education** [5] 30:5 31:4
33:10 43:23 151:13
**Educational** [2] 28:11
67:19
**educators** [1] 42:2
**Edward** [7] 33:5,8,9
36:21,22 50:5 75:11 80:8
92:17 106:1 147:1
**Edwin** [1] 42:12
**effect** [2] 15:7,9 188:22
**effort** [2] 232:10 292:18
292:21
**efforts** [3] 185:24 214:6
214:7
**eight** [9] 11:25 40:14
63:13 87:19 124:19
166:18 253:5 295:13
313:7
**eight-fifteen** [1] 323:25
**eight-thirty** [6] 323:11
324:2,5,9,10,19
**eighteen** [8] 12:1 20:17
64:11 188:16 301:17,19
301:20 316:13
**either** [24] 25:8 59:8 60:2
65:12 66:13,18 77:3
135:21 141:11 157:1
185:8 207:1 211:25 226:8
249:6 257:24 258:2 261:6
270:20 273:17 283:6
284:6 291:12 314:20
**El** [1] 51:11
**elaborate** [2] 73:19 188:1
**Elba** [2] 36:12,12
**elect** [1] 184:20
**Electric** [1] 43:24
**elects** [1] 101:5
**elementary** [2] 29:1
173:9
**eleven** [2] 139:22 310:1
316:24
**Eleventh** [4] 14:21,24
16:13,17
**Elisha** [1] 31:1
**Ellen** [2] 27:1,2
**Ellis** [1] 34:15
**Elmore** [9] 34:4 42:24
43:9 52:14 63:14 75:3,5
77:6 110:2,17,18,21 111:6
266:13,16 268:18,21
269:13 271:23
**embarrass** [2] 288:9,9

**emotional** [1] 180:13
**emphasize** [2] 88:10
314:21
**employed** [19] 27:4
30:8 34:16,17 39:17 40:7
41:8 44:7 69:25 72:11
74:21 77:2,22,23 266:1
304:4 305:24 307:14
308:11
**employee** [2] 33:22
199:5
**employees** [1] 90:24
**employment** [9] 94:8
162:22 306:4 317:3
**end** [10] 13:10 95:16 96:8
99:14 102:13 139:2,4
171:9,12 212:21 238:1
309:4
**endanger** [1] 217:13
**endangered** [1] 260:20
**endangering** [1] 260:5
**ended** [1] 116:5
**ends** [1] 181:15
**enforcement** [47] 53:8
53:10,11 63:1,5,18 64:10
72:10,12 73:21 74:2 79:8
79:10,12,23 80:5,7 105:24
146:22 148:18,20,23
149:16 150:9 204:25
205:14,21 212:12,17
213:8,13,17 214:13
220:25 267:9 276:17
280:3 289:11,16,23,25
290:3,21 297:18 299:14
299:16 305:3
**engage** [1] 48:24
**engaged** [3] 13:3 49:5
315:5
**engineer** [2] 39:13 44:3
**engineering** [1] 32:21
**English** [1] 20:8
**enjoy** [1] 94:19
**enlightening** [1] 119:11
**enrolled** [1] 94:10
**ensued** [1] 104:19
**ensure** [1] 323:4
**enter** [1] 229:11
**entered** [3] 121:17
227:23 230:9
**Enterprise** [3] 39:6 42:3
286:18
**enterprises** [1] 199:19
**entertained** [1] 15:5
**entire** [5] 5:11 311:12,15
**entitled** [8] 5:2,8 79:11
79:13 113:3 181:16
221:16 281:9
**enumerable** [1] 239:20
**Environmental** [1] 38:8
**episodes** [1] 157:18
**equipment** [1] 269:23
**erase** [1] 235:1
**Eric** [1] 55:11
**err** [2] 73:22 289:24

Multi-Page™

**erroneously** [1] 238:12

**error** [6] 14:11 17:5 214:1
223:15,15,16

**errors** [1] 14:14

**escorted** [91] 104:18
114:24 115:4 119:18
125:23 130:25 133:21
137:11,21 140:24 141:22
144:17 145:11 146:16,23
150:24 151:5 154:18,22
156:8,14 159:2,24 161:23
162:10 163:14 164:7
167:17 168:2 170:17
171:1 172:1,6 174:22
175:7 177:18,21 179:23
183:18 185:22 187:1
192:13 193:21 198:3
201:2 202:5,10 208:23
210:12 212:4 215:4
216:10,14 218:5 228:12
230:8,16 237:17 241:2
243:17,22 244:25 245:5
246:4,8 249:11,15 255:24
256:3,17,23 262:13 263:1
267:4 271:14 275:25
277:3 278:7 281:20
285:25 286:3 288:23
289:1 293:9,14 296:5,8
297:6,9 299:24 321:17

**Esq** [4] 1:21,22,22,23,23
1:24,24,25

**essentially** [2] 15:2
222:8

**establish** [2] 156:22
295:16

**established** [1] 15:3

**establishes** [1] 185:1

**estate** [2] 32:11 64:16
299:10

**Ethereen** [2] 61:19 71:5

**Eufaula** [4] 26:8 31:13
34:21 41:16

**Eva** [4] 29:15,16 256:7
256:17 312:6 321:2

**evaluate** [1] 149:8
184:25 291:16

**Evans** [26] 37:18,19
39:20,21 50:12 53:17
58:21 62:15 70:12 93:17
156:12,13,14,16,18
158:22 159:2,20,21
249:14,15,17,19 250:11
253:25 255:24

**Eve** [1] 256:2

**Evelyn** [1] 69:18

**evening** [1] 18:7 139:15
249:7,8,9 269:24 322:18

**event** [1] 7:6

**events** [2] 58:7 147:25

**eventually** [1] 240:23

**Evergreen** [1] 36:12

**everybody** [10] 93:8
98:8,9,10,20 112:3 113:23
137:8 209:10 287:24

**evidence** [133] 5:11 6:18
8:13 17:13,15,16,23 18:24
48:9 78:6,18,23 82:16

85:16,19,21 86:14,16
112:14,16 113:8,12,18,24
114:2,6,14,17,17 115:14
118:17 128:1 129:14
131:22 135:18 140:8,11
143:15 147:14 149:19,20
152:14,20 166:9,13 169:6
170:8 174:11 176:25
177:8,10 178:25 184:25
188:24 194:13 195:8,13
197:21 198:25 201:23
203:2,19,25 205:5 206:5
207:7 208:2 209:5,18,22
210:15 214:8 215:18
217:19 218:18,19 219:4,7
219:20,24 220:11 222:4
222:11,12 226:7,9,15
229:6 230:4 231:7,19
233:2 234:5,14,14,24
235:4,9 236:9,13,24,25
236:25 237:3 241:17,21
241:23 244:18 245:23
247:2 248:11 250:6 255:1
257:13,14 261:13,14,18
264:7 277:22 283:24
284:7 285:13,15,16
291:13,19 292:9,16
310:18 311:3,4 322:10

**evidentiary** [1] 6:17

**evolved** [1] 267:21

**ex** [1] 227:15

**ex-husband** [1] 73:7

**exact** [2] 171:10 197:2
259:14

**exactly** [4] 101:13
140:15 171:16 220:22

**examined** [2] 188:10
306:19

**except** [2] 162:21 264:13
295:7

**exculpatory** [2] 18:13
18:23

**excuse** [9] 48:20 76:8
94:11 105:19 159:19
163:10 174:24 175:4
229:20

**excused** [16] 6:3,6 105:4
107:5 108:22 115:1
146:18 156:10 159:9
183:1,6 186:6 193:7
200:17 321:15 324:14

**exhibits** [1] 237:4

**exists** [1] 264:21

**exited** [1] 122:22

**expect** [2] 78:4 323:9

**expected** [1] 96:17

**experience** [5] 5:16
62:25 64:24,24 72:10
112:19,23 113:4,7,21
115:12 119:4,7 120:7
135:17 136:15 153:19,22
191:4 211:20 213:8 304:7
315:9

**experiences** [2] 188:21
205:14

**explain** [4] 90:11 242:4
289:15 320:1

**explained** [2] 9:18 150:5

198:18

**exposed** [2] 136:7 221:11

**express** [1] 87:11

**expressed** [2] 96:8,13
213:13

**extent** [4] 177:7 205:21
205:22 213:18

**extraordinary** [1] 158:5

**extreme** [2] 105:17
265:18

**extrinsic** [1] 220:5

**EXXON** [1] 44:12

**eyes** [2] 138:22 240:4

**-F-**

**F** [12] 2:1 3:1 4:16 159:3
142:19 143:13 231:2,2
238:12 248:23 249:4
311:11

**F.2d** [1] 14:22

**F.3d** [2] 14:25 15:1

**face** [7] 219:16 232:7
233:17 239:7 265:24
272:17 305:16

**faced** [1] 314:2

**faces** [2] 117:14 253:16

**facie** [1] 303:9

**facing** [5] 90:6,7 138:6
138:23 139:1

**fact** [60] 6:22 14:16 78:5
78:23 79:11 83:4 101:3,4
103:10 105:18 112:23
113:16 114:3,19 115:13
115:17 118:13 121:2,6
125:17 131:20 133:1
135:12 139:14 143:23
154:1 160:21 161:7 170:4
180:14 208:8 212:20
214:15 220:18 223:15,21
223:22,23 235:13 238:14
239:7 247:18 255:7
260:21 264:13 266:16
270:14 273:2 290:21
293:1 295:1 304:8 307:13
315:19 318:11,15 319:22
319:21,22 323:2

**factor** [2] 114:4 272:21

**Factory** [1] 29:18

**facts** [22] 149:8 154:14
177:11 185:18 191:9
200:7 203:24 206:7 209:1
213:22 232:18,22 235:19
239:12 255:10 258:2
264:8 270:25 272:23
273:20 276:16 288:19

**failure** [1] 4:13

**Fain** [6] 20:25 25:12,14
25:16 63:23 302:5

**fair** [41] 8:4 46:11,23 52:4
52:24 53:22 54:19 55:7
56:24 57:11,19 59:16,24
62:21 65:2,6,11,15,21
66:4 70:1,7,17,21 71:18
83:23 84:2,15 91:13
100:16 107:11 177:9,9
189:22 208:1 210:2 214:3

214:18 219:3,16 239:25

**fairly** [3] 122:14 204:20
255:5

**fairness** [1] 308:6

**fall** [1] 257:1

**falsely** [1] 66:14

**familiar** [1] 11:5 98:10
216:6

**familiarity** [1] 270:2

**family** [29] 29:7 43:9
46:22 62:19,20 64:16 65:1
66:14 72:11 75:9 84:10
135:6 187:24 188:6 196:8
197:16 204:24 251:2,16
252:10,12,21 253:3
254:25 298:16 305:1
310:13 318:6 321:8

**fanning** [1] 235:23

**far** [15] 56:6 195:4 196:10
196:21 197:2,7 210:15
213:2 272:24 273:10
274:19,21 275:17 302:14
303:3

**Faris** [2] 30:17 65:18

**farm** [3] 30:8 304:6
305:17 319:2

**farmer** [2] 26:4 36:20
41:13 304:5

**farms** [1] 304:8

**Farrell** [2] 69:18 195:1

**fast** [2] 313:1,2

**father** [4] 77:6,10 282:19
287:7

**father-in-law** [1] 74:7

**Faulkner** [1] 31:3

**fault** [1] 145:19

**favor** [4] 85:2,19,20
289:24

**favorite** [5] 167:6 274:22
275:9,19 288:8

**favoritism** [1] 275:17

**Faye** [3] 61:1 67:21 75:6

**Feaga** [198] 1:22 9:3,5,14
9:17 18:2 19:11 45:13,15
46:19 47:13,23,25 48:21
50:24 51:5 53:4 54:1,15
55:11,20,21 61:14 62:3,6
62:11 71:1,4 79:7,15
80:10 84:21 85:4,6,10
86:2,7 99:7 8,13,18,22,23
101:19 103:3,21 106:3,25
107:23 108:18 111:2
112:25 116:17,22 117:21
119:5 120:24 121:21
125:14 132:1,24 140:21
143:11 153:23 159:17
161:9,12 167:14 168:16
169:9 171:24 176:6 177:2
177:14 179:21 180:25
184:11,13 185:12,20
186:1,5 193:6,14 198:1
198:12,25 199:10,24
200:8 202:1,8 206:2,11
208:19,25 213:11 215:21
216:8 217:25 218:25
220:12 222:15,20 224:10
224:16 225:12 227:9,18

214:10 219:3,16 239:25

229:16 232:13,15 233:8
234:25 235:3,24 236:8,11
236:18 237:11 238:22
239:6 247:8 250:9 253:22
254:3,13,23 255:7,16,22
257:17 258:5 260:1,15
261:21,25 262:1,21 264:22
270:7 271:8 276:18,20
278:3 279:1 280:20
281:12 283:15 284:14,17
285:10 291:3 292:5,22
295:14 297:3 299:22
300:6,13 302:4,6,9,12,15
303:5,12 304:16,20,25
305:6,23 306:6,12,17,19
306:21 307:5,13 308:14
308:21 309:6,13 311:22
312:14,20,25 313:4,6,11
313:17,23 314:1 315:3,16
318:2,13,19 323:16

**Feaga's** [1] 180:18

**federal** [15] 22:8,25 23:2
23:3,11,24 24:13,21 63:20
73:23 115:10,11 267:19
268:21 270:19

**fee** [1] 24:20

**feeling** [29] 81:24 84:12
87:11 98:19 100:3 133:4
136:17 149:6,9,14 150:3
150:8,15 185:6 206:17
208:10,13,15 233:22
234:2 258:3,6 259:23,24
260:7 293:4 295:24
299:13 314:12

**feelings** [21] 81:18 82:15
83:22,22 85:21 100:12,12
107:9 119:10 136:16
137:5 175:1 217:9,11
252:11 258:7 261:16
273:16 280:7 281:10
284:5

**feels** [6] 65:11 66:13 80:4
81:23 99:2 158:15

**Felecia** [1] 69:17

**fellow** [2] 184:24 233:3

**felony** [1] 20:12

**felt** [4] 63:2,4 287:21
304:10

**female** [1] 107:7 139:6

**Ferrell** [1] 69:24

**Ferris** [8] 31:15,16,17
76:3 78:21 105:3,4 108:25

**few** [8] 63:20 89:17
107:24 174:7 242:22,23
265:15,17

**field** [2] 149:17 298:1

**fifteen** [2] 6:15 7:17
103:22 303:19

**figure** [3] 97:21 139:5
307:6

**figured** [2] 91:3,10

**file** [3] 224:3 227:3,14

**filed** [3] 10:2 218:8
303:22

**filing** [1] 27:7

**fill** [5] 5:12 172:16 316:3
316:5 320:16

**filled** [2] 87:4 314:25
**Filling** [2] 3:12 320:13
**final** [1] 79:5 149:24
**finance** [1] 26:9
**finances** [1] 198:8
**financial** [2] 49:5 58:12
**financially** [1] 196:24
  196:25
**finding** [1] 185:1
**finds** [1] 303:9 319:10
**fine** [16] 21:6 28:24 67:13
  68:14 95:4 135:15 136:12
  137:24 147:6 150:19
  160:2 162:13 175:10
  243:25 245:8 296:11
**finish** [1] 138:16 186:22
**finished** [1] 236:19
**firm** [4] 63:9,19 286:22
  288:17
**firmly** [1] 132:2
**first** [67] 10:10 15:17
  17:17 21:10 25:4,13 32:17
  46:1,16 48:2,16 49:19
  51:21 56:14 59:10 63:18
  66:25 68:2,22 69:22 72:19
  77:21 88:5 104:1 106:1
  107:12 121:16 122:18
  123:8,17 168:19,24
  173:18,19 174:2,4 177:3
  178:19 186:13,23 188:4
  190:1 221:22,23 224:2
  239:1,3 245:11 246:18
  248:19 249:24,24 260:18
  271:11 277:11,13 289:17
  293:16 295:6 298:10
  302:18,24 310:19 315:13
  316:3 317:14,24
**Fisher** [2] 29:21 138:2
**five** [23] 9:5,21 57:10
  135:13 189:8 206:9
  224:25 225:11 245:4
  278:15 288:6 302:24
  304:4 305:24 306:3,21
  307:2,14,20 308:10
  311:12 316:4 317:2
**five-thirty** [1] 95:3
  167:23
**fixed** [1] 82:9
**flag** [1] 300:12
**flashes** [1] 240:16
**fleeting** [1] 215:15
**flight** [1] 44:8
**Florida** [5] 74:25 76:6
  76:21,22,23
**Flowers** [1] 42:20
**Floyd** [5] 32:4,5,6 76:5
  76:11,12
**flushes** [1] 239:7
**fly** [1] 219:15
**focused** [2] 97:6 213:7
  267:8
**folks** [1] 149:5
**follow** [5] 65:21 78:25
  80:13,23,24 81:2,12,20
  82:2 84:8 87:23 100:6,9

**filled** [3] 100:18,25 101:7,9,16,21
  102:4,8,10 103:6 104:24
  106:4 140:17 150:6 154:3
  184:17 185:3,3 192:23
  193:1 239:22 281:4
  296:15 297:17
**follow-up** [1] 129:22
  134:23 259:21
**following** [7] 4:1 25:4
  51:6 86:10 99:25 104:18
  157:10
**Folmar** [1] 53:6
**force** [10] 25:21 31:17
  32:11 51:16 76:14 150:17
  221:2 267:15,19 294:19
**foregoing** [1] 325:2
**Foreman** [5] 38:21,22,23
  77:5,5
**foreperson** [1] 112:5
**forester** [1] 39:19
**forget** [1] 40:24
**forklift** [1] 28:4
**form** [16] 36:4 128:10
  143:24 144:7 148:8 179:4
  197:18,18 203:4,13
  209:21 223:3 295:12
  305:16 306:8,14
**formed** [1] 128:9 130:7
  130:8 131:12,16 132:18
  144:13 150:2 205:24
  232:21 248:4
**former** [1] 213:17
**forms** [3] 87:4 310:22
  318:4
**Forsey** [1] 34:2
**Fort** [3] 32:21 35:21 40:18
  41:21 44:8 160:16 286:23
**Forte** [1] 53:5
**forth** [5] 16:4 24:17 84:11
  142:14 199:9
**forthright** [1] 78:12
  149:4
**forty** [1] 323:21,23
**forty-eight** [1] 108:12
**forty-one** [1] 312:7
**forty-seven** [1] 199:21
**forty-six** [1] 315:24
**forty-three** [2] 137:18
  316:18
**forward** [2] 9:17 110:6
**found** [6] 7:1 18:19
  224:21 231:6 238:13
  315:6
**four** [16] 4:14 23:11 24:9
  24:10 52:14 90:23 92:18
  112:10 150:16,16 206:9
  277:15 300:23 302:14
  303:25 307:2
**fourteen** [1] 19:22 305:9
**fourth** [2] 141:4 173:11
**Foy** [1] 39:3
**framed** [1] 79:16 80:11
  92:17 99:9
**Frances** [1] 39:12

**Francis** [1] 39:11
**Franklin** [3] 28:11 47:15
  266:19
**frankly** [2] 12:9 159:12
**Fred** [2] 29:21 71:5
**Freddie** [13] 4:6 10:1
  19:8,16 48:5 59:7 60:24
  130:21 207:18,25 208:3
  279:13 321:22
**free** [1] 90:10
**Freeman** [7] 30:25 31:1
  31:2 50:6 228:11,12,14
  228:16,18 230:8 235:12
  321:4
**frequency** [1] 29:23
**fresh** [1] 192:5
**Friday** [4] 11:17 13:13
  214:5 218:12
**friend** [13] 53:21 59:15
  62:19,20 64:25 66:14
  211:8 251:16,17 252:4
  254:10 259:19 282:15
**friends** [14] 46:10,22
  59:15 204:25 251:21
  306:8,14 307:4,7,11,16
  307:19 309:9 321:8
**front** [5] 11:12 18:6 86:8
  98:11 213:23
**fruit** [1] 9:10
**full** [21] 25:5,5 94:12
  95:21 137:25 154:25
  156:17 160:3 162:14,18
  168:5 175:11 202:12
  216:16 228:17 230:18
  241:6 244:1 286:5 293:17
  297:11
**full-time** [1] 35:13 74:19
  94:8
**fun** [1] 292:3
**funny** [1] 83:17
**furniture** [1] 43:3
**future** [1] 157:19

**-G-**

**G** [2] 32:20 38:14
**Gainesville** [1] 74:25
**Galloway** [1] 60:25
**gamble** [2] 91:4,11
**Gap** [1] 37:4
**Garrett** [13] 38:11,12,13
  76:19 91:20 93:10 97:20
  154:21,22,24,25 155:1
  156:8
**Gary** [5] 29:12 35:23 53:7
  267:22 268:5 271:12
**gather** [1] 6:18
**gathered** [2] 5:15 233:23
**Gauntt** [12] 42:1,25 50:2
  50:14 92:9 141:13,14
  142:2,3 143:12 144:17
  262:18,18
**geared** [1] 94:8
**Gene** [2] 28:17,18 49:25
  202:14

**general** [2] 2:8,10 19:5
  19:25 25:1 42:18 43:24
  85:3 104:17 217:11
  321:16
**generalities** [1] 298:24
**generally** [1] 15:4
  127:16
**generate** [1] 305:18
**Geneva** [3] 32:23 62:6
  77:4
**gentleman** [10] 46:2 64:1
  78:14 79:1 104:25 107:2
  117:19 118:11 120:25
  208:5
**gentlemen** [2] 23:12
  45:14 48:1 50:25 56:3
  73:20 291:10
**Gentry** [1] 26:7
**George** [5] 43:21 53:7
  267:22 268:6 271:12
**Georgia** [3] 31:7 41:22
**Georgia's** [1] 16:15
**German** [1] 53:7
**Gibson** [1] 69:20
**Gilmore** [1] 69:18
**Gimmel** [2] 70:4,5
**girl** [3] 88:16 95:16
  303:25
**given** [13] 78:2 83:7
  149:9 191:25 225:10
  238:20 262:23 263:23
  269:17 286:16 307:2
  309:19 319:11
**giving** [7] 81:1 84:24
  171:3 177:8 246:11
  305:10 309:18
**Glassroth** [4] 13:15,22
  14:8 224:14
**Glen** [2] 63:13 74:10
**Glenn** [2] 33:25 34:1
**Gloria** [1] 69:12
**goes** [11] 96:10 100:4,15
  120:17 124:3 126:24
  139:4 144:10 221:4
  266:25 267:1
**gofer** [1] 286:21
**gofers** [1] 286:22
**goings** [2] 232:8 269:22
**Gold** [1] 29:18
**Gomez** [1] 53:7
**gone** [4] 68:12 265:2
  270:12 300:5
**Gonzoles** [1] 53:8
**good** [48] 10:8 11:8,10
  19:18 24:2 45:14 52:24
  56:3 68:24 93:4 109:1
  117:5 118:19 128:24
  131:9 133:4 154:15
  158:10 166:7 169:13
  170:24 172:9 173:21
  191:14 197:24 210:23
  211:13,14 223:11 239:25
  241:5 252:4 263:4,13
  264:24 274:12 277:2
  284:6 287:25 288:11

**general** [2] 298:23 300:25 305:19
  308:23 309:15 314:9
  315:7
**Goodrich** [2] 33:1,14
**Goodson** [8] 35:2,3,4
  50:10 245:3,5,10 246:4
**gosh** [2] 192:4 272:14
**gospel** [1] 44:16
**government** [63] 2:13
  6:19 7:3 8:4 12:19 19:10
  50:19,22,25 61:7 68:9
  69:2 84:14 85:2,19 86:5
  86:22 101:7 103:20
  120:23 128:18 131:25
  135:22 159:16 177:9
  198:11 218:9,11 220:1,21
  221:9 223:24 235:14,17
  238:8 242:3 244:20 247:7
  250:8 251:25 267:12
  268:5,19 269:11 270:6
  278:2 283:1 291:2 292:13
  299:21 300:22,24 302:2
  303:2 304:9 305:20 308:2
  309:18 318:2 319:4,5
  323:17,23
**government's** [2] 214:6
  268:5
**Grace** [1] 69:15
**grade** [5] 42:2,3 173:8,11
  253:4
**graduate** [4] 94:7 162:8
  162:21,23
**graduated** [1] 254:6
**grand** [61] 2:23 22:8,9,15
  22:21,25 23:3,11,13,14
  23:19,20,24 24:8,13,17
  24:18,20,22 48:7,24 75:3
  78:10,17 104:1 109:12,18
  109:18,19,24,25 110:1,3
  110:9,15,18,22 112:6,12
  114:4,20 115:9,25 117:9
  117:23 118:15 119:4
  120:1,11,14,16,17 121:2
  121:5,7,13 181:20 182:19
  266:6 274:1 287:20
**grandchildren** [2] 94:14
  164:14 166:25
**grandfather** [2] 75:11
  297:21
**grandkids** [1] 164:5
**grandmother** [4] 133:16
  134:10 138:13 189:17
**grandparents** [2] 176:1
  176:15 177:6
**grandson** [1] 38:9
**grant** [2] 69:17 132:17
**gravamen** [2] 199:24,25
**great** [5] 115:22 150:19
  254:23 255:22 287:23,24
**Greenville** [2] 26:18
  31:2
**Greenwood** [1] 53:9
**grew** [3] 57:18 282:10,20
**Grey** [1] 43:12
**grind** [1] 136:23
**ground** [1] 314:9

**Multi-Page™**

**grounds** [2] 16:25 314:10

**group** [7] 5:2 44:17 66:8 66:23 92:25 93:3 317:25

**growed** [1] 52:2

**grows** [1] 221:4

**Guantt** [1] 141:22

**Guard** [8] 33:23 35:14 64:7 74:22 296:18 308:12 309:4 314:22

**guess** [22] 9:12 65:18 68:1 118:21 128:4,8 149:4 165:18 183:4 190:9 195:21 203:16 206:20 212:10 239:17 260:4,10 260:11,20,22 299:4 312:25

**guidance** [2] 274:5

**guilt** [13] 17:13 78:6,24 130:7 131:17 143:25 184:23 185:1 217:23 219:4 235:16 238:3 291:12

**guilty** [24] 78:9,17 98:21 105:1 115:19 128:13 140:15 184:1 195:7 197:19,22 198:17 200:18 232:24 233:5,19 236:22 238:2 243:12 248:11 289:19 292:1,12 299:18

**gunner** [2] 308:13 309:5 314:22

**gut** [9] 81:18 100:3,12 149:9,13 150:3,8,10,15

**guy** [2] 208:7 213:6

**guys** [2] 206:19 300:6

**Gwenda** [5] 23:23 24:5 42:25 43:1 75:6 109:22

**-H-**

**H** [6] 1:18 4:1 25:14 28:16 45:2 63:23

**Haats** [12] 33:3,4,5 278:25 279:6 280:4 293:13,14,16,18,22 296:5

**hairstylist** [1] 33:2

**Halasz** [1] 53:10

**half** [2] 124:4,5

**handicapped** [2] 93:11 155:7

**handle** [1] 95:18

**handled** [1] 14:19

**hanger** [1] 32:7

**hanging** [1] 8:5

**Hanna** [4] 27:1,2 72:24 317:20

**happening** [1] 305:13

**happy** [1] 220:8

**harbor** [1] 119:9

**harbors** [1] 66:3

**hard** [11] 93:16 94:3 99:3 113:21,22 114:12 128:3 227:22 272:14,16 284:3

**Hardly** [1] 176:17

**hardship** [24] 87:16,20

91:2,9 96:15 119:20 123:3 126:3 133:11 134:14 138:4 142:15 145:13 147:3 151:11 156:20 160:7,15 164:13 168:8 171:6 172:13 175:15 178:2

**hardships** [7] 2:25 87:3 96:13 107:15,19 123:1,2

**Hardwick** [7] 47:14 53:11,19,20,23 250:24 252:1

**Hardwick's** [1] 252:25

**harmless** [2] 17:17,22

**Harmon** [1] 47:17

**Harold** [1] 63:23

**Harris** [4] 16:2,24 42:4,5

**Hartley** [1] 69:10

**hate** [1] 86:7

**Hatfield** [5] 31:9,10,11 50:7 68:3 230:16,20 233:9 237:17

**he'd** [1] 141:15

**head** [1] 125:22

**Headland** [6] 32:15,18 37:22 41:10 42:10 158:10

**headline** [1] 233:15

**headquarters** [1] 29:24

**health** [4] 29:9 36:25 37:1 155:19

**hear** [55] 8:23 17:15,23 49:18 82:16 83:17 84:19 85:21,22 86:15 91:23 98:2 98:19,20,23 100:3 112:12 114:2 117:3 120:13,23 131:21 140:11 143:5,14 147:15 149:19 152:9,17 153:17 161:12 163:16 165:19 189:17 198:11 200:24 207:17 208:1 227:16 231:19 235:9 236:12 237:3 238:8 247:23 250:2 254:17 255:8 261:13 275:6 277:16 289:22 301:12 318:4 322:10

**heard** [160] 1:19,20 3:8 4:1 49:8,10,17 73:25 82:20 85:18 87:11 91:24 98:5,8,10 104:3 110:20 127:8,10,11,13,25 130:2 130:20 131:7 132:6 134:17 139:12,16 140:9 140:10 142:17,22 143:2 143:12,23 147:8,10,13,20 148:10 152:5,13,18,19 158:17 161:16,19 163:2 165:13,15,17,24 166:1,10 166:12 168:17 169:2,5 170:2,2,6 171:19 174:5 174:10 176:2 178:14,24 181:13 184:9 186:11 187:5,12 190:12 193:9,19 194:1,3,5,12 195:21 197:9 197:17 198:13 201:7,8,12 201:20,21 202:15,18 203:1 204:7,17,21 207:20 210:20,21 215:8,13,17,25

**Hinkle** [1] 69:18

**hip** [1] 7:14

**hire** [1] 163:12

**Hodges** [2] 31:19,20

**hold** [21] 10:13 15:8 96:9 96:17 97:4 98:16 103:1,5 103:9 107:14 135:22 136:18,20 141:10 206:25 207:8 211:24 219:13 318:11,17 319:13

**holds** [1] 268:21

**Holly** [2] 28:18 61:1

**home** [34] 33:22 40:17 89:16 97:6 138:15 142:13 158:10 160:13 195:4,11 195:21 253:9 266:25 307:19

**home-towning** [1] 12:22

**Homeland** [3] 74:22 280:10 296:16

**homemaker** [2] 39:5 44:9

**homes** [3] 39:6 259:17

**Hon** [2] 1:18 4:1

**honest** [5] 102:15 133:3 159:10 231:23 234:6

**honestly** [1] 141:7

**honesty** [2] 291:23 293:2

**Honor** [156] 4:21,25 5:14 5:22 6:22 7:7,19,23 8:3,7 8:14,20,22,25 9:5,25 10:11,15,18,23 11:8 13:11 13:19 15:11 16:5,8,21 17:4 18:2 19:11,15,17 45:4,13 47:9,13,25 48:20 50:24 51:19 53:4,13 54:16 55:21 56:2 59:5 60:21 61:15,23 62:3,11 68:10 72:7,18 73:19 76:8 77:25 79:5,15 80:19 84:21 86:7 101:19 103:21 105:3,9,21 106:6,14 109:10 112:25 116:17,22 119:5 120:24 121:22 130:17 134:22 140:13,22 146:14 148:14 148:25 149:7 152:24 153:23 159:17 163:18 167:15 180:1,21 181:22 186:5 194:18 198:12 200:14 206:2 207:15 208:19,25 215:22 218:1,3 218:25 225:12 227:9 229:17 232:13 236:8 238:18 243:15 247:8 250:9 257:18 258:5 260:1 260:15 261:25 264:23 270:7 276:20 278:3 279:13 280:13,20 283:15 284:15,17 293:11 297:5 301:10 303:13 304:3,25 305:7 306:17 307:13 308:14 309:2,6 310:16 311:2,21,22 312:14,20 313:11 314:15 315:3,16 315:22,25 317:8 318:2,19 324:17

**honorable** [4] 78:4 273:5 273:7 274:7

**honored** [1] 171:7

**hope** [4] 38:25 43:19 234:22 300:9

**hopefully** [1] 157:18

**hopes** [1] 226:22

**horse** [1] 37:6

**hospital** [2] 93:21 159:5

**hospitalize** [1] 158:15

**hospitalized** [1] 157:4

**hot** [3] 235:24 240:15 273:11

**hotel** [2] 126:17 247:14 247:15

**hour** [2] 96:22 97:25

**hours** [2] 7:12 158:10

**house** [1] 155:10

**housed** [1] 271:23

**housekeeping** [1] 11:15

**houses** [2] 41:9 308:10

**housewife** [5] 25:22 34:22 36:19 41:18

**Housing** [1] 32:6

**Houston** [2] 77:15,18

**Howard** [1] 69:11

**Howell** [1] 73:16

**Hubbard** [1] 54:2

**Hubert** [1] 36:20

**huge** [1] 120:9

**Hughes** [1] 34:13

**Hull** [2] 38:25 43:19

**human** [2] 101:22 185:13

**humane** [2] 34:4 295:3,4

**hundred** [4] 4:15 120:6 127:3 181:4

**Hunt** [1] 74:4

**Huntsville** [2] 160:18 160:21

**husband** [79] 25:25 26:3 26:7,10,12,15,17,19 27:6 27:15,22 28:10,12 29:6 29:21,23 30:4,23 31:1,7 31:10,13,20,23 32:5,9 33:4,6 34:15,25 35:23 36:19 37:9,20 38:2,6,7,12 38:17,19 39:8,18,25 41:7 41:25 42:17 43:7,21,24 44:25 68:1,3 69:25 74:13 77:5 90:4,6 93:17 95:13 96:21 138:22 139:1 156:21 157:15 159:5,14 164:18 175:19,22 194:23 195:2,15,22 196:7 266:10 266:12 312:7 313:21 319:16

**husband's** [12] 29:16 30:1 33:20 35:8 36:15 37:3,14 38:22 41:20 43:11 138:14 200:5

**Hutchison** [1] 69:9

**hygienist** [2] 26:2 124:18

**Hyundai** [1] 27:24

**-I-**

**idea** [8] 118:2 131:9
223:11 270:17 307:18
310:23 313:12,18
**identified** [2] 47:10
261:5
**identify** [2] 104:7 261:3
**identifying** [1] 257:22
**ill** [1] 155:18
**illegal** [2] 65:7 66:10
**imagine** [1] 290:12
**immediately** [1] 213:5
**impact** [1] 17:8
**impartial** [30] 46:11,24
52:4,25 53:23 54:19 55:8
56:24 57:12,20 59:16,24
62:21 65:2,6,12,15,22
66:4 70:2,8,17,21 71:18
89:4 120:1 210:2 214:3
219:17 240:1
**important** [13] 14:9 97:1
97:18 104:8 106:3 113:15
195:20 206:4 238:6 243:6
317:13 321:10 322:8
**importantly** [1] 237:21
**impossible** [1] 235:1
**impression** [1] 234:12
**improper** [1] 222:10
**in-chambers** [10] 2:22
2:24 3:5,7 110:7,10
122:25 145:8 183:13
193:18
**inaccuracy** [1] 238:12
**inadmissible** [1] 152:19
**inadvertent** [1] 209:7
**inapplicable** [1] 15:21
**Inc** [1] 36:25
**incapable** [1] 21:25
**incarcerated** [2] 268:19
268:24
**inclination** [2] 79:9
174:24
**inclined** [6] 9:17 78:11
79:23 80:5 163:17 289:20
**include** [3] 101:1 173:12
281:1
**includes** [2] 73:23
210:18
**including** [2] 267:23
310:13
**incomplete** [1] 163:11
**inconsistent** [3] 99:10
170:6 247:21
**inconvenience** [5]
88:13 90:5,9,19 321:6
**inconvenient** [1] 321:13
**independent** [2] 44:21
212:20
**indicate** [3] 254:1 269:25
311:16
**indicated** [25] 18:11
22:10,22 102:3 104:21
106:16 132:12 153:9 177:3

193:3 198:16 222:22
233:9 250:24 251:10
255:4 282:1 307:16 308:2
308:3 310:3,10,12 317:13
321:20
**indicates** [4] 306:21
308:9 310:1 311:19
**indicating** [1] 239:8
**indication** [1] 305:25
**indict** [4] 24:19 116:11
116:13,16
**indicted** [8] 78:10,23
112:3,12 114:3,19 115:18
263:14
**indictment** [17] 4:12
6:12 7:22 48:3,10,12,15
48:17 49:6 78:5,9 86:14
105:1 112:1 113:16 118:5
120:11
**indictments** [2] 266:7,7
**indicts** [1] 274:2
**indigent** [2] 15:19 16:15
**individual** [7] 3:5,7
68:12 110:7 145:9 183:13
193:18
**individually** [1] 282:8
**individuals** [4] 48:18
117:8 268:24 292:11
**indulgence** [1] 186:2
**ineffective** [9] 13:16
14:7,10,18 15:4,25 16:6
16:19 17:19
**infect** [1] 270:21
**infer** [1] 184:19
**infirmity** [1] 22:1
**influence** [7] 112:23
113:2 149:10,11 189:19
189:21 223:21
**inform** [2] 151:21 178:4
**informant** [1] 267:22
**informants** [1] 261:9
**information** [8] 5:15
5:25 25:4 63:11 147:20
148:9 160:13 193:2
204:21 213:2 223:25
226:5 257:24 260:24
261:1,2,7,10 263:19,22
264:10 268:12 269:21
303:17,20,23 304:1,14,15
305:8,11 306:2,24 309:14
313:19 318:5,22,24
**informed** [8] 18:4 88:4
127:4 226:24
**Ingram** [9] 23:23 24:5
42:25 43:1 67:21 75:6
109:16,22 115:3
**inject** [1] 214:2
**injection** [1] 38:4
**inkling** [1] 291:25
**innocence** [1] 78:2
85:15 98:4 101:2 120:20
143:25 184:19 217:23
237:22 238:5 291:12
**innocent** [12] 85:8,12,15
115:20 128:18 140:14
184:23 197:22 200:18,23

237:24 299:18
**inquire** [6] 124:25 125:10
186:16,19 250:23 279:1
**inquiry** [1] 149:25
**inside** [3] 112:22 120:15
205:21
**inspections** [1] 296:22
**inspector** [4] 29:19 43:4
74:23 280:10
**Instability** [1] 320:6
**instance** [5] 63:4 73:25
104:23 132:19 199:19,21
**instances** [2] 83:3
158:16
**instincts** [1] 133:7
**instruct** [5] 80:12 149:22
154:2 191:7 281:1
**instructed** [1] 184:17
**instructing** [6] 79:18
84:23 86:9 99:11,24 219:6
**instruction** [22] 65:21
78:24 80:14 85:22 86:11
98:14,17 100:1,9,13,21
100:24 101:16 102:5
103:6 104:9 185:14
192:23 193:1 270:23
281:4 283:3
**instructions** [29] 80:22
80:24 81:1,3,4 86:21 95:4
98:3 100:19 101:1,8,9,21
102:8,11 104:24 106:5
154:3 184:14 185:2,4
191:19 206:8 239:23
321:24 322:20,23 323:8
324:3
**instructor** [1] 44:8
**instructs** [6] 81:19 99:15
99:23 100:6 191:20
292:16
**insurance** [4] 27:7 29:9
30:9 44:22
**intake** [2] 75:18 298:9
**intelligent** [1] 82:21
**intend** [3] 315:18 324:1
**intending** [1] 18:20
**intent** [1] 48:8
**intentionally** [2] 12:19
153:25
**interaction** [2] 200:6
268:22
**Intercall** [1] 30:3
**interdiction** [1] 296:20
**interest** [5] 58:12 213:7
311:19 325:9
**interested** [2] 287:7,16
**interfere** [6] 83:22 84:1
87:5,10 88:24 89:4
**International** [2] 28:13
35:5 37:11
**Internet** [5] 202:21
203:10,11,23 231:1
**interpretation** [1] 234:8
**interrogate** [1] 107:8
**intertwined** [1] 220:6

237:24 299:18
**intimidation** [2] 214:8
218:10
**introduce** [6] 11:11
45:10 55:24,25 56:1 59:4
**introduced** [1] 188:24
**invasive** [1] 157:2
**investigations** [1]
282:23
**investigative** [1] 298:4
**investigator** [7] 45:19
60:11,13,14 74:14,15
75:15
**Investments** [1] 38:14
**invite** [1] 18:23
**invited** [1] 224:17
**invoice** [1] 38:19
**involve** [1] 111:17
296:19
**involved** [18] 13:23
15:18 18:18 104:12
111:13 117:9,17 118:25
120:10 147:23 156:1
198:19 250:20,20 276:9
290:3 319:5 322:2
**involvement** [2] 7:3
224:18
**involves** [1] 191:8
**involving** [8] 62:25
110:21 116:25 190:14
216:24 217:1 304:9 318:6
**iron** [1] 43:3
**irrelevant** [1] 218:13
**Irvin** [2] 44:4,5
**issue** [23] 8:16 13:9,9
15:9 17:18 101:20,21,23
113:15 121:19 123:24
161:14 186:25 199:15
213:20,22 222:17 226:1
227:14 309:22 310:23
313:13 316:20
**issues** [7] 109:4 138:21
149:13 269:19 314:24
318:7 319:1
**ITEM** [2] 2:3 3:3
**itself** [4] 16:7 126:21
154:10 235:20

**-J-**

**J** [5] 36:10,11 37:9 47:16
110:14
**Jack** [2] 42:1 163:4
**Jackson** [4] 39:3 74:18
278:18 286:6
**Jackson's** [1] 37:4
**Jacob** [1] 31:1
**jail** [9] 74:16 141:11
268:21,23 269:16 270:17
270:19 289:20 298:9
**jailer** [3] 63:15 74:15
205:23
**James** [176] 1:23 14:3
21:11 28:21,22 38:22 39:8
43:15,16 47:18 50:1,16
56:8,18,19 57:7,16 61:1
61:22,23 77:5 82:5 105:8

105:13 107:6,14 108:4,17
123:16,25 124:2,18,24
125:6,9,20 128:22,24
129:3,9,12,22,25 130:6
130:12,16 131:4 132:14
133:12,15,19 141:3,15
143:10,12,20,23 144:3,6
146:21 147:18 148:2,5,8
148:12 149:24 150:2,6,13
150:19 154:6 158:22
162:7 164:4 174:14,17,20
176:7,13,22 179:18 181:3
182:25 183:7,11 184:7
186:15,18 187:9,11,14,17
189:4 193:12 195:19,25
196:3,6,13,17,20 197:8
197:12,15,24 204:4,7,14
204:20,23 210:24 211:15
211:19,23 212:7 214:5
215:7,24 216:3,7 218:7
219:19 220:20 222:7
223:20 224:8 227:2
229:18,24 230:1,6 238:9
240:3,7 246:2 257:19
258:1,11,14,22,25 259:3
259:6,11,16,23 262:16,21
264:24 265:2,5,9,14,21
265:25 266:4,9,12,15,19
266:23 267:3,6,18 268:3
268:10,15 269:3,8,10
276:4,8 278:5 279:19
316:21 320:21
**Jane** [3] 40:11,21 54:13
**Janet** [8] 25:24,25 32:4,5
38:5,6 76:17 124:16
**Janett** [1] 87:16
**Janette** [1] 76:5
**Janice** [6] 35:16,17 43:10
43:11 74:24 264:25
**January** [2] 74:8 135:13
**Jay** [2] 77:15,15
**Jean** [7] 36:19 40:6 55:13
69:12 94:14,25 164:11
**Jenette** [1] 76:11
**Jenna** [1] 28:22
**Jennifer** [3] 31:9,10
33:19,20 50:7 68:3 74:7
99:6 106:15,24 183:17,22
230:20
**Jenny** [1] 36:8
**jeopardy** [1] 260:22
**Jermain** [1] 53:7
**Jerry** [1] 38:2
**Jessie** [3] 30:10,11 73:11
321:3
**jewelry** [1] 211:7
**Jimmy** [2] 60:25 71:6
**Joanne** [1] 35:12
**job** [16] 178:3,4,5 185:4
206:22 295:21 298:22
299:1 304:4 305:24 306:4
307:3,3,14,20 317:3
**Joel** [2] 29:2 41:25
**John** [5] 28:11 36:16
37:15 38:6 47:17
**Johnnie** [2] 32:13,14
**Johnny** [17] 28:5,6 36:6

Multi-Page™

36:7 50:3 51:23 53:11,19
54:10 75:22 90:22 91:8
102:14 106:16 107:4
108:25 281:23

**Johnston** [3] 38:16,17
38:18 42:19 76:25

**join** [1] 227:10

**Jolonida** [9] 29:2,3 50:2
76:1 97:9 177:25 301:23
302:11 321:1

**Jonathan** [1] 108:11

**Jones** [9] 31:10 41:6,7,8
54:3,4,4 60:25 230:20

**Jordon** [1] 37:10

**Joseph** [3] 31:7 33:4
36:21,22 41:11,12 42:21
42:22 50:5,14 92:9 141:13
142:2

**Joyce** [4] 28:6 38:21,22
41:15 44:12 77:5

**Jr** [4] 35:11 36:7 39:2,3

**judge** [116] 10:6 11:2,3
12:4,6,16,25 16:14 53:12
53:20,23 60:9 61:6 68:22
69:5,5 71:23 78:4,7 81:10
81:13,17,21,23 82:2
85:13 87:13,22 91:23 95:6
98:5,14 99:17 100:10
101:23 103:12,17 104:23
107:6,14 108:18 119:22
122:3,20,21,24 125:16
131:4 141:8,9 148:5
149:21,24 159:8 161:9
162:7 164:4 168:16 177:2
180:2,19 181:3,23 184:11
187:11 189:25 190:3
192:17 198:6 200:8 210:8
212:7 213:11 214:5 218:7
219:19 222:7,16 224:2,9
226:23 236:11 237:20
238:22 250:24 251:2,8
252:1,1,4,25 253:22
254:14 255:5 269:11
274:9 276:4 283:2 291:10
291:20 292:7,16 300:16
301:16 302:17 308:1
309:17 310:19,25 312:2
312:25 314:2,21 316:2
317:20 318:14

**judges** [2] 11:1 82:20

**judgment** [6] 65:14
78:15,16,16 210:6 234:20

**judicial** [2] 7:7 75:2

**July** [4] 139:2,3,4 325:11

**jumpy** [2] 200:24 239:2

**juncture** [1] 209:20

**June** [19] 1:20 4:1 11:22
89:7 95:10,16 138:8 139:3
168:10,12,14 171:10,12
171:13,15 265:4,6,8,8

**junior** [18] 25:12 26:13
26:21,22 30:14 35:12 36:6
40:4,5 43:7 50:3 63:23
74:18 91:18 102:14
106:16 205:12 286:6

**juries** [10] 2:23 7:13,20
109:13,18,18,18,18,19,19
110:9

**juror** [180] 22:10,22 83:23
84:15 87:10 100:16
104:23 107:11 108:11,24
112:20,20 114:24 115:4
115:25 117:23 118:11
119:4,18 120:1 125:23
130:25 131:2 133:9,20
137:11,20 140:24 141:22
143:9 144:17 145:10
146:16,23 150:24 151:5
153:2,4 154:18,22 156:14
158:21 159:2,24 161:23
161:25 162:10 163:14
164:7 166:8 167:13,17
168:2 170:5,17 171:1,23
172:1,6 174:22 175:7
177:18,21 179:20,23
182:19,19 183:17 185:4
185:22 186:13 187:1
188:10,20 192:13,16
193:21 194:16 197:25
198:3 201:2 202:5,10
208:23 210:1,12,25 212:4
212:8 214:12,21 215:4
216:10,12,14 218:5,16,17
218:25 219:20 220:3
221:23,24 228:12 230:8
230:15,16 235:14 237:17
239:20 240:1,20 241:2
243:17,19,22 244:25
245:5 246:4,8 247:18
249:11,15 250:5 251:24
252:16 255:24 256:3,17
256:23 261:12 262:13,15
263:1 267:4,6 268:14,15
270:10 271:14 275:25
276:18 277:1,3 278:7
281:20 283:1,22,25
284:13 285:25 286:3
288:23 289:1 293:7,9,14
296:5,8 297:6,9 299:24
301:16,24,25 302:19
305:19 308:4,4 309:25
312:3,6,7,8 314:8,23
315:20 316:3,24 317:9

**juror's** [1] 311:10

**jurors** [59] 2:22,24 3:5,8
19:22 21:2 49:18 88:3
100:11 103:25 104:3,21
109:8,11,17 110:5,8
112:20 120:6 123:1 131:8
183:15 184:25 193:9,19
212:21 218:20 220:4,9
222:10 223:22 225:22
226:4,14 233:3 262:17
278:11 300:2 302:2,22,23
302:24 303:4 309:20,22
311:15,18,20 313:25
314:4 315:6,10,11 316:2
316:21 319:10 320:24
321:18 323:3

**jury** [186] 1:14 2:8,10 3:11
3:12 4:10,11,13,19 5:3,4
5:12,17,19,23 6:14,16,25
7:5,18 10:5,20 11:14
12:15,22 13:5 18:6 19:3,5
19:21,21,25 20:3,7,10,16
20:19 21:13,20,24 22:1,3
22:6,8,9,9,15,16,17,18,21
23:1,3,11,13,14,19,20,25
24:8,17,18,18 30:22,22
47:6 48:7,24 50:22 56:4

60:5 62:24 63:8 64:23
65:11 66:2,7,12,21 67:8
73:20 75:4 78:10,17,22
83:1 84:23 85:12,16 88:5
88:12 90:14 92:1,10,14
95:9 96:9 97:12 103:2
104:1,5,17 108:16 109:23
109:24,25,25 110:1,3,16
110:18,22 112:6,13 114:4
114:20 115:9 117:9
118:15 120:2,11,14,16,17
121:2,5,7,13 124:4,6
129:14 133:6 140:8
144:20,23 168:9 180:12
181:17,20 184:15 190:2
197:6 213:10,24 214:19
218:17,19 219:6,17,23
220:8 222:11 226:25
227:1 252:19 266:6
270:21,24 273:23 274:1
287:20 291:8,10 292:8
300:1 301:6 302:18
303:14 304:11 311:7,9
319:10 320:11,13,15,17
321:6,7,10,16,20,23 322:6
324:11,14

**justice** [1] 190:17

**juvenile** [5] 75:15 211:2
298:4,5,9

**juveniles** [1] 299:5

-K-

**K** [2] 37:25 45:2

**Kala** [1] 32:1

**Kalim** [2] 41:6,7

**Katherine** [5] 27:1,2
32:8,9 72:24

**Kathy** [7] 29:25 30:1
34:14,15 57:16 73:7 321:2

**keep** [16] 86:8 88:13
94:14,15,16,22 96:7
147:24 164:16,20 218:18
269:14 278:12 310:17
318:3 323:11

**keeping** [2] 164:18
244:11

**keeps** [2] 95:6 164:4
165:4 224:10 226:21

**Keith** [3] 39:11,12 74:21

**Kelly** [2] 37:23,24

**Kelser** [1] 69:6

**Kemp** [3] 36:1,2,3

**Ken** [1] 53:12

**Kennedy** [1] 221:6

**kennel** [1] 34:4

**Kenneth** [13] 42:12,13
46:4 50:13 70:19 75:13
256:21,23 257:2 262:13
297:24

**Kent** [1] 47:16

**kept** [3] 168:21 294:11
319:17

**kettle** [1] 220:14

**kicked** [3] 300:4 316:5
177:5 180:14,24 251:17

**kids** [14] 174:17 175:25

251:22 252:4,14 253:7,8
254:8 298:15,23

**kilograms** [1] 48:13

**kind** [32] 13:5 88:1
112:21 128:9 130:4,6,10
136:6 143:17 144:10,11
151:12 189:8,23 205:23
205:23 206:19 230:3
248:5 260:7 267:20 272:4
274:11,23 275:13 282:10
283:12 284:1 286:20
295:24 299:8,13

**kindergarten** [1] 28:25

**King** [1] 30:9

**Kingsport** [1] 40:16

**Kingston** [1] 77:19

**Kirkland** [16] 36:6,7
41:24,25 42:1 50:3 91:18
94:5 102:14 107:4 108:17
162:6,10,16 163:14,24

**Kiss** [1] 29:18

**knee** [3] 95:10 168:10
169:12

**knew** [8] 52:15 146:7
168:20 208:16 216:24
250:22,24 251:10,15
253:25 254:1,4 259:6
261:8 269:25 271:5,17
273:4 279:17 282:1 288:1
308:6 310:20

**knowing** [1] 313:18

**knowledge** [13] 112:21
120:15 196:3 198:22
200:4,7 206:6 232:3
234:21 254:24 272:21
273:2 274:13

**known** [4] 48:6,24 253:2
282:19

**knows** [9] 58:4 100:17
102:4 120:10 221:5 269:8
269:10,11 318:8

**Knox** [2] 69:7 70:19

**Knoxville** [1] 40:7

**Koker** [1] 51:12

**Kolar** [5] 37:23,24,25
64:6

-L-

**L** [16] 2:1 3:1 27:15 30:9
30:10,11 32:19,20 34:23
34:24 35:12,16,17 37:4
42:8,9

**label** [1] 137:8

**laborer** [1] 308:10

**ladies** [11] 45:14 48:1
50:25 56:3 73:20 291:10

**lady** [3] 24:7 52:8 54:22
200:17

**laid** [1] 12:12

**Lake** [1] 37:10

**Lance** [1] 44:5

**land** [1] 102:25

**landscape** [1] 42:14

**Lane** [3] 31:15,16 74:6

**Lanett** [1] 73:7

**Lang** [2] 76:3 78:21

**language** [1] 20:8

**large** [2] 288:14 323:1

**Larkin** [1] 54:5

**Larry** [1] 54:2

**last** [37] 18:7,17 22:7,14
22:24 70:13 79:17 98:2
116:6 121:13 124:7 130:1
130:1,4 132:10 134:8
146:1 157:12 171:13,15
181:21 212:9 242:22,23
251:5 258:16,17,21
259:14 263:20 277:1
294:3 305:15 306:7,13
314:7 323:9

**lasted** [1] 178:2

**lastly** [2] 304:3 312:2

**lasts** [3] 91:1,8 177:6

**late** [3] 18:7 120:2 306:7

**Latham** [8] 29:10,11,12
73:5 312:3,18 313:15
321:2

**Latoya** [1] 18:16

**latter** [1] 217:5

**laugh** [1] 295:3

**laughing** [2] 83:16 84:6

**Laughter** [1] 145:3

**launder** [2] 49:7 198:23

**laundered** [1] 198:20

**laundering** [9] 48:25
194:6 198:9,10 199:1,3
228:25 229:20 246:21

**Lauri** [1] 32:1

**Laurie** [3] 31:25 320:21

**Laverne** [1] 29:4

**law** [99] 7:15 62:25 63:5
63:9,17,19 64:10,16 72:9
72:12 73:21 74:2 78:24
79:8,10,12,23 80:5,7 81:4
81:15,15,17,18,25 82:3,7
82:17 83:4,5,6,7,9 85:22
86:12 97:13 98:3,7 99:24
100:6,7,13 102:8,24,25
105:24 121:18 131:12
146:21 148:17,20 149:16
150:6,9 154:1 181:19
182:3 184:16,17 191:20
204:25 205:14,20 206:7
212:11,17 213:8,13,17,21
214:13 220:25 227:19
239:23 267:9 276:17
280:3 288:16 289:11,16
289:23,24 290:3,20
291:20 297:18 299:10,14
299:15 305:3

**Lawrence** [1] 31:11

**laws** [2] 64:22 82:6

**lawyer** [8] 13:23 56:25
73:14 75:25 83:21 227:17
286:24 287:13

**lawyers** [9] 5:16 12:18
12:21 24:16 47:14 82:9
83:19 86:20 152:23
211:17,25 224:6,11,13
229:14 237:13 242:3
287:18 288:4

Multi-Page™

**lawyers'** [1] 17:21

**lay** [1] 201:1

**lead** [2] 120:4 221:9

**leader** [2] 31:11 41:16

**leading** [1] 130:11

**Leah** [2] 26:6,7 320:19

**leaning** [4] 231:15
233:10,22 238:3

**learned** [2] 78:4 119:12

**Learning** [1] 40:2

**least** [15] 6:4 21:22 95:5
159:7 160:11 186:3
213:15 226:11 243:9
253:11,12 259:14 298:18
321:12 322:13

**leave** [9] 10:1 88:17 154:1
213:10 221:9 304:11
305:7 315:10 322:24

**leaves** [1] 304:1

**leaving** [3] 145:15 305:5
319:24

**Ledahachee** [1] 26:1

**Lee** [5] 14:24 34:6,7 58:24
61:2

**Leeman** [1] 61:1

**left** [16] 265:8 273:18
300:2 302:23 304:13
315:12 317:1,2,7,10,15
318:5,18 319:23 320:7
321:19

**legal** [2] 57:9 219:16

**legalization** [1] 66:9

**legally** [1] 221:15

**legitimate** [2] 269:20
314:9

**Len** [2] 28:5,6

**lengthy** [4] 7:23 94:12
108:19 175:18

**Leon** [3] 1:7 4:6 10:3 19:7
48:4 242:14 321:22

**Leonard** [2] 40:4,5

**less** [4] 5:20 90:13 213:4
254:19

**Letoya** [1] 62:6

**letter** [3] 145:19 146:5,7

**letting** [2] 73:22 96:4

**Leura** [1] 47:19

**level** [2] 31:18 149:17

**Lew** [1] 31:16

**liar** [1] 252:8

**lie** [1] 272:17

**lieutenant** [1] 276:12

**life** [5] 48:13 113:1
221:10 300:13 307:6

**lifting** [1] 156:1

**light** [3] 118:13 189:13
280:3

**liked** [1] 317:1

**likes** [1] 286:23

**limine** [3] 212:10 218:9
218:18

**limited** [2] 12:20 323:3

**Linda** [3] 47:17 67:21
69:10

**line** [5] 12:6 121:24 193:2
317:3 318:18

**lines** [1] 317:7

**linger** [1] 191:15

**lingering** [2] 192:24
193:3

**Link** [1] 43:12

**linked** [2] 231:7 233:20

**Lisa** [3] 1:24 11:13 56:4

**list** [16] 68:23 69:2 122:20
123:7 125:3 181:11
186:21 277:1 279:4
300:17,17,25 311:9,12,15
314:18

**listed** [4] 210:9 267:11
267:12 307:22

**listen** [12] 23:18 88:24
139:15,20,22,25 140:2
170:7 191:19 201:10
287:8 322:6

**listened** [1] 18:22

**listening** [1] 177:8

**lists** [1] 304:3

**litigate** [1] 16:16

**litigation** [1] 104:12

**live** [61] 25:6,17 26:1,8
26:13,18,23 27:8,12,16
27:23 28:7,20 29:8,14
30:2 31:2,18,21 32:2,22
33:1,17,21 34:5,16,21
35:9,18,24 36:3,9 37:10
37:25 38:3,7,15 39:16,21
40:6 41:4,10,21 42:1,5,13
43:2,6,14,22 44:2,6,15,21
44:25 52:3 158:10 161:18
161:21 253:8 307:6

**lived** [3] 298:1 306:14
307:16,19 308:16

**lives** [12] 65:4,4 93:11
134:11 204:12 212:17
214:13 227:8 306:8 307:4
307:10 309:8

**living** [11] 29:17 32:15
33:14 35:4 36:12,23 38:18
38:25 41:1 294:2 318:20

**loads** [1] 26:10

**loans** [2] 304:8 319:5

**local** [5] 194:7,7 202:17
202:21 203:10 231:6
322:7,17

**Lockeed** [1] 36:4,4

**longer** [12] 77:2,3 90:2,7
90:15,17 91:2,8 96:17
259:12 274:20 275:6

**look** [15] 17:2,24 85:7
113:8 121:9,19 122:13
166:25 179:7 222:22,23
236:6 302:21 306:1
310:21

**looked** [6] 4:19,22 6:8
84:5 287:24 311:9

**looking** [5] 121:18
136:17 238:2 281:6
291:18 307:7,8 310:19,21

**310:24 311:1 315:13**

**looks** [2] 153:10 317:24

**Lorna** [2] 29:5,6

**Lorraine** [5] 33:3,4 74:4
278:25 293:18

**lose** [2] 97:5 210:1 304:8

**losing** [1] 309:7

**lost** [7] 230:12,13 287:23
304:6 305:17 309:5 319:4

**Louie** [1] 71:8

**Louis** [2] 29:17 32:10
47:15

**Louise** [3] 32:20 35:7
168:6

**love** [2] 18:24 98:7

**Lovejoy** [27] 29:2,3 50:2
76:1 97:9 177:20,21,23
177:25 179:3,13,23 180:3
180:7 301:24 302:11,20
303:11 305:21,23 308:19
308:24 309:11 317:13
320:4,10 321:11

**lowell** [4] 27:25 28:1
75:19 80:2 106:8 231:6

**Loy** [13] 27:14,15,16
49:23 89:6,12,13 125:4
125:23 126:1 130:25
200:11,12

**Lucas** [1] 61:10

**Lucious** [5] 69:6 70:12
254:1,6,19

**Lucky** [5] 16:2,23,24

**lunch** [6] 97:25 103:23
104:7,9 108:21 118:24

**luncheon** [1] 109:6

**Luster** [1] 54:6

**Luther** [1] 35:11

**Luverne** [4] 35:19 76:2
97:10 179:17

**lying** [4] 252:19 272:20
283:23,24

**Lynn** [9] 38:1 39:15,16
41:14,15,15 91:20 145:10
281:23

---

**-M-**

**M** [14] 21:11 27:10,11
30:12 31:22 35:20 41:17
51:8 64:3 71:4 73:25 82:5
155:18 311:11

**ma'am** [33] 23:22 25:25
46:16 62:13 76:10 89:14
97:19 102:7 133:22
139:21 143:16,22 150:16
164:9 166:16 174:16,19
177:3 179:6,11,22 189:1
189:11 195:19 229:18,25
232:15 242:4 265:8
266:11,14,18 282:4

**machine** [2] 38:14 43:24

**Machines** [1] 28:13

**mad** [2] 96:16 98:1

**Maddox** [5] 14:3,4 69:4

**magistrate** [1] 11:1

**mail** [1] 26:18

**main** [3] 162:24 226:6
272:8

**maintain** [1] 39:5

**maintenance** [2] 30:23
42:23

**major** [1] 17:7 321:9

**majority** [1] 116:21

**makes** [1] 314:6

**Makowsky** [2] 31:25
32:1

**malpractice** [1] 287:13

**Malverne** [1] 38:18

**mammoth** [1] 7:16

**man** [3] 214:14 221:13
267:21

**manage** [4] 38:4 92:18
95:14 171:8

**Management** [1] 38:8

**manager** [15] 27:7 29:12
29:24 30:3 33:7,18,24
35:9 36:24 41:9 42:18,19
43:12 95:2,2

**Manner** [1] 39:14

**Marcus** [1] 41:7

**Margaret** [8] 31:5,6 39:7
39:8 50:11 59:11 246:7
246:12

**Marie** [7] 31:1 33:3,4
44:15 50:6 228:18 293:18

**marijuana** [15] 48:11,13
49:3 66:10 136:10 142:24
188:15,17 194:6 198:20
198:21 216:2,24 238:14
246:22

**Marilyn** [7] 28:1 42:16
42:17 63:19 75:11 279:9
297:13

**Marine** [2] 313:7 317:1

**Marion** [7] 1:24 56:7
286:10 293:22 296:14
297:16 302:7

**Mark** [3] 69:18 70:4 74:5

**marketing** [1] 38:13

**married** [7] 29:11 30:20
35:3 42:13,22 44:16
170:12

**marshals** [1] 269:12
322:22 323:6

**Martha** [4] 24:12 27:22
58:25 320:20

**Martin** [2] 36:4,4

**Martin's** [1] 29:4

**Marvin** [2] 35:11,12
77:12

**Mary** [15] 26:16,17 27:14
27:15,21 41:3,4 44:1,12
49:23 89:6,12 125:4 126:1
200:11

**Maryann** [1] 64:10

**Maryanow** [8] 31:19,20
31:21 50:8 241:1,2,8
243:17

**mask** [1] 221:3

**lawyers' - mean**

**Matt** [1] 47:17

**matter** [8] 6:22,24 7:2,9
10:13 13:12 61:8 111:1
135:12 169:17 208:8
209:22 220:5 224:2 227:8
247:22 258:14 270:22
276:11,17 315:17 325:4

**matters** [6] 11:3,15 67:22
104:4,16 223:25

**Matthew** [1] 1:23

**Maurice** [1] 31:20

**may** [102] 8:21,25 9:7 11:3
16:12 20:2 49:22 50:23
50:25 51:6 52:5,25 53:23
54:20 56:25 60:6 61:6,23
62:21 68:25 69:1 70:8,22
71:1 73:13,19 74:2 81:1,1
83:3,4,8 103:12 109:22
121:10,15 124:5 128:22
129:23 130:1,2,8,17,20
132:25 133:4,8 136:16
148:5,13,19,19 149:24
154:6 157:23 158:8
179:19 188:24 189:25
196:8 198:13 201:21
205:7,15 210:20 212:19
212:21,22 215:17,24
220:10,13 225:25 229:5
229:10,14 231:25 232:13
237:15 238:9 239:10
244:13 245:22 247:15
250:23 257:12 260:15
265:23 269:21,22 274:9
281:24 289:12,18 295:17
304:6 307:8 315:3 322:3
322:7,14 323:2

**Mayes** [2] 42:4,5

**Mayfield** [10] 54:6,13
55:1 279:19,20 282:6,17
282:21 283:8,23

**Maynard** [1] 27:15

**McDonald** [2] 34:14,15

**McGhee** [2] 41:3,4

**McGiven** [1] 41:7

**McGown** [17] 27:25 28:1
28:2 75:19 80:2 106:8,9
278:23 279:5 280:1,2
288:25 289:1,3,8,10 293:9

**McKowsky** [5] 95:20
172:4,6,11 174:22

**McLane's** [1] 43:13

**McMichael** [5] 37:2,3,4
74:13,13

**mean** [68] 5:6 17:16 18:24
83:20 87:8 96:23 111:14
112:15 113:7,20,20
114:11,11,15 119:17 128:7
128:8 129:18 143:6 144:8
147:20 151:16 179:6
190:6 196:22 197:7
203:15 204:9,10 206:23
207:3,4 213:1 214:14,16
214:17 220:15 233:11
255:14 264:12,18 266:16
270:9 272:3,13,14,16,24
273:10,17,19,25 274:1,3
274:4 275:13,18 276:16
283:10 287:19 288:3,5,12
288:13 290:5 292:19

298:15 299:17

**means** [2] 7:12 233:12
**meant** [2] 105:1 209:12
**measurings** [1] 91:1
**mechanic** [1] 74:8
**media** [18] 226:24 231:16
231:18 232:6,16,18
233:10,18 236:10,14,24
237:23 238:3,6,10 239:15
239:18 270:12
**medic** [1] 31:17
**medical** [4] 35:1 40:23
138:21 287:13
**medication** [1] 240:17
**Meek** [2] 27:25 28:1
**meet** [2] 324:6,8
**meetings** [1] 230:14
**meets** [1] 24:19
**Melinda** [1] 31:25 32:1
95:20 172:11
**Melissa** [7] 30:19,20
44:1 73:16 96:20 175:6
175:13
**Melody** [3] 35:22,23
95:13
**Melony** [2] 170:20 171:4
**Melton** [19] 27:10,11,12
43:16 50:16 301:16,20,21
302:10,19 303:10,12
308:1 314:22 319:21,23
319:25 320:10,20
**Melton's** [1] 5:17
**member** [29] 20:7,10,16
20:19 21:20,24 22:3,6
51:16 62:24 63:8 64:20
64:23 65:1,10 66:2,7,8,12
66:14,21 67:8 72:11 135:6
187:24 188:6 196:8 305:1
318:6
**members** [12] 19:21 20:3
78:22 84:10 104:5 144:20
144:23 145:1 259:7
310:13 321:5,20
**memories** [2] 129:17
147:25
**memory** [4] 140:8 166:10
170:1 215:15
**mental** [1] 21:25
**mention** [5] 18:6 94:6
131:6 166:5 242:9
**mentioned** [13] 109:12
143:16,21 156:19 160:6
164:12 168:7 171:5
172:12 175:14 205:2
241:12 317:15
**mentioning** [1] 103:7
**mere** [1] 121:6
**merely** [1] 214:19
**merit** [1] 194:5
**met** [1] 40:22
**method** [1] 4:10
**Michael** [3] 28:14,15
57:5 320:21
**Michelin** [1] 34:8

**Michelle** [2] 40:11,21
**middle** [5] 1:2 7:20 21:21
211:6,7
**midst** [1] 160:18
**might** [60] 3:6,8 17:14
73:23 83:22 87:3,4 97:3
105:6,18 112:23 113:11
113:21,22 126:3 129:7
142:7 150:8 151:11
152:17 155:17 157:3,5
159:13 160:7 168:8,20,22
170:6 171:6 172:13,17
173:5,7 175:15 178:1
181:1 183:15 185:12
189:6 191:10 212:8
217:13 220:12,19 223:10
231:12 236:22 241:21
242:13 253:16 255:12
283:6,13,25 284:6 289:13
289:14 298:16 314:11
**Mike** [1] 51:17 60:14
**Mikey** [1] 55:12
**mile** [2] 52:2 181:4
**military** [1] 13:3 64:6
76:14 149:2,15 153:10,12
153:13 300:7 308:12
314:23
**mill** [1] 34:22 215:2
**Millbrook** [1] 35:9
**Miller** [1] 16:24
**Mills** [8] 28:21,22,23
50:1 215:4,7 216:10
320:22
**mind** [17] 7:8 78:6 85:23
87:7 88:14,19,19,21,23
89:2,3 96:7 101:11,17
103:4 114:19 118:16
123:13,15 127:25 129:17
135:17 140:10 143:2,3,4
147:13 152:13 165:17
166:11 169:5 171:7
174:10 175:16 178:24
183:25 185:17 191:13,15
192:24 194:12 195:7,11
197:6 201:22 203:1,18
205:4 210:19 214:22
215:17 217:18 222:1,14
224:25 228:8 229:5
231:10,18,25 234:11
235:1,8 237:2 240:22
241:16 244:17 245:22
247:1,13 250:4 254:3
257:12 260:5,10 261:17
264:5 273:4,15 275:16
277:19 290:13,25 291:4
293:4 304:5 309:7
**minds** [2] 214:21 291:6
**mine** [1] 281:25
**mine's** [1] 211:8
**Miner** [1] 1:23 47:17
**Ministries** [1] 69:14
**minor** [3] 88:13 94:6
313:17
**minute** [14] 20:23 78:19
78:20 80:16 108:7 208:20
229:14 236:20 252:21
279:3 300:19 301:18
310:16 311:25

**minutes** [9] 6:16 7:17 9:6
9:21 174:7 224:25 225:11
323:16,18
**misappropriation** [1]
276:15
**misled** [1] 221:1
**misread** [1] 205:8
**miss** [64] 11:7,19 13:18
13:23 56:19 57:7,16 61:22
71:22 96:24 108:4,17,23
109:16 115:1 118:8 122:2
123:8 124:17 134:1
136:13 154:24 156:11,13
163:19,24 167:21 169:15
170:21 177:20 179:3,13
180:3,7 183:1 184:13
186:7 187:9 200:12 209:6
216:13 225:7 233:9
247:11 249:17 250:11
253:23 254:23 259:23
285:11 293:16,22 297:16
302:20 303:11 311:9
312:3 313:24 316:4 317:9
317:13,17,18 324:6
**missed** [1] 160:13
**missing** [2] 96:23 97:11
**mission** [2] 91:22 145:14
**missionary** [1] 92:2
**Mississippi** [3] 51:13
54:3,4 55:12 69:5
**misstatement** [1]
208:25
**mistake** [3] 187:17
193:12 308:15
**misunderstood** [3]
109:22 145:18,20
**Mitchell** [5] 37:13,14,15
41:21 325:13
**mixed** [3] 153:2 157:9
269:15
**mobile** [4] 40:16 126:11
126:11,13
**molding** [1] 38:4
**mom** [3] 33:22 34:13
300:8
**Mom's** [1] 295:7
**moment** [4] 9:1 71:23
103:12 306:18
**Monday** [7] 93:24 157:8
157:21 158:2 159:5,6,18
**Monet** [1] 1:24
**money** [22] 48:25 49:7
66:23 82:10 88:20 89:8
123:20 127:1 194:6 197:4
198:9,10 199:1,2,11,13
199:16,18 228:25 229:20
246:21
**Montessori** [1] 27:17
**Montgomery** [68] 1:19
4:2 12:23 26:3,14 27:24
28:12,23,24 29:23 31:21
31:22,24 32:2,3 33:5,11
35:15,18 36:9 38:25 39:22
39:23 40:1 42:6,6,14,23
43:19 44:21 45:2 51:8,14
51:17 53:5,12 55:13 58:7
58:10 61:20 69:10,11,12

69:12,13,15,16,17 72:25
74:8 75:7,8,23 76:15
87:21 92:24 116:2 139:18
161:22 166:21 215:10
241:11 242:17,25 244:7
263:18 269:15 275:1
**month** [9] 8:19 38:9
88:17 130:3 139:7 151:16
151:17 170:13 194:10
**months** [16] 116:1 120:2
130:3,4,15 131:17 142:21
178:21 215:12 239:1
290:7 305:25 306:4 307:3
307:14,20
**Monty** [1] 69:16
**Moody** [3] 195:1,17
196:1 198:14
**Moore** [1] 69:19
**Moorer** [31] 1:21 6:22
7:19 8:3,14,20,25 9:2,11
9:18 10:11 45:17 46:6
68:10,16 118:8,9,10
121:17 134:22 135:1
152:24 169:11 187:19,22
188:7,21 189:1,10 258:23
315:22
**moral** [2] 65:12,19
**morning** [1] 11:9,10
18:4 45:14 56:3 144:1
152:8,9 167:10 208:7
214:5 231:3 245:16
249:25 250:15 267:2
322:14,18 323:10 324:13
**Morris** [52] 1:22 9:3 14:5
45:18 61:16,18 108:11
113:10 118:8 123:12,21
124:1,10 125:12,15 136:1
136:4,6,8,12 137:16,19
138:10 141:7 146:14
149:21 150:22 161:21
168:15 170:11,14,25
182:17 186:9 189:15
191:18,22 194:18 202:9
215:3 225:17 226:21
237:10 244:21 245:4
246:1 256:21 271:5
276:19 311:9 313:24
324:17
**Moses** [1] 71:8
**most** [13] 107:24 113:23
147:10 159:10 213:1
232:5 258:14 268:19
269:1 277:15 298:2,17
318:23
**mother** [11] 67:22 89:16
90:7 122 133:13 134:2,9,11
155:17,23 176:8 180:6
**mother-in-law** [3]
93:12 155:25 270:20
**mother-in-law's** [1]
155:10
**motion** [5] 4:11 6:11,12
10:2 218:9
**motions** [6] 2:7 4:4
106:15 212:10 223:23
323:12
**motivated** [1] 132:25
**mouth** [1] 189:23 190:17

**move** [4] 55:23 163:18
295:11 320:23
**moved** [6] 40:17,19
218:18 294:18 295:7,14
**moving** [3] 160:17
310:17 313:2
**Mrs** [2] 172:4 198:7
**Ms** [597] 2:21 4:21,25 5:14
9:3 10:18,21 18:8,11,17
11:22,24 12:3,16,25 13:11
13:18,25 14:3,5 15:11,15
16:5,8,11,21,23 17:4
19:14 24:4 56:2 58:6 60:9
61:6,15,18,23 68:22,25
70:14 71:23 76:12 81:9
81:10,12 82:4 83:15 85:5
85:13,24 86:19 87:13,22
88:8,22 89:5,13,14,20,25
90:11,16 91:23,25 92:5,8
92:12,16 93:5,22,25 94:4
94:17,20 95:6,19 96:3,24
97:7,12,23 99:1,4,17
100:10 101:13,23 102:3
102:13,20 103:12,14,17
105:13 107:4,6,14,20
108:4,11,17 111:10,12,17
111:20,23,25 112:3,5,8
112:11,18 113:5,10,10
115:24 116:2,4,8,10,13
116:15,20 117:6,11,15,17
117:20,25 118:3,7,21
119:3,8,12,22,25 121:22
122:3,19,22,24 123:12,16
123:21,25 124:1,2,9,10
124:18,24 125:6,9,11,12
125:15,20 128:22,24
129:3,9,12,22,25 130:6
130:12,16 131:3,4,10
132:14 133:12,15,18,19
136:1,4,6,8,12,13,22
137:4,9,15,16,18,19,22
138:3,10 139:20,23,25
140:3 141:3,7,12,15,19
143:10,12,20,23 144:3,6
146:14,21 147:18 148:2,5
148:8,12 149:21,24 150:2
150:6,13,19,22 151:3
153:5,8,13,16 154:6,25
156:8,16 158:22,23 159:8
159:22 161:21 162:7
164:1,4 166:16,20,22
167:2,5,8,12 168:1,15
169:10,15,25 170:4,10,11
170:14,19,25 174:14,17
174:20 175:9 176:7,13,22
177:16,23 179:3,7,12,18
180:2,6,16,19,21 181:3
181:22,25 182:4,8,17,17
182:18,21,25 183:7,11
184:7 185:24 186:9,15,18
186:20 187:11,14,17
189:4,15,25 190:13,19,24
191:14,17,18,22,24 192:7
192:17 193:12,25 194:18
195:19,25 196:3,6,13,17
196:20 197:8,12,15,24
198:6,10 201:6 202:3,9
204:4,7,14,20,23 208:10
208:13,15 210:8,24
211:15,19,23 212:7 214:5
215:3,24 216:3,7,12 218:7
219:19 220:20 222:7

223:20 224:6,8,10,23
225:5,9,17 226:17,21,23
227:2,5,22 228:14,16
229:18,24 230:1,6 233:9
233:18,21 235:12,12,22
235:25 236:4,17,19
237:10,14,20 238:9 240:3
240:7,9,12,15 242:4,11
242:16,19,21,24 243:2,10
243:15 244:21,23 245:4
246:1,2 247:11,17,25
248:3,9,14,16,17,20,25
249:3,7 250:11,18,22
251:1,4,7,10,13,15,18,21
251:24 252:5,16,24 253:2
253:6,11,13,18,20,25
256:21 257:19 258:1,11
258:14,22,25 259:3,6,11
259:16,19,21 260:6
261:23 262:2,10,16,21
264:24 265:2,5,24,25
265:25 266:4,9,12,15,19
266:23 267:3,6,18 268:3
268:10,15 269:3,8,10
271:5 274:9,11,11,16
275:3,24 276:4,8,19 278:5
278:14,17,18,21,25 279:7
279:9,16,19,20,23 280:5
280:9,13,16 281:16,18,25
282:5,8,11,14,17,22,25
283:10,18,21 284:10
286:7,9,14,20,25 287:12
287:16 288:2,11,21
293:21 294:1,7,15,20,24
295:11,16,20,23 296:2,13
296:19,23 297:1,5,15
298:5,12,21 299:2,4,8,11
299:20 300:3,10,16,20
301:10,13,16,20,22 302:3
302:17 303:1 308:1 309:2
309:4,17,24 310:7,9,12
310:15,19 311:1,4,7 312:2
312:6,11 314:15,21
315:13 316:2,7,9,12,17
316:21 317:5,9,16,20,24
323:19 324:17

**Multi-Investment** [1]
58:8

**murder** [1] 189:11
**murdered** [1] 189:7
**Murphy** [1] 251:6
**Murray** [12] 28:9,10,11
49:24 56:11 60:10 67:16
200:13 201:2,5,6 202:5
**music** [1] 31:21
**must** [10] 14:11 78:9
98:15 101:11 160:13
185:8 289:17 292:8,24
293:4
**mutual** [4] 46:9 59:15
**Myron** [2] 1:18 4:1

-N-

**N** [6] 2:1,1 3:1,1 31:18
40:23
**N-O-R-M-L** [1] 66:9
**name** [181] 18:17 20:5,24
21:10 22:12,13 23:5,16
24:3,4,12 25:3,5,6,13,15

26:7,22 27:2,11,22 28:10
28:22 29:3,6,11,16,16
30:1,1,11,11 32:25 33:9
33:20 34:1,1,7,11,20,20
35:8 36:2,2,7,11,15,22,22
37:3,14,14,19,24 38:2,12
38:17,22 39:12,16 40:5
40:10,10,21 41:20 42:9
43:1,11,11 44:12 45:14
46:2,16 49:18,20 51:22
53:16 54:9,23 56:4,10,15
58:18,19 59:10 61:17,19
62:14 63:18 64:3,6 66:25
67:21 68:2 69:23 70:13
72:19 73:15,16 74:10 76:9
76:10,25 77:10 82:5 89:11
90:22 91:16,20 92:23
93:17 94:5,24 95:9 99:5
105:2 109:19 110:12
115:6 125:25 133:24
138:1 143:16 146:25
147:1 151:8 154:25
156:17,24,25 160:4
162:15 164:10 168:5
171:3 172:10 175:11
177:24 183:21 187:3
193:23 195:23,25 199:17
201:4 202:13 209:1 215:6
216:6,17 221:7 228:17
230:19 241:7 244:2 245:9
245:18,19 246:11 249:18
251:4,5,5 256:6,13 257:1
263:5 265:23,24 267:21
277:5 279:10 281:22
286:5,9 293:17,22 297:12
311:10 314:16 320:18
**named** [4] 18:16,17 48:22
56:6 60:10 71:14 257:9
318:7
**names** [11] 44:11 47:11
49:15 60:20 72:15 117:8
117:10,13 118:23 179:18
180:1 181:11 208:18
253:14,17 278:16 282:2
**narcotics** [13] 54:3 74:5
74:5 231:7 276:12 280:6
280:23,23 293:24 294:6,9
294:12 295:24
**National** [6] 33:23 35:14
64:7 308:12 309:4 314:22
**natural** [1] 98:19
**nature** [6] 72:20 107:16
147:19,22 211:3 214:10
**necessarily** [4] 150:14
221:25 289:18 311:17
**necessary** [1] 88:25
**necessitate** [1] 93:20
**need** [8] 8:15 81:20 82:1
82:3,22 83:18 84:11,15
93:2 96:18 101:8,14
102:21,22 114:7 116:19
149:8 158:1 159:14 183:5
186:23,24 210:2 226:17
234:6,15 274:17 314:5
**needed** [1] 108:15
**needs** [5] 30:22 121:23
137:1 209:21 256:21
**Neeley** [1] 47:18
**negative** [7] 196:18,21

196:23 197:1 198:15
220:20 308:8
**negatives** [1] 196:19
**negotiating** [1] 160:18
**neighborhood** [1]
282:20
**Nellie** [1] 32:25
**Nelson** [16] 30:19,20,21
73:16 96:20,24 108:4
175:6,7,9,13 177:18
179:19 180:4,5,16
**nephew** [4] 74:24 76:5
76:15 189:7 192:1 250:25
**nephew's** [1] 53:21
251:4
**nephew-in-law** [1] 77:3
**nervous** [2] 239:2,9
**nervousness** [1] 240:11
**neutral** [3] 154:13 213:20
284:21
**never** [9] 190:12 208:14
214:18 225:10 239:2
248:6 295:9 308:4,7
**new** [2] 12:8 93:1
**Newell** [1] 21:17
**news** [76] 49:13 127:13
127:25 130:20 139:15
140:2,9,10 144:2,4,5,8
152:7 161:18 165:20
166:10,12,17 167:1,3,6,9
170:2,6 179:10 194:12
201:11 202:17,23 204:17
208:5,8 210:21 214:18
217:7,18,23 221:25
228:22,24 229:19 231:2,3
231:5 235:16 240:22
242:6,8 245:15,22 248:4
248:20 249:1,5,25,25
250:1,4 258:17,21 263:12
263:16,25 264:1,12,13
274:19,23,25 275:7,8
277:12,16 322:4,7 323:5
**newscast** [1] 139:20
237:5
**newspaper** [7] 49:13
128:5 201:9 212:9 214:20
244:6 249:25
**newspapers** [5] 194:7
322:12,14,18,21
**next** [56] 78:1 87:18 90:3
90:24 91:21 93:18,23,24
95:22 115:2 124:15 133:9
137:13 141:12 146:19
151:3,16 154:20 156:11
157:8 159:5,22 161:6,7
162:5,22 163:12,21 164:1
167:21 170:19 172:5,15
175:5 181:9 182:24 186:7
198:5 212:6 215:1 216:12
230:15 240:25 243:19,21
245:2 246:6 249:13
250:18 256:1 262:24
276:24 311:10 314:17
315:20 324:11
**nice** [2] 287:19 300:9
**nicely** [1] 287:25
**niece** [1] 76:25

**night** [17] 95:5 140:3,4
142:13 175:19,22 218:12
253:24 258:17,21 266:21
267:2 269:4 277:17
290:14 306:7,13
**nightly** [1] 245:14
**nights** [1] 96:22
**nine** [5] 5:4 11:25 18:7
205:22
**nineteen** [2] 125:14
189:7
**nineteenth** [1] 75:2
**ninety-eight** [1] 276:19
**ninety-five** [1] 138:13
**ninety-two** [3] 89:15
133:12 134:2
**nobody** [3] 99:1,2 221:5
**non-law** [1] 148:23
**non-refundable** [1]
89:10
**none** [5] 13:4 111:2
143:11 247:10 304:21
**nonrefundable** [3]
125:9 126:7 145:22
**noon** [1] 103:22
**nor** [4] 91:12 104:10 193:5
325:8
**Norfalk** [1] 27:17,20
**normally** [3] 91:4,10
180:11
**Norman** [1] 33:12,13
**NORML** [1] 66:8
**North** [2] 74:11 288:16
**notation** [1] 306:13
**notations** [1] 313:24
**note** [10] 132:20 180:9
181:4 206:4 240:3 267:7
306:6,13 314:6,17
**notebook** [1] 122:19
**notes** [2] 88:15 230:19
**nothing** [29] 110:21
118:18 121:1,5 208:1
212:15 215:21 216:7,8
217:16,25 218:2 220:3
227:21 229:16 239:14
240:18 243:15 244:21
246:1 257:17 264:22
270:17 273:19 275:17
291:13 298:24 306:4
307:3
**NothingH** [1] 246:2
**notice** [3] 151:20 226:19
226:24
**noticed** [1] 226:22
**notified** [1] 88:5
**notion** [5] 230:3 231:25
232:22 237:25 239:10
**notions** [1] 81:14
**notwithstanding** [2]
106:17,17
**November** [1] 48:15
**now** [177] 7:25 8:24 9:12
9:15 11:7 13:12 20:3 21:1
22:8 23:13 24:20 25:2,8

40:23 47:5,23 49:8,15
50:21,22 51:2 55:23 57:25
58:3,11 59:3 62:4,24
64:23 65:10 68:8 71:21
73:15,20 75:8,14 76:7
77:8,23 78:24 80:21 82:1
83:6,8 86:25 89:16 94:10
96:18 97:25 98:21 102:2
103:22,24 104:5,6 105:11
108:7 109:11,25 110:15
113:22 114:8 115:8
117:18 118:13,23 119:20
121:19,20 126:2 127:8
129:13 134:7,17 135:15
136:4 138:3,19,24 142:3
147:2 152:16 155:9,11
157:7,17 160:10,15,24
162:17 164:12 173:25
175:14,176:2 178:1 179:8
180:5 181:12 183:23
186:19 188:12 192:25
193:8 198:21 199:18
201:4 205:2,14,15 208:20
210:14 215:6 217:4
220:17 221:11 222:9,24
223:5,6 225:13 226:12
228:2,16 230:10 231:9
234:1,5,10 236:7,23
239:19 241:9 242:24
246:13 249:20 265:2,23
268:1,1,16 270:3 272:10
273:22 276:2,7,10 277:7
286:16 289:17 292:19,23
294:9,20 297:22,23 298:3
298:18 300:6,25 301:14
301:18 306:15 309:12,21
310:21 311:16 312:9,12
312:15 315:1,20 316:15
316:23 321:22 322:1,2
323:24

**nuclear** [1] 37:21
**number** [40] 4:14 6:5,25
12:5,5 15:20 19:8 108:11
120:13 125:12 137:16,18
156:21 202:8 219:9
276:18 280:16 303:13,18
306:21 308:2,5,7 309:19
310:1,8 312:7 315:24
316:4,5,12,13,13,14,17,24
317:2,9,10 323:1
**numerous** [1] 79:8
**nurse** [4] 35:1,14 38:24
39:13

-O-

**O** [6] 2:1,1 3:1,1 32:13,14
**o'clock** [6] 18:7 140:2
167:11 267:1 275:8
277:12,16
**Oates** [14] 36:6,7,8 50:3
90:22 91:18,19 102:14,21
106:16 107:4,5 108:25
182:25
**oath** [2] 150:17 293:3
**object** [21] 6:25 79:15,20
85:10 99:8,18 101:19
112:25 116:17,22 119:5
120:21 206:2 227:10
236:8 258:5 261:25
276:21 283:15 284:14

295:14

**objecting** [3] 12:11
80:10 227:6

**objection** [14] 4:9 6:20
10:19 181:2 182:11,23
200:3,9 214:25 222:2
238:19 239:5 240:23
260:2

**objections** [1] 319:9

**obligated** [1] 101:3

**obligation** [1] 103:2
152:3

**obtain** [1] 7:6

**obvious** [1] 144:25

**obviously** [7] 6:15,17
49:17 63:1 103:8 112:19
136:14

**occasionally** [1] 282:18

**occasions** [1] 219:9

**occupation** [5] 306:1,22
306:25 307:15 317:1

**occupations** [1] 305:15

**occur** [2] 214:1 260:19

**occurred** [1] 48:14

**October** [2] 116:5 120:2

**off** [21] 9:3 82:19 103:15
133:5,6 154:1 162:3
163:22 173:23 185:25
193:17 200:10 219:10
220:4 247:16 276:23
280:22 282:3 293:12
300:14 314:10

**off-the-record** [5]
61:11,25 123:5 141:20
301:2

**offense** [9] 187:25 188:6
188:12 199:12,25,25
303:16 304:21 313:17

**offer** [3] 18:21 214:7

**office** [33] 9:6,19 18:8
28:8 32:12 42:19 43:12
47:7,12,14 51:8 52:13
55:3 56:20 59:23 67:3
71:13 76:21 77:3,14 95:14
95:17 117:9 171:9 205:10
208:17 266:15,17 268:11
269:5 270:12,15 273:18

**officer** [45] 25:21 44:7
45:20,21 51:11 52:23 67:4
71:4 73:6 74:14 75:7,8,18
76:23 79:11,12,23 80:6
148:18,20 149:16 150:10
153:14,19,20 206:21
212:12 213:14 217:1
220:25 221:2,3,5,10,17
265:10 267:16 275:4
280:6,23 281:3 289:23,25
290:8 298:10

**officer's** [2] 217:12
223:2

**officers** [23] 76:2 84:9
84:11 86:20,24 105:25
111:23 118:22,25,25
153:18 154:11 191:9
202:21 203:11 204:16
207:23 214:13 280:17,24
282:2 295:4,24

**officers'** [2] 208:17
212:17

**Official** [1] 325:14

**often** [12] 5:20 56:21
59:21 113:11 139:25
166:22 167:2 242:19
249:3 251:18 253:6
271:25

**oftentimes** [2] 304:7,9

**oil** [1] 296:22

**old** [11] 38:9 89:15 93:10
107:21 133:12 134:2
138:13 155:6 175:20
205:15 270:16

**older** [1] 290:8

**oldest** [1] 75:19

**Omaha** [6] 74:5 280:6
294:4 295:3,12,15

**once** [11] 180:22,22
195:21 206:20,22 249:5
253:10,11,12 271:14
298:18

**one** [143] 6:23,25 10:25
11:4 12:1,1 15:8 18:8
20:13 21:22 22:10 45:9
46:12,24 48:2,4 56:6
59:17 61:7,14,16,18 62:11
76:19 78:9 79:5,17 84:12
86:23,23 88:10 90:24
95:16 98:21 100:1 104:8
105:13 106:7,20 108:11
111:3 117:2,19 120:3
121:3,10 125:7 135:1
142:4,19 144:7,10 146:19
149:13,24 151:3 153:10
154:12,20 158:22 159:10
160:16 161:9 162:5,7
163:16,21 164:1 169:11
175:1 181:3,14 184:11
187:8 193:13 194:23
195:16,18 199:10 205:12
205:22,22 207:14 209:4
209:10,19 210:3,8,24
212:10 213:2,15,18 218:8
219:2 220:12,15 222:15
222:25 223:13 225:21
238:9 245:2,4 246:6
249:13 254:7 256:1 258:3
258:6 259:21 262:24
266:11 272:19 273:6,17
276:19 283:14 287:14
288:7 289:5,6,8 292:10
293:19 296:15 300:24
301:17,18 302:3,3 303:2
303:3,7,25 310:2 311:13
312:21 313:13,20 314:16
315:19 316:25

**one-fifteen** [5] 103:23
104:14 109:2,5 170:25

**one-half** [1] 94:1

**one-on-one** [1] 315:6

**ones** [8] 93:13 107:13
226:3,4,10,11 253:10
318:7

**Opelika** [4] 27:8 33:14
33:14 38:3

**open** [8] 2:9 3:10,12
144:19 199:5 229:7
231:20 244:18 260:3

247:2 250:6 264:7 277:22
281:16 284:8 301:5
320:14 322:10

**opened** [1] 276:11

**opening** [3] 323:13 324:3
324:3

**operate** [2] 35:25 36:8

**operated** [1] 67:10

**operation** [1] 266:15

**operations** [1] 41:8

**operative** [2] 122:12
213:20

**operator** [4] 28:4 38:14
43:24 290:6

**opinion** [34] 4:16,17
16:12 128:9,10,12,15
130:7,8,14 131:13,13,15
131:16,17 132:1,4,19
143:25 144:7,13 148:8,9
179:4 197:18,18 203:4,13
204:1 205:24 223:4
243:11 248:5,7

**opinions** [3] 17:1 132:21
223:12

**Opp** [1] 44:15

**opportunity** [3] 12:7
116:11 180:8

**opposed** [1] 150:10

**opposite** [1] 285:8

**oral** [2] 90:6 138:6

**orally** [1] 317:6

**order** [8] 8:15 12:12 14:9
15:9 98:7 149:7 227:15
323:4

**Oree** [1] 54:6

**organization** [2] 66:23
132:15

**originally** [1] 201:19

**orthopedic** [1] 27:7

**Osborne** [4] 33:16,17
95:1 167:22

**Oscar** [6] 22:24 23:6
32:19,20 109:21 115:7

**otherwise** [6] 85:12,16
128:19 134:13 154:13
238:4

**ought** [1] 243:6

**outcome** [7] 17:5,8,14
17:20 304:21 305:12
325:9

**outlet** [1] 122:10

**outlined** [1] 313:19

**outside** [4] 42:24 255:13
255:14,19

**overall** [5] 5:9 10:20
319:25

**overheard** [1] 189:18

**overlap** [2] 125:21
187:15

**overnight** [1] 157:6,23

**overrule** [1] 222:2

**overruled** [9] 154:5
181:8 182:12,23 214:25
238:9 260:3 262:23

283:17

**overwhelming** [1]
17:13

**owed** [1] 197:3

**Owen** [2] 40:9,10

**own** [13] 28:11 31:13
35:24 36:8 38:3 65:4
95:18 145:19 153:21
171:8,8 200:5 294:13

**owned** [4] 40:15,16 67:9
231:6

**owner** [4] 40:1,13 90:23
231:6

**owners** [1] 95:14

**owns** [3] 31:13 58:6,8

**Ozark** [3] 44:2 77:2
161:18

**-P-**

**P** [8] 44:22 49:23 51:8
64:3 71:4 73:25 204:18
325:13

**p.m** [1] 324:21

**packed** [1] 139:9

**packet** [1] 160:13

**page** [5] 2:3,4 3:3 303:14
311:12

**pages** [1] 12:9

**paid** [5] 88:21 89:8 92:6
146:9 171:9

**pain** [1] 158:16

**Palmer** [1] 31:5,6,7

**pancreas** [1] 158:13

**pancreatitis** [4] 156:21
157:5,18 158:14

**panel** [33] 2:10 17:1 19:25
20:3,7,11,17,20 21:14,21
21:25 22:4,7 25:1 62:24
63:9 64:23 65:11 66:3,8
66:13,22 67:9 78:22
104:17 108:16 144:20,23
302:18,20 308:5 321:6,16

**paper** [25] 26:10,10 34:22
35:5 37:11 86:4 147:13
166:19,20,23 167:1 200:5
241:11 242:7 243:2
246:18 248:7,15 258:2,7
261:11 263:24 264:2
314:19 322:16

**papers** [1] 147:9

**paraprofessional** [1]
30:21

**parents** [1] 38:10

**Park** [1] 253:18

**parking** [3] 322:25 323:3
323:7

**Parks** [2] 26:14 36:12

**part** [19] 8:1 32:16 56:22
84:22 103:2 121:23
149:15 159:6 198:7
202:20 203:17 246:22
277:25 290:10 304:1,7
305:6,19 308:4

**part-time** [2] 40:23
42:11

**objecting - people's**

**parte** [1] 227:16

**participants** [2] 9:4
103:16

**participated** [1] 63:10

**particular** [8] 81:25
213:3,7 258:1 259:25
269:1 290:25 311:18

**particularly** [7] 6:2
212:23 223:25 269:17,25
289:18 315:7

**particulars** [1] 216:4

**parties** [8] 46:13,25 59:18
104:12 259:10,13 322:1
325:8

**partner** [2] 160:8,25

**partnership** [1] 94:2

**parts** [1] 43:4

**party** [2] 222:24 294:17

**Paso** [1] 51:11

**pass** [2] 78:15,16

**passed** [1] 83:5

**password** [1] 182:6

**past** [7] 11:4 70:20 90:5
95:3 231:1 258:12 295:18

**pastor** [2] 69:8,10,15
254:9

**Patricia** [7] 31:19,20
47:18,19 50:8 241:1,8

**Patrick** [1] 51:17

**Patrol** [2] 29:24 55:15

**pattern** [2] 5:18,21

**Patterson** [1] 28:2

**Paul** [5] 39:2,3 74:18
278:18 286:6

**pay** [4] 126:17 137:1
189:24 201:11

**paying** [1] 180:23

**payment** [2] 196:24
198:15

**Payne** [1] 25:24,25 26:1
87:16 124:16,17 316:4,16
317:17,18 319:23

**pearl** [6] 30:6,7 73:9
315:22,23 321:3

**peculiar** [1] 290:24

**pen** [2] 311:12,14

**penalized** [1] 190:6

**penalties** [1] 189:24

**penalty** [1] 190:2

**pending** [1] 20:12

**people** [43] 6:2 16:16
51:7 65:3 79:8 83:20 89:1
92:18,25 121:11 131:6
143:21 149:2 150:17
156:3 159:10 181:12
183:6 189:24 201:1 214:9
221:19 223:11 227:8
232:5 238:24 239:2
257:10,22 260:22 261:3,5
273:5 274:3 276:9 280:24
303:7 304:8 308:17
315:17 319:2 323:1,5

**people's** [2] 204:12
253:14

per [4] 17:10 79:16 199:20 209:20
percent [5] 5:4,6,18
percentage [3] 5:2,7,9
peremptory [2] 222:9 281:10
perfectly [1] 139:10
perhaps [1] 8:19
period [5] 7:23 108:19 172:19 174:1 181:17
Perrine [1] 47:16
person [21] 79:11 148:24 158:25 175:5 185:13 189:22 191:25 212:20 254:5 274:7,12 275:10,19 281:12 289:16 302:18 304:25 307:21,23 314:12 317:14
personal [30] 28:16 64:24 82:15 85:21 104:22 123:1,3 135:17 195:19 200:4,6 227:8 252:11,13 272:12,13,21 273:1,16 274:13,18 284:5 310:11 311:4 312:5,18,19 313:9 313:15 319:13
personality [2] 274:22 275:14
personally [4] 136:20 137:8 191:1 252:21
persons [16] 45:24,24 47:21 49:16 51:21 53:15 54:9 55:17 56:13 59:9 60:3,17 61:4 62:9 65:4 69:22
perspective [1] 270:10
pertained [1] 272:7
petit [1] 24:18
Pettus [5] 55:11 71:5 199:5,6,14
Pettus's [1] 200:1
pew [1] 123:18
ph [8] 28:23 47:17,19 54:7 55:14 61:19 65:18 160:16
phase [1] 190:3
Phenix [3] 29:8 30:7 73:10
Phillips [2] 27:14,15
philosophical [1] 65:13
philosophy [1] 201:8
phone [1] 12:3,6
photo [1] 212:13
photograph [1] 224:3
phrased [1] 99:21
phrases [1] 99:13
physical [1] 21:25
physician [2] 29:7 287:10
physicians [1] 287:12
pick [2] 288:5,18
picked [2] 231:1 275:20
picking [1] 11:14
picture [9] 206:23 212:22 217:1,6,12 223:2 234:22

pictures [9] 202:21 203:9 204:8,9,19 207:22 208:18 209:9 257:22
piece [1] 86:4
Piggly-Wiggly [1] 35:25
Pigler [1] 55:11
Pine [1] 31:18
Pippin [10] 39:7,8,8 50:11 59:11 246:7,8,12 247:11 249:11
Pitters [2] 14:5,6
place [3] 218:14 242:7 247:15 260:1 289:17 317:2 322:25 323:7
placed [1] 268:20
places [2] 40:17 269:12
placing [1] 90:25
plaintiff [1] 14:11
plan [1] 139:8
planning [1] 299:10
plant [2] 37:21 38:4
plastic [1] 38:4
Plath [3] 38:1,2,3
play [9] 70:16 103:10 114:20 115:18 254:8 261:11 262:7 277:25 288:6
playing [2] 97:16 149:17
plays [1] 254:7
pleasant [2] 119:7 211:19
pled [1] 98:21
plumber [1] 31:8
Plumbing [1] 31:8
plus [1] 97:25
point [14] 7:22 14:9 39:6 42:10 84:14 88:23 96:15 106:3 236:14 249:5 289:19 310:2 315:1,11
pointed [1] 79:7
pointing [1] 239:6
police [62] 45:19,22 51:9 51:10,12,14,15,18 53:5 55:14 63:24 64:6 71:12 71:15 72:25 73:10,12,13 73:24 74:14,25 75:7,8,12 75:16,20,23 76:2,14,16 76:22 77:1,20,22,23 84:9 84:10 111:23 118:25 153:10,17,19,20 154:11 202:21 204:16 217:1,11 267:16,23 271:21 274:20 275:3,6 276:13 279:17 281:3 282:2 290:6,8 294:4 298:6
policeman [4] 63:23 73:8 76:24 263:18
policemen [2] 72:25 179:14
policies [1] 97:11
policy [1] 288:11
pompous [1] 275:11

pool [1] 5:19
port [1] 296:21
Porter [1] 50:15
pose [1] 176:24
posed [1] 220:24
position [2] 31:4 219:11
positive [1] 114:12 196:17 311:17
positively [2] 158:8 188:2
possess [1] 48:8
possession [4] 18:12 136:2 188:15 238:14
possibility [3] 6:5 90:2 196:7
possible [2] 268:25 305:2
possibly [1] 8:6 88:6 158:11 191:3,6 195:22 197:17 212:18 218:19 260:12 270:18
post [1] 32:12
Postal [2] 26:19 43:8
posted [2] 203:11 208:17 263:17
pot [1] 220:14
potential [2] 2:13,18 8:5 50:20 60:23 68:21 148:17 162:19,20,20 302:22
potentially [2] 79:8 307:21
Power [2] 28:20 34:18 41:9
practices [1] 197:13
Prattville [17] 27:16 32:10 33:21 35:4 36:23 45:21 51:15 71:11,15 75:20 266:4 267:16,23 271:21 274:20 276:13 290:9
pre-jury [1] 4:8
precise [2] 135:3,4
preconceived [6] 100:12 230:3 231:25 232:4 237:25 239:10
preconceptions [1] 81:14
predisposition [1] 100:15
preface [1] 280:25
prefer [1] 8:21
preference [1] 288:3
prejudged [3] 85:18 190:10 231:9
prejudgment [2] 260:12 260:13
prejudice [2] 17:22 120:12 279:25
prejudicial [3] 17:21 218:11,21
preliminary [2] 4:18 11:2
premise [1] 14:17
prepare [1] 300:25

prepared [3] 138:12 139:9 325:4
Presbyterian [1] 39:9
prescheduled [1] 92:6
Prescott [2] 69:19,24 195:1,18
presence [2] 188:16 224:14,21
present [9] 3:11 121:8 212:15 301:6 305:24 306:4 307:3 316:20 320:15
presentation [2] 231:16 231:18
presented [40] 15:6 113:19 115:14 117:11 118:4 121:1,4,7 128:2 166:9,13 169:6 174:11 194:14 201:23 203:20 205:5 213:22 215:18 217:19 219:5 226:10 229:6 233:12,13 235:5,20 241:17,23 244:18 245:24 247:2 250:6 264:7 277:22 284:8 291:14,19 292:9,17
presenting [2] 117:22 118:14
presently [2] 32:16 310:2
press [2] 36:8 220:23
presume [2] 206:1,15 237:24
presumption [7] 78:2 98:4 101:1 120:20 184:18 237:22 238:5
presumptions [1] 7:14
pretextual [6] 307:25 309:16 312:1 319:11,20 320:5
pretrial [7] 2:7 4:14 15:18 15:20,21 16:1 323:12
pretty [8] 180:13 189:22 196:11 231:23 234:5 247:25 250:23 298:12
prevail [1] 14:10
prevent [2] 65:13 220:3
previous [1] 89:6
previously [1] 26:23
Price [4] 44:24,25 45:1 77:21
prima [1] 303:9
primarily [2] 67:10 240:21
principles [1] 78:6
printing [1] 90:23
Priscilla [1] 54:6
prisoners [1] 269:15
private [4] 24:19 106:12 107:9 227:7
privilege [1] 56:4
privileged [1] 223:24
privy [1] 268:11
probative [1] 218:21
problem [62] 7:4,22,24 65:15 82:23 86:10,11 92:9

92:13 96:22 99:25 102:16 102:17 108:1 135:7,11 138:4,18,20 141:6,15 142:7 143:6 147:3,5 151:11 154:8,10,12 155:14 157:16 159:4 162:8,18 163:1 167:24 169:12 171:14 176:24 177:8 178:9,12 181:7 183:2,24 184:3 189:6 218:8,22,22 238:4 242:10 242:11 285:14 291:22 305:4 307:11,11,12 308:17 313:12 322:12
problematic [1] 125:6 176:19 226:13
problems [11] 9:10,16 102:15 105:18 141:1 142:15 155:19 169:12 172:18 240:20 280:19
procedures [1] 7:20
proceed [10] 19:3,10,13 77:24 226:16 228:7,9,10 309:15 320:12
proceeding [1] 14:20
proceedings [8] 1:14 4:1 4:12 10:14 14:14 56:10 120:15 325:3
proceeds [6] 49:1,4 198:20,24 199:3 200:2
process [5] 5:12 10:5,20 119:11 131:5 288:17,19
produce [1] 37:16
producing [1] 87:19
product [1] 33:24
production [2] 33:7 43:13
profession [1] 295:25
professional [3] 52:16 55:4 325:14
professionally [1] 14:12
professor [2] 28:23 288:15
profile [2] 135:2 152:25
program [1] 135:14
programmer [1] 36:25
project [4] 31:11 35:9 41:16 43:8
promise [1] 18:6 101:10 124:9 159:12
prompt [1] 230:14
promptly [1] 323:13 324:2,9
proof [6] 98:3 101:6 184:22 235:17 292:12 311:17
proofs [1] 199:11
propane [1] 28:7
proper [2] 100:5 234:20
properly [1] 99:21
property [3] 40:15 276:15 319:4
proprietor [1] 37:5
prosecuted [1] 276:14

Multi-Page™

**prosecution** [6] 7:3
52:20 56:22 59:22 190:22
317:21
**prosecutor** [4] 120:4
287:17 314:6 318:8
**prosecutors** [6] 6:23
120:3 211:25 288:4
**prospective** [1] 239:20
**protected** [1] 97:15
**prove** [3] 120:18 184:23
235:14
**proven** [4] 140:15 197:22
200:18 299:18
**proves** [1] 128:18
**provide** [3] 25:4 303:16
303:25
**provided** [2] 13:16 63:11
**provides** [1] 303:18
**proving** [2] 98:22 200:20
299:18
**provisions** [1] 4:13
**public** [4] 37:1 68:15
221:8 236:1
**publicity** [4] 125:17
132:5 186:16 187:11
**Publix** [1] 37:16
**pulled** [1] 189:13
**punish** [1] 97:12
**punishment** [2] 192:1,2
**purchase** [1] 93:1
**purchased** [1] 146:5
**Purdue** [1] 69:17
**purely** [2] 78:10 188:23
**purpose** [2] 121:14 209:8
**purposes** [1] 222:16
**pursue** [2] 308:25 309:11
**pursued** [3] 165:7 289:16
289:19
**pursuing** [1] 290:17
**pushed** [1] 287:21
**put** [103] 82:14,25 85:20
92:11,16 106:21 113:4,23
113:25 114:1,18 115:12
118:15 127:24 128:14
129:16 131:20,21 132:3,3
132:12,20 135:16 140:9
143:1,3 147:12 152:12
158:3 165:16 166:11
169:4 174:9 178:24 185:5
185:14,15,16 194:11
195:10 197:5 199:17
201:22 202:25 203:18,23
203:24 205:3,9 206:6
207:4,23 209:1,8 210:19
212:19 214:21,21 215:16
217:2,12,18 220:15 222:1
222:14,15,24 223:1,1,2,8
223:17 224:19 226:23
229:4 231:17,18 234:11
237:1 239:22 240:22
241:15 244:17 245:21
246:25 250:3 255:1
257:11 260:8,10,21
261:15 264:4 273:13,14
275:15 277:18 284:4
293:3 308:19 311:5

316:22 320:10
**puts** [2] 204:11 212:17
**putting** [10] 100:24
183:25 204:9 209:24
210:4 217:6 237:23
260:21,23,25

-Q-

**qualify** [4] 47:6 50:22
60:5,8 61:9 73:13
**quality** [1] 43:3
**questioned** [1] 148:16
**questionnaire** [23] 92:2
135:5 153:1,9 155:20
187:23 188:7,9 205:8
210:10,25 240:13,16
303:14,24 304:2 306:2,22
307:9 308:16 314:25
317:8,11
**questionnaires** [4]
68:11 72:9 98:6 316:3
**questions** [71] 2:12,14
2:16,19,20 13:17 20:4
23:4 45:8 64:19 68:6,9,11
68:19 71:21 72:1 79:3
80:3,20 81:6,8 84:22
99:19,21 103:18 110:25
115:23 128:21 129:21
132:4 134:21,25 135:2,25
139:19 140:20 143:8
144:22 145:5 146:3,13
147:7 152:22 154:7
158:20,21 166:15 169:22
170:10 171:22 174:13,14
176:5 179:2 184:6 188:19
191:23 192:10 237:9
253:21,23 260:16 261:21
261:22 267:8 271:17
275:23 281:5 293:20
308:5 314:24
**quickly** [4] 180:4 300:5
310:22 323:11
**quiet** [1] 98:1
**quit** [1] 244:10
**quite** [5] 121:13 141:7
193:16 265:15,17
**quote** [1] 233:10

-R-

**R** [6] 1:25 31:17 35:2,18
40:10,23
**R-e-s-e-n-d-e-z** [1]
60:13
**race** [3] 301:8,15 311:20
**race-neutral** [1] 309:18
**racial** [3] 5:2 66:3 311:19
**radio** [3] 130:2 201:10
290:6
**radiologist** [1] 39:5
**Railroad** [1] 28:16
**Railway** [2] 27:18,20
**raise** [6] 6:1,4 19:1 304:23
**raised** [4] 7:24 106:3
274:25 304:5
**Ramona** [4] 44:24,25

77:21
**ran** [1] 207:20
**Rand** [1] 47:17
**Randall** [3] 35:3 264:25
265:11
**Randolph** [2] 39:17 73:6
**random** [1] 5:7
**randomly** [2] 189:15,16
**Randy** [2] 33:12,13
**rang** [2] 143:19 223:6
**rank** [1] 294:10
**rarely** [1] 315:8
**rather** [6] 7:23 15:5 23:11
73:22 87:9 206:16
**Ravina** [1] 74:21
**Rayfield** [1] 26:1
**reach** [2] 17:18 284:1
**reaching** [1] 264:5
**reaction** [2] 180:13 236:5
**read** [153] 3:9 20:8 49:8
49:10,17 68:23 69:3 71:1
85:7 86:2 98:14 104:3
106:17 127:12,13,16,21
127:22,25 128:5,6,15,24
129:2,5,10,16 130:1,9,20
131:7,15,23 132:14
134:17 139:12 142:17
147:8,13 152:5,13 158:17
161:16 163:2 165:13,17
165:19,24 166:2,22,24
168:17 169:1,5 170:2
171:19 174:6,10 176:2
177:10 178:14,24 181:12
184:9,15 186:11 187:6,13
193:9,19 194:1,4,9,12
197:17 201:7,9,21,21
202:16,19 203:1 204:14
207:1 213:3 214:15,20,22
215:9,14,17,25 216:23
220:10 221:21 222:4,5
225:22 228:19,20 229:5
229:10 230:2,22,25
233:14,14 235:15 236:24
237:2 240:12 241:10,11
241:22 242:16,19,22
243:2,9 244:5,9,14 245:12
245:22 246:14,18,20
247:1,12 248:4 249:21
250:4 256:9,12 257:4,12
258:7,11,15,16 261:11,15
263:7,11,23 264:10 277:8
277:10,19,24 282:2 283:2
322:14,17
**reading** [8] 31:23 170:11
200:5 203:8 219:20
244:11 247:6 322:20
**reads** [1] 219:20
**ready** [4] 19:10,12 52:20
193:8 281:14 300:1
**real** [9] 32:11 64:16 91:2
91:9 97:10 147:24 174:25
236:2 251:17
**Real-Time** [1] 325:15
**realize** [2] 5:1 157:9
160:10 168:24
**realized** [1] 93:18
**really** [42] 7:13 84:11

88:23 91:7,14 93:2,13
96:11 100:22 108:5
112:15 113:15 130:22
144:7 147:24 148:2 152:2
157:16 171:14 183:2
184:4,5 185:19 197:9
201:11 209:18 216:5
220:5 234:17 245:17
247:4 248:6 276:8 282:24
284:20 285:1 287:24
288:4,5 300:5 322:20
323:12
**reason** [29] 21:25 124:13
125:1 133:5 144:24
156:23 159:9 162:1 180:8
182:11 198:7 214:23
222:6 277:12 287:11
289:17 290:17,18,24,25
291:4,6 292:4,24 293:5
315:2 319:19,20 322:25
**reasonable** [3] 14:13
120:18 292:14
**reasoning** [1] 193:17
**reasons** [23] 6:24 45:10
65:13 262:17,22 267:7
276:6 303:10,13 305:22
306:3,10 307:2,12,24
309:16,18,19 312:1,11
319:11 320:1,4
**rebuttal** [2] 312:10,13
**received** [5] 4:9 11:17
11:20 12:7 269:18
**recent** [2] 204:20 213:1
295:18
**recently** [8] 34:25 116:8
120:2 194:8 229:24
263:15 268:16 276:13
**recess** [9] 9:22 10:9 19:4
109:5,6 159:6 225:18
**Recitation** [4] 2:11,13
2:17 45:6
**recognize** [7] 117:7,13
118:24 195:25 213:25
253:13 265:23
**recognized** [6] 13:1
117:14 195:23 208:6
213:5 219:25
**recognizes** [1] 15:23
**Recognizing** [2] 185:12
292:5
**recollection** [2] 130:19
271:11
**record** [21] 8:11 9:3 15:12
103:15 121:24 132:25
130:9 181:4 198:15 209:3
222:16,16 239:7 240:3
300:14 302:17 310:25
311:5 315:17 316:22
325:3
**records** [2] 12:3,6
**Recreation** [2] 26:15
36:13
**recruited** [1] 294:5
**red** [3] 240:9,10,13
**Redmond** [1] 47:15
**redundant** [1] 290:19
**Reed** [2] 26:20 34:15

**reemployed** [1] 163:20
**refer** [3] 10:25 16:2
209:12
**reference** [2] 218:9
322:8
**references** [1] 212:12
**referencing** [1] 143:14
**referred** [1] 11:4
**referring** [1] 209:2
**reflective** [1] 5:10
**refusing** [1] 148:4
**regard** [6] 107:6 200:16
217:4 223:25 259:22
269:19
**regarding** [5] 65:7 111:1
183:14 192:15 193:19
**regardless** [4] 81:19
120:4 213:9 237:25
**regards** [4] 242:14
254:24 305:14 313:19
**Regina** [2] 27:21,22
**register** [1] 67:24
**registered** [2] 38:24
325:14
**registration** [1] 126:16
**regular** [6] 24:23,24
105:25 109:19 148:18,21
**regularly** [1] 250:1
**rehab** [1] 135:12
**REISNER** [1] 325:13
**relapse** [1] 135:12
**relapsed** [1] 135:13
**related** [6] 18:14 45:24
129:7 134:23 296:24
325:7
**relates** [1] 132:8
**relationship** [15] 72:21
104:2 252:9,12,14,20
254:13,25 272:12,13
283:4,12 284:5,24 285:1
**relative** [2] 72:17,20
**relatives** [3] 280:16
297:18 299:15
**relevant** [4] 101:20,23
311:21
**reliable** [1] 307:23
**relied** [1] 4:15
**relief** [2] 8:10 15:6
**religious** [1] 65:12
**reluctantly** [1] 315:5
**rely** [4] 14:8 133:7 152:18
152:20 226:9 241:23
**relying** [2] 238:11,17
**remain** [4] 98:9 104:15
106:19 224:15
**remaining** [2] 302:1
321:5
**remains** [1] 184:23
**remedy** [1] 7:1
**remember** [96] 24:13
70:13 105:17 109:13
117:25 118:6,10,12,14
120:25,25 123:10 127:15

127:17 129:25 142:20,22
142:24,24 143:16,18,18
143:20 156:24 157:1
158:24 165:23 166:7
169:1,16,17,18 170:5
173:1 174:8 182:25
186:17 196:10 197:2
201:21 202:18,22 203:7,9
204:23 208:4,5 215:13
216:3 217:3,10,14 226:12
226:12 229:2,10,18,21
231:4,8 239:3 241:13,13
241:21 242:5 244:11,13
245:15,17,18,19 246:20
246:21,22 247:4,5,14,16
247:20 248:10,25 250:12
250:16 257:19,21 258:19
258:20 262:5 263:13,14
263:14,15 277:13 278:1
312:14,21
**remembered** [1] 129:15
**remind** [1] 299:8
**reminded** [1] 61:16
**remote** [1] 270:21
**render** [2] 22:1 65:21
**rendering** [1] 65:14
**Rene** [1] 35:3
**repeatedly** [1] 107:7
**replace** [1] 87:25
**report** [2] 148:10 261:1
**reported** [1] 220:23
228:22 238:13
**reporter** [1] 98:1 325:14
325:14,15
**Reporter's** [2] 3:19
324:25
**reports** [2] 12:4 179:10
**represent** [4] 56:8 59:6
86:23,23
**representation** [2]
17:19 214:23
**represented** [1] 70:19
**representing** [4] 46:12
46:24 56:5 59:17
**reputation** [1] 196:14
**request** [4] 10:1 13:14
131:4 227:14
**requests** [1] 131:3
**required** [10] 21:2,3,13
87:6 102:25 103:4,5
184:16 291:11,21
**requirement** [1] 181:15
**requires** [2] 222:9 239:23
**reschedule** [1] 90:19
**rescheduled** [1] 93:6
**research** [3] 31:12
121:16,25
**Resendez** [1] 60:12
**resent** [2] 206:12,14
**resented** [2] 206:1,17
**resents** [1] 206:14
**reservation** [1] 30:3
126:17
**reserve** [3] 63:24 77:6
121:20

**reside** [4] 33:5,11 34:8
37:22 39:14 40:1 42:23
43:19
**resided** [2] 21:21 58:9
**residence** [1] 307:19
**resigned** [1] 276:14
**resolved** [1] 105:18
**Resource** [1] 43:9
**respect** [2] 222:7 273:25
**respond** [5] 20:6 148:19
238:10 311:22 315:3
**responded** [3] 258:22
304:22 308:7
**response** [52] 15:15 20:9
20:15,18 21:19,23 22:2,5
47:4,22 55:18 57:24 58:2
58:14 59:2 60:4,18 61:5
61:21 62:10 63:7 65:9
66:1,6,11,16,20 67:7 79:2
80:18 81:5 83:13 98:25
119:16 124:14 125:2
151:2 154:16 156:6 175:3
192:11 204:24 210:24
213:11 218:24 267:8
270:25 281:6 285:23
311:24 312:12 314:1
**responsibilities** [1]
84:24
**responsibility** [1] 149:4
**responsible** [7] 89:16
136:20 137:8 209:16,24
210:16 217:5
**rest** [4] 56:7 83:19 109:2
200:16
**restaurant** [4] 33:18
40:13 67:12 95:1
**restored** [1] 20:14
**result** [7] 14:14,16 65:5
192:21 206:17 221:18
280:18
**results** [1] 5:6
**retarded** [4] 93:11 107:21
108:10 155:7
**retired** [37] 25:8,21,22
26:14 27:2,17,19 31:17
32:6,11,14,15 33:13 34:25
36:4,5 37:10 40:11,20
41:9 43:7,16,17 44:6,11
73:1 74:4,9 77:9 153:12
153:15,19 294:3,17 295:2
297:21 298:3
**retirement** [4] 25:10,10
27:4 294:17
**return** [1] 118:4
**returned** [2] 122:23
230:11
**reunions** [2] 75:9 298:16
**Reverend** [1] 69:13
**reversed** [1] 16:17
**revisit** [1] 183:8
**revolves** [1] 213:12
**Rhonda** [1] 39:13
**ribbon** [1] 37:6
**Richard** [3] 28:21,22
29:7 35:8 43:25 44:1 50:1

77:17 94:1 160:5 215:2,7
320:21
**Richardson** [1] 69:8
**Richmond** [1] 71:6
**rid** [2] 238:5 317:20
**riding** [1] 189:12
**right** [144] 6:9 8:23 10:8
19:2 22:19 49:19 52:17
56:6 68:17 80:15 81:21
84:2,7 85:24 88:10,22
89:16,25,25 90:10,11,16
91:7 92:4 93:22,25 95:19
96:3 97:7 98:9,10,14
100:14 101:25 102:21
106:18 107:8 110:4,23
111:8 113:13,25 114:16
116:3,7,9 117:1,13,24
121:19,20,21 133:14
134:6,15 137:9 141:25
142:9,12 145:16 146:7,11
151:14 153:6,7,12,16
157:17 161:12 164:6,15
165:23 168:22 169:17
170:4,11 172:23 173:1,5
173:17 174:3,3 175:23
178:4 179:8,12 181:14
182:2 183:20 184:21
186:10 187:21 190:19
191:16 196:20 200:22,23
212:2 217:22 219:3
224:21 228:1,2,4 232:9
232:11,19,20 234:10
235:2,22 239:19 247:17
248:9 251:23 255:16
259:8 260:11 262:18
263:22 264:18 265:1,12
265:25 266:21 272:14
275:17 279:16 280:11
281:25 282:14 285:21
290:4 300:5 309:7,24
314:2 316:1,8,9,11,22
323:18,22
**rights** [1] 20:14
**Rigsby** [3] 23:17 33:25
34:1,2 63:13 74:10
**rings** [1] 144:11
**risk** [3] 8:5 84:25 304:11
**risky** [2] 213:10 315:7
**Rita** [1] 38:22
**rivalry** [1] 287:2
**road** [1] 214:2
**Roanoke** [1] 40:6
**Robbie** [3] 36:14,15 50:4
216:18
**Robert** [12] 28:17,18
34:19,20 49:25 50:9 51:10
179:19 202:7,14 243:20
244:3
**Robertson** [9] 35:22,23
35:24 95:13 170:20,21
171:1,4 172:1
**Roger** [1] 29:17
**role** [6] 103:10 114:20
115:19 261:11 262:7
265:9
**roll** [4] 2:10 25:1,3,11
**Rollins** [1] 44:20

**Ron** [4] 13:25 14:2,4 56:7
**Ronald** [2] 1:25 38:12
**Ronnie** [2] 36:10,11
**room** [52] 72:15 87:18
105:17 110:5 122:6,8
145:6 209:10,24 210:3
222:11 252:20 270:5
311:7,8
**roughly** [1] 48:15
**round-trip** [1] 181:5
**routinely** [1] 269:12
**row** [1] 301:23
**rubber** [1] 30:17
**Rucker** [3] 32:21 40:18
44:9 160:16
**Rukvina** [9] 39:11,12,13
279:7 280:8 296:7,8,10
297:6
**Rukvina's** [1] 280:9
**rule** [4] 6:2,7 214:11
220:2
**ruled** [3] 214:10 222:8
227:16
**rules** [4] 5:24,24 6:1
149:23
**ruling** [1] 222:9
**run** [5] 36:8 67:23 90:20
122:20 166:4
**running** [2] 220:16,17
**runs** [1] 84:25
**rural** [1] 26:19
**Russell** [3] 34:10,11
77:11

**-S-**

**s** [35] 2:1 3:1,6 13:2 28:16
30:9 35:18 39:18 40:12
41:17 43:8 47:7,12 50:4
55:15 76:6 98:6 117:22
139:23 142:19 143:13,13
155:18 183:16 208:17
209:14 210:19 216:18
231:2,2 238:12 248:23
249:4 254:6 290:15
**Sabel** [1] 41:8
**safety** [1] 269:14
**Salem** [1] 212:12
**Salery** [11] 62:7,17 221:7
251:11,12,13,19 252:1,3
254:8,25
**Salery's** [1] 253:3
**sales** [2] 39:22 43:16
**salesman** [2] 26:15 28:8
39:10 195:2,18
**Sandra** [3] 30:12 37:18
37:19 54:4 93:17 156:12
156:18 159:21
**Sansom** [3] 26:11,12,13
49:21 69:24 186:14
193:21,24,25 198:3,7
**sarcastically** [1] 281:18
**sat** [2] 116:21 120:1 121:2
121:7,12 283:25 311:7,8
**satisfactory** [1] 22:1

**satisfied** [1] 10:14
**Saturday** [3] 11:20 12:7
145:15
**Saudi** [2] 40:14,22
**saw** [19] 131:15,22 144:8
178:16 179:3,10 223:9
232:4 234:8 236:10,14
246:17 248:17,19 261:4
263:25 272:3 274:23
311:11
**Saxer** [10] 35:7,8,9 95:9
167:25 168:1,2,6 169:15
170:17
**says** [18] 14:9 107:21
140:14 212:16 213:9
233:15,16 239:12 285:12
285:12 303:14,20,22,23
303:25 305:9 309:8
318:13
**scan** [1] 248:15
**scare** [1] 155:23
**schedule** [1] 95:7
**scheduled** [9] 90:4 92:23
92:25 93:17,22 95:15,21
168:10
**Schiff** [1] 47:16
**school** [29] 29:23 30:22
39:9,18 40:3 43:23 90:20
92:24 93:1,9 94:7 95:22
95:24 108:14 162:8,21
172:14,22 173:9 174:18
188:14 249:8 254:9 259:4
288:16 290:6
**schools** [2] 34:17 37:20
**schoolteacher** [3] 32:16
32:22 36:5 37:19 39:17
90:18 94:7 274:5
**Scott** [28] 24:8 33:19,20
33:21 37:8,9,10 41:3,4
42:17 74:7 76:15 99:6
106:15,24 110:2,11,14
113:10 114:24 115:1
182:16,17 183:1,17,22
184:13 185:22
**scrutiny** [1] 269:18
**se** [1] 17:10 79:16 199:20
209:20
**seal** [1] 224:1
**season** [1] 140:6
**seat** [3] 49:22 273:11
320:17
**seated** [1] 20:2
**second** [14] 14:12 48:17
48:22 49:6 104:16 173:4
173:16 208:22 285:8
287:22 301:17,22 302:19
310:23
**secondhand** [1] 38:11
**secondly** [1] 209:5
**secret** [2] 7:21 182:5
**secretary** [3] 38:13 44:3
76:20
**Security** [3] 74:22
280:10 296:16
**see** [52] 9:20 75:8 89:24
93:7 96:5 98:6,6 104:14

110:6 124:13 125:1 127:7
145:25 157:2,11 162:1
163:13 174:5 195:6
198:21 230:10 232:6
240:6,7,11 242:7,8 251:18
253:6 254:10 260:22
264:24 271:22 279:16,24
281:17 282:11,12,12,18
290:14,15 295:1,6,8,10
298:14,16 300:2 319:6
324:4,18
**seeing** [2] 241:13 258:20
**seeking** [1] 31:4
**seem** [3] 5:18 6:4 176:9
**sees** [1] 223:3
**segregated** [10] 2:22,24
3:5,7 110:7,10 122:25
145:8 183:13 193:18
**seized** [1] 276:17
**select** [4] 12:15 19:22
300:1,23
**selected** [9] 5:3 7:13
140:7 161:5 163:9 166:8
184:14 250:5 291:8
**selection** [13] 4:8,11,14
5:12 6:16,25 7:4,18 10:20
13:5 19:3 226:25 227:1
**selects** [1] 7:20
**self-employed** [6]
31:13 32:7 41:13,23 42:15
68:3
**sell** [1] 32:10
**semiretired** [1] 39:4
**senior** [7] 31:15,16
37:10 43:16 50:16 65:18
76:3 78:21 82:5 205:12
321:22
**sense** [6] 82:8 84:3 96:19
196:22 226:1 238:23
**sensitivity** [1] 311:19
**sent** [3] 10:6 155:20 205:8
**sentence** [1] 20:13
**separate** [2] 149:13
255:14
**separated** [1] 42:5
**separately** [1] 292:11
**sequestered** [4] 92:11
92:15 139:10 141:16,18
142:5,8,11
**sergeant** [1] 266:22
**series** [1] 20:4
**serious** [4] 17:7 102:15
102:17 250:16
**seriously** [2] 243:7,8
**serve** [24] 21:3,4,13,16
24:20 88:11 95:9 104:22
111:10 115:25 140:7
152:3 158:11 160:11
161:14 165:10 167:23
168:8 177:4 214:4 219:15
219:18 240:2 321:11
**served** [23] 2:22 22:7,13
22:24 23:10,14,19,23 24:8
24:12 70:6 78:17 103:25
78:16 109:12,17 110:1,9
110:15 114:13 115:9,13

181:20
**service** [19] 4:14 22:1
26:19 32:21 33:22 40:12
43:8 52:23 67:4 97:13
111:7 116:10 117:9
180:12 195:1,17 265:10
269:12 321:7
**Services** [2] 75:17 298:8
**serving** [8] 13:3 22:8
88:12 162:18 164:17
175:16 178:5 322:5
**set** [11] 15:9 84:5 114:13
120:5 141:8 191:10,11,18
252:11,15 257:9
**seven** [4] 38:9 253:4
300:22 302:14 303:3
317:22
**seventeen** [6] 11:25 12:9
64:11 310:8,9 316:13
**seventh** [1] 42:3
**seventies** [1] 75:21
**seventieth** [1] 295:8
**seventy** [9] 20:20,20,22
21:2,9,13,18 93:12 155:25
**several** [17] 6:10,24
14:17 15:18 17:1 46:8
76:7 109:11 111:14
131:17 160:19 172:17
173:7 210:5 215:12 231:3
267:7
**Seymour** [4] 32:8,9,10
57:16
**Shane** [8] 53:6 54:6 55:1
283:8,19 285:1
**share** [2] 287:20 288:16
**Sharon** [14] 29:20,21 35:2
35:3 38:16,17 50:10 76:25
90:1 137:14,20 138:2
245:3,10
**Sharp** [1] 36:15
**Shawn** [1] 33:21
**Shea** [1] 55:12
**Sheffield** [1] 60:25
**Sheila** [3] 146:19 215:1
281:14
**shelter** [1] 34:4
**Shelton** [1] 35:13
**sheriff** [8] 75:5 77:4,11
266:13,20 268:18 269:4
270:15
**sheriff's** [10] 51:7 54:13
55:2 63:15 77:16,18
205:10 266:17 268:18
270:15
**sheriffs** [1] 76:4
**Sherman** [5] 41:19,20,21
77:10
**Sherry** [9] 42:4,5 53:8
55:11 71:5 199:5,6,14
200:1
**Shield** [1] 41:2
**shift** [4] 95:5 266:21
269:4 298:10
**shooting** [1] 7:13
**shop** [4] 37:5,6 67:23

90:23
**short** [1] 111:4
**shortly** [2] 72:6 122:23
**shot** [2] 189:13 192:1
**show** [10] 14:7,11 154:14
167:10 227:14 238:4
248:20 272:23 290:16
309:21
**showed** [1] 252:18
**shown** [1] 234:14
**shows** [3] 285:13 290:16
305:23
**Shuttles** [1] 42:6
**sibling** [1] 287:2
**sic** [9] 26:23 27:21 52:2
194:5 200:17,20 206:3
222:21 319:20
**sick** [4] 87:23 88:17
155:19 157:16
**side** [19] 41:10 57:3 73:22
84:12,17,18 86:23,23
96:10 98:21 190:21 266:5
272:19 284:12 288:18
311:12 314:18,20 323:19
**sides** [3] 13:8 66:4 96:7
98:20 195:20 213:19
240:1
**Sidney** [2] 123:4,9
**Siggers** [5] 30:15,16,17
321:4
**significant** [2] 6:5 8:18
**significantly** [1] 5:20
**silent** [3] 98:9 106:19
227:11
**similar** [1] 105:9
**simply** [8] 86:3 120:24
181:25 209:3 219:10
221:11 305:9 317:1
**singer** [1] 44:16
**single** [6] 28:15 30:7
33:15 35:21 36:11 39:21
**Sisson** [1] 55:13
**sister** [13] 18:16,17 75:16
76:21 294:17,21 295:7,8
298:7,13,18 299:11
300:10
**sister-in-law** [1] 171:8
**sisters** [2] 76:19 300:8
**sit** [14] 45:20 82:10 85:24
87:5,10 88:25 104:6
129:13 170:4 184:15
251:24 252:16 283:22
284:12 291:8,9
**site** [2] 203:10,12
**sits** [1] 292:8
**sitting** [8] 65:14 83:25
98:23 102:6 117:6 118:12
169:12 238:1
**situation** [4] 97:24
176:21 190:14 318:23
**situations** [1] 88:1
**six** [19] 40:18 57:10 94:15
94:17 116:1 120:2 164:4
164:20,20 167:11 178:21
178:21 249:6 267:1,2,2

275:8 317:9,22
**six-fifteen** [1] 324:21
**sixteen** [3] 192:5,7,19
**sixth** [1] 42:2
**sixties** [1] 75:21
**Slater** [2] 36:1,2
**sleep** [1] 158:3
**Sling** [1] 69:10
**slip** [1] 13:5
**slips** [1] 300:8
**Slocomb** [1] 77:1
**small** [6] 68:4 87:20
90:23 160:8 174:15 268:6
268:7 288:16
**Smith** [1] 69:13
**Snider** [1] 47:18
**so-called** [1] 217:17
**socialize** [3] 251:1,7
259:9
**socially** [1] 55:5,6
**society** [2] 288:13 295:3
**software** [4] 36:24 44:3
92:19 160:8
**sole** [1] 37:5
**solely** [17] 82:15 113:18
114:2,6 115:14 128:1
143:4 166:12 194:13
195:13 203:2 217:19
219:7 235:9 244:18
277:22 291:19
**someone** [33] 21:8 24:19
57:3 58:4 63:5 65:14
78:23 84:25 87:24 89:20
93:6 94:21 120:1 145:16
149:19 150:10 173:3,19
173:21 188:5 190:6 196:1
205:2 207:5 220:19 223:9
223:24 234:2,12 243:3
261:6 275:20 281:3
**sometime** [1] 12:21
**sometimes** [8] 5:4,5 65:3
80:25 113:11 129:17
154:9 283:11
**somewhere** [2] 121:24
253:24
**son** [27] 74:18,21 75:7,14
76:13,17 135:11,21
136:16,19,24 137:1,2,6
188:12 279:24 280:9
286:12,16,17,25 287:17
296:16 298:3 310:13
312:18 313:10
**son-in-law** [10] 73:5
75:4 266:9 268:17 269:3
269:7,21 270:4,14 273:23
**sons** [2] 287:14 288:13
**Sony** [1] 30:24
**soon** [1] 19:19
**sorry** [13] 90:1,8 112:8
122:20 145:18 153:2
179:6 226:19 251:13
301:13 302:7 309:6
312:20
**sort** [13] 64:15 85:18
127:15 178:18 220:14

231:6,7 239:8 260:22
280:21 288:3 290:22
299:14
**sorts** [1] 254:18
**sound** [1] 299:12
**sounds** [5] 159:17 190:5
190:7 191:9 234:4 270:7
**source** [1] 213:1
**South** [1] 28:19
**Southeast** [1] 34:25
75:17 298:7
**southern** [3] 27:18,20
44:16
**Spanish** [1] 286:23
**speak** [7] 4:19 10:10
13:22 20:8 223:19 288:19
307:25
**speaking** [2] 236:2
288:12
**special** [6] 30:22 93:14
321:24 322:25 323:7,8
**specialist** [2] 31:23 35:5
**specially** [1] 141:8
**specific** [2] 233:20
298:25
**specifically** [4] 128:25
143:14 229:2 231:8
**specifics** [2] 247:12
248:25 257:20
**specified** [2] 49:1,4
**spectators** [1] 323:5
**spectre** [1] 304:5
**speculation** [3] 270:8,8
270:9
**speech** [1] 236:3
**Speirs** [1] 47:16
**spell** [1] 60:12
**spend** [7] 7:12 155:17
277:14 294:20
**spent** [7] 40:14,18 199:19
199:20 214:6 294:21
295:17
**Spillman's** [1] 37:6
**spills** [1] 296:22
**spin** [1] 221:17
**spoke** [1] 13:13
**spouse** [5] 25:6,7,8,9,20
**spouse's** [1] 25:10
**spun** [1] 220:21
**Stacey** [1] 45:1
**stage** [3] 150:20,21 16:1
**stamp** [1] 11:25
**stamped** [1] 11:25
**stand** [38] 19:23,23 20:5
20:21 22:11 45:10,25 46:1
49:9,14 51:21 53:15 55:16
55:24 56:13 58:17 59:10
61:4 62:9 63:6 65:8,16
69:22 78:12 79:1 86:15
87:12 88:14 106:19
109:17 190:15 211:12,16
212:1 223:18 227:11
291:24 301:11

**standard** [6] 15:17,17,24
122:14 219:16 292:15

**standing** [3] 12:12 49:16
224:24

**standpoint** [1] 288:18
**Stanley** [1] 71:7
**Star** [1] 29:19
**start** [23] 11:14 20:24 46:2
49:19 56:14 72:22,23
87:13 95:22 97:9 122:17
123:7 172:14 173:23
186:10 280:22 281:19
292:1 300:25 323:10,13
324:2
**started** [7] 19:20 108:14
168:19 169:19,22 249:24
294:10
**starters** [1] 238:23
**starting** [2] 126:5 250:16
**starts** [2] 126:23 152:10
**state** [17] 22:8,25 23:10
23:15 24:8 26:20 30:8
37:1 38:23 53:6 77:7,12
93:7,8,8 126:12,19
**statement** [1] 86:2
209:23 210:3
**statements** [3] 13:14
15:16 324:3
**States** [43] 1:1,5 4:2,5,16
14:22,24 15:1 19:7 22:4
45:10,15,17,18 64:4 76:14
97:17 111:2 117:7 121:3
140:21 143:11 167:14
169:9 171:24 176:6
179:21 184:22 198:1
202:1 215:21 217:25
221:8 223:23 229:16
237:11 257:17 262:11
264:22 297:3 304:9 313:7
321:21
**statewide** [1] 151:15
**station** [1] 266:24
**stationed** [1] 298:1
**stations** [1] 201:10
**stay** [7] 4:12 6:11 33:22
94:16 157:6 177:5 218:16
**stay-at-home** [1] 34:13
**stealing** [1] 211:7
**Steel** [1] 41:8
**Steen** [15] 36:21,22,23
50:5 80:8 92:17 106:1
146:20,23 147:1,18
148:16 150:24 182:14,15
**steer** [1] 292:20
**steered** [1] 292:19
**stems** [2] 290:12 292:4
**step** [4] 28:11 67:19
208:22 237:16
**stepdaughter** [2] 93:11
155:6
**Stephen** [1] 1:22
**Steve** [7] 45:15 46:19
47:18 51:7,25 52:11 54:1
**Steven** [5] 31:15,16 65:18
76:3 78:21

**Stevens** [1] 42:10
**stick** [1] 211:22
**sticker** [1] 308:11
**sticks** [1] 247:12
**still** [24] 8:10,13 17:22
75:23 83:8 102:6 139:5
151:4 156:1 165:6 167:20
185:7 191:15 211:8
220:17 234:20 241:23
252:13 255:4 266:1
267:14 268:10 282:11
308:25
**stills** [1] 297:25
**stimulate** [1] 158:13
**stood** [14] 21:8 22:23
23:12 47:21 57:4 64:1
79:1 80:21 106:16 108:2
127:8 151:11 187:16
219:12
**stop** [3] 209:19 269:22
308:14
**stopping** [2] 311:13,14
**stories** [6] 217:23 231:3
231:5 257:8 287:5,6
**story** [12] 209:13 211:22
217:7,18 233:13 234:9,22
257:21 258:19 261:4
287:20 289:21
**Straight** [1] 73:3
**Street** [1] 69:9
**strenuously** [1] 120:21
**stretch** [1] 186:5
**stricken** [1] 193:16
**Strickland** [23] 14:9,17
15:16,17,21,24 16:9,10
16:18 17:9,10 29:20,21
29:22 90:1 137:14,15,17
137:20,23 138:2,3 140:24
**strict** [1] 97:10
**strictly** [1] 149:8
**strike** [14] 106:15 222:10
276:5,21 293:11 302:6
303:3,3 308:22 309:22
314:8 315:19 319:15,21
**strikes** [4] 300:22,24
302:11,13 303:6 320:12
**striking** [5] 301:1 303:10
308:23 314:4 316:10
**strong** [3] 119:9 175:1
240:24
**strongly** [2] 140:14,17
**struck** [9] 301:15 302:2
303:12 305:20 313:14
316:6,7 319:14,19
**student** [3] 26:20 30:13
31:3
**stuff** [8] 98:7 166:3
169:16,23 211:13 238:6
248:17 272:6
**Stumpf** [11] 43:25 44:1,2
77:17 94:1 159:23,24
160:1,5 161:23 162:3
**Styron** [2] 25:25 87:16
**subject** [4] 148:14 212:10
222:2 238:11

**subjects** [1] 173:13
**submit** [1] 127:2
**subpoenaed** [1] 89:23
**subsequently** [1]
204:16
**substance** [3] 48:9,10
49:3
**substitute** [3] 29:22
173:15 174:25
**substituting** [1] 173:3
**such** [10] 66:3,8 188:13
193:12 242:15 252:4
274:12 287:5,5 296:22
**suddenly** [3] 129:14
166:9 247:19
**Sue** [5] 28:1 31:5,6 34:12
36:3
**sufficient** [1] 271:2
**suggest** [1] 8:14
**suggesting** [1] 221:14
**suggests** [1] 283:24
**SUMMARY** [1] 45:7
**summer** [5] 44:17 94:8
94:10 95:22,24 146:1
162:22 172:14,21 173:9
205:12 290:7
**summertime** [1] 94:23
**Sunday** [1] 259:3
**supermarket** [1] 95:14
**supervisor** [4] 37:17,21
44:23 298:10
**Supp** [1] 4:16
**Supply** [1] 67:19
**Support** [1] 308:11
**supports** [2] 66:24
285:16
**suppose** [2] 17:12 272:19
**supposed** [5] 145:14
160:11,20 172:14 194:21
213:25 217:5 299:7
309:17
**suppress** [1] 13:14
**surgery** [13] 90:4,6,7,18
90:20 93:18 95:11 138:6
138:23 139:1,5 157:2
168:10
**surgical** [1] 35:14
**surprised** [2] 139:15
158:25
**surprising** [1] 139:14
**survived** [1] 40:20
**Susan** [5] 1:23 47:15 56:8
56:18,21
**suspect** [1] 95:6
**suspects** [1] 12:5
**sustain** [4] 116:18 200:3
200:9 240:22
**Sustained** [1] 293:12
**sustains** [1] 319:9
**swear** [1] 19:24 324:1
**sworn** [1] 20:1
**sympathetic** [1] 212:23
**Syrenthia** [1] 69:17

**system** [11] 5:9 16:15
29:23 30:22 34:3 39:18
75:2 119:13 120:10,11
190:17
**Systems** [2] 36:25 45:2

-T-

**T** [35] 2:1,1,1 3:1,1,1 37:9
44:22 60:24 76:6,6 82:20
127:13 128:5 130:1 152:7
152:8,21 165:15 168:24
178:16 194:7 197:10
213:6 237:5 244:6 246:17
248:7,17,19,21 258:3
264:23 290:15
**Tabernacle** [1] 69:16
**table** [3] 2:6 120:8 190:21
**Tachars** [1] 55:14
**tackle** [1] 67:23
**taint** [1] 276:10
**takes** [2] 266:25 310:23
**taking** [11] 91:4,11 120:9
131:19 134:5 155:8
175:24 234:4 240:16
247:15 314:10
**talks** [3] 240:15 303:24
**Tallahassee** [1] 76:6
**Tallapoosa** [1] 74:15
**Tallassee** [4] 28:25
33:17,18 42:24
**Tammy** [1] 73:5
**tape-recorded** [2] 18:15
18:19
**Tara** [2] 18:16 71:7
**Task** [5] 51:16 267:15,19
**tasks** [1] 221:2
**taste** [4] 189:23 190:17
190:20,20
**Tatum** [1] 71:4
**tax** [5] 63:19 299:10,10
299:11 300:11
**Taylor** [5] 32:13,14 35:16
35:17 61:19 71:5
**teach** [6] 27:16 31:21
43:22 173:8,9,10
**teacher** [5] 28:25 29:22
30:4,18 32:1 39:9 40:2
42:3,3 43:23 108:15
162:21 172:21 173:16
175:1
**teaching** [2] 95:22
172:14
**Teague** [5] 2:19 9:23,25
14:22 19:16 47:9 48:20
59:3,5,6,13,21 60:19,21
60:23 72:2,3,4,6,14,16
73:19 76:8,12 77:24,25
79:4,5,22 80:3,4,17,19
105:3,8,21 106:14,22,24
111:3,6,9 120:17,19,23
146:4,12 200:14,16,23
205:7,17,20,24 206:15
207:14,17,25 218:2
226:17 227:23,24 228:1,3
228:6,8 238:18 247:10
271:10 279:12,13 315:24

**standard – Texas**

323:21
**team** [5] 76:6 92:18
124:10 126:20 212:15
**teared** [1] 240:8
**tearing** [5] 180:10 240:4
240:6,7,11
**tears** [1] 240:5
**technical** [1] 160:17
**technician** [2] 30:23
42:23
**Technologies** [1] 37:7
**Ted** [1] 51:9
**Telecommunications**
[1] 30:3
**television** [4] 152:18,19
258:21 290:14
**telling** [8] 82:22 97:8
100:18 254:3 255:2
272:22 285:4,18
**tells** [2] 80:11 81:23
**ten** [9] 6:3 48:16 51:2,4
51:19 53:13 140:2 167:11
175:21 225:3,4 249:6
277:11,16 316:12
**tend** [4] 232:5 242:24
272:1 273:3
**tendency** [1] 150:9
**tenet** [1] 81:25
**Tennessee** [2] 40:8,16
**tennis** [2] 126:19,20
133:1
**tenth** [1] 253:4
**term** [9] 88:4 90:20 116:5
124:22 145:17 151:20
155:12,15 173:24
**terms** [19] 12:16 61:8
84:8 86:21,25 97:15 98:3
112:13 117:6 131:12
180:12 197:4 199:1
235:17 247:11 252:6
288:13 316:2 317:13
**Terrance** [1] 69:19
**terribly** [1] 96:23
**Terry** [5] 1:21 45:17 46:6
**test** [2] 156:23 160:17
**testified** [5] 79:24 221:6
221:6,24 270:9
**testifies** [2] 213:14 255:9
**testify** [12] 3:6 62:21
79:9 98:13 101:3,5 103:1
183:3,16,24 184:20
213:17 255:8,17 268:22
285:17 289:14 291:17
**testifying** [5] 79:12
102:18 148:19,22 268:20
**testimony** [16] 79:10,13
79:14 111:20 148:20
150:9 188:23 212:18
254:16,20,20 255:10,20
281:2 285:16 289:22
**Tex** [1] 54:4
**Texana** [1] 69:11
**Texas** [4] 12:4,5 51:10
51:11

Multi-Page™

thank – undercover

**thank** [134] 12:25 21:7,17 24:10,25 25:23 26:5,25 45:5 46:15 47:2 49:22 50:18 52:7 53:2,25 55:10 55:22 56:2 57:2,14,22 58:20,22 62:23 63:16,21 64:5,8,17 65:24 67:5 68:5 70:10 71:20 72:7 73:2,18 74:17 76:12 77:25 79:6 83:11,15 89:11,13 90:21 92:8 94:4 95:12 96:24 99:4 101:14 102:19 103:17 105:21 110:24 111:9 114:23 118:19 119:17 125:15 129:20 130:16,23,24 134:16,20 137:9,10,19 140:19,23 144:16 145:7 146:15 150:20,23 154:17 156:7 159:1 161:8,20 163:13 167:16 170:15,16 171:25 174:21 176:22 177:14,17 179:22 184:8 185:21 187:18 189:1,5 192:9,12 197:24 198:2 202:4 212:3 216:7,9 218:4 229:13 230:6,7 237:15 243:16 244:24 246:3 249:10 255:22,23 256:16 262:12 274:8 275:22 278:6 285:21,24 288:21,22 293:8 296:2,4 297:4,5 299:20,23 321:14

**Thea** [1] 41:19,20 77:10

**theater** [5] 201:14,15,16 201:18 254:7

**theaters** [1] 201:13

**themselves** [2] 214:2 288:10

**thereafter** [1] 122:23

**therefore** [2] 17:8 213:20

**they've** [1] 220:22

**thinking** [14] 101:10,18 101:20 102:6 133:17 157:10 180:24 190:6,13 190:16 192:2 254:5 284:18 300:10

**third** [7] 14:25 27:16 138:19,20 141:2,6,8 146:1 301:23

**thirty** [6] 5:5 93:10 107:21 155:6 323:16,18

**thirty-eight** [1] 317:10

**thirty-five** [2] 316:14 317:10

**thirty-nine** [3] 205:16 205:17 312:3

**thirty-six** [2] 301:24,25

**Thirty-three** [1] 215:3

**thirty-two** [5] 5:18 166:18 202:9

**Thomas** [5] 15:1 26:12 69:5 71:5,6

**Thompson** [2] 1:18 4:1

**thought** [3] 108:14 132:10,20 133:5 150:4 155:17 174:4 181:2,4 182:2 187:14 196:8

203:22 204:8,9,11 206:16 218:10 221:9 223:8 232:10 246:17 248:19 260:4,8 275:12 285:7 308:15 309:5 316:6 317:4

**thoughts** [1] 192:19

**thousand** [5] 12:9 48:13 87:19 124:19 199:21

**Thrasher** [1] 77:12

**three** [28] 62:3 91:4,5,11 91:12 92:19 95:20 108:22 109:14,14 138:10 147:4 162:23 170:23 174:4 206:9 265:4,6 266:8 270:13 273:18 277:15 290:7 298:17 302:11,13 303:6 307:12

**three-thirty** [1] 225:14

**threw** [1] 16:14

**through** [3] 59:15 138:22,22 146:8 149:3 198:24 214:9 269:12 287:21,22 311:11,15

**throughout** [1] 322:19

**thrown** [1] 16:25

**Thursday** [1] 213:4

**tickets** [10] 63:2 125:8 126:7,9,15,16 140:6 145:21 146:4,10

**tie** [1] 318:21

**tied** [1] 180:25

**times** [7] 116:16 156:22 206:9 210:5 239:21 272:2 298:17

**Timmons** [1] 71:6 120:13 253:14

**Timothy** [4] 37:15 39:25 61:1 69:15

**Tina** [1] 18:18

**tire** [5] 34:8 195:1,2,17 198:14

**tires** [2] 199:20,22

**title** [2] 2:4 33:23

**Titusville** [1] 76:20,23

**today** [20] 7:22 93:14,20 110:20 118:23 130:13 155:10 164:18 178:6 213:5 218:15 242:10 258:18,20 291:5,6 292:10 315:8 321:11,21

**Todd** [17] 47:15 51:8 71:6 71:11 265:15,17,20 267:10,23 268:1,3 269:10 271:17 274:19,20 275:3 276:11

**together** [10] 46:8,21 48:6 69:25 70:16 183:8 212:19 259:9,12 267:25

**Tom** [3] 53:10 74:18 287:5

**Tommy** [3] 47:14 51:13 69:19

**tomorrow** [7] 322:13,18 323:10,13 324:1,5,13

**ton** [1] 111:15

**tonight** [3] 134:12 281:16

322:13

**Tonya** [5] 35:7,8 95:9 167:25 168:6

**too** [32] 17:25 24:12 80:9 88:11 90:12 93:9 97:3 100:4 121:19 124:6 129:6 133:5 141:6 146:22 154:11 156:2 161:21 165:12 182:1 200:4 206:24 209:1 225:24 226:24 243:7 249:8 276:8 276:9 281:10 282:20 287:15 305:6

**took** [5] 48:25 49:3 223:17 271:12 289:20

**top** [1] 242:8

**topic** [1] 129:6

**topics** [1] 129:5

**total** [1] 303:5

**totally** [7] 17:17 190:3 234:21 284:20 319:11,20 320:4

**touches** [1] 208:3

**tough** [5] 139:7 180:12

**tournament** [2] 126:19 133:2

**toward** [7] 84:12 94:8 192:21 231:15 233:10,22 238:3

**towards** [3] 132:5 260:7 288:3

**town** [5] 12:18,21 69:5,9 282:13

**Townsend** [17] 71:6,11 265:15 267:11,23 268:2,3 269:10 271:4,11,17,19 272:1,2 274:13 275:3 276:11

**Tractor** [1] 33:6

**trade** [1] 36:16

**traffic** [3] 63:1 189:13

**trafficking** [2] 129:2 199:4

**train** [1] 309:5

**trainer** [1] 28:16

**training** [3] 44:8 149:3 295:5

**transaction** [1] 49:5

**transcript** [1] 325:3

**transcriptionist** [1] 40:24

**transcripts** [2] 226:25 227:1

**Transportation** [4] 37:12 51:13 54:5 55:13

**travels** [1] 266:7

**Travis** [4] 26:8 44:4,5,5

**treated** [1] 34:16

**Tree** [1] 40:7

**tri-county** [1] 242:8

**trial** [56] 1:14 6:11,13,21 7:9 8:6,18 12:11 22:18 24:15,23,24 25:16 80:25 82:16 84:2 109:23,25 115:15 124:6 134:7 141:8

152:10,16,17 177:6,9 178:2 184:24 194:14 199:18 203:20 208:1 211:9,11,12,15 212:24 214:2 217:20,22 218:14 219:4 225:25 229:9 235:20 241:21 250:15 255:17 286:24 289:14 314:3 322:19 323:2 324:2

**trick** [1] 234:6

**tried** [4] 90:19 107:7 186:3 239:3

**trigger** [2] 129:17 143:3 166:10

**triggered** [2] 140:8 226:5

**triggers** [1] 152:17

**Trimble** [3] 69:6 70:14 254:1

**Trinity** [1] 39:9

**trip** [5] 89:9,10 91:22 125:5 145:15

**Trokey** [3] 39:24,25,25

**trooper** [3] 53:6 74:7 77:12

**Troops** [1] 308:11

**trophy** [1] 37:5

**trouble** [5] 107:1 174:18 180:23

**troubled** [3] 306:9 309:14 318:23

**Troy** [3] 25:18 31:22 162:24

**truck** [4] 29:13 35:6 41:23 189:14

**trucking** [7] 26:9 58:8,9 195:3,4,12 196:4

**true** [8] 84:7 112:24 113:13 133:4,8 196:9 207:4 238:17

**truly** [2] 98:12 278:1

**trust** [1] 242:25

**trusted** [1] 252:8

**truth** [3] 255:3 272:22 285:18

**try** [13] 101:9 102:9 113:20 128:16,17 131:21 152:1 165:1,3 211:21 232:10 321:23 324:9

**trying** [18] 5:17 81:16 101:24 113:5 122:4 133:6 139:6 166:9 209:6 234:6 242:12 245:16 260:23,25 268:8 292:25 295:16 306:15

**Tuesday** [2] 158:5 159:14

**turned** [4] 18:13 155:20 240:9,10

**turning** [1] 240:13

**turns** [1] 299:10

**Tuskegee** [1] 51:12

**twelve** [9] 96:22 165:22 166:18 167:7,10 175:21 248:22 300:21 302:24

**twenty** [4] 75:20 153:15

152:10,16,17 205:18 290:9 298:11 323:22

**twenty-eight** [1] 77:11

**twenty-five** [2] 40:16 40:17

**twenty-seven** [1] 286:21

**twenty-six** [2] 74:5 294:18

**twenty-two** [1] 40:11

**twice** [1] 180:22

**twin** [1] 286:18

**twins** [1] 287:3

**two** [115] 8:6 11:25 18:20 22:7,14 23:11,23,24 48:1 48:3,18 72:24 76:1 77:17 88:4 89:21 90:2,7,10,12 90:15,17 91:2,4,5,6,9,11 91:12,13 92:18,19 93:15 94:2,9 95:15,20,21 96:10 96:21 106:14,22 107:25 108:22 109:14 110:5 111:11 121:13 123:22,23 124:7,22 126:3 134:8 138:12,13 139:8,11 145:17 146:6 147:4 148:1 148:3 149:13 151:20 155:12,15 157:4 158:10 160:11 161:1,14 162:18 164:17,22,25 165:11,11 168:16 170:12 172:19,20 174:1 175:17,18 177:4,6 177:11 178:2,8,20 179:14 179:15 181:1,17,21 183:8 189:17 207:8 213:4 217:2 221:18 222:10 227:20 253:8 256:14 259:2 262:17 298:16 300:23 302:21 303:6,14 323:9,23

**tying** [1] 319:1

**type** [8] 19:9 64:12 66:3 72:21 157:2 204:12,16 260:13

**typically** [2] 6:9 10:24

### –U–

**U** [16] 13:2 31:22 40:12 43:8 47:7,12 55:15 117:22 188:13 208:17 209:14 210:19 254:6 310:13 312:18 313:10

**U.S** [1] 47:6

**ultimately** [1] 16:24 100:16

**unable** [1] 318:21

**uncle** [6] 73:11,14 75:13 77:12,19 297:24

**uncles** [2] 76:1 179:15

**uncomfortable** [1] 283:13

**under** [6] 6:2,7 12:12 13:15 20:17 181:6 191:20 208:18 224:1 293:3 321:24

**undercover** [6] 203:11 206:21 207:23 221:3,10 257:9

**underlying** [3] 225:23
276:16 281:10
**underrepresentation**
[1] 5:21
**understand** [26] 97:23
102:22 128:18,20 131:24
134:7 142:10 151:19
152:3,4 160:12 176:8
180:19,20 191:2 196:20
200:8 210:14 224:8
260:23 262:6 269:14
274:6 276:16 281:13
301:7
**understood** [5] 150:11
151:22 155:11 205:25
258:2
**undertaking** [1] 7:16
**undoubtedly** [1] 292:2
**undue** [2] 2:25 122:17
123:1
**unemployed** [9] 26:23
309:25 310:2,2 312:17
313:3 317:4 319:12 320:6
**unequivocally** [1]
107:10
**unequivocals** [1]
107:12
**unfairly** [2] 63:3,5
**unfortunately** [2] 133:6
232:5
**unhappy** [1] 209:17
**Uniroyal** [2] 33:1,14
**unit** [3] 52:19 272:8,9
**United** [43] 1:1,5 4:2,5
4:16 14:22,24 15:1 19:7
22:4 45:10,15,17,18 64:4
76:14 97:17 111:2 117:7
121:3 140:21 143:11
167:14 169:9 171:24
176:6 179:21 184:22
198:1 202:1 215:21
217:25 221:8 223:23
229:16 237:11 257:17
262:11 264:22 297:3
304:9 313:6 321:21
**university** [8] 28:24
31:3,22 44:13 94:11
162:24
**unknown** [12] 48:7,24
303:20,23 304:14,15,16
305:5,9,13 318:13,15
**unlawful** [3] 49:1,2,4
**unless** [7] 6:19 82:18
92:10 163:4 175:1 182:5
213:24
**unlike** [1] 21:2
**unpleasant** [2] 62:25
211:20
**unprofessional** [1]
14:14
**unreasonable** [1] 14:12
**unring** [1] 223:5
**unsure** [1] 159:12
**unusual** [2] 180:13 315:9
**UNYSIS** [1] 34:2
**up** [113] 10:22 12:14,15

13:13,13 18:3 42:24 48:14
52:2 57:4,18 68:17 81:12
82:18 84:8 85:16,23 86:8
87:12,23 89:17 93:3 95:10
96:8 98:11 104:4,16 105:5
107:13,17 108:20 109:2
110:5 119:21 125:18
130:11 136:16 137:6
147:24 151:11 153:2
157:9 158:13 162:25
163:5 175:17,25 180:10
180:12 181:15,22 185:10
187:16 189:13 190:3,15
195:6 199:5 204:9 209:24
210:5 211:12,22 212:21
213:23,24 217:16 220:15
220:16 222:24 223:1,1,9
223:18 224:20,21 231:2
231:10 235:8 240:4
244:11 252:19 254:11
257:9 260:8,21,23,25
265:11 266:7 268:6
272:17 282:10,20 285:11
294:9,11 295:5 296:15
297:17,25 298:1 303:4
307:8,20 309:4 310:24
315:19,21 318:3 323:20
324:12,16
**up-front** [1] 221:5
**up-to-date** [1] 178:18
**uprisings** [1] 232:7
**upset** [1] 255:3
**urge** [1] 209:19
**used** [6] 63:14 76:17,24
206:11,13 258:24 297:25
302:13,14 303:2,5
**user** [1] 136:3
**using** [1] 281:10
**usually** [3] 14:19 249:8
249:9
**Utah** [1] 37:7

**-V-**

**V** [24] 82:20 127:13 128:5
130:1 152:7,8,21 165:15
168:24 178:16 194:7
197:10 213:6 237:5 244:6
246:17 248:7,17,19,21
258:3 264:2,3 290:15
**vacation** [4] 87:18 90:24
95:16 171:9
**vacuum** [1] 161:18
**vague** [1] 147:25
**vaguely** [1] 127:17
**Valentine** [1] 29:5,6,7
**Valerie** [7] 38:11,12
76:19 93:10 97:20 154:20
155:1
**Valiant** [1] 185:24
**Valley** [3] 27:8 30:2,18
**value** [2] 232:7 233:17
**Van** [1] 33:18
**Vancll** [1] 40:15
**Vanessa** [1] 71:9
**various** [2] 306:19 318:3
**vastly** [1] 313:11,18

**Vaughn** [15] 22:24 23:7
32:19,20,20 109:21 115:4
115:7,24 119:18,23
182:20,21,22,23
**vehemently** [3] 223:20
223:20 224:15
**Venezuela** [3] 91:21
92:1 145:14
**venire** [11] 4:10,11,19,23
4:24 5:3 6:4,7,14 19:21
315:18
**venires** [1] 5:4
**Vensel** [1] 27:23
**venue** [1] 212:11
**verdict** [3] 65:15,22
291:11
**Verne** [1] 47:16
**versus** [7] 4:6,16 14:22
14:24 15:1 16:24 148:18
149:7,14,19 288:4
**vice-president** [1] 26:9
**victim** [5] 303:19 304:13
318:12 319:20 320:3
**victim's** [1] 67:4
**victims** [5] 52:23 66:24
265:10
**view** [2] 198:12 239:9
**violating** [1] 64:22
**violence** [4] 52:19 214:8
272:8,9
**Virginia** [1] 256:2
**virtue** [1] 79:11 221:17
**visited** [1] 204:4 259:16
**voir** [22] 2:12,14,16,19,20
2:22,24 3:5,8 45:8 64:18
68:6,12 72:1 81:8 110:8
110:10 122:25 145:9
183:13 193:18 219:8
**VOLUME** [1] 1:13
**voluntarily** [1] 192:18
**volunteered** [2] 66:22
193:2
**vote** [4] 236:6,7,17 239:14
**voted** [1] 83:5
**vs** [5] 1:6 16:2,23 19:7
321:22

**-W-**

**W** [10] 60:25 76:6 139:23
142:19 143:13 231:2,2
238:12 248:23 249:4
**Wadley** [1] 39:16
**wait** [9] 85:21,22 89:24
108:7 208:20 229:14
233:2 252:20 301:18
**waiving** [1] 228:8
**wake** [1] 9:9
**Wal-Mart** [3] 38:19 41:5
231:21 235:12,22,25
236:4,17,19 237:14,20
240:12,15 244:23 247:11
247:17,25 248:3,9,14,16
250:11,18,22 251:1,4,7
251:10,11,13,15,18,21,24
252:5,16,24 253:2,6,11
253:13,18,20,23 254:23

251:12,13 252:3
**wallpaper** [1] 32:7
**Walsch** [1] 71:7
**Walter** [4] 26:21,22
309:25 320:20
**Walters** [1] 71:7
**Wanda** [5] 31:16 34:6,7
37:24 58:24
**wanting** [1] 87:11
**wants** [4] 85:1 98:20
99:20 316:20
**warehouse** [1] 37:20
**washed** [1] 231:2
**Washington** [12] 34:23
34:24 76:13 89:15 133:10
133:20,25 134:1 136:13
137:11 227:11 253:18
**watch** [15] 98:6 166:24
167:1,2,4,8,10,10,11
248:20 249:3,25 254:17
274:25 290:14
**watched** [4] 144:2,3
255:17 311:8
**watching** [3] 142:19
285:17 291:17
**Watts** [1] 61:1
**waving** [1] 300:11
**Wayne** [277] 1:24 2:21
11:7,8,11,13,17,22,24
12:3,16,25 13:11,18,23
19:14 29:12 33:16,17
41:15 53:7 56:2,4 58:6
60:9 61:6 68:22,25 70:14
71:22,23 81:9,10,12 82:4
83:15 85:5,13,24 86:19
87:13,22 88:8,22 89:5,14
89:20,25 90:11,16 91:23
91:25 92:5,8,12,16 93:5
93:22,25 94:4,17,20 95:6
95:19 96:3,24 97:7,12,23
99:1,4,17 100:10 101:13
101:23 102:3,13,20
103:12,14,17 107:20
111:10,12,17,20,23,25
112:3,5,8,11,18 113:5
115:24 116:2,4,8,10,13
116:15,20 117:6,11,15,17
117:20,25 118:3,7,21
119:3,8,12,22,22,25 122:3
122:19,22,24 124:9
131:10 136:13,22 137:4,9
137:18 141:19 153:5,8,13
153:16 159:8 169:10,15
169:25 170:4,10 177:16
179:3,7,12 180:2,6,19
181:22,25 182:4,8,18,21
189:25 190:13,19,24
191:14,17 192:7,17 198:6
198:10 202:3 210:8 224:6
224:10,23 225:5,9 226:17
226:23 227:5,22 233:9,18
233:21 235:12,22,25
236:4,17,19 237:14,20

267:22 268:5 271:12
274:9,11,16 275:3,24
278:17 279:16,20 281:16
281:18,25 282:5,8,11,14
282:17,22,25 283:10,18
283:21 284:10 285:11
301:3,16,20 301:10,13,16
301:20,22 302:3,17 303:1
308:1 309:4,17,24 310:7
310:9,12,19 312:2,6,11
314:21 315:13 316:2,7,9
316:12,17 317:5,9,16,20
317:24
**ways** [7] 88:11 226:2,10
273:9,13 276:23 321:10
**weak** [4] 287:22 288:1
**weapon** [1] 276:16
**weather** [1] 140:5
**web** [1] 203:8
**website** [63] 204:1,5,7
204:15 205:25 206:4
207:2,19,20 208:2,16,18
209:2,4,9,14,16,20,25
210:4,6,16,20,22 217:2,6
217:10,12,17 218:10,12
219:11 220:16 221:18
222:22 223:1,9,18 224:12
224:14,15 225:24,25
226:8 229:19 257:9,20,23
259:22,24 260:21,23,25
261:2,4,11,14,16,16
263:16,17 264:16,19
**websites** [1] 213:23
**wednesday** [1] 168:15
**Wedowee** [1] 29:14
**week** [50] 87:17,18 88:4
90:3,3,25 91:20,23 93:15
93:18,23 95:22 107:25
124:3,22 138:17,17,19,20
139:2,4 141:2,4,6,9
145:17 151:20 155:15
157:10,12 160:21,22
161:6,7,7 165:11 171:13
172:15,19 173:4,5,16,18
173:19 253:7,10,11,12
277:15 298:19
**weekend** [1] 5:23
**weeks** [62] 6:18 8:6,19
87:6 89:21 90:2,7,10,12
90:15,17 91:2,6,9,13
92:18,19,19 93:15 94:2
95:21 96:10,21 107:25
111:11 123:22,23 124:7
126:3 134:8 138:10,12,13
139:8,11 146:6 147:4
155:12 160:11 161:14
162:18 164:17,22,25
168:16 170:12 172:17,20
173:7 174:1 175:17 177:4
177:6,12 178:2,8,21 181:1
213:4 242:22,23 323:10
**weigh** [1] 272:15
**weight** [5] 79:19 80:13
86:5 254:19 318:14
**welcome** [2] 21:4,14
**weld** [1] 240:4
**welder** [3] 28:2 30:13
43:3

266:21 267:1,14,18
268:10 269:4,4 270:14
273:13 274:1 296:21,22
298:7

**yet** [5] 14:16 93:21 228:5
319:14,19

**Wendell** [1] 51:11
**Wendy** [2] 39:24,25
**Wesco** [1] 31:8
**Wesley** [3] 14:5,6 39:14
**West** [1] 42:10
**Westlaw** [2] 122:4 182:5
**Wetumpka** [6] 26:13
34:5 38:7 43:6 75:14
298:2
**whatsoever** [2] 7:4
323:4
**wheel** [1] 5:25
**white** [17] 302:2,3,5,8,25
303:8 309:20,22 311:11
312:6,8 314:5,11 315:10
315:11 316:21 319:17
**whites** [2] 310:5 320:8
**Whitman** [6] 26:6,7,8
317:9 319:22 320:19
**whole** [8] 93:7,8 173:24
173:24 241:14 261:15
294:8 318:14
**wife** [37] 25:21 27:11 28:1
28:6,18,20,22,24 30:13
30:16 31:16 32:20,22,25
33:2,10 34:3,11,13 35:12
35:14 36:7 37:24 39:3,5
40:5 41:15 42:10 43:17
44:1,3,5,9,20 46:9,21
252:25
**wife's** [10] 25:15 30:11
34:1,20 36:2,22 39:12
40:10,21 44:12
**wild** [1] 82:19
**William** [10] 37:9 42:8,9
43:7 44:19,20 50:17 69:8
276:25 277:6
**Williams** [44] 4:6 10:1
19:8,16 42:18 44:14,15
48:5,19,22 59:7 60:7,24
61:2 66:18 71:8,8,14
77:19 105:10 130:21
207:18 208:1,3 218:3
224:18 226:18 230:9,10
230:11,12 232:24 238:18
265:19 267:12 269:11
271:4,20 272:1,3 274:14
279:14 291:12 321:22
**Willie** [12] 22:13 30:6,7
32:24,25 73:9 164:7,11
315:22,23 321:2,3
**willing** [1] 139:10 255:19
**Willis** [2] 32:4,5
**Willo** [6] 36:18,19 94:14
94:25 164:2,3
**Wilmer** [2] 44:10,11
**Wilson** [1] 71:8
**win** [1] 287:25
**winn** [1] 38:24
**wire** [1] 43:13
**wireless** [1] 122:3
**wise** [3] 13:25 14:2,4
**wish** [7] 124:8,11,23,25
?:7 278:11 279:22
**wishes** [2] 10:10,12

**withdraw** [2] 308:18,21
**withdrawn** [1] 308:24
**within** [8] 22:7 23:11
121:13 139:7 181:17,20
258:11 287:11
**without** [7] 84:24 161:4
185:16 227:10 228:7,9
305:10
**witness** [32] 52:5,25
53:23 54:20 56:9 60:11
61:14,16 70:8,22 79:14
79:19,24 80:6 86:15
106:19 148:18,21 206:3
210:9 211:1 212:6 221:8
221:22 254:15 255:8
267:11,13 268:4,5 270:19
289:24
**witnesses** [45] 2:13,18
50:20,23 51:3,4 55:19
60:6,8,20,23 61:8 68:21
68:23 69:1,2 105:25
122:14 153:21 188:24
194:23 195:18 200:17,19
217:18 216:4 218:8 222:21
225:16 237:4 250:23
268:20,24 269:8,9,13,19
272:10 282:25 285:11
289:12,14 291:15,16
323:24,25
**witnesses'** [1] 254:20
**woman** [9] 106:24 107:20
108:2,8,9,13 182:17
221:13 239:25
**women** [1] 6:6
**wonder** [2] 89:1 305:7
**wondering** [15] 81:22
84:16 85:6 87:2,23 98:11
112:22 224:23 236:4
247:17 252:2,17 283:4,12
283:25
**Wood** [1] 40:7
**Woodland** [1] 37:15
**Woods** [1] 62:12
**word** [3] 206:11,14
260:11
**worded** [1] 242:14
**wording** [1] 197:3
**words** [5] 101:2 115:17
149:18 185:5 305:8
**worked** [30] 45:20 52:13
55:2 63:9,19 64:10 66:17
66:22 67:2,3,9 72:18
75:22 76:5 77:1,2,5,7,19
123:16,18 205:23 264:25
272:2 273:2,4 290:6 294:4
294:9 295:10
**worker** [3] 27:12 30:17
43:13
**workers** [1] 44:22
**workings** [1] 112:22
**works** [43] 28:3,13,20
29:18 31:8 32:11 33:10
34:3 37:6,16 38:7,23
42:10 44:12,22 45:1 73:9
73:11 74:10 75:1,16,24
76:21 77:15 96:22 175:19
175:22 205:21 266:7,19

**world** [1] 99:19 314:7
**worried** [1] 124:19
**worry** [4] 123:20 176:13
176:20,21
**worse** [2] 238:15 319:24
**worthless** [1] 310:10
**Wright** [1] 71:9
**write** [2] 20:8 312:25
**writing** [2] 31:23 88:9
**written** [9] 96:14 97:24
243:9
**wrong** [6] 169:17 203:15
203:23 204:1,2,8,10,11
205:25 206:16,17,18
207:5 212:16 240:18
314:2
**wrote** [6] 123:12 233:13
297:18 306:8,23 307:6
**wrought** [1] 43:3
**Wysinan** [1] 71:7

**—X—**

**X** [3] 1:13 5:7,8
**XIII** [1] 307:22

**—Y—**

**y'all** [11] 86:19 96:4,19
98:2,5 113:12 123:22
169:19 197:15 273:10
289:5
**Yancey** [18] 27:5,6 88:16
123:4,9,10 186:15,18,20
186:24 187:1,4 192:13
310:7 312:17 313:9
319:12,14
**Yarborough** [1] 69:19
**year** [27] 20:13 21:22
22:24 74:9 89:15 93:10
94:7 107:21 116:6 133:12
134:2 135:14 145:24
162:23 163:12 174:18
178:20,22,23 181:17
205:12 229:22 258:12
259:14 294:3 298:17
304:21
**years** [56] 20:17 22:7,14
23:11,12,23,24 24:9,10
40:11,14,18 41:1 46:8
48:16 52:14 57:10 58:10
63:14 64:11 74:5 75:21
76:7 77:12 112:10 121:13
135:13 138:13 147:9,19
148:1,3 150:16,17 153:15
155:6 181:21 189:8 192:5
192:7,19 205:18 253:5
259:2 265:4,6 270:13
273:18 290:5,9 294:19,24
295:13 298:11 304:4
313:7
**Yellow** [1] 42:7
**Yeomans** [4] 43:20,21
43:21 77:15

**young** [11] 34:19,20,21
50:9 175:18 189:16
243:20,22 244:3,25
298:15
**younger** [1] 72:24
**yourself** [7] 55:25 59:4
135:6 153:21 187:24
188:6 235:23
**yourselves** [1] 104:10
321:25
**Youth** [2] 75:17 298:7
**Yvonne** [1] 29:5,6

**—Z—**

**zero** [2] 301:17,18