IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. ACTION NO. |
| ) | 2:03cr259-T |
| LEON CARMICHAEL, SR. and ) | |
| FREDDIE WILLIAMS ) | |

ORDER

It is ORDERED as follows:

(1) The conspiracy-findings order entered yesterday (Doc. No. 438) is vacated.

(2) The conspiracy-findings order entered today is substituted.

DONE, this the 22nd day of June, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE



GOVERNMENT EXHIBIT 63