IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) CRIM. ACTION NO. |
|   | ) 2:03cr259-T |
| LEON CARMICHAEL, SR. | ) |

### VERDICT

As to the charge in Count I of the indictment, we, the jury, find the defendant, Leon Carmichael, Sr.,

_____ NOT GUILTY

__✓__ GUILTY

If you find defendant Carmichael guilty of Count I, please indicate the net amount of controlled substances that you find him accountable for according to the instructions you were given.

_7,000_ pounds Marijuana


GOVERNMENT EXHIBIT 60

As to the charge in Count II of the indictment, we, the jury, find the defendant, Leon Carmichael, Sr.,

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

SO SAY WE ALL.

_____
Foreperson

DATED: June 17, 2005