IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:03-CR-259-MHT |
| ) | Magistrate Judge Boyd |
| LEON CARMICHAEL, SR., and ) | |
| FREDDIE WILLIAMS ) | |

## MOTION FOR PRO HACE VICE ADMISSION OF
## JAMES K. JENKINS AS COUNSEL FOR LEON CARMICHAEL

Comes now Marion D. Chartoff, counsel for Leon Carmichael, Sr., and moves this Honorable Court to allow James K. Jenkins to appear pro hac vice as co-counsel for Mr. Carmichael, pursuant to M.D. Ala. Local Rule 83.1(b). As grounds, the undersigned states:

1. James K. Jenkins is a criminal defense attorney and a partner with the law firm of Maloy & Jenkins, 75 Fourteenth Street NW, Suite 2500, Atlanta, Georgia 30309.

2. Mr. Jenkins is a member in good standing of the United States District Court for the Northern District of Georgia, where he regularly practices law. A certificate of good standing for Mr. Jenkins is attached.

3. Leon Carmichael, Sr., has retained Mr. Jenkins to represent him in this matter.

Wherefore, the undersigned respectfully moves this Honorable Court to grant this motion.

Respectfully submitted, this the 6th day of March, 2006.

/s/ Marion D. Chartoff
MARION D. CHARTOFF (CHA074)
ATTORNEY FOR LEON CARMICHAEL, SR.
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766


GOVERNMENT EXHIBIT 6 P

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, and Barry Elvin Teague.

                                      Respectfully submitted,

                                      /s/ Marion D. Chartoff
                                      MARION D. CHARTOFF (CHA074)
                                      ATTORNEY FOR LEON CARMICHAEL, SR.
                                      505 S. Perry Street
                                      Montgomery, AL 36104
                                      (334) 264-0609
                                      Fax: (334) 263-4766



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA } 
} ss. 
NORTHERN DISTRICT OF GEORGIA }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES K. JENKINS, State Bar No. 390650,** was duly admitted to practice in said Court on July 24, 1975, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of February, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

