IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>) CRIMINAL ACTION NO.<br>LEON CARMICHAEL, SR., and ) 2:03cr259-MHT<br>FREDDIE WILLIAMS )<br>) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 643) is granted.

DONE, this the 7th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE


GOVERNMENT EXHIBIT 6Q