IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:03-CR-00259-MHT-DRB-ALL |
| LEON CARMICHAEL, SR., DEFENDANT. | * |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF REQUEST FOR SENTENCE BELOW THE GUIDELINE RANGE**

Defendant, Leon Carmichael, by undersigned counsel hereby respectfully requests an extension of time to May 1, 2006 within which to file a notice and supporting legal authority of its intent to seek a downward departure under the federal sentencing guidelines and any other sentencing reductions pursuant to 18 U.S.C. § 3553(a). The extension is necessary due to the complexity of the case, the schedule of counsel, and the need for additional time to complete the research and preparation of the submission. Sentencing in this case is scheduled for July 28, 2006, with Sentencing Briefs due to the Court on July 14, 2006 so that the requested extension of time will not unduly burden the Court, the Probation Officer or counsel for the government.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012


GOVERNMENT EXHIBIT 6A

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,


    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012