IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA     :
                              :
          v.                  :     Case No. 2:03-CR-259-001-T
                              :
LEON CARMICHAEL, SR.          :
                              :

ooooOoooo

## Motion For Leave To Appear Pro Hac Vice on Behalf of Leon Carmichael, Sr.

Movant, Carmen D. Hernandez, an attorney in private practice, hereby respectfully moves for permission to be admitted to practice pro hac vice in the above-captioned matter.

1. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the United States District Court for the District of Maryland, being a member of the Bar of that State; and also a member in good standing of the United States District Court for the District of Columbia and serves on the Criminal Justice Panel for both courts.

2. My practice is limited to federal criminal matters and I am also admitted to practice in various federal Courts of Appeals and the Supreme Court of the United States of America.

3. I have been admitted to practice since 1982, am a former law clerk to a United States District Court judge, a former Assistant Federal Public Defender, lecture regularly on federal sentencing, and am the author of various articles and a co-author of the chapter on departures in "Practice Under the Federal Sentencing Guidelines" (P. Bamberger, & D. Gottlieb, eds., 4th ed. 2001).

4. There are no pending disciplinary proceedings against me in any State or Federal court.


GOVERNMENT EXHIBIT 6

Wherefore, I respectfully move to be permitted to appear as counsel and advocate pro hac vice in this case on behalf of Leon Carmichael, Sr.

Respectfully submitted,

*Carmen D. Hernandez*
Carmen D. Hernandez
717 D. Street, N.W., Suite 310
Washington, D.C. 20004
chernan7@aol.com
202-628-0090; fax: 202-628-2881

Dated: July 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of July, 2006 mailed a copy of the above-noted Motion for Leave to Appear Pro Hac Vice on Behalf of Leon Carmichael, Sr. to Assistant United States Attorney A. Clark Morris, One Court Square, Suite 201, Montgomery, AL 36104; to Barry Elvin Teague, Esquire, 138 Adams Avenue, P. O. Box 586, Montgomery, AL 36101, attorney for Freddie Williams; and Susan Graham James, P.O. Box 198, Montgomery, AL 36101-0198, James K. Jenkins, Maloy & Jenkins, 75 Fourteenth St NW, 25th Floor, Atlanta, GA 30309.

*Carmen D. Hernandez*
Carmen D. Hernandez



# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that CARMEN HERNANDEZ, ESQUIRE, BAR NUMBER 03366, was duly admitted to practice in the United States District Court for the District of Maryland on JUNE 20, 1983, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

FELICIA C. CANNON
Clerk

Date: APRIL 20, 2006

Catherine Scaffidi - Deputy Clerk