IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) CRIMINAL ACTION NO. |
| | ) 2:03cr259-MHT |
| LEON CARMICHAEL, SR. | ) |

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 752) is granted.

DONE, this the 21st day of July, 2006.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE



GOVERNMENT EXHIBIT 6Y