IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:03-CR-00259-MHT-DRB-ALL |
| | * |
| LEON CARMICHAEL, SR., | * |
| DEFENDANT. | * |

## MOTION TO CONTINUE

COMES NOW, Susan G. James, attorney for Leon Carmichael and files this emergency motion for a continuance of the presently set sentencing on July 28, 2006 and in support thereof states the following:

1. Carmichael is due to be sentenced on July 28, 2006. Counsel understands and appreciates the need to finalize this matter. However, circumstances beyond Carmichael and his Counsel's control have surfaced within the past week that necessitate a continuance.

2. Approximately six weeks ago counsel was summoned to the office of the Federal Bureau of Investigation at which time she was advised that there had purportedly been made a threat on her life. The FBI would not reveal the alleged source of the threat or any of the circumstances. The only facts counsel discerned were that the alleged source was a client likely confined within the Middle District of Alabama.

3. Several weeks later counsel inadvertently learned that Carmichael's attorney Marion Chartoff had also been summoned to the office of the FBI for similar purposes. The undersigned immediately contacted Ms. Chartoff to confirm these facts. Chartoff and James surmised that the alleged source must have been Carmichael.



GOVERNMENT
EXHIBIT
62

4. Chartoff made an inquiry of the Alabama State Bar and was advised that disclosure need not be made to the client. Other inquiry satisfied both lawyers that the FBI contact should not be disclosed to the client as such might impede an on-going investigation.

5. The undersigned was out of town July 9, 2006 through July 18, 2006. When counsel returned to the office she received an e-file indicating that the government had filed a writ ad test for Macus Roshawn Smith to testify at Carmichael's sentencing.

6. After learning this information counsel became suspicious that Smith might be the cooperating individual providing the government the alleged death threat information. Counsel confronted AUSA's Terry Moorer and Clark Morris with this question on July 21, 2006 and the same was confirmed. Counsel requested discovery. Late afternoon Friday two FBI 302's were provided the undersigned. AUSA Moorer advised that there was a relevant DEA-6 regarding the matter unavailable on Friday. As of this filing Counsel has yet to receive the important DEA-6. Until such time as the DEA-6 is provided Counsel's continued representation remains unresolved.

7. Additionally counsel needs additional time to investigate Mr. Smith's present situation, criminal history, facts relevant to his acquisition of the purported information, and his overall credibility. This cannot be done in sufficient time to prepare for this important issue. The government has made clear its intent to use the alleged "death threat" information at sentencing in support of a request for a life without parole sentence.

8. In addition, AUSA Clark Morris forwarded co-counsel Carmen Hernandez on July 3, 2006 175 pages of discovery and 50 CD's. The intended use of this information was not made known to Hernandez in the letter. Hernandez advises the undersigned that the documents were not actually received by her until July 11 or 12, 2006.

9. The undersigned did not become aware of the additional discovery until returning from vacation on July 18, 2006. The undersigned immediately requested Clark Morris and requested the discovery as it had not been provided. AUSA Morris has not provided the undersigned this requested discovery. It is essential that the undersigned review this voluminous discovery prior to sentencing and have an opportunity to rebut the evidence. Given that Counsel does not to date have the discovery it is impossible to be ready for the July 28, 2006 sentencing.

10. Lastly counsel has only this morning learned of the untimely passing of the Honorable Barry Teague, co-defendant William's counsel. Counsel is uncertain if this tragic event will have any bearing on the sentencing date.

11. Wherefore based on the above it is respectfully requested the July 28, 2006 sentencing be continued.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012