IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., | ) |
| | ) |
| Movant/Defendant, | ) |
| | ) Civil Action No. 2:10cv1106-MHT-WC |
| v. | ) (CR No. 2:03cr259-MHT-DRB) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**EXHIBITS TO**
**UNITED STATES'S RESPONSE TO § 2255 MOTION**

**VOLUME 7 OF 8**
(Exhibits 7A to 7T)

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

SANDRA J. STEWART
FIRST ASSISTANT UNITED STATES ATTORNEY

ATTORNEYS FOR RESPONDENT
UNITED STATES OF AMERICA

United States Attorney's Office
131 Clayton Street
Montgomery, AL 36104
(334) 223-7280

# INDEX TO VOLUME 7 OF RESPONDENT'S EXHIBITS

*Exhibit #   (Crim. Doc. #)*

| Description | Exhibit # | Crim. Doc. # |
|---|---|---|
| Order granting Carmichael's motion to continue Sentencing | 7A | (Doc. 767) |
| Government's Response To Court's Order Regarding The Treatment Of The Website At Sentencing | 7B | (Doc. 768) |
| Motion To Withdraw As Counsel (Marion D. Chartoff) | 7C | (Doc. 770) |
| Order granting motion to withdraw (Marion D. Chartoff) | 7D | (Doc. 771) |
| Order setting hearing on Government's notice of conflict | 7E | (Doc. 778) |
| Carmichael's Defendant's Response To Government's Notice Of Conflict Of Counsel | 7F | (Doc. 780) |
| Volume I of Transcript of Evidentiary Hearing on the Government's Notice Of Conflict (August 3, 2006) | 7G-I | |
| Volume II of Transcript of Evidentiary Hearing on the Government's Notice Of Conflict (August 4, 2006) | 7G-II | |
| Order denying disqualification of Susan James as counsel for Carmichael on the grounds of a conflict | 7H | (Doc. 783) |
| Carmichael's Motion To Compel Government To Provide Discovery | 7I | (Doc. 797) |
| Government's Response To The Court's Order To Show Cause why discovery should not be compelled | 7J | (Doc. 799) |
| Government's Response To Court's Order to inform Court of intent not to use at sentencing threat by Carmichael to counsel | 7K | (Doc. 815) |

# INDEX TO VOLUME 7 OF RESPONDENT'S EXHIBITS – *con't*

| | Exhibit # | (Crim. Doc. #) |
|---|---|---|
| Carmichael's Supplemental Sentencing Memorandum In Opposition To Consideration Of The Defendant's Investigative Website As An Aggravating Factor For Purposes Of Sentencing | 7L | (Doc. 818) |
| Carmichael's Amended Supplemental Sentencing Memorandum In Opposition To Consideration Of The Defendant's Investigative Website As An Aggravating Factor For Purposes Of Sentencing | 7M | (Doc. 819) |
| Ex parte Opinion And Order denying Carmichael's request for Court's assistance in defense investigation in preparation for sentencing | 7N | (Doc. 828) |
| Government's Response To Court's Order That The Government File A Statement Regarding The Subject Matter Of The Evidence That The Government Intends To Present At The Sentencing Hearing | 7O | (Doc. 833) |
| Carmichael's Notice Of Intent To Use Evidence At Sentencing | 7P | (Doc. 834) |
| Transcript of 1st day of Sentencing Proceedings (March 21, 2007) | 7Q-I | |
| Transcript of 2nd day of Sentencing Proceedings (March 22, 2007) | 7Q-II | |
| Order denying Carmichael's motion for downward departure | 7R | (Doc. 852) |
| Judgment | 7S | (Doc. 853) |
| Final Order Of Forfeiture ("The Carmichael Center") | 7U | (Doc. 907) |

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. |
| | ) 2:03cr259-MHT |
| LEON CARMICHAEL, SR. | ) |

<u>ORDER</u>

Based on the representations made by counsel for the parties during the on-the-record oral argument on July 26, 2006, it is ORDERED that defendant Leon Carmichael, Sr.'s motion to continue sentencing (Doc. No. 763) is granted. Carmichael's sentencing hearing, now set for July 28, 2006, is reset for August 14, 2006 at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

It is further ORDERED that another on-the-record scheduling conference is set for August 1, 2006 at 8:30


GOVERNMENT EXHIBIT 7A

a.m., during which the parties will report on the status of their investigations into the matters raised by Carmichael's motion to continue sentencing (Doc. No. 763). Counsel for the government are to arrange for the conference to be conducted by telephone.

Finally, the court recommends that attorneys Susan James and Marion Chartoff, after completing their investigation into the credibility of the alleged threats made against them, submit the evidence and their findings to the review of another, neutral, trusted attorney. While the court believes that attorneys James and Chartoff are more than capable of assessing the weight to be given any evidence uncovered by their investigation and while the court understands that the uncovered evidence may prove totally lacking in credibility, the court also feels that, because of their deep involvement in this case and the understandable attachment they may have developed to their client, their ultimate findings could benefit from the assessment and input of an

2

independent reviewer. Of course, such independent assessment, if done, would be for the sole benefit of attorneys James and Chartoff and need not be filed with the court or otherwise made known to anyone else.

DONE, this the 26th day of July, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE