IN THE UNITED STATE DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEON CARMICHAEL, SR. ) | |
| ) | |
| PETITIONER, ) | |
| ) | CIVIL ACTION NO. 2:10-cv-1106-MHT |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| RESPONDENT. ) | |

### PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF TO THE GOVERNMENT'S RESPONSE

COMES NOW, Leon Carmichael, Sr., Petitioner, by his attorney, Tracy Hightower-Henne, Hightower Law, LLC, and moves this Court to extend the time to March 6, 2012, in which the Petitioner may file his reply brief in this action. The reply brief is currently due January 6, 2012. In support of this motion, Petitioner states as follows:

1. Petitioner timely filed a motion to vacate under 28 U.S.C. §2255;
2. Petitioner is currently incarcerated at the Federal Correctional Institution in Talledega, Alabama;
3. The only method of communication between the undersigned and the Petitioner is to schedule a call with the Petitioner through his case manager;
4. On the 28th day of November, the government filed its Response Brief in this action consisting of a total of 278 pages and eight volumes of exhibits;
5. Petitioner remains personally invested in his proceedings and assists the undersigned with preparation of pleadings;
6. The undersigned was not trial counsel and also was not counsel on the initial filing of Petitioner's 2255 Motion;
7. There are over 40 claims in Petitioner's 2255 and all of the claims are highly fact-intensive and require both a complete review of the record and numerous consultation sessions with Petitioner with limited access to a telephone;

1

8. On December 5, 2011 the Court set the deadline in which the Petitioner may file a reply for January 6, 2012;

9. It would be a hardship for the undersigned to prepare a logistical reply brief in less than an additional 60 days or until February 28, 2011

Respectfully submitted, this the 19th day of December, 2011.

                                              Respectfully submitted,
                                              LEON CARMICHAEL, SR., Petitioner

                                      By: **/s/ Tracy Hightower-Henne**_____
                                              Bar Number: 23813
                                              Attorney for Defendant-Petitioner
                                              HIGHTOWER LAW, LLC
                                              209 S. 19th Street, Suite 525
                                              Omaha, NE 68102
                                              Telephone: (402) 905-2886
                                              Fax: (402) 932-6900
                                              E-mail: tracy@hightowerlawomaha.com

IN THE UNITED STATE DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEON CARMICHAEL, SR.         ) | |
|       ) | |
|    PETITIONER,       ) | |
|       ) | CIVIL ACTION NO. 2:10-cv-1106-MHT |
| v.              ) | |
|       ) | |
| UNITED STATES OF AMERICA,  ) | |
|       ) | |
|    RESPONDENT.       ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: A. Clark Morris, Christopher Snyder, Matthew Miner, and Stephen Feaga.

                                                Respectfully submitted,

                                       ___/s/ Tracy Hightower-Henne_____
                                       Bar Number: 23813
                                       Attorney for Defendant-Petitioner
                                       HIGHTOWER LAW, LLC
                                       209 S. 19th Street, Suite 525
                                       Omaha, NE 68102
                                       Telephone: (402) 905-2886
                                       Fax: (402) 932-6900
                                       E-mail: tracy@hightowerlawomaha.com