IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CARMICHAEL, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 2:10cv1106-MHT |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 92), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from January 6, 2012, to and including March 2, 2012, to file a reply to the government's response to the 28 U.S.C. § 2255 motion, in compliance with this court's orders.

Done this 19th day of December, 2011.

                                             /s/Wallace Capel, Jr.
                                             WALLACE CAPEL, JR.
                                             UNITED STATES MAGISTRATE JUDGE